UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

              Plaintiffs,

  - against -

BRIDGEPORT PORT AUTHORITY,

              Defendant.

CASE NO. 3:03 CV 599 (CFD)

November 20, 2003

**MOTION ON CONSENT TO EXTEND DISCOVERY DEADLINES**

Pursuant to Local Rule 7(b), plaintiffs hereby move, with defendant's consent, for an extension of the current discovery deadlines, and in support thereof state as follows:

1. This is the second request for an extension of the discovery deadlines. Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Suzanne L. Montgomery, consented to this motion in a telephone conversation with plaintiffs' counsel, Martin Domb, on November 20, 2003.

2. The parties filed the joint Report of Parties' Planning Meeting Pursuant to Local Rule 26(e) (the "Rule 26(e) Report") on July 15, 2003, and the Court approved it by endorsement dated August 27, 2003. The original dates in the Rule 26(e) Report are set forth in the chart in paragraph 3 below.

3. By motion dated September 9, 2003, plaintiffs (with defendant's consent) sought a two-month extension of the original dates. The Court granted that extension by endorsement on October 1, 2003. The original dates (per the Rule 26(e) Report) and the extended dates currently in effect (per the endorsed prior motion) were / are as follows:

**ORAL ARGUMENT NOT REQUESTED**

{NY018367.1 }

| Event | Rule 26(e) Deadlines | Current Deadlines |
|---|---|---|
| Discovery to commence | July 8, 2003 | |
| Depositions to commence | August 1, 2003 | |
| Plaintiffs to designate trial experts and serve experts' reports and damages analysis | September 30, 2003 | November 30, 2003 |
| Depositions of plaintiffs' experts to be completed | October 31, 2003 | December 31, 2003 |
| Depositions of defendant's experts and all other discovery to be completed | November 30, 2003 | January 31, 2004 |
| Depositions of defendant's experts and all other discovery to be completed | December 31, 2003 | February 29, 2004 |
| Dispositive motions to be filed | January 30, 2004 | March 31, 2004 |
| Joint trial memorandum to be filed and case to be ready for trial | March 31, 2004 | May 31, 2004 |

    4.    By the present motion, the parties seek (a) a further three-month extension with respect to the overall pretrial schedule, and (b) a clarification as to the sequence of discovery, to provide that all fact discovery is to be completed first, and all expert discovery is to follow promptly thereafter. The proposed new schedule is set forth in paragraph 10 (on page 5) below.

    5.    The reason for this motion is that, while the parties have taken significant fact discovery to date (as summarized in paragraph 6 below), there is additional and important fact discovery yet to be completed (see paragraph 7 below). The parties agree that they must complete the ongoing fact discovery, upon which the experts need to rely, before the experts can complete their reports or be deposed. The current schedule would require the parties to exchange expert reports and to take expert witness depositions even though fact discovery is still ongoing.

    6.    To date, the following discovery has taken place:

(a) The Port Authority served its initial disclosures on June 9, 2003.

(b) Plaintiffs served their initial disclosures on July 24, 2003.

(c) The Port Authority served first sets of interrogatories and document requests directed to the individual plaintiffs on June 9, 2003. Plaintiffs served written responses to these requests on July 7, 2003 (by Frank Zahradka) and July 24, 2003 (by Greg Rose). (The third individual plaintiff, Robert Heller, filed a voluntary dismissal on July 30, 2003.)

(d) Plaintiffs served first sets of interrogatories and document requests on the Port Authority on July 8, 2003. The Port Authority served its written responses to these requests, along with some responsive documents, on September 4, 2003.

(e) The Port Authority served first sets of interrogatories and document requests directed to the corporate plaintiff, Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company"), on August 5, 2003. The Ferry Company served its written responses to these requests, along with responsive documents, on September 19, 2003.

(f) On August 25, 2003, the Port Authority took depositions of individual plaintiffs Frank Zahradka and Greg Rose, and of Robert Heller, a former individual plaintiff who had filed a voluntary dismissal several weeks earlier.

(g) On September 4, 2003, the Port Authority served a document subpoena on Steamboat Concessions, Inc. ("Concessions"), an affiliate of the Ferry Company, which operates the food concession at the Bridgeport ferry terminal. Concessions served a written response to the subpoena on September 23, 2003, and produced the responsive documents on October 3, 2003.

(h) On September 29, 2003, plaintiffs' representatives reviewed extensive documentation, at the Port Authority, regarding government grants to the Port Authority, and requested copies of many of those documents. Between October 27 and October 30, 2003, the Port Authority produced the requested copies, totaling over 10,000 pages.

(i) On September 26, 2003, plaintiffs served a deposition and document subpoena on the Port Authority's auditors, Dworken, Hillman, LaMorte & Sterczala, P.C. ("Dworken"). Plaintiffs reviewed an initial set of responsive documents produced by Dworken on October 20, 2003. Dworken produced copies of such documents, and of a second set of responsive documents, between October 30 and November 3, 2003. The Dworken documents total approximately 4,500 pages.

7. The additional discovery that remains to be taken includes:

(a) Some further documentary discovery from the Port Authority (consisting principally of selected accounting records).

(b) Depositions of representatives the Ferry Company and of the Port Authority (which counsel agreed will be held promptly following the completion of documentary discovery), and of Dworken.

(c) Reports and depositions of experts.

8. Thus, documentary discovery is almost complete, and the remaining depositions will follow shortly thereafter (the individual plaintiffs having already been deposed).

9. As noted above, the parties need to complete the factual discovery, upon which their respective experts will need to rely, before the experts can complete their reports or be deposed. Thus, the current schedule cannot reasonably be met despite the parties' diligence to date.

10. Counsel for plaintiffs and the Port Authority believe that the overall three-month extension of the current scheduled is the minimum extension reasonably necessary under the circumstances described above, and that the slight change of sequence -- with fact discovery to be completed first and to be promptly followed by expert witness discovery -- will make the schedule more rational, fair and efficient for both plaintiffs and the Port Authority. The new deadlines would be as follows:

| | |
|---|---|
| February 29, 2004 | All fact discovery to be completed. |
| March 31, 2004 | Plaintiffs to designate trial experts and serve experts' reports and damages analysis |
| April 30, 2004 | Depositions of plaintiffs' experts to be completed |
| May 31, 2004 | Defendant to designate trial experts and serve experts' reports |
| June 30, 2004 | Depositions of defendant's experts to be completed |
| July 31, 2004 | Dispositive motions to be filed |
| August 30, 2004 | Joint trial memorandum to be filed and case to be ready for trial |

(*Signature on following page.*)

WHEREFORE, plaintiffs (with defendant's consent) respectfully request that the Court grant this motion.

        BRIDGEPORT AND PORT JEFFERSON
        STEAMBOAT COMPANY,
        GREG ROSE, and
        FRANK C. ZAHRADKA
        *Plaintiffs*

By: _____

Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

Jonathan S. Bowman
Federal Bar No. ct 08526
E-mail: jbowman@cohenandwolf.com
Stewart I. Edelstein
Federal Bar No. ct 06021
E-mail: sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of November, 2003, a copy of the foregoing was served via e-mail and first class mail upon the following:

| | |
|---|---|
| John W. Roberts. Esq.<br>Roberts, Rose & Bates, P.C.<br>17 Hoyt Street<br>Stamford, CT 06905 | Edward J. Sheppard, IV, Esq.<br>Thompson Coburn<br>1909 K Street, N.W., Suite 600<br>Washington, D.C. 20005-2010 |
| Suzanne L. Montgomery, Esq.<br>Thompson Coburn<br>One US Bank Plaza<br>St. Louis, MO 63101 | Jonathan S. Bowman<br>Stewart I. Edelstein<br>COHEN AND WOLF, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, Connecticut 06601-1821 |

By: _____
     Martin Domb
     Federal Bar No. ct 09544
     E-mail: mdomb@hillbetts.com
     HILL, BETTS & NASH LLP
     One World Financial Center
     200 Liberty Street, 26th Floor
     New York, New York 10281-1003
     Tel. (212) 589-7577
     Fax (212) 466-0514