UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                                        CASE NO. 3:03 CV 599 (CFD)

                Plaintiffs,

    - against -

BRIDGEPORT PORT AUTHORITY,               November 20, 2003

                Defendant.
_____/

### MOTION ON CONSENT TO EXTEND DISCOVERY DEADLINES

Pursuant to Local Rule 7(b), plaintiffs hereby move, with defendant's consent, for an extension of the current discovery deadlines, and in support thereof state as follows:

1.      This is the <u>second</u> request for an extension of the discovery deadlines. Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Suzanne L. Montgomery, consented to this motion in a telephone conversation with plaintiffs' counsel, Martin Domb, on November 20, 2003.

2.      The parties filed the joint Report of Parties' Planning Meeting Pursuant to Local Rule 26(e) (the "Rule 26(e) Report") on July 15, 2003, and the Court approved it by endorsement dated August 27, 2003. The original dates in the Rule 26(e) Report are set forth in the chart in paragraph 3 below.

3.      By motion dated September 9, 2003, plaintiffs (with defendant's consent) sought a <u>two-month</u> extension of the original dates. The Court granted that extension by endorsement on October 1, 2003. The original dates (per the Rule 26(e) Report) and the extended dates currently in effect (per the endorsed prior motion) were / are as follows:

**ORAL ARGUMENT NOT REQUESTED**

{NY018367.1 }