CT cvmhrg (October 17, 2001)

TOTAL TIME: ___ hours ___ minutes   DEPUTY CLERK **Devo**   HONORABLE **Droney**   RPTR/ERO/TAPE **Marshall**

DATE **Dec. 12, 2003**   START TIME **11:00**   END TIME **11:30**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Bridgeport**

vs.

**Bridgeport Port**

CIVIL NO. **3:03CV599 CFD**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Bowman** — Plaintiffs Counsel
**Roberts** — Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☒ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscelaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlnthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

- ☒ #13 Motion **to Dismiss / or Stay** — ☐ granted ☐ denied ☒ advisement
- ☒ #23 Motion **to Dismiss / Stay / Sum. jgmt** — ☐ granted ☐ denied ☒ advisement

Hearing continued until ___ at ___