UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 18, 2003

10:00 a.m.

*Held 3 hours*

CASE NO. **3:03cv599 (CFD)**   **Bridgeport & Port Jefferson Steamboat Co., et al   v. Bridgeport Port Authority**

Jonathan S. Bowman
Cohen & Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604


Martin Domb
Hill Betts & Nash, LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10016-1601

Stewart I. Edelstein
Cohen & Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604


John W. Roberts
Roberts, Rose & Bates
17 Hoyt St.
PO Box 3610
Stamford, CT 06905

Edward J. Sheppard
Thompson Coburn
1909 K Street, NW
Suite 600
Washington, DC 20006-1167


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK