UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                              CASE NO. 3:03 CV 599 (CFD)

          Plaintiffs,

     - against -

BRIDGEPORT PORT AUTHORITY,         February 26, 2004

          Defendant.
_____/

### JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to Local Rule 7(b), plaintiffs and defendant jointly move for an extension of the current discovery deadlines, and in support thereof state as follows:

1.      Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Edward J. Sheppard, confirmed, in a telephone conversation with plaintiffs' counsel, Martin Domb, on February 25, 2004, that the Port Authority joins in this motion.

2.      The parties twice before have moved, on consent, to extend the discovery deadlines. On December 3, 2003, the Court so-ordered the parties' second request to extend the discovery deadlines. That motion set forth the procedural history of this case through November 20, 2003, the date of the motion. To avoid repetition, we attach hereto a copy of that prior, so-ordered, motion.

3.      By this motion, the parties seek a <u>two-month</u> further extension of the current deadlines. The reason for this request is that the parties were unable to schedule all of the necessary fact depositions for completion prior the end of February (the current deadline for fact

**ORAL ARGUMENT NOT REQUESTED**

{NY020232.1 }

discovery), due to scheduling conflicts by counsel and/or the witnesses, and they need the additional time in order to complete fact depositions as described below.

4. Since the date of the prior motion (November 20, 2003), the parties have engaged in the following additional discovery and pretrial proceedings:

(a) December 4, 2003 – oral argument on the Port Authority's motions to dismiss (which motions are *sub judice*).

(b) December 12, 2003 – mediation before Magistrate Judge Garfinkel (which has not resulted in settlement as of today).

(c) February 9, 2004 – deposition of Brian A. McAllister, President of the Ferry Company.

(d) February 10, 2004 – deposition of William Merritt, chief financial officer and consultant to the Ferry Company.

(e) February 10, 2004 – deposition of Brian Buckley McAllister, Vice President and General Counsel of the Ferry Company.

(f) February 24, 2004 – deposition of Martha Klimas, Development Associate for the Port Authority.

(g) The deposition of Joseph Savino, Chairman of the Board of Commissioners of the Port Authority, was scheduled to be held on February 25, 2004, but had to be postponed due to Mr. Savino's illness..

5. Counsel for the parties have scheduled the following additional fact depositions to be held on the dates indicated:

(a) March 4, 2004 – deposition of Frederick Hall, Vice President and General Manager of the Ferry Company.

(b)    March 5, 2004 – deposition of Louis Rinaldo, General Manager, Bridgeport, of the Ferry Company.

(c)    March 5, 2004 – deposition of Sharon St. Louis, Chief Purser of the Ferry Company.

(d)    March 8, 2004 – deposition of Joseph Riccio, Executive Director of the Port Authority.

(e)    March 9, 2004 – deposition of Michael Freimuth, former Commissioner of the Port Authority.

6.    In addition, the following depositions have yet to be scheduled (or re-scheduled):

(a)    Joseph Savino (see ¶ 4(g) above).

(b)    Charmaine Johnson, Port Authority employee responsible for bookkeeping.

7.    In addition, plaintiffs recently served and noticed deposition subpoenas as follows:

(a)    March 15, 2004 – Edward Oppel, former Executive Director of the Port Authority.  Mr. Oppel has informed the parties that the date is inconvenient for him and has asked that it be rescheduled.

(b)    March 19, 2004 – Jerome Baron, former Director of Finance, City of Bridgeport.

8.    In addition, on February 6, 2004, the Port Authority filed a motion to compel documentary or written discovery by the Ferry Company as to certain matters.  The Ferry Company intends to file its opposition on February 27, 2004.

9.     We respectfully submit that, as the foregoing shows, the parties have conducted and pursued discovery diligently but have been unable to complete such discovery within the current deadline of February 29, 2004.  The parties accordingly agreed to request a further two-month extension of the discovery deadlines as follows:

| Event | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| All fact discovery to be completed | February 29, 2004 | April 30, 2004 |
| Plaintiffs to designate trial experts and serve experts' reports and damages analysis | March 31, 2004 | May 31, 2004 |
| Depositions of plaintiffs' experts to be completed | April 30, 2004 | June 30, 2004 |
| Defendant to designate trial experts | May 31, 2004 | July 31, 2004 |
| Depositions of defendant's experts and all other discovery to be completed | June 30, 2004 | August 31, 2004 |
| Dispositive motions to be filed | July 31, 2004 | September 30, 2004 |
| Joint trial memorandum to be filed and case to be ready for trial | August 30, 2004 | October 31, 2004 |

*(Signature on following page.)*

WHEREFORE, the parties jointly and respectfully request that the Court grant this

motion.

<div style="margin-left:40%">

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY,
GREG ROSE, and
FRANK C. ZAHRADKA
*Plaintiffs*

</div>

By:      _____

Martin Domb
Federal Bar No. ct 09544
E-mail:  mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

Jonathan S. Bowman
Federal Bar No. ct 08526
E-mail:  jbowman@cohenandwolf.com
Stewart I. Edelstein
Federal Bar No. ct 06021
E-mail:  sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of February, 2004, a copy of the foregoing was

served via e-mail and first class mail upon the following:

John W. Roberts. Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Suzanne L. Montgomery, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By:  _____

Martin Domb
Federal Bar No. ct 09544
E-mail:  mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

#39
4C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

              Plaintiffs,

    - against -

BRIDGEPORT PORT AUTHORITY,

              Defendant.

_____/

CASE NO. 3:03 CV 599 (CFD)

November 20, 2003

**MOTION ON CONSENT TO EXTEND DISCOVERY DEADLINES**

Pursuant to Local Rule 7(b), plaintiffs hereby move, with defendant's consent, for an extension of the current discovery deadlines, and in support thereof state as follows:

1.      This is the <u>second</u> request for an extension of the discovery deadlines. Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Suzanne L. Montgomery, consented to this motion in a telephone conversation with plaintiffs' counsel, Martin Domb, on November 20, 2003.

2.      The parties filed the joint Report of Parties' Planning Meeting Pursuant to Local Rule 26(e) (the "Rule 26(e) Report") on July 15, 2003, and the Court approved it by endorsement dated August 27, 2003. The original dates in the Rule 26(e) Report are set forth in the chart in paragraph 3 below.

3.      By motion dated September 9, 2003, plaintiffs (with defendant's consent) sought a <u>two-month</u> extension of the original dates. The Court granted that extension by endorsement on October 1, 2003. The original dates (per the Rule 26(e) Report) and the extended dates currently in effect (per the endorsed prior motion) were / are as follows:

**ORAL ARGUMENT NOT REQUESTED**

{NY018367.1 }

| Event | Rule 26(e) Deadlines | Current Deadlines |
|---|---|---|
| Discovery to commence | July 8, 2003 | |
| Depositions to commence | August 1, 2003 | |
| Plaintiffs to designate trial experts and serve experts' reports and damages analysis | September 30, 2003 | November 30, 2003 |
| Depositions of plaintiffs' experts to be completed | October 31, 2003 | December 31, 2003 |
| Depositions of defendant's experts and all other discovery to be completed | November 30, 2003 | January 31, 2004 |
| Depositions of defendant's experts and all other discovery to be completed | December 31, 2003 | February 29, 2004 |
| Dispositive motions to be filed | January 30, 2004 | March 31, 2004 |
| Joint trial memorandum to be filed and case to be ready for trial | March 31, 2004 | May 31, 2004 |

4.      By the present motion, the parties seek (a) a further three-month extension with respect to the overall pretrial schedule, and (b) a clarification as to the sequence of discovery, to provide that all fact discovery is to be completed first, and all expert discovery is to follow promptly thereafter. The proposed new schedule is set forth in paragraph 10 (on page 5) below.

5.      The reason for this motion is that, while the parties have taken significant fact discovery to date (as summarized in paragraph 6 below), there is additional and important fact discovery yet to be completed (see paragraph 7 below). The parties agree that they must complete the ongoing fact discovery, upon which the experts need to rely, before the experts can complete their reports or be deposed. The current schedule would require the parties to exchange expert reports and to take expert witness depositions even though fact discovery is still ongoing.

6.      To date, the following discovery has taken place:

(a)     The Port Authority served its initial disclosures on June 9, 2003.

(b)     Plaintiffs served their initial disclosures on July 24, 2003.

(c)     The Port Authority served first sets of interrogatories and document requests directed to the individual plaintiffs on June 9, 2003. Plaintiffs served written responses to these requests on July 7, 2003 (by Frank Zahradka) and July 24, 2003 (by Greg Rose). (The third individual plaintiff, Robert Heller, filed a voluntary dismissal on July 30, 2003.

(d)     Plaintiffs served first sets of interrogatories and document requests on the Port Authority on July 8, 2003. The Port Authority served its written responses to these requests, along with some responsive documents, on September 4, 2003.

(e)     The Port Authority served first sets of interrogatories and document requests directed to the corporate plaintiff, Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company"), on August 5, 2003. The Ferry Company served its written responses to these requests, along with responsive documents, on September 19, 2003.

(f)     On August 25, 2003, the Port Authority took depositions of individual plaintiffs Frank Zahradka and Greg Rose, and of Robert Heller, a former individual plaintiff who had filed a voluntary dismissal several weeks earlier.

(g)     On September 4, 2003, the Port Authority served a document subpoena on Steamboat Concessions, Inc. ("Concessions"), an affiliate of the Ferry Company, which operates the food concession at the Bridgeport ferry terminal. Concessions served a written response to the subpoena on September 23, 2003, and produced the responsive documents on October 3, 2003.

(h)     On September 29, 2003, plaintiffs' representatives reviewed extensive documentation, at the Port Authority, regarding government grants to the Port Authority, and requested copies of many of those documents. Between October 27 and October 30, 2003, the Port Authority produced the requested copies, totaling over 10,000 pages.

(i)     On September 26, 2003, plaintiffs served a deposition and document subpoena on the Port Authority's auditors, Dworken, Hillman, LaMorte & Sterczala, P.C. ("Dworken"). Plaintiffs reviewed an initial set of responsive documents produced by Dworken on October 20, 2003. Dworken produced copies of such documents, and of a second set of responsive documents, between October 30 and November 3, 2003. The Dworken documents total approximately 4,500 pages.

7.     The additional discovery that remains to be taken includes:

(a)     Some further documentary discovery from the Port Authority (consisting principally of selected accounting records).

(b)     Depositions of representatives the Ferry Company and of the Port Authority (which counsel agreed will be held promptly following the completion of documentary discovery), and of Dworken.

(c)     Reports and depositions of experts.

8.     Thus, documentary discovery is almost complete, and the remaining depositions will follow shortly thereafter (the individual plaintiffs having already been deposed).

9.     As noted above, the parties need to complete the factual discovery, upon which their respective experts will need to rely, before the experts can complete their reports or be deposed. Thus, the current schedule cannot reasonably be met despite the parties' diligence to date.

10.    Counsel for plaintiffs and the Port Authority believe that the overall three-month extension of the current scheduled is the minimum extension reasonably necessary under the circumstances described above, and that the slight change of sequence -- with fact discovery to be completed first and to be promptly followed by expert witness discovery -- will make the schedule more rational, fair and efficient for both plaintiffs and the Port Authority.  The new deadlines would be as follows:

| | |
|---|---|
| February 29, 2004 | All fact discovery to be completed. |
| March 31, 2004 | Plaintiffs to designate trial experts and serve experts' reports and damages analysis |
| April 30, 2004 | Depositions of plaintiffs' experts to be completed |
| May 31, 2004 | Defendant to designate trial experts and serve experts' reports |
| June 30, 2004 | Depositions of defendant's experts to be completed |
| July 31, 2004 | Dispositive motions to be filed |
| August 30, 2004 | Joint trial memorandum to be filed and case to be ready for trial |

(*Signature on following page.*)

WHEREFORE, plaintiffs (with defendant's consent) respectfully request that the Court grant this motion.

> BRIDGEPORT AND PORT JEFFERSON
> STEAMBOAT COMPANY,
> GREG ROSE, and
> FRANK C. ZAHRADKA
> *Plaintiffs*

By: _____

> Martin Domb
> Federal Bar No. ct 09544
> E-mail: mdomb@hillbetts.com
> HILL, BETTS & NASH LLP
> One World Financial Center
> 200 Liberty Street, 26th Floor
> New York, New York 10281-1003
> Tel. (212) 589-7577
> Fax (212) 466-0514
>
> Jonathan S. Bowman
> Federal Bar No. ct 08526
> E-mail: jbowman@cohenandwolf.com
> Stewart I. Edelstein
> Federal Bar No. ct 06021
> E-mail: sedelstein@cohenandwolf.com
> COHEN AND WOLF, P.C.
> 1115 Broad Street
> P.O. Box 1821
> Bridgeport, Connecticut 06601-1821
> Tel. (203) 368-0211
> Fax (203) 576-8504

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2003, a copy of the foregoing was

served via e-mail and first class mail upon the following:

John W. Roberts. Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Suzanne L. Montgomery, Esq
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By

Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

## CERTIFICATE OF SERVICE

hereby certify that on this 26th day of February, 2004, a copy of the foregoing was

served via e-mail and first class mail upon the following:

John W. Roberts. Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Suzanne L. Montgomery, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By

Martin Domb
Federal Bar No. ct 09544
E-mail:  mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514