UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                                        CASE NO. 3:03 CV 599 (CFD)

                Plaintiffs,

    - against -

BRIDGEPORT PORT AUTHORITY,                February 26, 2004

                Defendant.

_____/


### DECLARATION OF MARTIN DOMB

MARTIN DOMB declares as follows under penalty of perjury:

1.      I am one of the attorneys for plaintiffs in this action.  I submit this declaration in opposition to the motion of defendant, Bridgeport Port Authority (the "Port Authority"), to compel disclosure of certain items by plaintiff Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company").

2.      The purpose of this declaration is to provide the Court with copies of documents referred to in the accompanying Plaintiffs' Memorandum in Opposition to Defendant's Motion to Compel.  Attached hereto are the following documents:

| **Document** | **Exhibit Tab** |
|---|---|
| Responses of Frank Zahradka to interrogatories and document requests | A |
| Responses of Gregory Rose to interrogatories and document requests | B |
| Deposition of Frank Zahradka | C |
| Deposition of Gregory Rose | D |
| Deposition of Robert Heller | E |

**Document**                                                                                   **Exhibit Tab**

Retainer letter (redacted) (Deposition Ex. 1)................................................................. F


     I declare under penalty of perjury that the foregoing is true and correct.  Executed in New

York, New York, on February 26, 2004.


                                           _____

                                           Martin Domb

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 26th day of February, 2004, a copy of the foregoing was

served via e-mail and U.S. mail upon the following (except that the mailing to Ms. Montgomery

was by overnight courier):

John W. Roberts. Esq.                          Edward J. Sheppard, IV, Esq.
Roberts, Rose & Bates, P.C.                    Thompson Coburn
17 Hoyt Street                                 1909 K Street, N.W., Suite 600
Stamford, CT 06905                             Washington, D.C. 20005-2010

Suzanne L. Montgomery, Esq.                    Jonathan S. Bowman
Thompson Coburn                                Stewart I. Edelstein
One US Bank Plaza                              COHEN AND WOLF, P.C.
St. Louis, MO 63101                            1115 Broad Street
                                               P.O. Box 1821
                                               Bridgeport, Connecticut 06601-1821


By:    _____
       Martin Domb
       Federal Bar No. ct 09544
       E-mail:  mdomb@hillbetts.com
       HILL, BETTS & NASH LLP
       One World Financial Center
       200 Liberty Street, 26th Floor
       New York, New York 10281-1003
       Tel. (212) 589-7577
       Fax (212) 466-0514