UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

        Plaintiffs,

CASE NO. 3:03 CV 599 (CFD)

- against -

BRIDGEPORT PORT AUTHORITY,

February 26, 2004

        Defendant.

_____/

**MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER
TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Martin Domb and Frederick A. Hall, the Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause, all of which are dated February 26, 2004, upon all prior proceedings in this action, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiffs, Bridgeport and Port Jefferson Steamboat Company, Frank C. Zahradka and Greg Rose, hereby move for an order: (1) temporarily restraining the defendant, Bridgeport Port Authority ("Port Authority"), from imposing or enforcing its proposed $.50 per passenger surcharge, and (2) to SHOW CAUSE why the Port Authority should not be preliminarily enjoined from imposing or enforcing its proposed $.50 per passenger surcharge pending a final judgment in the present action, in which plaintiffs have challenged the legality

**ORAL ARGUMENT REQUESTED**

{NY020141.1}

the Port Authority's tariff, and (3) granting plaintiffs such other relief as the Court may deem just and proper.

Dated: February 26, 2004

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY,
GREG ROSE, and
FRANK C. ZAHRADKA
*Plaintiffs*

By: *[signature]*

Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

Jonathan S. Bowman
Federal Bar No. ct 08526
E-mail: jbowman@cohenandwolf.com
Stewart I. Edelstein
Federal Bar No. ct 06021
E-mail: sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2004, a copy of the foregoing was served via e-mail and overnight mail upon the following:

John W. Roberts. Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Suzanne L. Montgomery, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By: *[signature]*
Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

{NY020323.1 }