$03 CU 599 Dec MB$

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

Defendant.
_____/

2004 MAR -1  A 8: 42

CASE NO. 3:03CV599 (CFD) US DISTRICT COURT
HARTFORD, CT.

February 26, 2004

## DECLARATION OF MARTIN DOMB

I, Martin Domb, hereby declare under penalty of perjury:

1.      I am one of the attorneys for the plaintiffs in this matter.  I submit this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue, enjoining the defendant, Bridgeport Port Authority (the "Port Authority"), from imposing a proposed $.50 per person surcharge on passengers of the Ferry Company.  I have personal knowledge of the facts stated herein.

2.      The purpose of this declaration is to provide the Court with copies of documents referred to in the accompanying Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause.  Attached hereto are copies of the following documents:

| Document | Exhibit Tab |
|---|---|
| Amended Complaint | A |
| Audited Financial Statements Bridgeport Port Authority, 2002 | B |
| Audited Financial Statements Bridgeport Port Authority, 2001 | C |

Audited Financial Statements Bridgeport Port Authority, 1993.................................................D

Property Management Agreement with cover letter..........................................................E

Letter dated February 25, 1994, from Edward Oppel to Jerome Baron .........................F

Net Operating Income from Union Square Dock, 2002 ...................................................G

Net Operating Income from Union Square Dock, 2001 ...................................................H

Deposition of Joseph Verrilli (selected excerpts) ..........................................................I

Net Operating Income from Union Square Dock, 1994 through 2000 (composite exhibit)...........J


I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York, on February 26, 2004.

Martin Domb