45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

          Plaintiffs,

CASE NO. 3:03 CV 599 (CFD)

RKW

- against -

BRIDGEPORT PORT AUTHORITY,

February 26, 2004

          Defendant.

_____/

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Pursuant to Local Rule 7(b), plaintiffs and defendant jointly move for an extension of the current discovery deadlines, and in support thereof state as follows:

1. Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Edward J. Sheppard, confirmed, in a telephone conversation with plaintiffs' counsel, Martin Domb, on February 25, 2004, that the Port Authority joins in this motion.

2. The parties twice before have moved, on consent, to extend the discovery deadlines. On December 3, 2003, the Court so-ordered the parties' second request to extend the discovery deadlines. That motion set forth the procedural history of this case through November 20, 2003, the date of the motion. To avoid repetition, we attach hereto a copy of that prior, so-ordered, motion.

3. By this motion, the parties seek a <u>two-month</u> further extension of the current deadlines. The reason for this request is that the parties were unable to schedule all of the necessary fact depositions for completion prior the end of February (the current deadline for fact

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/11/04

FILED 2004 MAR -3

**ORAL ARGUMENT NOT REQUESTED**

{NY020232.1}