UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT and PORT JEFFERSON :
STEAMBOAT COMPANY, et al., :
    Plaintiffs, :
:
v. : Civil Action No.
: 3:03 CV 599 (CFD)
BRIDGEPORT PORT AUTHORITY, :
    Defendant. :

### ORDER

Pending is the plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue [Doc. # 49]. The motion for temporary restraining order is DENIED. As to the request for a preliminary injunction, the court hereby ORDERS that on **March 24, 2004** at **10:00 a.m.**, in Courtroom Two, United States Courthouse Annex, 450 Main Street, Hartford, Connecticut, the defendants shall show cause why a preliminary injunction should not issue in the above-captioned matter.

Accordingly, it is hereby ORDERED that:

1. By no later than **5:00 p.m.** on **March 17, 2004**, each party shall file with the Clerk of the Court and shall serve upon other counsel of record the following items:

    (a) numbered list of proposed findings of fact, including the actual or projected evidentiary basis for each such finding;

    (b) a numbered list of proposed conclusions of law, including citations to authorities in support of each conclusion;

    (c) a list of witnesses to be examined by the party at the preliminary injunction hearing, including a succinct summary of the testimony which each such witness is expected to

provide;

    (d) a list of the exhibits which the party expects to offer at the preliminary injunction hearing. This list shall be numbered, to the extent practicable, in the order that the exhibits are likely to be offered.

    2.    The parties shall meet to discuss their proposed findings of fact and conclusions of law and to stipulate to any proposed findings of fact or conclusions of law to which they are in accord. In their respective responses to this Order to Show Cause, the parties shall indicate those findings of fact and conclusions of law which are stipulated.

    3.    Service of any of the papers noted above shall be made by in-hand service upon adversary counsel by the date and time indicated.

It is so ordered.

Dated at Hartford, Connecticut, on this 3rd day of March 2004

_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**