UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

          CASE NO. 3:03 CV 599 (CFD)

    Plaintiffs,

- against

BRIDGEPORT PORT AUTHORITY,          March 12, 2004

    Defendant.

## MOTION TO INTERVENE

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Brian A. McAllister and Martin Domb, the Memorandum of Law in Support of Motion to Intervene and Motion to Quash and for a Protective Order, all of which are dated March 12, 2004, upon all prior proceedings in this action, and pursuant to Rule 24 of the Federal Rules of Civil Procedure, Brian A. McAllister, McAllister Towing and Transportation Company, Inc., and Steamboat Concessions, Inc. (collectively the "Intervenors") hereby move for an order (a) permitting the Intervenors to participate in this action for the limited purpose of objecting to defendant's subpoena to Fleet Bank (a copy of which is attached as Exhibit A to the accompanying Declaration of Martin Domb), in accordance with Rules 45 and 26 of the Federal Rules of Civil Procedure, and (b) granting Intervenors such other relief as the Court may deem just and proper.

          *(Signature on next page)*

**ORAL ARGUMENT REQUESTED**

{NY020525.1 }

Dated: March 12, 2004

        BRIAN A. McALLISTER, McALLISTER TOWING AND TRANSPORTATION COMPANY, INC., and STEAMBOAT CONCESSIONS, INC.
*Intervenors*

By: _____
Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

Jonathan S. Bowman
Federal Bar No. ct 08526
E-mail: jbowman@cohenandwolf.com
Stewart I. Edelstein
Federal Bar No. ct 06021
E-mail: sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2004, a copy of the foregoing was served via e-mail and first class mail upon the following:

John W. Roberts, Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Suzanne L. Montgomery, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By: /s/ Martin Domb

Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514