UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

        Plaintiffs,

- against

BRIDGEPORT PORT AUTHORITY,

        Defendant.

CASE NO. 3:03 CV 599 (CFD)

March 12, 2004

**MOTION TO QUASH DEFENDANT'S SUBPOENA DUCES TECUM TO FLEET BANK AND FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Brian A. McAllister and Martin Domb, the Memorandum of Law in Support of Motion to Intervene and Motion to Quash and for a Protective Order, all of which are dated March 12, 2004, upon all prior proceedings in this action, and pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, plaintiff Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company") and proposed intervenors Brian A. McAllister, McAllister Towing and Transportation Company, Inc., and Steamboat Concessions, Inc. (collectively the "Intervenors") hereby move for an order: (a) quashing defendant's subpoena duces tecum to Fleet Bank (a copy of which is attached as Exhibit A to the accompanying Declaration of Martin Domb), (b) protecting the banking and financial records of the Ferry Company and the Intervenors from disclosure, and (c) granting the Ferry Company and the Intervenors such other relief as the Court may deem just and proper.

                                                                     (*Signature on next page*)

**ORAL ARGUMENT REQUESTED**

{NY020526.1}

Dated: March 12, 2004

        BRIDGEPORT AND PORT JEFFERSON
        STEAMBOAT COMPANY
        *Plaintiff, and*

        BRIAN A. McALLISTER, McALLISTER
        TOWING AND TRANSPORTATION
        COMPANY, INC., and STEAMBOAT
        CONCESSIONS, INC.
        *Intervenors*

By: _____
        Martin Domb
        Federal Bar No. ct 09544
        E-mail: mdomb@hillbetts.com
        HILL, BETTS & NASH LLP
        One World Financial Center
        200 Liberty Street, 26th Floor
        New York, New York 10281-1003
        Tel. (212) 589-7577
        Fax (212) 466-0514

        Jonathan S. Bowman
        Federal Bar No. ct 08526
        E-mail: jbowman@cohenandwolf.com
        Stewart I. Edelstein
        Federal Bar No. ct 06021
        E-mail: sedelstein@cohenandwolf.com
        COHEN AND WOLF, P.C.
        1115 Broad Street
        P.O. Box 1821
        Bridgeport, Connecticut 06601-1821
        Tel. (203) 368-0211
        Fax (203) 576-8504

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2004, a copy of the foregoing was served via e-mail and first class mail upon the following:

John W. Roberts. Esq.
Roberts, Rose & Bates, P.C
17 Hoyt Street
Stamford, CT 06905

Suzanne L. Montgomery, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By: _____
Martin Domb
Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514