UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 18 A 11: 17

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, *et al.*,

Case No. 03-CV-599 (CFD)

Plaintiffs,

v.

March 17, 2004

BRIDGEPORT PORT AUTHORITY,

Defendant.

_____/

**APPENDIX OF BRIDGEPORT PORT AUTHORITY TO
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'
REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF**

**EXHIBITS:**

1. Bridgeport City Code chap. 2.28

2. *Excerpts from* Deposition of Joseph A. Riccio, Vol. II

3. *Excerpts from* Deposition of Joseph A. Riccio, Vol. I

4. *Excerpts from* Deposition of Louis Rinaldo

5. Lease Agreement for Docking at Water Street Dock dated December 1, 1998

6. First Amendment to Lease Agreement for Docking at the Water Street Dock dated July 29, 2002

7. The Bridgeport and Port Jefferson Steamboat Company M/V Grand Republic, M/V Park City and M/V PT Barnum (1998-2003), by David Bell

8. The Bridgeport and Port Jefferson Steamboat Company, M/V Grand Republic, M/V Park City and M/V PT Barnum (1995-1999), by David Bell

9. The Bridgeport and Port Jefferson Steamboat Company M/V Grand Republic, M/V Park City and M/V PT Barnum (1992-1996), by David Bell

10. Agenda for February 5, 2004 Meeting of Board of Commissioners of Bridgeport Port Authority

11. Tariff of Bridgeport Authority

2285222

12. *Excerpts from* Deposition of Brian A. McAllister

13. *Excerpts from* Deposition of F. Charles Zahradka

**ADMINISTRATIVE AGENCY CASELAW:**

14. *Imposition of Surcharge on Cargo to Manila, Republic of Philippines*, 8 F.M.C. 395 (1965)

15. *Matson Navigation Co. — Proposed Bunker Surcharge in the Hawaii Trade*, 22 F.M.C. 276 (I.D. 1979), *adopted* 19 S.R.R. 1065 (F.M.C. 1979)

16. *Imposition of Surcharge at United States Atlantic & Gulf Ports on Cargo Moving Between Said Ports and Latin American Ports*, 7 S.R.R. 405 (F.M.C. 1966)

17. *Surcharge — Matson Navigation Co.*, 2 U.S.M.C. 622 (1942)

Dated: March 17, 2004

Respectfully submitted,

THOMPSON COBURN LLP
    Edward J. Sheppard, #CT24760
    1909 K Street, NW, #600
    Washington, DC 20006
    202-585-6900
    Fax 202-585-6969
    esheppard@thompsoncoburn.com


By _____
    Suzanne L. Montgomery, #CT24761
    One US Bank Plaza
    St. Louis, Missouri 63101
    314-552-6000
    Fax 314-552-7000
    smontgomery@thompsoncoburn.com

Attorneys for Defendant Bridgeport Port Authority

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via Federal Express overnight delivery, on the following counsel of record, this 17th day of March, 2004:

| | |
|---|---|
| Jonathan S. Bowman | Frank H. Loomis |
| Stewart I. Edelstein | Martin Domb |
| Cohen and Wolf, P.C. | Hill, Betts & Nash LLP |
| 1115 Broad Street | One World Financial Center |
| P.O. Box 1821 | 200 Liberty Street, 26th Floor |
| Bridgeport, CT 06601-1821 | New York, New York 10281 |

_____