UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 18  A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, ROBERT HELLER,
GREG ROSE, and FRANK C. ZAHRADKA,

        Plaintiffs,

v.

BRIDGEPORT PORT AUTHORITY,

        Defendant.

Case No. 03-CV-599 (CFD)

## BRIDGEPORT PORT AUTHORITY'S WITNESS LIST

COMES NOW Defendant Bridgeport Port Authority (the "Port Authority"), pursuant to the Court's March 4, 2004 Order, and submits the following list of witnesses who may be called to testify during the evidentiary hearing on Plaintiffs' request for a preliminary injunction set for March 24, 2004:

1. **Joseph Savino** (Chairman of the Board of Commissioners of the Port Authority). Mr. Savino will likely testify as to the adoption of the administrative surcharge by the Board of Commissioners, and the need for the administrative surcharge. He may also testify as to the services and benefits provided by the Port Authority to the Ferry passengers and the other users of the Port of Bridgeport.

2. **Joseph Riccio** (Executive Director of the Port Authority). Mr. Riccio will likely testify as to the financial need of the Port Authority for the administrative surcharge. He may also testify as to the services and benefits provided by the Port Authority to the Ferry passengers and the other users of the Port of Bridgeport.

3. **Edward Deak, PhD** (Professor of Economics, Fairfield University). Dr. Deak

2283533

will likely testify as to the lack of damages incurred by the Ferry Company as a result of the passenger wharfage fee imposed by the Port Authority, and specifically that the administrative surcharge will not damage the Ferry Company. Dr. Deak may also testify that the passenger wharfage fee imposed by the Port Authority is reasonably related to the services provided by the Port Authority to the Ferry Company and Ferry passengers, and may testify that the administrative surcharge is necessary for the Port Authority to continue providing services and benefits to the Ferry Company and Ferry passengers.

4.  **Martha Klimas** (staff employee of the Port Authority). Ms. Klimas may testify as to the services and benefits that the Port Authority provides to the Ferry Company and Ferry passengers, and may also testify as to the grants received by the Port Authority from other governmental entities for the provision of those services and benefits.

5.  **Joseph Verrilli, CPA** (outside auditor of the Port Authority). Mr. Verrilli may testify live or by deposition as to the audited financial statements of the Port Authority, and his opinions on the fiscal responsibility of the Port Authority.

In addition, the Port Authority specifically reserves the right to question any witness named by the Ferry Company on its witness list.

Dated: March 17, 2004

           Respectfully submitted,

           THOMPSON COBURN LLP

           By _____
               Suzanne L. Montgomery, #CT24761
               One US Bank Plaza
               St. Louis, Missouri 63101
               314-552-6000
               Fax 314-552-7000
               smontgomery@thompsoncoburn.com

               Edward J. Sheppard, #CT24760
               1909 K Street, NW, #600
               Washington, DC 20006
               202-585-6900
               Fax 202-585-6969
               esheppard@thompsoncoburn.com

           ROBERTS, ROSE & BATES
               John W. Roberts, #CT05947
               17 Hoyt Street
               P.O. Box 3610
               Stamford, CT 06905
               203-324-6755
               Fax 203-348-5802
               jroberts@robertsrosebates.com

           Attorneys for Defendant Bridgeport Port
           Authority

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and Federal Express overnight delivery, on the following counsel of record, this 17th day of March, 2004:

| | |
|---|---|
| Jonathan S. Bowman<br>Stewart I. Edelstein<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06601-1821<br>jbowman@cohenandwolf.com | Frank H. Loomis<br>Martin Domb<br>Hill, Betts & Nash LLP<br>99 Park Avenue, 20th Floor<br>New York, NY 10016-1601<br>floomis@hillbetts.com<br>mdomb@hillbetts.com |

_____
 *[signature]*