UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 18 A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, ROBERT HELLER,
GREG ROSE, and FRANK C. ZAHRADKA,

    Plaintiffs,

v.

    Case No. 03-CV-599 (CFD)

BRIDGEPORT PORT AUTHORITY,

    Defendant.

_____/

### BRIDGEPORT PORT AUTHORITY'S EXHIBIT LIST

COMES NOW Defendant Bridgeport Port Authority (the "Port Authority"), pursuant to the Court's March 4, 2004 Order, and submits the following list of exhibits it may offer into evidence during the evidentiary hearing on Plaintiffs' request for a preliminary injunction set for March 24, 2004:

A.     Tariff of Bridgeport Authority (BPA Bates # 001451-001452)

B.     Agenda for February 5, 2004 Meeting of Board of Commissioners of Bridgeport Port Authority (BPA Bates # 001453)

C.     Draft Letter from Port Authority to F. Hall re administrative surcharge (Depo Ex. 6)

D.     Letter from Port Authority to F. Hall re administrative surcharge (Depo Ex. 561)

E.     Bridgeport City Code chapter 2.28

F.     Photograph (BPA Bates # 001431)

G.     Photograph (BPA Bates # 001432)

H.     Photograph (BPA Bates # 001433)

I.     Photograph (BPA Bates # 001434)

J.     Photograph (BPA Bates # 001435)

K.     Photograph (BPA Bates # 001436)

2283536

L.  Photograph (BPA Bates # 001437)

M.  Photograph (BPA Bates # 001438)

N.  Photograph (BPA Bates # 001439)

O.  Photograph (BPA Bates # 001440)

P.  Photograph (BPA Bates # 001441)

Q.  Redacted copy of retainer agreement with individual plaintiffs (Depo Ex. 1)

R.  The Bridgeport and Port Jefferson Steamboat Company M/V Grand Republic, M/V Park City and M/V PT Barnum (1998-2003), by David Bell (BPJ Bates # 00505-00514)

S.  The Bridgeport and Port Jefferson Steamboat Company, M/V Grand Republic, M/V Park City and M/V PT Barnum (1995-1999), by David Bell (Depo Ex. 22)

T.  The Bridgeport and Port Jefferson Steamboat Company M/V Grand Republic, M/V Park City and M/V PT Barnum (1992-1996), by David Bell (BPJ Bates # 00529-00539)

U.  Letter to Brian A. McAllister from Ferry passengers, dated May 2, 2003 (Depo Ex. 12)

V.  2003-2004 Port Jeff Ferry Schedule (Depo Ex. 9)

W.  Ferry Fare Rates Chart (May 1997 – May 1998) (Depo Ex. 14)

X.  Revised Ferry Fare Rates Chart (May 1997 – May 1998) (BPA Bates # 001454)

Y.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 1, 2003 (BPJ Bates # 00394-00396)

Z.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 17, 2002 (BPJ Bates # 00397-00399)

AA.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 4, 2001 (BPJ Bates # 00400-00404)

BB.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 5, 2000 (BPJ Bates # 00405-00409)

CC.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective June 14, 1999 (BPJ Bates # 00410-00414)

DD.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 1, 1998 (BPJ Bates # 00415-00417)

EE.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 3, 1997 (BPJ Bates # 00418-00421)

FF.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 3, 1996 (BPJ Bates # 00422-00424)

GG.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective April 1, 1994 (BPJ Bates # 00425-00426)

HH.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective April 2, 1993 (BPJ Bates # 00427-00429)

II.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective January 4, 1993 (BPJ Bates # 00430-00432)

JJ.  The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective December 3, 1992 (BPJ Bates # 00433-00434)

KK.  The Bridgeport and Port Jefferson Steamboat Company Grand Republic and Park City 1996-2001 Passenger Totals and Yearly Percentage Increases (BPJ Bates # 00503)

LL.  Map of Bridgeport Harbor and surrounding area (Depo Ex. 20)

MM.  Curriculum Vitae of Professor Edward Deak (BPA Bates # 001442 – 001450)

NN.  Internet Print-out of J. Verrilli's qualifications (Depo Ex. 501)

OO.  Audited Financial Statements of Bridgeport Port Authority for 1993 (Depo Ex. 504)

PP.  Audited Financial Statements of Bridgeport Port Authority for 1994 (Depo Ex. 505)

QQ.  Audited Financial Statements of Bridgeport Port Authority for 1995 (Depo Ex. 506)

RR.  Audited Financial Statements of Bridgeport Port Authority for 1996 (Depo Ex. 507)

SS.  Audited Financial Statements of Bridgeport Port Authority for 1997 (Depo Ex. 508)

TT.  Audited Financial Statements of Bridgeport Port Authority for 1998 (Depo Ex. 509)

UU.  Audited Financial Statements of Bridgeport Port Authority for 1999 (Depo Ex. 510)

VV.  Audited Financial Statements of Bridgeport Port Authority for 2000 (Depo Ex. 511)

WW.  Audited Financial Statements of Bridgeport Port Authority for 2001 (Depo Ex. 512)

XX.  Audited Financial Statements of Bridgeport Port Authority for 2002 (Depo Ex. 513)

YY.  Bridgeport Port Authority Grant Income Schedule for 2001 (Depo Ex. 537)

ZZ.  Bridgeport Port Authority Grant Income Scheduled for 2002 (Depo Ex. 538)

AAA.  Lease Agreement for Docking at Water Street Dock (Depo Ex. 563)

BBB. First Amendment to Lease Agreement for Docking at Water Street Dock (Depo Ex. 564)

CCC. Agreement Between the State of Connecticut and the Bridgeport Port Authority for the Construction, Inspection and Maintenance of Bulkhead Repairs and Site Work to the Water Street Dock (Depo Ex. 554)

DDD. First Supplemental Agreement to the Original Agreement Dated September 3, 1999 Between the State of Connecticut and the Bridgeport Port Authority for the Construction, Inspection and Maintenance of Bulkhead Repairs and Site Work to the Water Street Dock (Depo Ex. 555)

EEE. Second Supplemental Agreement to the Original Between the State of Connecticut and the Bridgeport Port Authority for the Construction, Inspection and Maintenance of Bulkhead Repairs and Site Work to the Water Street Dock (Depo Ex. 556)

FFF. Letter from James F. Byres, Bureau of Engineering and Highway Operations (BPA Bates # 00323)

GGG. Memorandum from Federal Highway Administrative allocating 1994 Funds Ferry Boat Discretionary Program (December 21, 1993) (BPA Bates # 00326)

HHH. Letter from Donald J. West to James F. Sullivan (November 5, 1998) (BPA Bates # 00329-00331)

III. Table of Ferry Boat Discretionary Funds 1998 and 1999 (BPA Bates # 000332-000333)

JJJ. Certified Resolution of Bridgeport Port Authority for state financial assistance (June 16, 1994) (BPA Bates # 000334-000340)

KKK. Letter to Harbormaster re docking fees (Depo Ex. 553)

LLL. Deposit Summary – Dockage Fees $400 (December 3, 2002) (BPA Bates # 00317)

MMM. Deposit Summary – Dockage Fees $500 (December 13, 2002) (BPA Bates # 00318)

NNN. Deposit Summary – Transit Docking Fees 2,700 (March 14, 2003) (BPA Bates # 00319)

OOO. Water Street Dock Tariff – Boat Owner Lyle Stevenson (BPA Bates # 00320-00321)

PPP. Minutes of Special Meeting of Board of Commissioners of Bridgeport Port Authority (December 12, 2002) (BPA Bates # 000347-000348)

The Port Authority also specifically reserves the right to use any exhibits listed on Plaintiffs' Exhibit List.

Dated: March 17, 2004

        Respectfully submitted,

        THOMPSON COBURN LLP

        By _____
        Suzanne L. Montgomery, #CT24761
        One US Bank Plaza
        St. Louis, Missouri 63101
        314-552-6000
        Fax 314-552-7000
        smontgomery@thompsoncoburn.com

        Edward J. Sheppard, #CT24760
        1909 K Street, NW, #600
        Washington, DC 20006
        202-585-6900
        Fax 202-585-6969
        esheppard@thompsoncoburn.com

        ROBERTS, ROSE & BATES
          John W. Roberts, #CT05947
          17 Hoyt Street
          P.O. Box 3610
          Stamford, CT 06905
          203-324-6755
          Fax 203-348-5802
          jroberts@robertsrosebates.com

        Attorneys for Defendant Bridgeport Port Authority

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and Federal Express overnight delivery, on the following counsel of record, this 17th day of March, 2004:

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821
jbowman@cohenandwolf.com

Frank H. Loomis
Martin Domb
Hill, Betts & Nash LLP
99 Park Avenue, 20th Floor
New York, NY  10016-1601
floomis@hillbetts.com
mdomb@hillbetts.com

*SMontgomery*