UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 2: 34
U.S. DISTRICT COURT
HARTFORD, CT.

BRIDGEPORT AND PORT JEFFERSON       :   CIVIL ACTION NO.
STEAMBOAT COMPANY, GREG ROSE,       :   3:03cv 599 (CFD)
AND FRANK C. ZAHRADKA,              :
                                    :
           Plaintiffs,              :
                                    :
v.                                  :
                                    :
BRIDGEPORT PORT AUTHORITY           :   MARCH 26, 2004

**MOTION ON BEHALF OF PLAINTIFFS FOR
ADMISSION OF ATTORNEY ERIC M. UNDERRINER PRO HAC VICE**

The undersigned attorney for plaintiffs Bridgeport and Port Jefferson Steamboat Company, Greg Rose and Frank C. Zahradka (the "Plaintiffs") respectfully moves this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Eric M. Underriner as a visiting lawyer to represent the Plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Underriner's office address is as follows:

Eric M. Underriner
Hill, Betts & Nash, LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel. 212-839-7000
Fax 212-466-0514
E-mail: eunderriner@hillbetts.com

2. Attorney Underriner is a member in good standing of the bar of the State of New York (1997), State of New Jersey (1996), United States District Court for the Southern District of New York (2001), and the United States District Court for the District of New Jersey (1996).

3. Attorney Underriner has not been denied admission or disciplined by this Court or any other court.

4.  The purpose of this motion is to make it possible for Attorney Underriner to represent the Plaintiffs with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

5.  The undersigned counsel, Stewart I. Edelstein, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for the Plaintiffs upon whom service of all papers may be made in accordance with Local Rule 83.1(c).

6.  No previous motions have been filed with respect to the admission of Attorney Underriner pro hac vice in this action.

7.  The payment of the prescribed to the Clerk of this Court ($25.00) accompanies this motion.

WHEREFORE, the above-named Plaintiffs respectfully requests that Attorney Underriner be admitted as a visiting lawyer and granted permission to represent the above-named Plaintiffs in this action as counsel pro hac vice.

THE PLAINTIFFS,
BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, GREG ROSE, and
FRANK C. ZAHRADKA

By *[signature]*
Stewart I. Edelstein, Esq. (ct 06021)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
E-mail: sedelstein@cohenandwolf.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, GREG ROSE, AND FRANK C. ZAHRADKA, : : : | CIVIL ACTION NO. 3:03cv 599 (CFD) |
| Plaintiffs, : : | |
| v. : : | |
| BRIDGEPORT PORT AUTHORITY : | MARCH 25, 2004 |

### AFFIDAVIT OF ERIC M. UNDERRINER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF NEW YORK     :
                      :  ss.
COUNTY OF NEW YORK    :

I, Eric M. Underriner, Esq., of full age and being duly sworn according to law, upon my oath depose and say:

1. I am an attorney at law practicing with the law firm of Hill, Betts & Nash, LLP, One Financial Center, 200 Liberty Street, 26th Floor, New York, New York 10821. My telephone number is (212) 839-7000, fax number (212) 466-0514 and email address is eunderriner@hillbetts.com.

2. I am a member in good standing of the bars of the States of New York (1997), snd New Jersey (1996), and the United States District Courts for the Southern District of New York (2001) and District of New Jersey (1996).

3. I have not been denied admission or disciplined by this Court or any other Court.

4. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

{NY020955.1 }

5. I respectfully request that this Court permit me to represent my firm's clients, Bridgeport and Port Jefferson Steamboat Company, Greg Rose and Frank C. Zahradka, as visiting counsel in connection with the above-captioned action.

Eric M. Underriner, Esq.

Subscribed and Sworn to
before me this 25th day
of March, 2004.

Notary Public

SHERRY ELLENZWEIG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02EL6054705
QUALIFIED IN WESTCHESTER
COMMISSION EXPIRES Feb. 12, 2007

{NY020955.1 }2

## CERTIFICATION OF SERVICE

I hereby certify that on the date hereof, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following:

John W. Roberts, Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Suzanne L. Montgomery, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Martin Domb, Esq.
Hill, Betts & Nash LLP
99 Park Avenue
20th Floor
New York, NY  10016-1601

_____
Stewart I. Edelstein

3