CT/emthrg (October 17, 2001)

TOTAL TIME: 3 hours 30 minutes

HONORABLE Dorsey
DEPUTY CLERK Dero
RPTR/ERO/TAPE Marshall

DATE April 1, 2004   START TIME 10:00   END TIME 2:00
LUNCH RECESS FROM ___ TO ___
RECESS FROM 1:00 TO 1:30   (if more than 1/2 hour)

Bpt & Port
vs.
Bpt Port Auth.

CIVIL NO. 3:03CV599(CFD)

Domb
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Montgomery
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☒ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

why Preliminary injunction should not enter.

MOTION DOCUMENT NO.

| # | Motion | granted | denied | advisement |
|---|--------|---------|--------|------------|
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
| # | Motion | granted | denied | advisement |
|   | Oral Motion | granted | denied | advisement |
|   | Oral Motion | granted | denied | advisement |
|   | Oral Motion | granted | denied | advisement |
|   | Oral Motion | granted | denied | advisement |

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

☐ filed ☐ docketed (×11)

Hearing continued until ___