# United States District Court

DISTRICT OF **Connecticut**

Bpt. & Port
v.
Bpt. Port auth

**Defts** EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:03CV599

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | Domb | Montgomery |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/1/04 | Marshall | Dero |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   | O | 4-1-04 | ✓ | ✓ | Photo |
|   | P | " | ✓ | ✓ | Photo |
|   | L | " | ✓ | ✓ | " |
|   | J | " | ✓ | ✓ | " |
|   | K | " | ✓ | ✓ | " |
|   | H | " | ✓ | ✓ | " |
|   | M | " | ✓ | ✓ | " |
|   | N | " | ✓ | ✓ | " |
|   | R | " | ✓ | ✓ | Grand Republic, Park City + P.T. Barnum 98-03 |
|   | S | " | ✓ | ✓ | "     "     "     " 1995-1999 |
|   | T | " | ✓ | ✓ | "     "     "     " 1992-1996 |
| m | m | " | ✓ | ✓ | Edward Deak, Curriculum Vita |
|   | E | " | ✓ | ✓ |   |
|   | B | " | ✓ | ✓ | Agenda 2-5-04 |

FILED 2004 APR -2 P 2:51 U.S. DISTRICT COURT HARTFORD, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages