AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF  Connecticut

Bpt. & Port
v.
Bpt Port Auth.

Pltfs EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:03cv599 (CFD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | Domb | Montgomery |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4-1 | Marshall | Dew |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-10 | | 4-1-04 | ✓ | ✓ | Audited Financial Statements |
| 12 | | " | ✓ | ✓ | Cover letter dtd 2-4-93 |
| 13 | | " | ✓ | ✓ | Ltr dtd 2-25-94 from Edward Baron |
| 14-22 | | " | ✓ | ✓ | Net operating Income from Union Square Dock |
| 46 | | " | ✓ | ✓ | Ground Lease / Port Auth & Derecktor |

FILED 2004 APR -2 P 2:51 US DISTRICT COURT HARTFORD, CT.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages