# United States District Court

DISTRICT OF Connecticut

Bpt & Pat
v.
Bpt Port auth.

Plffs AND WITNESS LIST

CASE NUMBER: 3:03CV599CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | Domb | Montgomery |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/1 | Marshall | Pen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-1-04 | | | Joseph Verrilli, Shelton, CT |
| | | " | | | Michael Freimuth, Fairfield, CT |
| | | " | | | Joseph Riccio, Jr., Bridgeport, CT |
| | | " | | | Frederick Adell, Yaphank, NY |
| | | " | | | Prof. Edward Deak, Monroe, CT |
| | | " | | | Joseph Savino, |

FILED 2004 APR -2 P 2:51 U.S. DISTRICT COURT HARTFORD, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages