

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED** 2004 MAR 29 P 2:34
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, GREG ROSE, AND FRANK C. ZAHRADKA, | : : : | CIVIL ACTION NO. 3:03cv 599 (CFD) |
| Plaintiffs, | : | |
| v. | : | |
| BRIDGEPORT PORT AUTHORITY | : | MARCH 26, 2004 |

### MOTION ON BEHALF OF PLAINTIFFS FOR ADMISSION OF ATTORNEY ERIC M. UNDERRINER PRO HAC VICE

The undersigned attorney for plaintiffs Bridgeport and Port Jefferson Steamboat Company, Greg Rose and Frank C. Zahradka (the "Plaintiffs") respectfully moves this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Eric M. Underriner as a visiting lawyer to represent the Plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Underriner's office address is as follows:

Eric M. Underriner
Hill Betts & Nash, LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel. 212-839-7000
Fax 212-466-0514
E-mail: eunderriner@hillbetts.com

2. Attorney Underriner is a member in good standing of the bar of the State of New York (1997), State of New Jersey (1996), United States District Court for the Southern District of New York (2001), and the United States District Court for the District of New Jersey (1996).

3. Attorney Underriner has not been denied admission or disciplined by this Court or any other court.

*GRANTED, absent objection. It is so ordered.*