UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

        Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

        Defendant.
_____/

CASE NO. 3:03 CV 599 (CFD)

May 13, 2004

**MOTION ON CONSENT TO EXTEND PRETRIAL SCHEDULE**

Pursuant to Local Rule 7(b), plaintiffs move, with defendant's consent, for an extension of the current pretrial schedule, and in support thereof state as follows:

1.    Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Suzanne L. Montgomery, confirmed, in an exchange of e-mails with plaintiffs' counsel, Martin Domb, on May 12, 2004, that the Port Authority consents to this motion.

2.    There have been three prior motions, filed jointly or on consent, to extend the discovery deadlines, and the Court approved each of them. On March 2, 2004, the Court so-ordered the last such motion. That motion set forth the procedural history of this case through February 26, 2004, the date of the motion.

3.    By this motion, plaintiffs seek a <u>one-month</u> further extension of the current deadlines, for the following reasons: (a) the parties completed oral depositions within the current deadline for completion of fact discovery (April 30, 2004), but there are certain outstanding requests for production of documents, which arose from the most recent depositions, as to which documents are not expected to be produced until late May 2004; (b) plaintiffs' experts need such

**ORAL ARGUMENT NOT REQUESTED**

{NY021803.1 }

documents in order to prepare their reports, which under the current schedule would be due by May 31, 2004; and (c) as a result of the very busy schedule in this case over the past several weeks – which included several depositions, briefing of two discovery motions, and a preliminary injunction hearing on April 1, 2004 (as itemized in paragraph 4 below) – plaintiffs need more time than anticipated in order to prepare for and complete discovery relating to their expert witnesses.

4.  Since the date of the prior motion (February 26, 2004), the parties have engaged in the following discovery and other pretrial proceedings:

(a) February 27, 2004 – plaintiff Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company") filed its opposition to the Port Authority's motion to compel certain discovery. The Port Authority filed its reply papers on March 12, 2004. (The motion is pending.)

(b) March 1, 2004 – plaintiffs filed a motion for a temporary restraining order ("TRO") and a preliminary injunction with respect to a 50-cent per ticket tariff surcharge announced by the Port Authority. The Port Authority filed opposition papers on March 17, 2004, and plaintiffs filed reply papers on March 22, 2004. On March 3, 2004, the Court issued an order denying the TRO and scheduling a hearing on the motion for a preliminary injunction on March 24, 2004, which was later adjourned to April 1, 2004.

(c) March 4, 2004 – deposition of Frederick Hall, Vice President and General Manager of the Ferry Company.

(d) March 5, 2004 – deposition of Louis Rinaldo, the Ferry Company's Operations Manager in Bridgeport.

(e) March 5, 2004 – deposition of Sharon St. Louis, the Ferry Company's Chief Purser.

(f) March 8, 2004 – deposition of Joseph Riccio, Executive Director of the Port Authority.

(g) March 9, 2004 – deposition of Michael Freimuth, former Commissioner of the Port Authority.

(h) March 12, 2004 – the Ferry Company and associated persons filed motions to intervene and for a protective order with respect to a documentary subpoena served by the Port Authority on Fleet National Bank.  The Port Authority served opposition papers on April 2, 2004, and the Ferry Company served reply papers on April 16, 2004.  (The motion is pending.)

(i) March 17, 2004 – each side served its proposed findings of fact, conclusions of law, list of witnesses and summaries of their expected testimony, and list of exhibits, in connection with the preliminary injunction hearing held on April 1, 2004.

(j) March 19, 2004 – the deposition of Jerome Baron, former Director of Finance, City of Bridgeport, was held in Cranston, Rhode Island.

(k) March 24, 2004 – the Ferry Company served responses and produced documents with respect to the Port Authority's second document request.

(l) April 1, 2004 – the preliminary injunction hearing was held.

(m) April 21, 2004 – the deposition of Edward Oppel, former Executive Director of the Port Authority, was held in West Palm Beach, Florida.

(n) April 26, 2004 – the Port Authority served responses and produced documents with respect to plaintiffs' second document request.

(o)     April 28, 2004 – continuation of the deposition of Frederick Hall, Vice President and General Manager of the Ferry Company.

(p)     April 28, 2004 – deposition of Charmaine Johnson, office manager and bookkeeper of the Port Authority.

(q)     April 29, 2004 – deposition of Joseph Savino, Chairman of the Board of Commissioners of the Port Authority.

(r)     April 30, 2004 – deposition of Checkers International, Inc., an investigation firm retained by plaintiffs' counsel.

(s)     April 30, 2004 – plaintiffs served a third document request, concerning matters that arose during the depositions of Mr. Oppel, Ms. Johnson and Mr. Savino, held respectively on April 21, 28 and 29, 2004.

(t)     May 4, 2004 – the Ferry Company served responses and produced documents with respect to the Port Authority's third document request, as well as additional documents responsive to earlier requests.

5.     We respectfully submit that, as the foregoing shows, the parties have conducted discovery and other pretrial proceedings diligently.

6.     Counsel for the parties agree that all depositions of fact witnesses have been completed, subject only to any further depositions that might be warranted following: (a) the Court's rulings on the two pending discovery motions, and (b) the Port Authority's answer, which the Port Authority has yet to file in view of its pending motions to dismiss.

7.     The only fact discovery still outstanding, as noted above, consists of certain supplementary requests for production of documents, which arose from depositions held in late

April 2004.  Responses and document productions with respect to such requests are expected to be served by late May 2004.

8. Thus, the principal discovery still outstanding relates to expert witnesses, *i.e.*, identification of experts, service of their written reports, and depositions.

9. Counsel for the parties have conferred in good faith, and counsel for the Port Authority has consented to plaintiffs' request for a one-month extension of the current pretrial schedule as follows:

| Event | Current Deadlines | Proposed New Deadlines |
| --- | --- | --- |
| Depositions of fact witnesses to be completed | April 30, 2004 | Completed |
| Documentary fact discovery to be completed | April 30, 2004 | May 31, 2004 |
| Plaintiffs to designate trial experts and serve experts' reports and damages analysis | May 31, 2004 | June 30, 2004 |
| Depositions of plaintiffs' experts to be completed | June 30, 2004 | July 31, 2004 |
| Defendant to designate trial experts | July 31, 2004 | August 31, 2004 |
| Depositions of defendant's experts and all other discovery to be completed | August 31, 2004 | September 30, 2004 |
| Dispositive motions to be filed | September 30, 2004 | October 31, 2004 |
| Joint trial memorandum to be filed and case to be ready for trial | October 31, 2004 | November 30, 2004 |

(*Signature on following page.*)

WHEREFORE, plaintiffs respectfully request, with defendant's consent, that the Court grant this motion.

> BRIDGEPORT AND PORT JEFFERSON
> STEAMBOAT COMPANY,
> GREG ROSE, and
> FRANK C. ZAHRADKA
> *Plaintiffs*
>
> By:    /s/_____
> Martin Domb, Federal Bar No. ct 09544
> E-mail:  mdomb@hillbetts.com
> HILL, BETTS & NASH LLP
> One World Financial Center
> 200 Liberty Street, 26th Floor
> New York, New York 10281-1003
> Tel. (212) 589-7577
> Fax (212) 466-0514
>
> Jonathan S. Bowman, Federal Bar No. ct 08526
> E-mail:  jbowman@cohenandwolf.com
> Stewart I. Edelstein
> Federal Bar No. ct 06021
> E-mail:  sedelstein@cohenandwolf.com
> COHEN AND WOLF, P.C.
> 1115 Broad Street
> P.O. Box 1821
> Bridgeport, Connecticut 06601-1821
> Tel. (203) 368-0211
> Fax (203) 576-8504

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of May, 2004, a copy of the foregoing was served via e-mail and first class mail upon the following:

| | |
|---|---|
| John W. Roberts. Esq.<br>Roberts, Rose & Bates, P.C.<br>17 Hoyt Street<br>Stamford, CT 06905 | Edward J. Sheppard, IV, Esq.<br>Thompson Coburn<br>1909 K Street, N.W., Suite 600<br>Washington, D.C. 20005-2010 |
| Suzanne L. Montgomery, Esq.<br>Thompson Coburn<br>One US Bank Plaza<br>St. Louis, MO 63101 | Jonathan S. Bowman<br>Stewart I. Edelstein<br>COHEN AND WOLF, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, Connecticut 06601-1821 |

By:   /s/_____
       Martin Domb, Federal Bar No. ct 09544
       E-mail: mdomb@hillbetts.com
       HILL, BETTS & NASH LLP
       One World Financial Center
       200 Liberty Street, 26th Floor
       New York, New York 10281-1003
       Tel. (212) 589-7577
       Fax (212) 466-0514