UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, *et al.*,

        Plaintiffs,

v.

BRIDGEPORT PORT AUTHORITY,

        Defendant.

Case No. 03-CV-599 (CFD)

2004 JUL 26  A 11:16

U.S. DISTRICT COURT
HARTFORD, CT.

July 22, 2004

_____/

## WITHDRAWAL OF APPEARANCE

COMES NOW Suzanne L. Montgomery and withdraws her appearance of behalf of Defendant Bridgeport Port Authority.

Dated: July 22, 2004

        Respectfully submitted,

        By _/s/ Montgomery_
        Suzanne L. Montgomery, #CT24761
        One US Bank Plaza
        St. Louis, Missouri 63101
        314-552-6000
        Fax 314-552-7000
        smontgomery@thompsoncoburn.com

2362456

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via U.S. Mail, postage prepaid, this 22d day of July, 2004:

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821

Frank H. Loomis
Martin Domb
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281



2362456

- 2 -