UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT and PORT JEFFERSON STEAMBOAT COMPANY, et al., | : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 3:03 CV 599 (CFD) |
| BRIDGEPORT PORT AUTHORITY, | : | |
| Defendant. | : | |

## ORDER

The parties' Stipulation and [Proposed] Order of Confidentiality [**Document # 85**] is hereby **APPROVED**, subject to the modifications of this order.

Any papers, materials or information submitted to the court will be deemed public documents, unless a party requests to have those documents filed under seal and such request is approved upon a showing of good cause. The request to seal shall be filed in accordance with Rule 5(d) of the Local Rules of Civil Procedure for the District of Connecticut. Any submissions to the court accompanied by a request to seal will be treated as sealed until the court acts upon the request. The request to seal shall set forth each document subject to the request and the basis for such request.

Hearings and testimony will also be open to the public unless a party makes a prior request that they be closed to the public and such request is approved upon a showing of good cause.

SO ORDERED this 5th day of August 2004, at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　／s／ CFD
　　　　　　　　　　　　　　　　　　**CHRISTOPHER F. DRONEY**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Case 3:03-cv-00599-CFD    Document 86    Filed 08/05/2004    Page 2 of 2