UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, *et al.*, | )<br>)   Case No. 03-CV-599 (CFD)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| BRIDGEPORT PORT AUTHORITY, | )<br>) |
| Defendant. | )<br>) |

[Stamp: FILED 2004 SEP 23 A 10:32]

## MOTION TO ADMIT VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the defendant respectfully moves for the admission of Jason C. Rahoy, Esq. of Thompson Coburn, LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101 to represent it as a visiting attorney in this action. In support of this motion, the undersigned counsel, a member of the bar of this Court, represents as follows:

1. Jason C. Rahoy has been admitted to and is a member in good standing of the following courts: State of Missouri.

2. Jason C. Rahoy has never been denied admission or disciplined by this Court or any other court.

3. Thompson Coburn has represented the defendant in other matters involving admiralty law, maritime law, tariffs and regulatory matters. Jason C. Rahoy is working on this case with Edward J. Sheppard of Thompson Coburn, whose admission as a visiting attorney has been moved by the undersigned.

4. The granting of this motion will not require modification of a scheduling order or deadlines established by any standing order on scheduling in civil cases.

5. John W. Roberts of Roberts, Rose & Bates, P.C., 17 Hoyt Street, Post Office Box 3610 Stamford, CT 06905 is hereby designated as the local attorney upon whom service of papers in this action may be made.

6. The fee required by Local Rule 83.1(d), $25.00 for each visiting attorney for whom admission is sought, is being pad to the Clerk of the Court with the filing of this motion.

BRIDGEPORT PORT AUTHORITY

By: _____
John W. Roberts
Its Attorney
Federal Bar No. ct05947
Roberts, Rose & Bates, P.C.
17 Hoyt Street
P. O. Box 3610
Stamford, CT 06905
Tel.:   (203) 324-6755
Fax:   (203)  348-5802
E-mail: Jroberts@robertsrosebates.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via U.S. Mail, postage prepaid, this 22nd day of September, 2004 to:

| | |
|---|---|
| Jonathan S. Bowman | Frank H. Loomis |
| Stewart I. Edelstein | Martin Domb |
| Cohen and Wolf, P.C. | Hill, Betts & Nash LLP |
| 1115 Broad Street | One World Financial Center |
| P.O. Box 1821 | 200 Liberty Street, 26th Floor |
| Bridgeport, CT  06601-1821 | New York, New York 10281 |

_____