# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

APPEARANCE

2004 SEP 23 A II: 02

U.S.

CASE NUMBER: 3:03 CV 599 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    Bridgeport Port Authority

September 21, 2004
Date

_Signature_

CT23291
Connecticut Federal Bar Number

Richard L. Rose
Print Clearly or Type Name

(203) 324-6755
Telephone Number

Roberts, Rose & Bates, P.C.
Address

(203) 348-5802
Fax Number

17 Hoyt Street, P.O. Box 3610
Stamford, CT 06905

E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Edward J. Sheppard, Esq.
1909 K Street, NW, #600
Washington, DC 20006

Timothy F. Noelker
One US Bank Plaza
St. Louis, Missouri 63101

Frank H. Loomis, Esq.
Martin Domb, Esq.
Hill, Betts, & Nash LLP
One World Financial Center, 200 Liberty St., 26th Floor
New York, NY 10281

Jonathan S. Bowman, Esq.
Stewart I Edelstein, Esq.
Cohen and Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06601-1821

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001