FILED
2004 SEP 23 A 11: 02

DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

      Plaintiffs,

CASE NO. 3:03 CV 599 (CFD)

- against -

BRIDGEPORT PORT AUTHORITY,

September 21, 2004

      Defendant.

**MOTION ON CONSENT TO EXTEND PRETRIAL SCHEDULE**

Pursuant to Local Rule 7(b), defendant Bridgeport Port Authority (the "Port Authority") moves, with plaintiffs' consent, for an extension of the current pretrial schedule, and in support thereof states as follows:

1. Mr. Martin Domb, counsel for plaintiffs Bridgeport and Port Jefferson Steamboat Company, et al. ("the Ferry Company"), confirmed in an exchange of e-mails on September 10, 2004, with defendant's counsel, Steve Kellogg, that the Ferry Company consents to this motion.

2. There have been four prior motions, filed jointly or on consent, to extend the discovery deadlines, and the Court approved each of them.

3. By this motion, defendant seeks a <u>one-month</u> further extension of the current deadlines because the travel schedule of one of defendant's named experts will not permit the completion of his deposition within the current schedule. In addition, a new attorney, Mr. Tim Noelker, has been assigned to assist the Port Authority with its defense. The additional 30-days will allow Mr. Noelker sufficient time to study the file in order properly to defend the depositions of the Port Authority's experts.

2391989 **ORAL ARGUMENT NOT REQUESTED**

4. Since the date of the prior motion (May 13, 2004), the parties have engaged in the following discovery and other pretrial matters:

(a) The Ferry Company served the Port Authority with the expert reports of George Shawah and Alan Schachter.

(b) The Port Authority deposed Messrs. Shawah and Schachter.

(c) A confidentiality agreement was executed between the Ferry Company and the Port Authority regarding the former's financial records.

(d) The Court approved the confidentiality agreement.

(e) The Ferry Company produced the requested financial records and has agreed to allow the Port Authority to depose its CFO with respect to those records.

5. We respectfully submit that, as the foregoing shows, the parties have conducted discovery and other pretrial proceedings diligently.

6. Counsel for the parties agree that with the exception of the Ferry Company's CFO, all depositions of fact witnesses have been completed, subject only to any further depositions that might be warranted as a result of the Port Authority's answer.

7. Counsel for the parties have conferred in good faith, and counsel for the Ferry Company has consented to defendant's request for a one-month extension of the current pretrial schedule as follows:

| Event | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| Depositions of fact witnesses to be completed | April 30, 2004 | Completed |
| Documentary fact discovery to be completed | April 30, 2004 | Completed |
| Plaintiffs to designate trial experts and serve experts' reports and damages analysis | June 30, 2004 | Completed |
| Depositions of plaintiffs' experts to be completed | July 31, 2004 | Completed |
| Defendant to designate trial experts | August 31, 2004 | Completed |
| Depositions of defendant's experts and all other discovery to be completed | September 30, 2004 | October 31, 2004 |
| Dispositive motions to be filed | October 31, 2004 | November 30, 2004 |
| Joint trial memorandum to be filed and case to be ready for trial | November 30, 2004 | December 31, 2004 |

*(Signature on following page.)*

WHEREFORE, defendant respectfully requests, with plaintiffs' consent, that the Court grant this motion.

Respectfully submitted,

THOMPSON COBURN LLP

By_____
Richard L. Rose, CT23291
Roberts, Rose & Bates, P.C.
17 Hoyt Street
P. O. Box 3610
Stamford, CT 06905
(203) 324-6755
(203) 348-5802
Rrose@robertsrosebates.com

Edward J. Sheppard, #CT24760
1909 K Street, NW, #600
Washington, DC 20006
202-585-6900
Fax 202-585-6969
esheppard@thompsoncoburn.com

Timothy F. Noelker
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
Fax 314-552-7000
tnoelker@thompsoncoburn.com

Attorneys for Defendant Bridgeport Port Authority

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid on the following counsel of record, this 21th day of September, 2004:

| | |
|---|---|
| Jonathan S. Bowman | Frank H. Loomis |
| Stewart I. Edelstein | Martin Domb |
| Cohen and Wolf, P.C. | Hill, Betts & Nash LLP |
| 1115 Broad Street | One World Financial Center |
| P.O. Box 1821 | 200 Liberty Street, 26th Floor |
| Bridgeport, CT 06601-1821 | New York, New York 10281 |

_____
CT 23291