UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                     Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

                     Defendant.

CASE NO. 3:03 CV 599 (CFD)

**AFFIDAVIT OF
JASON C. RAHOY, ESQ.**

September 28, 2004

JASON C. RAHOY being duly sworn, does hereby depose and say:

1. I am employed as an associate with the law firm of Thompson Coburn, LLP, which is located at the following address:

       One U.S. Bank Plaza
       St. Louis, MO 63101
       Tel:   (314) 552-6491
       Fax:  (314) 552-7491
       jrahoy@thompsoncoburn.com;

2. I am admitted to and I am a member in good standing of the following courts: State of Missouri, State of Illinois, United States District Court (Eastern District of Missouri) and the United States District Court (Western District of Missouri);

3. I have never been denied admission or disciplined by this Court or any other court;

4. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut; and

5.   The granting of the accompanying Motion to Admit Visiting Attorney will not require modification of any scheduling order or deadline established by any standing order on scheduling in civil cases in any federal court.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Affidavit as of this 28th day of September, 2004.

_____
Jason C. Rahoy, Esq.

Subscribed and sworn to before me
on the 28th day of September, 2004

_____
PRINT NAME  KATHLEEN A. HOEHL
Notary Public

[Affix Seal]

KATHLEEN A. HOEHL
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Aug. 24, 2008