UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                    CASE NO. 3:03 CV 599 (CFD)

           Plaintiffs,

- against -

                    **AFFIDAVIT OF**
                    **TIMOTHY F. NOELKER, ESQ.**

BRIDGEPORT PORT AUTHORITY,

           Defendant.              September 28, 2004

TIMOTHY F. NOELKER being duly sworn, does hereby depose and say:

1. I am a partner of the law firm of Thompson Coburn, LLP, which is located at the following address:

        One U.S. Bank Plaza
        St. Louis, MO 63101
        Tel:   (314) 552-6091
        Fax:  (314) 552-7091
        tnoelker@thompsoncoburn.com;

2. I am admitted to and I am a member in good standing of the following courts: State of Missouri and the United States District Court for the Eastern District of Missouri;

3. I have never been denied admission to or disciplined by this Court or any other court;

4. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut;

5. The granting of the accompanying Motion to Admit Visiting Attorney will not require modification of any scheduling order or deadline established by any standing order on scheduling in civil cases in any federal court.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Affidavit as of this 28th day of September, 2004.

*Timothy F. Noelker*

Timothy F. Noelker, Esq.

Subscribed and sworn to before me
on the 28th day of September, 2004

*Kathleen A. Hoehl*

PRINT NAME KATHLEEN A. HOEHL
Notary Public

[Affix Seal]

KATHLEEN A. HOEHL
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Aug. 24, 2008