UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGEPORT PORT AUTHORITY,<br><br>Defendant. | Case No. 03-CV-599 (CFD) |

## MOTION TO ADMIT VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the defendant respectfully moves for the admission of Timothy F. Noelker, Esq. of Thompson Coburn, LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101 to represent it as a visiting attorney in this action. In support of this motion, the undersigned counsel, a member of the bar of this Court, represents as follows:

1. Timothy F. Noelker has been admitted to and is a member in good standing of the following courts: State of Missouri, and the United States District Court for the Eastern District of Missouri.

2. Timothy F. Noelker has never been denied admission or disciplined by this Court or any other court.

3. Thompson Coburn has represented the defendant in other matters involving admiralty law, maritime law, tariffs and regulatory matters. Timothy F. Noelker is working on this case with Edward J. Sheppard of Thompson Coburn, whose admission as a visiting attorney has been moved by the undersigned.

4. The granting of this motion will not require modification of a scheduling order or deadlines established by any standing order on scheduling in civil cases.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 10/4/04