UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON ) 
STEAMBOAT COMPANY, *et al.*, )  Case No. 03-CV-599 (CFD)
)
Plaintiffs, )
)
v. )
)
BRIDGEPORT PORT AUTHORITY, )
)
Defendant. )
)

## MOTION TO ADMIT VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the defendant respectfully moves for the admission of Jason C. Rahoy, Esq. of Thompson Coburn, LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101 to represent it as a visiting attorney in this action. In support of this motion, the undersigned counsel, a member of the bar of this Court, represents as follows:

1. Jason C. Rahoy has been admitted to and is a member in good standing of the following courts: State of Missouri.

2. Jason C. Rahoy has never been denied admission or disciplined by this Court or any other court.

3. Thompson Coburn has represented the defendant in other matters involving admiralty law, maritime law, tariffs and regulatory matters. Jason C. Rahoy is working on this case with Edward J. Sheppard of Thompson Coburn, whose admission as a visiting attorney has been moved by the undersigned.

4. The granting of this motion will not require modification of a scheduling order or deadlines established by any standing order on scheduling in civil cases.

**GRANTED. It is so ordered**
Christopher F. Droney, U.S.D.J.
Hartford, CT 10/1/04