# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., | **APPEARANCE** |
| Plaintiffs, | |
| v. | CASE NUMBER: 03-CV-599 (CFD) |
| BRIDGEPORT PORT AUTHORITY, | |
| Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    Bridgeport Port Authority, Defendant

| | |
|---|---|
| **10/13/04** | _Timothy F. Noelker_ (signature) |
| Date | Signature |
| ct26291 | Timothy F. Noelker |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 314-552-6091 | One US Bank Plaza |
| Telephone Number | Address |
| 314-552-7091 | St. Louis, MO 63101 |
| Fax Number | |
| tnoelker@thompsoncoburn.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Frank H. Loomis
Martin Domb
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601-1821

_Timothy F. Noelker_ (signature)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24