# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

        Plaintiffs,

v.

BRIDGEPORT PORT AUTHORITY,

        Defendant.

**APPEARANCE**

CASE NUMBER: 03-CV-599 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Bridgeport Port Authority, Defendant

___10-13-04___
**Date**

___ct26290___
**Connecticut Federal Bar Number**

___314-552-6491___
**Telephone Number**

___314-552-7491___
**Fax Number**

___jrahoy@thompsoncoburn.com___
**E-mail address**

___[signature]___
**Signature**

___Jason C. Rahoy___
**Print Clearly or Type Name**

___One US Bank Plaza___
**Address**

___St. Louis, MO 63101___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Frank H. Loomis
Martin Domb
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601-1821

___[signature]___
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24