**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 DEC -7  A 10: 55

U.S. DISTRICT COURT
HARTFORD, CT.

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

        Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

        Defendant.

CASE NO. 3:03 CV 599 (CFD)

December 6, 2004

## MOTION ON CONSENT FOR EXTENSION OF TIME TO SUBMIT THE JOINT TRIAL MEMORANDUM

COMES NOW Defendant Bridgeport Port Authority (the "Port Authority"), with the consent of Plaintiffs Bridgeport and Port Jefferson Steamboat Company, et al., and pursuant to Local Rule 7(b), requests that this Court extend the deadline for submission of the Joint Trial Memorandum to January 31, 2005. In support thereof, the Port Authority states as follows:

1. Counsel for Plaintiffs, Martin Domb, confirmed during a telephone conference with the Port Authority's counsel, Timothy F. Noelker, on December 2, 2004, that Plaintiffs consent to this motion.

2. On November 24, 2004, the Port Authority filed a motion to compel the deposition of Mr. Brian A. McAllister. See Docket #101.

3. To facilitate this discovery, the Port Authority requested in its motion to compel that this Court extend the Pretrial Schedule for approximately two months. In particular, the Port Authority sought to extend the deadline to file the Joint Trial Memorandum, currently scheduled for December 21, 2004, to February 28, 2005.

2440347

- 2 -

4. Counsel for Plaintiffs has informed us that Plaintiffs will oppose the Port Authority's motion to compel. Plaintiffs' opposition is due December 15, 2004, to which the Port Authority may file a brief reply.

5. As a result, the deadline for submission of the Joint Trial Memorandum remains set for December 21, 2004, notwithstanding the proposed extension of the Pretrial Schedule accompanying the Port Authority's motion to compel.

6. By this motion, the parties recognize that the December 21, 2004, deadline will most likely expire before the Port Authority's motion to compel will be fully briefed and submitted and the Court will have the opportunity to rule on it. In addition, the parties recognize that Defendant's counsel, Mr. Timothy F. Noelker, is relatively new to this case.

7. Therefore, the Port Authority, with Plaintiffs' consent, respectfully moves this Court to extend the deadline to file the Joint Trial Memorandum to January 31, 2005, to accommodate this discovery dispute and facilitate counsel's familiarization with the case.

8. The proposed January 31, 2005 deadline should allow the parties sufficient time to prepare the Joint Trial Memorandum following submission of the Port Authority's motion to compel, and accommodate the impending holiday schedule as well.

9. There have been five prior motions (excluding the Port Authority's motion to compel filed on November 24, 2004), filed jointly or on consent, to extend the discovery deadlines, and the Court has approved each of them.

10. Since this Court last extended the Pretrial Schedule on October 4, 2004, the parties have conducted the following discovery and pre-trial proceedings:

    a) October 27, 2004 - deposition of Edward J. Deak, the Port Authority's expert witness.

- 3 -

b) October 28, 2004 - deposition of William Merritt, Chief Financial Officer of the Ferry Company.

c) October 29, 2004, and November 4, 2004 - deposition of John H. Arnold, the Port Authority's expert witness.

d) November 24, 2004 – the Port Authority filed its motion to extend the Pretrial Schedule and compel deposition of Brian A. McAllister, President of the Ferry Company.

11. We respectfully submit that, as the foregoing shows, the parties have conducted discovery and other pre-trial proceedings diligently.

WHEREFORE, Defendant Bridgeport Port Authority respectfully request, with Plaintiffs' consent, that this Court grant its motion and extend the deadline for submission of the Joint Trial Memorandum to January 31, 2005.

Respectfully submitted,

Defendant

BY:

John W. Roberts, #CT05947
Roberts, Rose & Bates, P.C.
17 Hoyt Street
P. O. Box 3610
Stamford, CT 06905
(203) 324-6755
(203) 348-5802
Jroberts@robertsrosebates.com

THOMPSON COBURN LLP

Edward J. Sheppard, #CT24760
1909 K Street, NW, #600
Washington, DC 20006
202-585-6900
Fax 202-585-6969
esheppard@thompsoncoburn.com

*/s/ Timothy F. Noelker/*
_____
Timothy F. Noelker, #CT26291
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
Fax 314-552-7000
tnoelker@thompsoncoburn.com

Attorneys for Defendant Bridgeport Port Authority

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid on the following counsel of record, this 6th day of December, 2004:

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Martin Domb
Eric M. Underriner
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281

_/s/ Tim Holl_