UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

              CASE NO. 3:03 CV 599 (CFD)

      Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,        December 7, 2004

      Defendant.
_____/

**DECLARATION OF MARTIN DOMB**

    MARTIN DOMB declares as follows under penalty of perjury:

    1.    I am one of the attorneys for plaintiffs in this action.

    2.    The purpose of this declaration is to provide the Court with copies of the documents referred to in the accompanying "Plaintiffs' Memorandum (1) in Opposition to Defendant's Motion to Compel a Further Deposition of Brian A. McAllister and (2) in Partial Opposition to Defendant's Motion to Extend the Pretrial Schedule." Attached hereto are true copies of the following:

| **Document** | **Exhibit Tab** |
|---|---|
| Selected pages from the transcript of the deposition of Brian A. McAllister held on February 10, 2004 | A |
| Selected pages from the transcript of the deposition of William Merritt held on February 11, 2004 | B |
| Letter dated August 6, 2004, from Martin Domb to Steve Kellogg | C |
| Fax cover sheet dated August 12, 2004, from Martin Domb to Edward J. Sheppard and Steve Kellogg | D |

{NY029991.1 }

File memorandum dated August 18, 2004, concerning telephone conversation
between Steve Kellogg and Martin Domb ....................................................................................... E

      I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on December 7, 2004.

      /s/
      _____
      Martin Domb

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2004, a copy of the foregoing was served via e-mail (without exhibits) and U.S. mail (with exhibits) upon the following counsel for defendant Bridgeport Port Authority:

| | |
|---|---|
| John W. Roberts. Esq.<br>Roberts, Rose & Bates, P.C.<br>17 Hoyt Street<br>Stamford, CT 06905 | Edward J. Sheppard, IV, Esq.<br>Thompson Coburn<br>1909 K Street, N.W., Suite 600<br>Washington, D.C. 20005-2010 |
| Timothy F. Noelker, Esq.<br>Thompson Coburn<br>One US Bank Plaza<br>St. Louis, MO 63101 | |

      /s/
By:  _____
      Martin Domb, Federal Bar No. ct 09544
      E-mail: mdomb@hillbetts.com
      HILL, BETTS & NASH LLP
      One World Financial Center
      200 Liberty Street, 26th Floor
      New York, New York 10281-1003
      Tel. (212) 589-7577
      Fax (212) 466-0514