UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

      CASE NO. 3:03 CV 599 (CFD)

  Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,   December 7, 2004

  Defendant.
_____/

**MOTION TO SEAL DOCUMENT**

Pursuant to Rule 5(d) of the Local Rules of Civil Procedure for the District of Connecticut and the Court's order in this action dated August 5, 2004 (the "Confidentiality Order") (Court Docket # 86), plaintiff Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company") hereby moves for an order sealing the attached document – the transcript of the deposition of William Merritt held on October 28, 2004 (the "Confidential Merritt Dep.")[1] – and in support of this motion states as follows:

  1.  This motion is submitted in conjunction with plaintiffs' opposition to the motion of defendant, Bridgeport Port Authority (the "Port Authority"), to compel a further deposition of Brian A. McAllister, President and indirect sole owner of the Ferry Company, concerning the Ferry Company's financial records (*see* the accompanying "Plaintiffs' Memorandum (1) in Opposition to Defendant's Motion to Compel a Further Deposition of Brian A. McAllister and (2) in Partial Opposition to Defendant's Motion to Extend the Pretrial Schedule"). In their

---

[1]  As provided in Local Rule 5(d), a copy of the Confidential Merritt Dep. is attached to this motion "in an unsealed envelope, bearing the caption of this case, the case number, and the caption of the document to be sealed."

**ORAL ARGUMENT NOT REQUESTED**

{NY030001.1 }

memorandum in opposition, plaintiffs refer to the Confidential Merritt Dep. that, by this motion, the Ferry Company seeks to file under seal.  There is no dispute between the parties that the contents of the Confidential Merritt Dep. are subject to their stipulation of confidentiality and the Confidentiality Order entered in this case, as set forth below.

2. By order dated July 8, 2004 (Court Docket # 81), the Court, among other things, directed the Ferry Company to produce documents in response to the Port Authority's Request for Production 3 – which sought tax returns and financial statements of the Ferry Company – and directed the parties to submit a proposed confidentiality order concerning such documents.

3. On August 2, 2004, the parties filed a stipulation and proposed order of confidentiality (the "Stipulation of Confidentiality") (Court Docket # 85).  A copy of the Stipulation of Confidentiality is attached hereto as Exhibit A.

4. On August 5, 2004, the Court entered the Confidentiality Order (Court Docket # 86), which approved the Stipulation of Confidentiality subject to modifications stated in said order.  A copy of the Confidentiality Order is attached hereto as Exhibit B.

5. By cover letter dated August 6, 2004, the Ferry Company produced to the Port Authority's counsel over 1,200 pages of documents consisting of the Ferry Company's federal and state tax returns, its audited financial statements, and various other financial records.  A copy of the cover letter that accompanied the production is attached hereto as Ex. C (*see* ¶ 3 thereof).

6. By fax cover dated August 12, 2004, the Ferry Company supplemented its production by forwarding to the Port Authority's counsel a copy of the Ferry Company's audited financial statements for 2003 (which had recently been issued).  A copy of the fax cover page is attached hereto as Ex. D.

7. As noted in the August 6 cover letter and the August 12 fax cover, and in accordance with the Stipulation of Confidentiality as approved by the Confidentiality Order, all tax and financial records of the Ferry Company constitute confidential records, and each page of such records produced by the Ferry Company is stamped "CONFIDENTIAL – ATTORNEYS' EYES ONLY" (*see* Ex. A, ¶¶ 2, 6; Ex. C, ¶ 3; and Ex. D).

8. The scope of the Confidential Merritt Dep., on October 28, 2004, was to be confined to the Ferry Company's tax and financial records, which the Ferry Company produced on August 6 and 12, 2004 (as Port Authority previously had deposed Mr. Merritt, on February 11, 2004, concerning any other topics). Accordingly, at the beginning of the Confidential Merritt Dep., plaintiffs' counsel stated that any contents of that deposition relating to the tax and financial records would be subject to the Confidentiality Order, and the Port Authority's counsel agreed (Confidential Merritt Dep., page 4, lines 9-20).

9. Thus, there is no dispute between the parties that the contents of the Merritt Deposition are confidential and should be protected pursuant to the Confidentiality Order.

For the foregoing reasons, the Ferry Company respectfully requests that the Court grant this motion and enter an order sealing the attached transcript of the Confidential Merritt Dep.

(*Signature appears on next page.*)

Dated: December 7, 2004

                                  BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, D & D WHOLESALE FLOWERS, INC., and FRANK C. ZAHRADKA, *Plaintiffs*

                                  /s/

By: _____

Martin Domb, Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
Eric M. Underriner, Federal Bar No. ct 26020
E-mail: eunderriner@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

Jonathan S. Bowman, Federal Bar No. ct 08526
E-mail: jbowman@cohenandwolf.com
Stewart I. Edelstein, Federal Bar No. ct 06021
E-mail: sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2004, a copy of the foregoing was served via e-mail (without exhibits) and U.S. mail (with exhibits) upon the following counsel for defendant Bridgeport Port Authority:

| | |
|---|---|
| John W. Roberts. Esq.<br>Roberts, Rose & Bates, P.C.<br>17 Hoyt Street<br>Stamford, CT 06905 | Edward J. Sheppard, IV, Esq.<br>Thompson Coburn<br>1909 K Street, N.W., Suite 600<br>Washington, D.C. 20005-2010 |

Timothy F. Noelker, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

By: /s/
_____
Martin Domb, Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514