UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

2004 DEC 17  A 10: 35

U.S. DISTRICT COURT

CASE NO. 3:03 CV 599 (CFD)

Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

December 16, 2004

Defendant.

**REPLY OF THE BRIDGEPORT PORT AUTHORITY IN SUPPORT OF ITS MOTION TO EXTEND THE PRETRIAL SCHEDULE AND TO COMPEL THE DEPOSITION OF BRIAN A. MCALLISTER**

COMES NOW Defendant Bridgeport Port Authority (the "Port Authority"), by and through its undersigned attorneys, and hereby files its Reply in support of its Motion to Extend the Pretrial Schedule and to Compel the Deposition of Brian A. McAllister. In support thereof, the Port Authority states as follows:

1. Plaintiffs, Bridgeport and Port Jefferson Steamboat Company, et al., (the "Ferry Company") are once against attempting to prevent the Port Authority from discovering relevant and potentially relevant information related to the Ferry Company's finances that Plaintiffs themselves have placed at issue by bringing this lawsuit.

2. At its own risk, Plaintiff withheld discoverable material relating to the Ferry Company's finances in response to the Port Authority's written discovery requests. On July 8, 2004, this Court ordered Plaintiffs to produce the requested financial materials. See Docket #81.

3. In response to this Court's Order, Plaintiffs produced financial records and audited financial statements of the Ferry Company for the years 1992 through 2003.

2445399

- 2 -

4. After Plaintiffs produced the financial records, the Port Authority sought to depose certain Ferry Company executives concerning these financial documents. By agreement of the parties, the Port Authority began by deposing Mr. William Merritt, the Ferry Company's Chief Financial Officer.

5. However, nowhere in the discussions between the parties or the astonishing and copious detail in which Plaintiffs' memorandum in opposition attempts to trace the Port Authority's discovery efforts, did Plaintiffs ever advise the Port Authority that Mr. Merritt could not competently testify as to half of the issues at hand.

6. As a result, the Port Authority seeks to depose Mr. Brian A. McAllister regarding the Ferry Company's financial position. Counsel for Plaintiffs has refused to make Mr. McAllister available for deposition, contending that "there is no indication that Mr. McAllister would be able to answer any questions about the financial records from 1992 to 1997...." See Opposition, ¶ 22.

7. Plaintiffs' reasoning is backwards. The Port Authority is the party who controls discovery relating to its claims and defenses, not Plaintiffs. Moreover, although Plaintiffs ostensibly reserved the right to object as to whether the Port Authority would depose Mr. McAllister, such reservation cannot usurp Defendant's right to discover relevant information in this case nor does it make the objection valid.

8. That which Mr. McAllister knows (or does not know) pertaining to the finances of the Ferry Company at all times is certainly relevant and within the scope of discoverable information contemplated by Rule 26(b)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Bridgeport Port Authority respectfully requests that this Court grant its motion.

Respectfully submitted,

Defendant

BY:

    John W. Roberts, #CT05947
    Roberts, Rose & Bates, P.C.
    17 Hoyt Street
    P. O. Box 3610
    Stamford, CT 06905
    (203) 324-6755
    (203) 348-5802
    Jroberts@robertsrosebates.com

    THOMPSON COBURN LLP

    Edward J. Sheppard, #CT24760
    1909 K Street, NW, #600
    Washington, DC 20006
    202-585-6900
    Fax 202-585-6969
    esheppard@thompsoncoburn.com

    */s/ Timothy F. Noelker*
    _____
    Timothy F. Noelker, #CT26291
    One US Bank Plaza
    St. Louis, Missouri 63101
    314-552-6000
    Fax 314-552-7000
    tnoelker@thompsoncoburn.com

    Attorneys for Defendant Bridgeport Port
    Authority

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid on the following counsel of record, this 16th day of December, 2004:

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Martin Domb
Eric M. Underriner
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281

_____