UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 17  A 10: 35
U.S. DISTRICT COURT
HARTFORD, CT.

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

    Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

    Defendant.

CASE NO. 3:03 CV 599 (CFD)

December 16, 2004

### RESPONSE TO MOTION TO SEAL DOCUMENT

COMES NOW Defendant Bridgeport Port Authority (the "Port Authority"), by and through its undersigned attorneys, and hereby advises the Court that the Port Authority has no objection to Plaintiffs' Motion to Seal the transcript of the deposition of William Merritt held on October 28, 2004, filed with this Court on December 8, 2004.

2447307

Respectfully submitted,

Defendant

BY:

    John W. Roberts, #CT05947
    Roberts, Rose & Bates, P.C.
    17 Hoyt Street
    P. O. Box 3610
    Stamford, CT 06905
    (203) 324-6755
    (203) 348-5802
    Jroberts@robertsrosebates.com

THOMPSON COBURN LLP

Edward J. Sheppard, #CT24760
1909 K Street, NW, #600
Washington, DC 20006
202-585-6900
Fax 202-585-6969
esheppard@thompsoncoburn.com

_____
Jason C. Rahoy, #CT26290
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
Fax 314-552-7000
jrahoy@thompsoncoburn.com

Attorneys for Defendant Bridgeport Port Authority

2447307

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid on the following counsel of record, this 16th day of December, 2004:

| | |
|---|---|
| Jonathan S. Bowman | Martin Domb |
| Stewart I. Edelstein | Eric M. Underriner |
| Cohen and Wolf, P.C. | Hill, Betts & Nash LLP |
| 1115 Broad Street | One World Financial Center |
| P.O. Box 1821 | 200 Liberty Street, 26th Floor |
| Bridgeport, CT 06601-1821 | New York, New York 10281 |

_____