# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al.<br>　　　　　　　Plaintiffs | :<br>:<br>:<br>: |
| v. | : Civil Action No. 3:03CV599 (CFD) |
| BRIDGEPORT PORT AUTHORITY,<br>　　　　　　　Defendant. | :<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

　　This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____　All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____　A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____　To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____　A recommended ruling on the following motions which are currently pending: (orefm.)

　X　 A ruling on the following motion which is currently pending: **[#104], Motion to Extend the Pretrial Schedule and to Compel the Deposition of Brian A. McAllister** (orefm)

____　A settlement conference (orefmisc./cnf)

____　A conference to discuss and approve the following: (orefmisc./cnf)

____　Other: (orefmisc./misc) _____

　　SO ORDERED this 7th day of January 2005 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　　　　/s/ CFD
　　　　　　　　　　　　　　　　　　　　Christopher F. Droney
　　　　　　　　　　　　　　　　　　　　United States District Judge