UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

        Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

        Defendant.
_____/

CASE NO. 3:03 CV 599 (CFD)

January 26, 2005

### JOINT MOTION FOR TWO-DAY EXTENSION OF TIME IN WHICH TO FILE PROPOSED JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b), plaintiffs and defendants jointly move for an extension, from January 31, 2005, until February 2, 2005, in which to file the proposed joint trial memorandum, and in support thereof state as follows:

1. Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Timothy F. Noelker and Jason Rahoy, and the undersigned counsel for the plaintiffs, Martin Domb, jointly make this motion on behalf of their respective clients; such counsel have reviewed this written motion and consent to its contents and the relief requested.

2. By order dated December 22, 2004 (docket entry # 113), the Court granted the parties' prior motion, also on consent, to extend the date for the filing of the joint trial memorandum until January 31, 2005.

3. The attorneys for both sides have been working diligently to comply with that deadline. They have already exchanged some of the information to be included in the joint memorandum. However, in a telephone conversation yesterday, January 25, 2005, Messrs. Rahoy and Domb discussed the mechanics of exchanging each side's final input for the

**ORAL ARGUMENT NOT REQUESTED**

{NY034200.1 }

memorandum. They determined that, due to certain scheduling conflicts by the lawyers involved, they would be unable to exchange the final input until Monday, January 31. Counsel will then require one additional day in which to merge the information into one joint document and to review it and make any necessary corrections, before it would be finalized and ready to be filed with the Court.

4.   Accordingly, the parties request a two-day extension, until February 2, 2005, in which to file their proposed joint trial memorandum.

WHEREFORE, the parties jointly and respectfully request, on consent, that the Court grant this motion.

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY,
D & D WHOLESALE FLOWERS, INC., and
FRANK C. ZAHRADKA
*Plaintiffs*

By: /s/ Martin Domb

Martin Domb, Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

Jonathan S. Bowman, Federal Bar No. ct 08526
E-mail: jbowman@cohenandwolf.com
Stewart I. Edelstein
Federal Bar No. ct 06021
E-mail: sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2005, a copy of the foregoing was served via e-mail and first class mail upon the following:

John W. Roberts. Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Timothy F. Noelker, Esq.
Jason Rahoy, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By: /s/ Martin Domb

Martin Domb, Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

{NY034200.1}

- 3 -