belief that the imposition of the passenger wharfage charge denies them revenue. The Ferry Company could earn greater revenues if they increase the price of ferry tickets.

- The facilities and services provided by the Port Authority with revenue generated from the passenger wharfage charge provide a significant benefit to the Ferry Company. In particular, the Port Authority has engaged in numerous activities and developments in the harbor that have improved passenger services by increasing access to the Ferry terminal and providing shelter and security, thereby facilitating an increase in the frequency of Ferry Company services.

- The revenue generated by the passenger wharfage charge does not exceed the Port Authority's expenditures necessary for the operation and administration of the Ferry terminal. An analysis of the Port Authority's capital costs and costs for operations, maintenance, and administration of the Ferry terminal demonstrates that the expenditures related to the costs attributable solely to Ferry operations actually exceed revenues generated by the Port Authority from the passenger wharfage charge and income from rental agreements.

- To the extent that the Port Authority engages in developing businesses and facilities unrelated to the Ferry terminal, the costs associated with such developments are funded almost entirely through various government grants. This is evidenced by reviewing the federal, state, and local grants received and administered by the Port Authority in relation to how the Port Authority is using these funds to improve the Port of Bridgeport. These businesses are expected to generate revenues, thus reducing their dependence on Port Authority funds.

- The revenues generated from the wharfage charge would have been

insufficient to fund these developments had the Port Authority funded them itself.

In support of his opinions, Mr. Arnold may rely on the following materials:

- Alan A. Schachter, Expert Report, June 30, 2004.

- Bridgeport and Port Jefferson Steamboat Co.: Local Passenger Tariff 1993-2003.

- Bridgeport Port Authority, Grant Income Schedule 12/30/2001.

- Bridgeport Municipal Code, Chapter 2.28, Port Authority

- George M. Shawah, report, June 3, 1997, affirmed, June 18, 2004.

- Lease Agreement for Docking at the Water Street Dock, 1998; Amendment 2002.

- Martha Klimas, spreadsheet, "Ferry Fare Rates (w/o tariff)" May 1997 and as published thru May 20, 2004, revised March 19, 2004.

- Financial Statements: The Bridgeport and Port Jefferson Steamboat Company, Inc., 1992-2002.

- Financial Statements: The Bridgeport Port Authority, 2001-2003.

- Federal Tax Returns: The Bridgeport and Port Jefferson Steamboat Company, Inc., 1996-2001.

- State Tax Returns: The Bridgeport and Port Jefferson Steamboat Company, Inc., 1993-2002.

- Port Tariffs: Galveston, Maryland; Port Canaveral, South Carolina; Miami-Dade.

- Port Jeff Ferry, "2003-2004 Schedule." 1993-2002.

- Simco Engineering, P.C., "Traffic Study: Water Street Dock, Bridgeport Connecticut", January 1996

- Steven J. Shapiro, Ph.D., Expert Report, June 20, 2003.

- State of Connecticut Statute, Sec. 7-329c, "Powers and duties of port authority."

- Tritec Marine Consultants Ltd, "Bridgeport & Port Jefferson Steamboat Company: Study and Recommendations for an Improved Ferry Service", March 13, 2003.

The Port Authority expressly reserves the right to call any witness to offer rebuttal or impeachment testimony of any witness called by Plaintiffs.

### (e)    Defendant's Objections to Plaintiffs' Anticipated Testimony

Pursuant to this Court's standard Trial Memorandum Order (Non-Jury Cases), the Bridgeport Port Authority hereby expressly objects to the relevance and reliability of the testimony and reports offered by Plaintiffs' designated expert witnesses Mr. Alan A. Schachter and Mr. George M. Shawah under Rule 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993), as detailed in its motions in limine filed contemporaneously herewith.

**11.    Exhibits** [7]

    **(a)**    **Plaintiffs' Exhibits.**[8]  Plaintiffs have grouped their exhibits under the following

subjects:

| Subject | Ex. No. Range |
|---|:---:|
| Audited financial statements of the Port Authority | 1-13 |
| Net operating income from dock | 14-27 |
| Terminal building leases | 28-31 |
| General ledgers of the Port Authority | 32-37 |
| Other Port Authority auditing, accounting and cost records | 38-45 |
| Port Authority advertising and marketing | 46-50 |
| Government grants | 51-65 |
| Derecktor Shipyards | 66 |
| Barge feeder service | 67-70 |
| Passenger Fee, increases, agreements and 50% surcharge | 71-82 |
| Port Authority's published tariff, collections from non-ferry vessels | 83-88 |
| Minutes of meetings of Board of Commissioners of Port Authority | 89-161 |
| Ferry Company's published schedules and fares, 1992 to date | 162-186 |
| Bids and award of food concession in terminal building | 187-193 |
| Other Ferry Company documents | 194-198 |
| Other miscellaneous exhibits | 199-215 |
| Experts' reports | 216-219 |
| Rule 26 statement, disclosures and discovery responses | 220-226 |

---

[7]   As the parties exchanged much of the information in this Proposed Joint Trial Memorandum shortly before they filed it, they respectfully seek leave to submit any motions in limine necessitated by parties' exchange of exhibits no later than 30 days before the commencement of trial, pursuant to this Court's standard Trial Memorandum Order (Non-Jury Cases).

[8]   Plaintiffs expect to proffer blow-ups of certain exhibits and/or charts summarizing information contained in certain exhibits.

| Trial Ex. No. | Description of Exhibit | Other Reference |
|---|---|---|

**Audited financial statements of the Port Authority:**

| Trial Ex. No. | Description of Exhibit | Other Reference |
|---|---|---|
| 1. | Audited financial statements of the Port Authority, 1993 | Dep. Ex. 504 |
| 2. | Same, 1994 | Dep. Ex. 505 |
| 3. | Same, 1995 | Dep. Ex. 506 |
| 4. | Same, 1996 | Dep. Ex. 507 |
| 5. | Same, 1997 | Dep. Ex. 508 |
| 6. | Same, 1998 | Dep. Ex. 509 |
| 7. | Same, 1999 | Dep. Ex. 510 |
| 8. | Same, 2000 | Dep. Ex. 511 |
| 9. | Same, 2001 | Dep. Ex. 512 |
| 10. | Same, 2002 | Dep. Ex. 513 |
| 11. | Same, 2003 | |
| 12. | Auditors' compliance reports in accordance with Government Auditing Standards, year ended December 31, 2001 | Dep. Ex. 514 |
| 13. | Same, 2002 | Dep. Ex. 515 |

**Net operating income from dock:**

| Trial Ex. No. | Description of Exhibit | Other Reference |
|---|---|---|
| 14. | Cover letter dated February 4, 1993 and attached Property Management Agreement | Dep. Ex. 516 |
| 15. | Letter dated February 25, 1994, from Edward Oppel Jerry Baron, with attachment | Dep. Ex. 517 |
| 16. | Fax from DHLS to Ed Oppel with attachments | Dep. Ex. 518 |

| 17. | Calculation of Net Operating Income from Union Square Dock, 1994 | Dep. Ex. 519 |
| 18. | Same, 1995 | Dep. Ex. 520 |
| 19. | Same, 1996 | Dep. Ex. 521 |
| 20. | Same, 1997 | Dep. Ex. 522 |
| 21. | Same, 1998 | Dep. Ex. 523 |
| 22. | Same, 1999 | Dep. Ex. 525 |
| 23. | Same, 2000 | Dep. Ex. 526 |
| 24. | Same, 2001 | Dep. Ex. 527 |
| 25. | Same, 2002 | Dep. Ex. 528 |
| 26. | Auditors' work paper:  legal invoice review, 12/31/98 | Dep. Ex. 524 |
| 27. | Auditors' work paper: legal fee review, 12/31/02 | Dep. Ex. 529 |

**Terminal building leases:**

| 28. | Lease between Port Authority and Ferry Company, 1998 | Dep. Ex. 563 |
| 29. | First amendment to lease between Port Authority and Ferry Company, 2002 | Dep. Ex. 564 |
| 30. | Food Services Lease between Port Authority and Concessions | Dep. Ex. 565 |
| 31. | Memorandum of Understanding, dated February 21, 2003 | BPA 81-82 |

**General ledgers of Port Authority:**

| 32. | As of December 31, 2003 (includes certain entries in prior years) | Dep. Ex. 567 |
| 33. | As of December 31, 2003 | BPA 1539-1613 |
| 34. | As of December 31, 2002 | BPA 1614-1684 |

| 35. | As of December 31, 2001 | BPA 1685-1727 |
| 36. | Chart of accounts | BPA 1729-1732 |
| 37. | General ledger, 1/1/95 to 11/30/95 and 12/1/95 to 12/31/95 | Dep. Ex. 531 |

**Other Port Authority auditing, accounting and cost records:**

| 38. | Auditor work paper: Expense fluctuation analysis, Dec. 31, 2002 | Dep. Ex. 539 |
| 39. | 2003 Season Ticket Renewal Form/Contract | Dep. Ex. 540 |
| 40. | Partial list of Port Authority donations | Dep. Ex. 569 |
| 41. | MCI telephone bills, Jan. 2003 to April 2004 | BPA 1734-1835 |
| 42. | SBC-SNET telephone bills, Jan. 2003 to May 2004 | BPA 1836-2025 |
| 43. | Verizon wireless bills, Jan. 2003 to May 2004 | BPA 2026-2319 |
| 44. | Chase credit card account statements, Jan. 2003 to April 2004 | BPA 2321-2396 |
| 45. | Travel expense reports of Martha Klimas | BPA 1463-1467 |

**Port Authority advertising and marketing:**

| 46. | Port Connecticut, selected pages from 1998 through 2003 publications (as produced by Port Authority) | BPA 1481-1506 |
| 47. | Port Connecticut, pages 18-19, from 2003 publication (accessed on January 26, 2005 at http://www.portconnecticut.com/PTCT2003/Maritime.pdf) | |
| 48. | Port Connecticut, pages 6-16, from 2003 publication | Dep. Ex. 605 |
| 49. | Port Connecticut 2004, selected pages (cover and pp. 6, 20) (available at www.portconnecticut.com) | |
| 50. | November 25, 1999 memo from Martha Klimas to Joseph Riccio concerning 1999 advertising budget | BPA 1533-1534 |

**Government grants:**

| 51. | Auditor work paper: Grant Income, 12/31/00 | Dep. Ex. 537 |
|-----|-------------------------------------------|--------------|
| 52. | Auditor work paper: Grant Income, 12/31/01 | Dep. Ex. 538 |
| 53. | December 2, 1999 letter from U.S. Department of Commerce to J. Riccio, with attachments, re: BRMC grant | Dep. Ex. 541 |
| 54. | Martha Klimas time sheets, BRMC, July-Sept. 2000 | Dep. Ex. 542 |
| 55. | Connecticut DECD proposal for environmental review of former Cartech site, July 2000 | Dep. Ex. 543 |
| 56. | TPA Design Group, scope of work for portion of Cartech site, Jan. 18, 2001 | Dep. Ex. 544 |
| 57. | Closing binder of documents concerning the Connecticut DECD grant for the Derecktor Shipyard portion of the Cartech site, Jan. 2, 2001 | Dep. Ex. 545 |
| 58. | Connecticut DECD $2.5 million grant for BRMC Urban Sites Remedial Action Project, October 2002 | Dep. Ex. 546 |
| 59. | January 11, 2002 agreement between Port Authority and Earth Technology, Inc., for BRMC, Contract No. 1, Building Site Preparation | Dep. Ex. 547 |
| 60. | April 10, 2002 agreement between Port Authority and Mohawk Northeast, Inc., for BRMC, Contract No. 2A, Yellow Mill Pond Dredging and Waterfront Structures, Derecktor Shipyards | Dep. Ex. 548 |
| 61. | January 29, 2003 letter from Port Authority with enclosures including Jan. 3, 2002 agreement between Port Authority and Dalling Construction, Inc., for BRMC, Contract No. 3, Upland Site Improvements | Dep. Ex. 549 |
| 62. | December 16, 2002 agreement between Port Authority and Earth Technology, Inc., for BRMC, Contract No. 4, Site Improvements, Parcels A, C & D | Dep. Ex. 550 |
| 63. | Connecticut Clean Vessel Act grant to Port Authority for operation of marine sewage pumpout boat | Dep. Ex. 551 |

| 64. | Time sheets of Charmaine Johnson and Martha Klimas, Department of Harbormaster | Dep. Ex. 552 |
|-----|--------------------------------------------------------------------------------|--------------|
| 65. | November 27, 2000 letter from Connecticut Dept. of Transportation to Port Authority and attachments, concerning federal grant for parking garage and ferry dock extension | Dep. Ex. 557 |

**Derecktor Shipyards:**

| 66. | Ground Lease Agreement between the Port Authority and Derecktor Shipyards | Dep. Ex. 568 |
|-----|--------------------------------------------------------------------------|--------------|

**Barge feeder service:**

| 67. | Legal Notice:  Port Authority's Request for Proposal for barge feeder service general contractor (accessed on January 26, 2005 at http://www.portofbridgeport.com/pn_rfptfpc.shtml) | |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|
| 68. | Power point presentation, November 10, 2004 (accessed on January 26, 2005 at http://www.iei-corp.com/sssc2004/BridgeportServiceJoeRiccio.pdf) | |
| 69. | Power point presentation, September 28, 2004 (accessed on January 26, 2005 at http://www.iei-corp.com/sssc2004/BridgeportServiceJoeRiccio.pdf) | |
| 70. | Minutes of Transportation Strategy Board, November 16, 2004 (accessed on January 26, 2005 at http://www.opm.state.ct.us/igp/TSB/TSB%20-%201116-04%20Minutes.doc) | |

**Passenger Fee, increases, agreements and 50-cent surcharge:**

| 71. | Notice of tariff, effective April 1, 1993 | BPA 88 |
|-----|-------------------------------------------|--------|
| 72. | Settlement Agreement dated April 8, 1993, and attachments | AD 786-94 |
| 73. | April 9, 2003 letter from Edward Oppel to Board of Commissioners | AD 783-85 |

| 74. | Port Authority resolution and notice concerning 1996 increase to Passenger Fee | BPA 89-91 |
| 75. | December 10, 2002 letter from Joseph Riccio to Fred Hall | BPA 434-35 |
| 76. | January 13, 2003 letter from Brian A. McAllister to Joseph Riccio | BPA 436-37 |
| 77. | Memorandum of Understanding dated as of February 21, 2003 | BPA 81-82 |
| 78. | Letter dated February 10, 2004, from Joseph Riccio to Frederick Hall | Dep. Ex. 561 |
| 79. | Article in Connecticut Post, February 14, 2004 | Dep. Ex. 562 |
| 80. | Ferry Company's Notice to Passengers concerning 50-cent surcharge | Dep. Ex. 61 |
| 81. | Passenger letters to Mayor / Port Authority concerning 50-cent surcharge | BPJ 1291-1322 |
| 82. | Monthly tariff due reports, 1993 through 2004 | |

**Port Authority's published tariff; collections from non-ferry vessels:**

| 83. | Tariff No. 1 issued by Port Authority, effective April 1, 1993 | BPJ 310-14 |
| 84. | Terminal Tariff for the Port of Bridgeport, CT | Ex. C to Riccio 4/24/03 Decl. |
| 85. | Port Authority records of fees collected from other vessels | Dep. Ex. 601 |
| 86. | May 2, 2003 letter from Port Authority to Harbormaster J. Savino, concerning docking fees | Dep. Ex. 553 |
| 87. | August 27, 2003 letter from Martha Klimas to Coast Line & Service Co. | BPA 2409 |
| 88. | April 29, 2004 letter from Martha Klimas to Miller Marine Launch Services | BPA 2408 |

**Minutes of meetings of Board of Commissioners of Port Authority:**

| 89. | October 7, 1993 | Dep. Ex. 588 |
|---|---|---|
| 90. | July 19, 1994 | Dep. Ex. 589 |
| 91. | September 22, 1994 | Dep. Ex. 590 |
| 92. | October 13, 1994 | Dep. Ex. 591 |
| 93. | January 12, 1995 | BPA 639-44 |
| 94. | February 16, 1995 | Dep. Ex. 592 |
| 95. | March 23, 1995 | Dep. Ex. 593 |
| 96. | April 13, 1995 | Dep. Ex. 594 |
| 97. | May 11, 1995 | Dep. Ex. 595 |
| 98. | June 15, 1995 | Dep. Ex. 596 |
| 99. | July 13, 1995 | Dep. Ex. 597 |
| 100. | August 17, 1995 | Dep. Ex. 598 |
| 101. | September 14, 1995 | Dep. Ex. 572 |
| 102. | October 12, 1995 | Dep. Ex. 599 |
| 103. | November 16, 1995 | BPA 597-98 |
| 104. | December 1995 | BPA 596 |
| 105. | January 18, 1996 | Dep. Ex. 573 |
| 106. | February 1, 1996 | BPA 586-89 |
| 107. | February 15, 1996 | BPA 581-85 |
| 108. | March 14, 1996 | BPA 576-80 |
| 109. | April 8, 1886 [sic, should be 1996] | BPA 575 |
| 110. | April 18, 1996 | BPA 570-74 |

| 111. | May 30, 1996 | BPA 566-69 |
| 112. | June 20, 1996 | Dep. Ex. 570 |
| 113. | July 18, 1996 | BPA 558-61 |
| 114. | September 12, 1996 | Dep. Ex. 571 |
| 115. | October 17, 1996 | BPA 549-53 |
| 116. | January 16, 1997 | BPA 544-48 |
| 117. | February 20, 1997 | BPA 540-43 |
| 118. | April 24, 1997 | BPA 535-39 |
| 119. | May 29, 1997 | BPA 531-34 |
| 120. | June 19, 1997 | BPA 527-30 |
| 121. | August 28, 1997 | BPA 524-26 |
| 122. | September 30, 1997 | BPA 521-23 |
| 123. | October 23, 1997 | Dep. Ex. 566 |
| 124. | January 23, 1998 | BPA 507-12 |
| 125. | February 26, 1998 | BPA 502-06 |
| 126. | March 26, 1998 | BPA 497-501 |
| 127. | May 27, 1998 | BPA 492-96 |
| 128. | July 16, 1998 | BPA 488-91 |
| 129. | September 24, 1998 | BPA 484-87 |
| 130. | October 29, 1998 | BPA 480-83 |
| 131. | January 21, 1999 | BPA 475-79 |
| 132. | March 18, 1999 | BPA 470-74 |
| 133. | May 20, 1999 | Dep. Ex. 577 |
| 134. | June 24, 1999 | Dep. Ex. 578 |

| 135. | July 22, 1999 | BPA 453-57 |
| 136. | October 21, 1999 | Dep. Ex. 576 |
| 137. | December 10, 1999 | BPA 443-47 |
| 138. | February 2, 2000 | BPA 424-27 |
| 139. | February 17, 2000 | BPA 420-23 |
| 140. | April 27, 2000 | BPA 417-19 |
| 141. | July 20, 2000 | BPA 413-16 |
| 142. | October 26, 2000 | BPA 407-12 |
| 143. | November 21, 2000 | BPA 403-06 |
| 144. | March 22, 2001 | BPA 397-402 |
| 145. | June 21, 2001 | BPA 392-96 |
| 146. | September 27, 2001 | BPA 388-91 |
| 147. | November 29, 2001 | BPA 383-87 |
| 148. | February 7, 2002 | AD 1050-45 |
| 149. | March 14, 2002 | Dep. Ex. 575 |
| 150. | April 25, 2002 | Dep. Ex. 574 |
| 151. | May 23, 2002 | BPA 374-77 |
| 152. | June 27, 2002 | BPA 369-73 |
| 153. | August 30, 2002 | BPA 364-68 |
| 154. | October 24, 2002 | BPA 357-63 |
| 155. | November 22, 2002 | BPA 354-56 |
| 156. | December 4-12, 2002 | BPA 347-48 |
| 157. | February 28, 2003 | BPA 349-53 |
| 158. | May 29, 2003 | BPA 342-46 |

| 159. | November 20, 2003 | BPA 1455-57 |
| 160. | February 5, 2004 | BPA 1458-62 |
| 161. | April 5, 2004 | BPA 2410-14 |

**Ferry Company's published schedules and fares, 1992 to date:**

| 162. | 1992 – good through January 3, 1993 | Dep. Ex. 45 |
| 163. | 1993 – good through April 1, 1993 | Dep. Ex. 44 |
| 164. | 1993 – good through October 11, 1993 | Dep. Ex. 43 |
| 165. | 1993 – good through January 3, 1994 | Dep. Ex. 42 |
| 166. | 1994 – good through March 31, 1994 | Dep. Ex. 41 |
| 167. | 1994 – good through January 2, 1995 | Dep. Ex. 40 |
| 168. | 1995 – good through March 31, 1995 | Dep. Ex. 39 |
| 169. | 1995 – good through January 1, 1996 | Dep. Ex. 38 |
| 170. | 1996 – good through March 31, 1996 | Dep. Ex. 37 |
| 171. | 1996 – good through May 2, 1996 | Dep. Ex. 36 |
| 172. | 1996 – good through January 5, 1997 | Dep. Ex. 35 |
| 173. | 1997 – good through May 2, 1997 | Dep. Ex. 34 |
| 174. | 1997 – good through January 5, 1998 | Dep. Ex. 33 |
| 175. | 1998 – good through April 30, 1998 | Dep. Ex. 32 |
| 176. | 1998 – good through January 3, 1999 | Dep. Ex. 31 |
| 177. | 1999 – good through April 30, 1999 | Dep. Ex. 30 |
| 178. | 1999 – good May 1 through June 13, 1999 | Dep. Ex. 28 |
| 179. | 1999 – good through October 11, 1999 | Dep. Ex. 29 |
| 180. | 1999-2000 – good Oct. 12, 1999 through March 31, 2000 | Dep. Ex. 27 |

| 181. | 2000 – good May 5, 2000 through Oct. 9, 2000 | Dep. Ex. 26 |
|---|---|---|
| 182. | 2000-2001 – good Oct. 10, 1999 through May 3, 2001 | Dep. Ex. 25 |
| 183. | 2001-2002 – good Oct. 9, 2001 through May 2, 2002 | Dep. Ex. 24 |
| 184. | 2002 – good May 17, 2002 through Oct. 14, 2002 | Dep. Ex. 23 |
| 185. | 2003-2004 – good Oct. 14, 2003 through May 20, 2004 | Dep. Ex. 9 |
| 186. | 2004-2005 – good Oct. 12, 2004 through May 20, 2005 | |

**Bids and award of food concession in terminal building:**

| 187. | Request for Proposals | Dep. Ex. 580 |
|---|---|---|
| 188. | August 16, 1995 letter and proposal from Concessions to Port Authority | Dep. Ex. 581 |
| 189. | August 31, 1995 letter and proposal from Luigi's to Port Authority | Dep. Ex. 582 |
| 190. | September 14, 1995 letter to Port authority's Board of Commissioners | |
| 191. | September 20, 1995 letter Edward Oppel to Fran Marino | Dep. Ex. 584 |
| 192. | October 16, 1995 memo from Frank Marino to Edward Oppel | Dep. Ex. 585 |
| 193. | Verified Complaint dated December 4, 1995 | Dep. Ex. 586 |

**Other Ferry Company documents:**

| 194. | Ferry Company vehicle traffic figures, 1998-2003 | Dep. Ex. 7 |
|---|---|---|
| 195. | Ferry Company vehicle traffic figures, 1992-1996 | Dep. Ex. 8 |
| 196. | Ferry Company vehicle traffic figures, 1995-1999 | Dep. Ex. 22 |
| 197. | May 2, 2003 letter to Ferry Company from monthly walk-on commuters | Dep. Ex. 12 |

| 198. | Ferry Company capital expenses at Bridgeport | Dep. Ex. 15 |

**Other miscellaneous exhibits:**

| 199. | D&D ferry loading tickets | Dep. Ex. 2 |
| 200. | Map of Bridgeport Harbor | Dep. Ex. 20 |
| 201. | Aerial photographs of Bridgeport harbor (several views) | |
| 202. | Analysis of Port Authority phone calls from land line, ten minutes or more, Jan. 2003 to April 2004 (source:  MCI bills, BPA 1734-1835) | Dep. Ex. 200 |
| 203. | Analysis of Port Authority phone calls from cell phone, ten minutes or more, Dec. 6, 2002 to Feb. 7, 2004 (source:  Verizon bills, BPA 2026-2319) | Dep. Ex. 201 |
| 204. | Analysis of credit card transactions, Jan. 2003 to April 2004 (source:  BPA 2321-2396) | Dep. Ex. 202 |
| 205. | Certificate of the Executive Director of the Port Authority, dated June 3, 1993 | BPA 2397-2398 |
| 206. | Written policies and procedures of the Port Authority | BPA 2397-2407 |
| 207. | Subpoena to Edward Oppel | Dep. Ex. 579 |
| 208. | City of Bridgeport Municipal Code, Chapter 2.28 (Port Authority) | Dep. Ex. 587 |
| 209. | Declaration of Joseph C. Savino dated April 24, 2003 | Dep. Ex. 602 |
| 210. | April 6, 1994 letter from Edward Oppel to Fred Hall | BPJ 11-13 |
| 211. | March 14, 1996 letter from Joseph Riccio to Brian McAllister | BPJ 48-49 |
| 212. | "It's the Price, Stupid," Ski Magazine, undated (accessed March 12, 2004 at http://www.skimag.com/skimag /fall_line/article/0,12795,326504,00.html) | BPJ 1131-34 |
| 213. | Report to the Ferry Company by TRITEC and STENA, dated March 19, 2003 | BPJ 659-78 (plus appendix) |

| 214. | Employment agreement of Joseph Riccio dated November 20, 2003 (amending agreement dated January 1, 2002) | |
| 215. | Port Authority website (composite exhibit of all website pages, accessed January 28, 2005 at http://www.portofbridgeport.com/index.shtml) | |

**Experts' reports:**

| 216. | Expert report of Alan A. Schachter, dated June 30, 2004 | |
| 217. | Letter from Martin Domb to Edward J. Sheppard forwarding three pages with corrections to Mr. Schachter's June 30, 2004 report | Dep. Ex. 203 |
| 218. | Expert report of Alan A. Schachter, as corrected | |
| 219. | Expert report of George M. Shawah, dated June 18, 2004 | |

**Rule 26 statement, disclosures and discovery responses:**

| 220. | Port Authority's Rule 26(a)(1) initial disclosures, June 9, 2003 | |
| 221. | Report of Parties' Planning Meeting Under Local Rule of Civil Procedure 26(e), dated July 15, 2003 | |
| 222. | Port Authority's responses to first set of document requests, September 4, 2003 | |
| 223. | Port Authority's responses to first set of interrogatories, September 4, 2003 | |
| 224. | Port Authority's responses to second set of document requests, April 26, 2004 | |
| 225. | Port Authority's responses  to third set of document requests, June 1, 2004 | |
| 226. | Port Authority's supplemental responses to first set of interrogatories, June 18, 2004 | |

**(b)    Defendant's Exhibits**

The Bridgeport Port Authority anticipates offering at trial in support of its case-in-chief the following exhibits:

1.  Tariff of Bridgeport Authority (BPA Bates #  001451-001452)

2.  Photograph (BPA Bates # 001431)

3.  Photograph (BPA Bates # 001432)

4.  Photograph (BPA Bates # 001433)

5.  Photograph (BPA Bates # 001434)

6.  Photograph (BPA Bates # 001435)

7.  Photograph (BPA Bates # 001436)

8.  Photograph (BPA Bates # 001437)

9.  Photograph (BPA Bates # 001438)

10. Photograph (BPA Bates # 001439)

11. Photograph (BPA Bates # 001440)

12. Photograph (BPA Bates # 001441)

13. Redacted copy of retainer agreement with individual plaintiffs (Depo. Ex. 1)

14. The Bridgeport and Port Jefferson Steamboat Company M/V Grand Republic, M/V Park City and M/V PT Barnum (1998-2003), by David Bell (BPJ Bates # 00505-00514)

15. The Bridgeport and Port Jefferson Steamboat Company, M/V Grand Republic, M/V Park City and M/V PT Barnum (1995-1999), by David Bell (Depo. Ex. 22) (BPJ Bates # 00515 – 00528)

16. The Bridgeport and Port Jefferson Steamboat Company M/V Grand Republic, M/V Park City and M/V PT Barnum (1992-1996), by David Bell (BPJ Bates # 00529-00539)

17. Letter to Brian A. McAllister from Ferry passengers (May 2, 2003) (Depo. Ex. 12) (BPJ Bates # 00499 – 00500)

18. 2003-2004 Port Jeff Ferry Schedule (Depo. Ex. 9)

19. Ferry Fare Rates Chart (May 1997 – May 1998) (Depo. Ex. 14)

20. Revised Ferry Fare Rates Chart (May 1997 – May 1998) (BPA Bates #  001454)

21. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 1, 2003 (BPJ Bates # 00394-00396)

22. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 17, 2002 (BPJ Bates # 00397-00399)

23. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 4, 2001 (BPJ Bates # 00400-00404)

24. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 5, 2000 (BPJ Bates # 00405-00409)

25. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective June 14, 1999 (BPJ Bates # 00410-00414)

26. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 1, 1998 (BPJ Bates # 00415-00417)

27. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 3, 1997 (BPJ Bates # 00418-00421)

28. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective May 3, 1996 (BPJ Bates # 00422-00424)

29. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective April 1, 1994 (BPJ Bates # 00425-00426)

30. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective April 2, 1993 (BPJ Bates # 00427-00429)

31. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective January 4, 1993 (BPJ Bates # 00430-00432)

32. The Bridgeport and Port Jefferson Steamboat Co. Local Passenger Tariff Effective December 3, 1992 (BPJ Bates # 00433-00434)

33. The Bridgeport and Port Jefferson Steamboat Company Grand Republic and Park City 1996-2001 Passenger Totals and Yearly Percentage Increases (BPJ Bates # 00503)

34. Map of Bridgeport Harbor and surrounding area (Depo. Ex. 20)

35. Curriculum Vitae of Professor Edward Deak (BPA Bates #  001442 – 001450)

36. Curriculum Vitae of John Arnold

37. Internet Print-out of Joseph Verrilli's qualifications (Depo. Ex. 501)

38. Audited Financial Statements of Bridgeport Port Authority for 1993 (Depo. Ex. 504) (AD Bates # 004243 – 004250)

39. Audited Financial Statements of Bridgeport Port Authority for 1994 (Depo. Ex. 505) (AD Bates # 003965 – 003972)

40. Audited Financial Statements of Bridgeport Port Authority for 1995 (Depo. Ex. 506) (AD Bates # 003645 – 003654)

41. Audited Financial Statements of Bridgeport Port Authority for 1996 (Depo. Ex. 507) (AD Bates # 003287 – 003297)

42. Audited Financial Statements of Bridgeport Port Authority for 1997 (Depo. Ex. 508) (AD Bates # 002978 – 002988)

43. Audited Financial Statements of Bridgeport Port Authority for 1998 (Depo. Ex. 509) (AD Bates # 002663 – 002674)

44. Audited Financial Statements of Bridgeport Port Authority for 1999 (Depo. Ex. 510) (AD Bates # 002326 – 002337)

45. Audited Financial Statements of Bridgeport Port Authority for 2000 (Depo. Ex. 511) (AD Bates # 001931 – 001943)

46. Audited Financial Statements of Bridgeport Port Authority for 2001 (Depo. Ex. 512) (AD Bates # 001464 – 001477)

47. Audited Financial Statements of Bridgeport Port Authority for 2002 (Depo. Ex. 513) (AD Bates # 000886 – 000899)

48. Audited Financial Statements of Bridgeport Port Authority for 2002 and 2003

49. Bridgeport Port Authority Grant Income Schedule for 2001 (Depo. Ex. 537) (AD Bates # 001860 – 001862)

50. Bridgeport Port Authority Grant Income Schedule for 2002 (Depo. Ex. 538) (AD Bates # 001385)

51. Lease Agreement for Docking at Water Street Dock, dated December 1, 1998 (Depo. Ex. 563) (BPA Bates # 000007 – 000016)

52. First Amendment to Lease Agreement for Docking at Water Street Dock, dated July 29, 2002 (Depo. Ex. 564) (BPA Bates # 000002 – 000006)

53. Agreement Between the State of Connecticut and the Bridgeport Port Authority for the Construction, Inspection and Maintenance of Bulkhead Repairs and Site Work to the Water Street Dock (Depo. Ex. 554) (AD Bates # 000045 – 000054)

54. First Supplemental Agreement to the Original Agreement Dated September 3, 1999 Between the State of Connecticut and the Bridgeport Port Authority for the Construction, Inspection and Maintenance of Bulkhead Repairs and Site Work to the Water Street Dock (Depo. Ex. 555) (AD Bates # 000012 – 000015)

55. Second Supplemental Agreement to the Original Between the State of Connecticut and the Bridgeport Port Authority for the Construction, Inspection and Maintenance of Bulkhead Repairs and Site Work to the Water Street Dock (Depo. Ex. 556)

56. Letter from James F. Byres, Bureau of Engineering and Highway Operations (BPA Bates # 00323)

57. Memorandum from Federal Highway Administrative allocating 1994 Funds Ferry Boat Discretionary Program (December 21, 1993) (BPA Bates # 00326)

58. Letter from Donald J. West to James F. Sullivan (November 5, 1998) (BPA Bates # 00329-00331)

59. Table of Ferry Boat Discretionary Funds 1998 and 1999 (BPA Bates # 000332-000333)

60. Certified Resolution of Bridgeport Port Authority for state financial assistance (June 16, 1994) (BPA Bates # 000334-000340)

61. Letter to Harbormaster regarding docking fees (Depo. Ex. 553)

62. Deposit Summary – Dockage Fees $400 (December 3, 2002) (BPA Bates # 00317)

63. Deposit Summary – Dockage Fees $500 (December 13, 2002) (BPA Bates # 00318)

64. Deposit Summary – Transit Docking Fees 2,700 (March 14, 2003) (BPA Bates # 00319)

65. Water Street Dock Tariff – Boat Owner Lyle Stevenson (BPA Bates # 00320-00321)

66. Minutes of Special Meeting of Board of Commissioners of Bridgeport Port Authority (December 12, 2002) (BPA Bates # 000347-000348)

67. Expert Witness Report of John Arnold, 8/31/2004 (Depo. Ex. 607)

68. Expert Witness Report of Edward J. Deak, Economic Consultant, 8/26/2004, (Depo. Ex. 603)

69. December 2004 tariff activity report of the Bridgeport And Port Jefferson Steamboat Company

70. One-Way Vehicle Loading Tickets (Depo. Ex. 2)

71. Federal Income Tax Return for D & D Wholesale Flowers, for 2000 (Depo. Ex. 3)

72. Federal Income Tax Return for D & D Wholesale Flowers, for 2001 (Depo. Ex. 4)

73.  Federal Income Tax Return for D & D Wholesale Flowers, for 2002 (Depo. Ex. 5)

74.  Grand Republic, Park City & PT Barnum chart showing number of cars from Port Jefferson, Bridgeport, 1998-2003 (Depo. Ex. 7) (BPJ Bates # 00506)

75.  Grand Republic, Park City & PT Barnum chart showing number of cars from Port Jefferson, Bridgeport, 1992-1996 (Depo. Ex. 8) (BPJ Bates # 00530)

76.  Amended Local Passenger Tariff 200-K (Depo. Ex. 10) (BPJ Bates # 00433 – 00434)

77.  Letter from Thomas F. Maxwell, Jr., Marsh, Day & Calhoun, to Edward R. Oppel, Bridgeport Port Authority, re Authority Tariff (March 17, 1993) (Depo. Ex. 11) (BPJ Bates # 00003 – 00004)

78.  Year 2000 Rate Increase Survey (Depo. Ex. 13) (BPJ Bates # 00478)

79.  Bridgeport & Port Jefferson Steamboat Co., Inc., Capitalized Improvements to Bridgeport Terminal (Depo. Ex. 15) (BPJ Bates # 01110 – 01123)

80.  Memo from Bill Merritt to Joseph Riccio re: (1) Lease, (2) Port Authority Assistance, and (3) "Ice Tea" Grant (January 25, 1999) (Depo. Ex. 16) (BPJ Bates # 00747 – 00749)

81.  Articles re: Consumer Price Index (Depo. Ex. 17) (BPJ Bates # 00443 – 00451)

82.  Memo from W.A. Merritt to Joseph Riccio re: Lease and other matters (November 18, 1998) (Depo. Ex. 18) (BPJ Bates # 00145 – 00147)

83.  Lease Agreement: Trustees of the Freeholders and Commonalty of the Town of Brookhaven to Bridgeport & Port Jefferson Steamboat Company (Depo. Ex. 19) (BPJ Bates # 00793 – 00812)

84.  The Bridgeport and Port Jefferson Steamboat Co. W-271 Local Passenger Tariff 200-S, effective May 4, 2001 (Depo. Ex. 21) (BPJ Bates # 00400 – 00404)

85.  Port Jeff Ferry Schedule for May 17, 2002 through October 14, 2002 (Depo. Ex. 23) (BPJ Bates # 00348 – 00349)

86.  Port Jeff Ferry Schedule for October 9, 2001 through May 2, 2002 (Depo. Ex. 24) (BPJ Bates # 00350 – 00351)

87.  Port Jeff Ferry Schedule for October 10, 2000 through May 3, 2001 (Depo. Ex. 25) (BPJ Bates # 00352 – 00353)

88.  Port Jeff Ferry Schedule for May 5, 2000 through October 9, 2000 (Depo. Ex. 26) (BPJ Bates # 00354 – 00355)

89.   Port Jeff Ferry Schedule for October 12, 1999 through March 31, 2000 (Depo. Ex. 27) (BPJ Bates # 00356 – 00357)

90.   Bridgeport and Port Jefferson Steamboat Company Schedule for May 1, 1999 through June 13, 1999 (Depo. Ex. 28) (BPJ Bates # 00360 – 00361)

91.   Port Jeff Ferry Schedule for June 14, 1999 through October 11, 1999 (Depo. Ex. 29) (BPJ Bates # 00358 – 00359)

92.   Bridgeport and Port Jefferson Steamboat Company Schedule for January 4, 1999 through April 30, 1999 (Depo. Ex. 30) (BPJ Bates # 00362 – 00363)

93.   Bridgeport and Port Jefferson Steamboat Company Schedule for May 1, 1998 through January 3, 1999 (Depo. Ex. 31) (BPJ Bates # 00364 – 00365)

94.   Bridgeport and Port Jefferson Steamboat Company Schedule for January 5, 1998 through April 30, 1998 (Depo. Ex. 32) (BPJ Bates # 00366 – 00367)

95.   Bridgeport and Port Jefferson Steamboat Company Schedule for May 3, 1997 through January 4, 1998 (Depo. Ex. 33) (BPJ Bates # 00368 – 00369)

96.   Bridgeport and Port Jefferson Steamboat Company Schedule for January 6, 1997 through May 2, 1997 (Depo. Ex. 34) (BPJ Bates # 00370 – 00371)

97.   Bridgeport and Port Jefferson Steamboat Company Schedule for May 3, 1996 through January 5, 1997 (Depo. Ex. 35) (BPJ Bates # 00372 – 00373)

98.   Bridgeport and Port Jefferson Steamboat Company Schedule for January 2, 1996 through May 2, 1996 (Depo. Ex. 36) (BPJ Bates # 00374 – 00375)

99.   Bridgeport and Port Jefferson Steamboat Company Schedule for January 2, 1996 through March 31, 1996 (Depo. Ex. 37) (BPJ Bates # 00376 – 00377)

100.  Bridgeport and Port Jefferson Steamboat Company Schedule for April 1, 1995 through January 1, 1996 (Depo. Ex. 38) (BPJ Bates # 00378 – 00379)

101.  Bridgeport and Port Jefferson Steamboat Company Schedule for January 3, 1995 through March 31, 1995 (Depo. Ex. 39) (BPJ Bates # 00380 – 00381)

102.  Bridgeport and Port Jefferson Steamboat Company Schedule for April 1, 1994 through January 2, 1995 (Depo. Ex. 40) (BPJ Bates # 00382 – 00383)

103.  Bridgeport and Port Jefferson Steamboat Company Schedule for January 4, 1994 through March 31, 1994 (Depo. Ex. 41) (BPJ Bates # 00384 – 00385)

104.  Bridgeport and Port Jefferson Steamboat Company Schedule for May 1, 1993 through January 3, 1994 (Depo. Ex. 42) (BPJ Bates # 00386 – 00387)

105. Bridgeport and Port Jefferson Steamboat Company Schedule for April 2, 1993 through October 11, 1993 (Depo. Ex. 43) (BPJ Bates # 00388 – 00389)

106. Bridgeport and Port Jefferson Steamboat Company Schedule for January 4, 1993 through April 1, 1993 (Depo. Ex. 44) (BPJ Bates # 00390 – 00391)

107. Bridgeport and Port Jefferson Steamboat Company Schedule for October 13, 1992 through January 3, 1993 (Depo. Ex. 45) (BPJ Bates # 00392 – 00393)

108. Bridgeport and Port Jefferson Ferry website: Schedules and Information (printed April 26, 2004) (Depo. Ex. 46)

109. Bridgeport and Port Jefferson Ferry Reservations website: Choose time of day and number of vehicles (printed April 26, 2004) (Depo. Ex. 47)

110. Bridgeport and Port Jefferson Ferry Reservations website: Reservation page for May 21, 2004 (printed April 26, 2004) (Depo. Ex. 48)

111. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued December 2, 1992; Effective January 4, 1993) (Depo. Ex. 49) (BPJ Bates # 00430 – 00432)

112. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued March 3, 1993; Effective April 2, 1993) (Depo. Ex. 50) (BPJ Bates # 00427 – 00429)

113. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued March 1, 1994; Effective April 1, 1994) (Depo. Ex. 51) (BPJ Bates # 00425 – 00426)

114. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 2, 1996; Effective May 3, 1996) (Depo. Ex. 52) (BPJ Bates # 00422 – 00424)

115. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 22, 1997; Effective May 3, 1997) (Depo. Ex. 53) (BPJ Bates # 00418 – 00421)

116. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 17, 1998; Effective May 1, 1998) (Depo. Ex. 54) (BPJ Bates # 00415 – 00417)

117. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued May 13, 1999; Effective June 14, 1999) (Depo. Ex. 55) (BPJ Bates # 00410 – 00414)

118. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 5, 2000; Effective May 5, 2000) (Depo. Ex. 56) (BPJ Bates # 00405 – 00409)

119. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 1, 2001; Effective May 4, 2001) (Depo. Ex. 57) (BPJ Bates # 00400 – 00404)

120. Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 16, 2002; Effective May 17, 2002) (Depo. Ex. 58) (BPJ Bates # 00397 – 00399)

121.  Bridgeport and Port Jefferson Steamboat Co. Charter Rates (Issued April 1, 2003; Effective May 1, 2003) (Depo. Ex. 59) (BPJ Bates # 00394 – 00396)

122.  Letter from Bridgeport and Port Jefferson Steamboat Co. to Joseph A. Riccio, Jr., Bridgeport Port Authority, re: Bridgeport Port Authority tariff (January 13, 2003) (Depo. Ex. 60) (BPJ Bates # 00274 – 00275)

123.  Notice to Passengers from Bridgeport and Port Jefferson Steamboat Co. re: lawsuit challenging tariff and surcharge (Depo. Ex. 61)

124.  Connecticut Post Letter to the Editor of Frederick A. Hall, Vice President/General Manager, Bridgeport & Port Jefferson Steamboat Co.: "BPA tariff on ferry: 'illegal, misapplied'" (March 27, 2004) (Depo. Ex. 62)

125.  Bridgeport and Port Jefferson Steamboat Co. M/V Grand Republic, M/V Park City and M/V P.T. Barnum, 1998-2003 YTD (Depo. Ex. 63) (BPJ Bates # 00505 – 00514)

126.  Bridgeport and Port Jefferson Steamboat Co. M/V Grand Republic and M/V Park City, 1992-1996 YTD (Depo. Ex. 64) (BPJ Bates # 00529 – 00539)

127.  Rate Projection 2003 (Depo. Ex. 65) (BPJ Bates # 00470)

128.  U.S. and Connecticut tax-related financial records of The Bridgeport And Port Jefferson Steamboat Company (Depo. Ex. 300) (BPJ Bates # 1975-2417)

129.  Monthly Profit and Loss Statements of the Bridgeport And Port Jefferson Steamboat Company, Inc., various months 1994 – 2003 (Depo. Ex. 301) (BPJ Bates # 2418-3046)

130.  Audited Financial Statements of The Bridgeport And Port Jefferson Steamboat Company, Inc., for December 31, 1992-2000, 2002-2003 (Depo. Ex. 302) (BPJ Bates # 1828-1957; 3047-3063)

131.  Audited Financial Statements of The Bridgeport And Port Jefferson Steamboat Company, Inc., for December 31, 2002 and 2001 (BPJ Bates # 1958-1974)

132.  Report Instruction Sheet re: Bridgeport Port Authority signed by Joseph A. Verrilli as part of 1996 audit, signed December 12, 1998 (Depo. Ex. 502) (AD Bates # 003285)

133.  Report Instruction Sheet re: Bridgeport Port Authority as part of 1995 audit, signed June 3, 1996 (Depo. Ex. 503) (AD Bates # 003643)

134.  Bridgeport Port Authority Compliance Reports, year ended December 31, 2001 (Depo. Ex. 514) (AD Bates # 001507 – 001522)

135.  Bridgeport Port Authority Compliance Reports, year ended December 31, 2002 (Depo. Ex. 515) (AD Bates # 000902 – 000916)

136. Property Management Agreement between City of Bridgeport and Bridgeport Port Authority (March 1, 1993) (Depo. Ex. 516) (AD Bates # 000800 – 000809)

137. Letter from Bridgeport Port Authority to Jerry Baron, Director of Finance, City of Bridgeport, re: Union Square Dock Agreement, enclosing Statement of Income and Expenses for 1993 (February 25, 1994) (Depo. Ex. 517) (AD Bates # 004425 – 004427)

138. Fax from Ray Schwartz, Dworken, Hilliman, LaMorte & Sterczala, P.C., to Ed Oppel, Bridgeport Port Authority, re: Bridgeport Port Authority net operating income from Union Square, 1993 and 1994 (March 8, 1994) (Depo. Ex. 518) (AD Bates # 004082 – 004084)

139. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 1994, with calculation of amount due the City of Bridgeport, and attached General Ledger Report from January 1, 1994 through March 31, 1995 (Depo. Ex. 519) (AD Bates # 003976 – 003978)

140. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 1995, with calculation of amount due the City of Bridgeport (Depo. Ex. 520) (AD Bates # 003961)

141. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 1996, with calculation of amount due the City of Bridgeport (Depo. Ex. 521) (AD Bates # 003639 – 003641)

142. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 1997, with calculation of amount due the City of Bridgeport (Depo. Ex. 522) (AD Bates # 003281 – 003283)

143. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 1998, with calculation of amount due the City of Bridgeport (Depo. Ex. 523) (AD Bates # 002972 – 002974)

144. Calculation of legal and accounting invoices for Bridgeport Port Authority for 1998 (Depo. Ex. 524) (AD Bates # 002714 – 002716)

145. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 1999, with calculation of amount due the City of Bridgeport (Depo. Ex. 525) (AD Bates # 002655 – 002657)

146. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 2000, with calculation of amount due the City of Bridgeport (Depo. Ex. 526) (AD Bates # 002317 – 002320)

147. Net Operating Income of Bridgeport Port Authority from Union Square Dock for 2001, with calculation of amount due the City of Bridgeport (Depo. Ex. 527) (AD Bates # 001922 – 001925)

148.  Net Operating Income of Bridgeport Port Authority from Union Square Dock for 2002, with calculation of amount due the City of Bridgeport (Depo. Ex. 528) (AD Bates # 001456 – 001458)

149.  Transaction Detail reflecting legal fees paid by Bridgeport Port Authority in 2002 (Depo. Ex. 529) (AD Bates # 001419 – 001420)

150.  Letter from M. Ganino, CPA, to Charmaine Reid, Bridgeport Port Authority, requesting financial information for audit (August 10, 1998) (Depo. Ex. 530) (AD Bates # 003077 – 003078)

151.  General Ledger Report, Bridgeport Port Authority, for 1995 (Depo. Ex. 531) (AD Bates # 003814 – 003883)

152.  Preliminary Assessment of Information System for 1999, Bridgeport Port Authority (Depo. Ex. 532) (AD Bates # 002395)

153.   Preliminary Assessment of Information System for 2002, Bridgeport Port Authority (Depo. Ex. 533) (AD Bates # 001038)

154.  Form A-1, Client Information Record, for Bridgeport Port Authority (Prepared January 9, 2001; reviewed February 15, 2002, July 24, 2003) (Depo. Ex. 534) (AD Bates # 000985 – 000996)

155.  Balance Sheet of Bridgeport Port Authority as of June 30, 2002 (Depo. Ex. 535) (AD Bates # 001655 – 001659)

156.  Bridgeport Port Authority Grant Income Notes for 2000 (Depo. Ex. 536) (AD Bates # 002262)

157.  Bridgeport Port Authority Expense Fluctuation Analysis (December 31, 2002) (Depo. Ex. 539) (AD Bates # 001414 – 001417)

158.  Letter from Chester J. Straub, Jr., Acting Assistant Secretary for Economic Development, United States Department of Commerce, to Mr. Joseph Riccio, Bridgeport Port Authority, re: approval of application to Economic Development Administration for Economic Adjustment Assistance, with attached Financial Assistance Award (December 2, 1999) (Depo. Ex. 541) (AD Bates # 000002 – 000011)

159.  Bridgeport Port Authority time sheets for Martha Klimas (July 14, 2000 – September 22, 2000) (Depo. Ex. 542)

160.  Cover page of State of Connecticut Department of Economic and Community Development Financial Assistance Proposal for The Connecticut Environmental Policy Act (CEPA) Review of the Former Carpenter Technologies Site, Bridgeport, Connecticut, July 2000 (Depo. Ex. 543) (AD Bates # 000206)

161.  Scope of Work, Environmental Assessment/Finding of No Significant Impact, Former Cartech Site, City of Bridgeport (Depo. Ex. 544) (AD Bates # 000196 - 000202)

162.  Cover of Closing Book, State of Connecticut, Acting by the Department of Economic and Community Development, Grant to the City of Bridgeport, Connecticut and the Bridgeport Port Authority (January 2, 2001) (Depo. Ex. 545)

163.  Certified Resolution of the Bridgeport Port Authority to apply to Connecticut Department of Economic and Community Development for financial assistance to undertake the Urban Sites Remedial Action Program (October 24, 2002) (Depo. Ex. 546)

164.  Agreement between Bridgeport Port Authority and Earth Technology, Inc. for Contract No. 1, Building Site Preparation, Bridgeport Regional Maritime Complex (January 11, 2002) (Depo. Ex. 547)

165.  Construction Agreement between Bridgeport Port Authority and Mohawk Northeast, Inc., for Contract No. 2A, Yellow Mill Pond Dredging and Waterfront Structures, Derecktor Shipyards, Bridgeport Regional Maritime Complex (April 10, 2002) (Depo. Ex. 548)

166.  Letter from Martha L. Klimas, Bridgeport Port Authority, to Stephen P. Grady, Economic Development Administration, re: contract documents between Dalling Construction, Inc. and Bridgeport Port Authority for EDA Project No. 01-49-03936, Maritime Business Park Contract No. 3, Upland Site Improvements, Bridgeport Regional Maritime Complex (January 29, 2003) (Depo Ex. 549)

167.  Construction Agreement between Bridgeport Port Authority and Earth Technology, Inc., for Contract No. 4, Site Improvements, Parcels A, C & D, Bridgeport Regional Maritime Complex (December 16, 2002) (Depo. Ex. 550)

168.  Documentation of State of Connecticut Clean Vessel Act Grant to Bridgeport Port Authority for Operation and Maintenance of a Marine Sewage Pumpout Boat, approved by Associate Attorney General on November 1, 2002 (Depo. Ex. 551)

169.  Department of Harbormaster, Time Allocation Record Weekly Time Cards, for Charmaine Johnson, for June 14, 2002 through December 20, 2002 (Depo. Ex. 552)

170.  Letter from Thomas A. Harley, Bureau of Engineering and Highway Operations, State of Connecticut Department of Transportation, to Joseph Riccio, Bridgeport Port Authority, re: Parking Garage and Ferry Dock Extension (November 27, 2000) (Depo. Ex. 557) (AD Bates # 000126)

171.  Letter from Patrick M. Rose, Kasper Group, Inc., to Martha Klimas, Bridgeport Port Authority, re: Bulkhead Repairs and Site Work (December 1, 2000) (Depo. Ex. 558)

172.  Letter from Paul J. Pinto, Kasper Group, Inc., to Joseph Riccio, Bridgeport Port Authority, re: worksheet completed by Kasper Group (November 27, 2000) (Depo. Ex. 559)

173.  Memo to JR, JS re: Kasper Group, Construction Inspection Services (December 28, 2000) (Depo. Ex. 560)

174.  Letter from Joseph Riccio, Bridgeport Port Authority, to Frederick A. Hall, Bridgeport and Port Jefferson Steamboat Company, re: Administrative Surcharge (February 10, 2004) (Depo. Ex. 561)

175.  Article: "Port Jeff ferry opposes fee based on legal costs," by Frank Washkuch Jr. (Depo. Ex. 562)

176.  Lease and Food Services Agreement between Bridgeport Port Authority and Steamboat Concessions, Inc., for Bridgeport Port Authority Ferry Terminal (August 26, 1996) (Depo. Ex. 565) (BPA Bates # 000030 – 000073)

177.  Bridgeport Port Authority Minutes of Commissioners Meeting (October 23, 1997) (Depo. Ex. 566) (BPA Bates # 000517 – 000520)

178.  Bridgeport Port Authority General Ledger as of December 31, 2003 (Depo. Ex. 567) (BPA Bates # 000655 – 000790)

179.  Cover page of Ground Lease Agreement between the Bridgeport Port Authority and Derecktor Shipyard Conn., LLC (September 11, 2000) (Depo. Ex. 568) (AD Bates # 000815)

180.  Partial List of Donations per Minutes of Commissioners Meetings (Depo. Ex. 569)

181.  Bridgeport Port Authority Minutes of Commissioners Meeting (June 20, 1996) (Depo. Ex. 570) (BPA Bates # 000562 – 000565)

182.  Bridgeport Port Authority Minutes of Commissioners Meeting (September 12, 1996) (Depo. Ex. 571) (BPA Bates # 000554 – 000557)

183.  Bridgeport Port Authority Minutes of Commissioners Meeting (September 14, 1995) (Depo. Ex. 572) (BPA Bates # 000602 – 000608)

184.  Bridgeport Port Authority Minutes of Commissioners Meeting (January 18, 1996) (Depo. Ex. 573) (BPA Bates # 000590 – 000595)

185.  Bridgeport Port Authority Minutes of Commissioners Meeting (April 25, 2002) (Depo. Ex. 574) (AD Bates # 001058 – 001060)

186.  Bridgeport Port Authority Minutes of Commissioners Meeting (March 14, 2002) (Depo. Ex. 575) (BPA Bates # 000378 – 000382)

187.  Bridgeport Port Authority Minutes of Commissioners Meeting (October 21, 1999) (Depo. Ex. 576) (BPA Bates # 000448 – 000452)

188.  Bridgeport Port Authority Minutes of Commissioners Meeting (May 20, 1999) (Depo. Ex. 577) (BPA Bates # 000463 – 000469)

189.  Bridgeport Port Authority Minutes of Commissioners Meeting (June 24, 1999) (Depo. Ex. 578) (BPA Bates # 000458 – 000462)

190.  Request for proposals from Bridgeport Port Authority for food concession stand in ferry terminal building (Depo. Ex. 580) (BPJ Bates # 1141)

191.  Bid for food concession stand submitted by Steamboat Concessions, Inc. (August 16, 1995) (Depo. Ex. 581) (BPJ Bates # 1142 – 1182)

192.  Bid for food concession stand submitted by Luigi's Italian Pastries (August 31, 1995) (Depo. Ex. 582) (BPJ Bates # 1213 – 1231)

193.  Letter from Bridgeport Port Authority to Board of Commissioners of Bridgeport Port Authority re: Proposals for Food Services at the Ferry Terminal Building (September 14, 1995) (Depo. Ex. 583) (BPJ Bates # 1203)

194.  Letter from Edward Oppel, Bridgeport Port Authority, to Frank Marino, Steamboat Concessions, Inc., rejecting proposal of Steamboat Concessions to run food concession stand in terminal building (September 20, 1995) (Depo. Ex. 584) (BPJ Bates # 1232)

195.  Memo from Frank Marino, Sound Catering, to Edward Oppel, Bridgeport Port Authority, requesting information re: the award of the food concession contract to Luigi's Bakery (October 16, 1995) (Depo. Ex. 585) (BPJ Bates # 1233)

196.  Verified Complaint in <u>Bridgeport and Port Jefferson Steamboat Co. and Steamboat Concessions, Inc. v. Bridgeport Port Authority and John Dimarco</u> (December 4, 1995) (Depo. Ex. 586) (BPJ Bates # 1241 – 1254)

197.  Bridgeport City Code Chapter 2.28 (Depo. Ex. 587)

198.  Bridgeport Port Authority Minutes of Commissioners Meeting (October 7, 1993) (Depo. Ex. 588) (BPJ Bates # 00897 – 00903)

199.  Bridgeport Port Authority Minutes of Commissioners Meeting (July 19, 1994) (Depo. Ex. 589) (BPJ Bates # 00904 – 00906)

200.  Bridgeport Port Authority Minutes of Commissioners Meeting (September 22, 1994) (Depo. Ex. 590) (BPJ Bates # 00907 – 00910)

201.  Bridgeport Port Authority Minutes of Commissioners Meeting (October 13, 1994) (Depo. Ex. 591) (BPJ Bates # 00911 – 00913)

202. Bridgeport Port Authority Minutes of Commissioners Meeting (February 16, 1995) (Depo. Ex. 592) (BPA Bates # 000634 – 000638)

203. Bridgeport Port Authority Minutes of Commissioners Meeting (March 23, 1995) (Depo. Ex. 593) (BPA Bates # 000628 – 000633)

204. Bridgeport Port Authority Minutes of Commissioners Meeting (April 13, 1995) (Depo. Ex. 594) (BPA Bates # 000623 – 000627)

205. Bridgeport Port Authority Minutes of Commissioners Meeting (May 11, 1995) (Depo. Ex. 595) (BPA Bates # 000618 – 000622)

206. Bridgeport Port Authority Minutes of Commissioners Meeting (June 15, 1995) (Depo. Ex. 596) (BPJ Bates # 00931 – 00935)

207. Bridgeport Port Authority Minutes of Commissioners Meeting (July 13, 1995) (Depo. Ex. 597) (BPA Bates # 000614 – 000617)

208. Bridgeport Port Authority Minutes of Commissioners Meeting (August 17, 1995) (Depo. Ex. 598) (BPA Bates # 000609 – 000613)

209. Bridgeport Port Authority Minutes of Commissioners Meeting (October 12, 1995) (Depo. Ex. 599) (BPA Bates # 000599 – 000601)

210. Bridgeport Port Authority Income by Customer Detail, January 1, 2001 through August 18, 2003) (Depo. Ex. 600) (BPA Bates # 000198 – 000203)

211. Summary of Deposits to 1013 – Money Market Savings – Chase on 12/03/2002 (Depo. Ex. 601) (BPA Bates # 000317 – 000321)

212. Declaration of J. Savino in Bridgeport and Port Jefferson Steamboat Co., et al. v. Bridgeport Port Authority (April 24, 2003) (Depo. Ex. 602)

213. Bridgeport Ferry Terminal and Water Street Dock slide presentation, Bridgeport Port Authority (January 2004) (Depo. Ex. 604)

214. Article: Port of New Haven: Business Plan Begins with New Port Authority (Depo. Ex. 605)

215. Ruling of U.S. District Court for District of Connecticut denying defendant's Renewed Motion to Dismiss or Stay and Motion for Partial Summary Judgment, Bridgeport and Jefferson Steamboat Company v. Bridgeport Port Authority (Depo. Ex. 606)

216. Documents with cover letter and spreadsheets and other data compilations used for J. Arnold report (Depo. Ex. 608)

217. Gross revenue versus total charge per trip (Depo. Ex. 612)

218. Composite exhibit consisting of the First Pages of Depo Exhibits 519-523 and 525-528

219. Subpoena to Checkers International (April 7, 2004)

220. Connecticut General Statutes §§ 7-329a-7-329u

221. Traffic Study of Water Street Dock, Bridgeport, Connecticut, prepared by SIMCO Engineering, P.C., for Bridgeport and Port Jefferson Steamboat Co. (January 1996) (BPJ Bates # 00542 – 00658)

222. Bridgeport and Port Jefferson Tariff Due for the Months of January 2003, through December 2003 (BPJ Bates # 1323 – 1334)

223. Bridgeport and Port Jefferson Schedule of aggregate tariff expenses for January 15, 2003 to April 30, 2003 (BPJ Bates # 1335)

224. Fax cover sheet from Bob Reddan of McAllister Towing and Transportation Co. to Martin Domb, Hills, Betts & Nash (March 29, 2004) (BPJ Bates # 1336)

225. Bridgeport and Port Jefferson Steamboat Company 1991 through Present Ticket Prices (BPJ Bates # 1337)

226. Bridgeport Port Authority Tax, 1993-Present, and Proposed Tax with Surcharge (BPJ Bates # 1338)

227. Boat-by-boat breakdown of revenue, January 1992 through March 2004 (BPJ Bates # 1339 – 1750)

228. Total Passenger and Vehicle Activity Report, 1997 to 2003


**11.     Deposition Testimony**

    **(a)     Plaintiffs' Designated Deposition Testimony**

| Name and Address | Designations (Page / Line) |
|---|---|
| **Edward R. Oppel**<br>10767 Grande Blvd.<br>West Palm Beach, Florida 33412 | Deposition in West Palm Beach, FL, on April 21, 2004:<br><br>Entire transcript (pages 4 through 152) |

| **Jerome Baron**<br>c/o Cranston City Hall<br>869 Park Avenue<br>Cranston, RI 20910 | Deposition in Cranston, RI, on March 19, 2004: |  |
|---|---|---|
| | From | Through |
| | Page 1 (caption and appearances) | |
| | 3 / 10 | 13 / 7 |
| | 15 / 20 | 44 / 14 |
| | 49 / 16 | 49 / 24 |
| | 52 / 2 | 57 / 18 |

**(b)    Defendant's Deposition Testimony**

The Port Authority anticipates that the following witnesses with testify by deposition at trial.  Pursuant to the Standing Order Regarding Trial Memoranda in Civil Cases, the Port Authority designates by specific page references the deposition transcript of that testimony the Port Authority proposes to read into evidence.

**1.    Brian A. McAllister** (President of the Ferry Company)  Mr. McAllister will likely testify as to the operations of the Ferry Company, and passenger and vehicle ridership as well as the finances of the Ferry Company.  Designated references from the transcript of the deposition of Mr. Brian A. McAllister taken on February 10, 2004, include pages:  6, 7, 13, 14, 32, 39, 40, 49, 50, 51, 52, 53, 54, 55, 56, 62, 63, 64, 65, 68, 69, 76, 77, 78, 80, 81, 87, 88, 90, 97, 98, 99, 111, 112, 120, 121, 126, 127, 131, 142, 143, 144, 150, 151, 152, and 153.

In addition, the Port Authority expressly reserves the right to designate in whole or part supplemental deposition testimony of Mr. Brian A. McAllister subject to Magistrate Judge Thomas P. Smith's ruling on the Port Authority's motion to extend the pretrial schedule and to compel the deposition of Brian A. McAllister (Docket #104).