| | |
|---|---|
| **Jerome Baron**<br>c/o Cranston City Hall<br>869 Park Avenue<br>Cranston, RI 20910 | Deposition in Cranston, RI, on March 19, 2004:<br><br>From   Through<br>Page 1 (caption and appearances)<br>3 / 10   13 / 7<br>15 / 20   44 / 14<br>49 / 16   49 / 24<br>52 / 2   57 / 18 |

   **(b)**  **Defendant's Deposition Testimony**

  The Port Authority anticipates that the following witnesses with testify by deposition at trial. Pursuant to the Standing Order Regarding Trial Memoranda in Civil Cases, the Port Authority designates by specific page references the deposition transcript of that testimony the Port Authority proposes to read into evidence.

  **1.**  **Brian A. McAllister** (President of the Ferry Company) Mr. McAllister will likely testify as to the operations of the Ferry Company, and passenger and vehicle ridership as well as the finances of the Ferry Company. Designated references from the transcript of the deposition of Mr. Brian A. McAllister taken on February 10, 2004, include pages: 6, 7, 13, 14, 32, 39, 40, 49, 50, 51, 52, 53, 54, 55, 56, 62, 63, 64, 65, 68, 69, 76, 77, 78, 80, 81, 87, 88, 90, 97, 98, 99, 111, 112, 120, 121, 126, 127, 131, 142, 143, 144, 150, 151, 152, and 153.

  In addition, the Port Authority expressly reserves the right to designate in whole or part supplemental deposition testimony of Mr. Brian A. McAllister subject to Magistrate Judge Thomas P. Smith's ruling on the Port Authority's motion to extend the pretrial schedule and to compel the deposition of Brian A. McAllister (Docket #104).

  **2.**  **Fred Hall** (General Manager and Vice President of the Ferry Company)  Mr. Hall will likely testify as to the day-to-day operations, passenger and vehicle ridership, and finances of the Ferry Company.

  Designated references from the transcript of the deposition of Mr. Fred Hall taken on March 4, 2004, include pages:  12, 30, 31, 43, 46, 47, 49, 50, 72, 73, 83, 84, 85, 86, 87, 93, 94, 95, 96, 97, 98, 100, 117, 118, 119, 120, 121, 122, 123, 124, 135, 136, 155, 156, 157, 158, 159, 179, 180, 187, 188, 189, 220, 221, 222, 223, 224, 225, 227, 228, 229, 230, 231, 232, 241, 242, 243, 244, 245, 246, 247, 248, 250, 255, 256, 259, 260, and 271.

  Designated references from the transcript of the supplemental deposition of Mr. Fred Hall taken on April 28, 2004, include pages:  3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 18, 19, 20, 23, 24, 25, 26, 33, 34, 42, 43, 47, 48, 73, 74, 75, 76, 77, 78, 79, 84, 87, 88, 94, 95, 96, 97, 98, 99, 100, 101, 102, and 103.

  **3.**  **William Merritt** (Chief Financial Officer of McAllister Transportation of Towing)  Mr. Merritt will likely testify as to the operation and finances of the Ferry Company.

  Designated references from the transcript of the deposition of Mr. William Merritt taken on February 11, 2004, include pages:  5, 6, 29, 29, 30, 31, 61, 65, 66, 68, 69, 70, 71, 72, 73, 76, 77, 78, 79, 80, 81, 83, 85, 88, 90, 94, 95, 96, 103, 104, 105, 112, 113, 114, 115, 128, 129, 130, and 131.

  Designated references from the transcript of the supplemental deposition of Mr. William Merritt taken on October 28, 2004, include pages:  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 30, 31, 32, 33, 34, 35, 36, and 40.

**13.    Requests for Jury Instructions:  Omitted (Court trial)**

**14.    Anticipated Evidentiary Problems**

Plaintiffs' motion in limine is attached at Tab 6.

Defendant's motions in limine are attached at Tabs 7 and 8.

**15.    Proposed Findings of Fact and Conclusions of Law:  Omitted (Court trial)**

**16.    Trial Time**

Counsel for plaintiffs and defendant, having conferred, estimate that the trial will last 5 to 7 days.

**17.    Further Proceedings**

By order dated January 7, 2005, (Court Docket # 114) the Court referred to Magistrate Judge Thomas P. Smith, for a ruling, the Port Authority's motion to extend the pretrial schedule and to compel the deposition of Brian A. McAllister (Court Docket # 104).

**18.    Election for Trial by Magistrate**

The parties have not agreed to have the case tried by a United States Magistrate Judge.

Dated: February 1, 2005

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, D & D Wholesale Flowers Inc., and FRANK C. ZAHRADKA<br>*Plaintiffs* | BRIDGEPORT PORT AUTHORITY<br>*Defendant* |
| By: | By: |
| /s/<br>_____<br>Martin Domb (ct 09544)<br>Eric M. Underriner (ct 26020)<br>HILL, BETTS & NASH LLP<br>One World Financial Center<br>200 Liberty Street, 26th Floor<br>New York, New York 10281-1003<br>Tel. (212) 589-7577<br>Fax (212) 466-0514 | Edward Sheppard, #CT24760<br>THOMPSON COBURN<br>1909 K Street, N.W., Suite 600<br>Washington, D.C. 20005-2010<br>Tel. (202) 585-6917<br>Fax (202) 585-6969 |
| *and* | *and* |
| Jonathan Bowman (ct 08526)<br>Stewart I. Edelstein (ct 06021)<br>COHEN AND WOLF, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, Connecticut 06601-1821<br>Tel. (203) 368-0211<br>Fax (203) 576-8504 | /s/<br>_____<br>Timothy F. Noelker, #CT26291<br>Jason C. Rahoy, #CT26290<br>THOMPSON COBURN<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Tel. (314) 552-6091<br>Fax (314) 552-7091 |
| | *and* |
| | John W. Roberts, #CT05947<br>ROBERTS, ROSE & BATES, P.C.<br>17 Hoyt Street<br>Stamford, Connecticut 06905<br>Tel. (203) 324-6755<br>Fax (203)348-5802 |