Expert Report of Alan A. Schachter
June 30, 2004
Page 7

**Exhibit 1**
**ALAN A. SCHACHTER, CPA·ABV, CVA, CFE**

*Curriculum Vitae*

---

## PROFESSIONAL HISTORY

- Willamette Management Associates-Director Northeast Region Litigation Consulting
- Centerprise Advisors Litigation & Valuation Services Managing Director
- Scillia, Dowling & Natarelli, CPAs and Advisors, Managing Director, 2001-2003
- Urbach Kahn & Werlin, Shareholder, Litigation, 1989-2000
- Schachter & Co., Owner, 1979-1989
- Schachter & Horan, Partner, 1974-1979
- Lester Witte & Co., Partner, 1969-1974
- H.A. Schachter & Co., 1967-1969
- Peat Marwick Mitchell & Co., 1966-1967
- H.A. Schachter & Co., May 1965-Dec. 1965

## EDUCATION

- MBA, Pace University, 1972
- Advanced Certificate of Taxation, Pace University, 1987
- B.S. Economics, Wharton School, University of Pennsylvania, 1965

## PROFESSIONAL DESIGNATIONS

- Accredited in Business Valuation, AICPA, 1998-present
- Certified Public Accountant, New York, 1969-present
- Certified Public Accountant, Connecticut, 2001-present
- Certified Fraud Examiner, 1993-present
- Certified Valuation Analyst, 1997-present
- Diplomat, American board of Forensic Accounting, 1997-present
- Medicare hearing Officer, 1979-1986
- New York State Department of health Approved Receiver, 1986-present

## GOVERNMENT APPOINTMENTS

- Receiver of New York State Department of Health
- Special Consultant to New York State Department of Taxation and Finance, Office of Tax Enforcement. 1996-2000
- New York State Department of Health RUGS Advisory Committee, 1984-1987

## Willamette Management Associates

Expert Report of Alan A. Schachter
June 30, 2004
Page 8

## MEMBERSHIPS & CHAIRMANSHIPS

- Member, American College of Forensic Examiners, 1997-present
- Member, America Institute of Certified Public Accountants, 1969-present
- Member, New York State Society of Certified Public Accountants, 1969-present
- Member, Connecticut Society of Certified Public Accountants, 2001-present
- Chair and Member, Litigation Support Committee of New York State Society of CPAs, 1992-1998
- Health Care Financial Management Association, 1970-2000
- Member, Institute of Business Appraisers, 1992-present
- Member, National Association of Certified Valuation Analysts, 1997-present
- American Academy of Matrimonial Lawyers: Financial Services Committee, 1992-1996
- Member, The Regional Bar Association, 2001-present
- Member, The Southwestern Area Commerce & Industry Association of Connecticut, Inc. (SACIA), 2001-present

## CONFERENCES & SPEAKING ENGAGEMENTS

Lectures regarding business valuation and damage claims before the following organizations:

- National Health Lawyers Association-Legal Accounting Defense Team, 1984
- New York State Society of Certified Public Accountants-Various Seminars on Valuation of Closely Held Businesses and Litigation Support Topics, 1992-1998
- New York State Bar Association-Various Valuation Seminars, 1992-1999
- Health Care Financial Management Association-Valuation of health Care Facilities, 1994
- American Institute of Certified Public Accountants and Illinois CPA Foundation-Engagement Approach to Researching, Evaluation and Understanding the Company 1995
- New York State Supreme Court Justices-Valuation of Businesses and Professional Practices, 1996
- Association of the Bar of the City of New York-New York State Tax Amnesty Act, 1997
- Gerontology Institute- Nursing Home Fraud & Abuse and Corporate Compliance, 1998
- State & Local Government Benefits Association-Detecting Health Care Fraud and Abuse, 1998
- The American College of Health Care Administrators, New York Chapter -Corporate Compliance Programs and Enforcement Initiatives in Health Care, 1998
- Practicing Law Institute-Basic Accounting for the General Practitioner1999-2000
- The Center to Promote Health Care Studies, Inc. – Fraud and Abuse, Corporate Compliance and Revenue Recognition, 2000
- New York State Health Facilities Association –Nursing Home Corporate Compliance Plans, 2001
- Connecticut State Bar Association –Valuation of Intellectual Property, 2002
- The Regional Bar Association/Family Law Section Valuation of Intellectual Property, 2002
- Quinnipiac Law School-Compliance Workshop for Meeting HIPAA 2000 Regulations, 2002
- Connecticut Society of Certified Public Accountants-Valuing a Professional Practice, 2002

Expert Report of Alan A. Schachter
June 30, 2004
Page 9

- Massachusetts Society of Certified Public Accountants Conference-Developing Niche Practices, 2002
- Critical Issues in Electronic Discovery, 2003

**PUBLICATIONS**

- "Preindictment Strategy for the Attorney-Accountant Defense Team in White Collar Fraud Cases," Criminal Law Journal, 1979
- "The Role of the Legal Accounting Defense Team," American Law Report, 1982
- "Role of the Investigative Accountant," *Handbook of Financial Planning for Divorce and Separation, 1988*
- *Fraud in the Health Care Industry: The Auditors Responsibility Under SAS 82,* American Institute of Certified Public Accountants (publication and video), 1998
- "Applying Basic Business Valuation Techniques to a Specialized Business (Ocean-Going Tankers)," Encyclopedia of Matrimonial Practice, 1991
- "The Investigative Accountant and Confidentiality in a Criminal Tax Fraud Investigation," The CPA Journal, 1993
- "Innocent Spouse considerations for Parties Contemplating a Joint Return," NYS Society of Certified Public Accountants, 1994
- *Corporate Compliance Plans for Heath Care Providers,* American Institute of Certified Public Accountants 2000
- "The Investigative Accountant and Confidentiality in a Criminal Tax Fraud Case," Journal of Construction Accounting & Taxation, 2002

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 10

## Forensic Investigations and Testifying and Non-Testifying Expert Witness Engagements

| CASE NAME | JURISDICTION | NATURE OF CASE |
|---|---|---|
| Hartej v. Pepsico | Supreme Court of New York, New York County | Lost profits |
| Carpet Co-op of America, et al v. Mercator Software | Circuit Court of St. Louis County, State of Missouri | Economic damage lawsuit |
| Nasutavicus v. National Partnership Investments Corp. | U.S. District Court for the Central District of California | Class action suit relating to construction and management of affordable housing projects |
| Alexix Hermon US Dol v. Harold Levinson Associates | U.S. District Court for the Eastern District of New York | Dept. of Labor, employment Issues |
| DeMarco v. Polino | U.S. District Court for the District of New Jersey | Securities: alleged broker fraud |
| U.S. v. Riccota | U.S. District Court for the Southern District of New York | Tax fraud case |
| IRS v. Tambrands | Tax Court/IRS proceedings | Foreign tax credit |
| In re: Gaseteria Oil Corporation | U.S. Bankruptcy for the Southern District of New York | Bankruptcy matters - gas stations and construction of gas stations |
| In re: Scores Entertainment. Inc. | U.S. Bankruptcy Court for Southern District of New York | Special investigation, bankruptcy |
| Magaro v. Magi | Supreme Court of New York, New York County | Valuation of health care conglomerate |
| Marangi v. Royal Alliance | NASD Arbitration | Securities: alleged broker fraud |
| Leroy v. Leroy | Supreme Court of New York, New York County | Valuation of LeRoy Enterprises pursuant to marital dissolution |
| Lazara v. Pfizer (deposition) | Supreme Court of New York, New York County | Damage analysis re: PLAX product |
| Gorden Altman v. Baker | Supreme Court of New York, New York County | Valuation: dissolution of major law firm |
| Dempster v. Dempster | Supreme Court of New York, Nassau County | Valuation as court appointed neutral: helicopter company |
| Passante v. Passante | Supreme Court of New York, Sullivan County, New York | Valuation of resort hotel and timesharing system |
| Hope House et al v. Mayor of Bergenfield | Superior Court of New Jersey | Eminent domain: valuation and damage claim against municipality |
| Ivani v. Ivani | American Arbitration Assoc., Staten Island, NY | Valuation of sewer construction company |
| Wagner v. Lefkowitz | American Arbitration Assoc., Chicago, IL | Damages re: professional services for real estate management |
| McAree v. McAree | Superior Court, Hartford, Connecticut | Marital disolution |
| Krackow v. Kern | American Arbitration Assoc., New York | Damages for wrongful termination of partnership agreement |

Expert Report of Alan A. Schachter
June 30, 2004
Page 11

| CASE NAME | JURISDICTION | NATURE OF CASE |
|---|---|---|
| New York State Dept. of Education v. Paul Cohen, DMD | Office of Professional Conduct, New York City | Defense of medical provider against claim of deficient record-keeping practices |
| Equant Integration Services Inc. v. United Rentals, Inc. | U.S. District Court for the District of Connecticut | Damage claim analysis |
| USF&G v. S.B. Phillips Company, Inc. | U.S. District Court for the District of Connecticut | Self-insured workers' compensation claim |
| Kammerman v. Ensign Bickford | Superior Court, Hartford, Connecticut | Theft of technology |
| Town of West Haven v. Town of Orange | Connecticut Bar Association Arbitration | Dispute over responsibilities under an inter-governmental arrangement for the payment of sewer construction and operating costs |
| Custom Sports Apparel, Inc. v. Squires Hi hg tech Corporation | Federal District Court of Connecticut, remanded to arbitration before ADR, Inc. in Little Rock, Arkansas | Theft of proprietary information with wrongful breach of contract |
| Schwartzburg v. Seiger | New York State Supreme Court | Nursing home sale |
| Shapiro v. Laubsch | Arbitration, New York | Damages regarding residential real estate |
| American Marine Rail v. City of Bayonne, et al . | U.S. District Court for the District of New Jersey | Valuation and damage claim against a municipality related to construction of a garbage disposal plant |
| Suntech of Connecticut v. Mashantucket Pequot Tribal Nation | U.S. District Court for the District of Connecticut | Delay claim related to construction of a casino |
| American Homeowners Assoc., v. Liberty Life Ins. | American Arbitration Association, Connecticut | Damages related to breach of contract |
| Automotive Technologies, et al v. SNET | Superior Court for the District of Hartford/New Britain | Damages related to breach of contract |
| Queens Physicians Assoc. v. Mark Goodstein, MD | American Arbitration Association, New York | Damages related to breach of contract |
| New Colt Holding, et al v. RJG Holdings, et al | U.S. District Court for the District of Connecticut | Copyright infringement |
| Hakakian v. Confalonieri Fratelli Di Mario, S.P.A | American Arbitration Association, International Center for Dispute Resolution. | Damages related to breach of contract |
| Trilegiant Corporation v. BP Products North America, Inc. | U.S. District Court for the District of Connecticut | Damages related to breach of contract |
| Nathan v. Expocon Management Associates, Inc., et al. | Superior Court, Stamford/Norwalk, Connecticut | Dispute over the value of an equity interest |

**Willamette Management Associates**

2

Expert Report of Alan A. Schachter
June 30, 2004
Page 12

**Exhibit 2**
**Information Considered**

1.  Amended Complaint dated June 18, 2003.

2.  Audited Financial Statements – Bridgeport Port Authority, 1993 through 2002.

3.  Accountant's workpapers - Bridgeport Port Authority, 1993 through 2002.

4.  General ledgers Bridgeport Port Authority, 1993 through 2003.[1]

5.  Net Revenue Reports, Water Street Dock, prepared by Bridgeport Port Authority, 1993 through 2002.

6.  Lease agreement between Bridgeport and Port Jefferson Steamboat Company and Bridgeport Port Authority dated December 1, 1998.

7.  First amendment to lease agreement between Bridgeport and Port Jefferson Steamboat Company and Bridgeport Port Authority dated July 29, 2002.

8.  Certain advertisements placed by the Bridgeport Port Authority (including BPA 001475-001508, and BPA 001533-001534).

9.  Deposition transcripts of Joseph Riccio, Martha Klimas and Charmaine Johnson.

10. Bridgeport Port Authority Chase credit bills for January 2003 through April 2004 (BPA 002321–002396).

11. Bridgeport Port Authority telephone bills for MCI (long-distance), SBC-Net (local service), and Verizon (wireless) (BPA 1734-2319).

12. Appraisal of market value and rental value of land and the first floor of the terminal building at the Water Street Dock dated June 3, 1997, prepared by George M. Shawah of Baldwin Pearson & Company, Inc.

13. Analysis of telephone calls prepared by counsel.

14. Analysis of cell phone calls prepared by counsel.

15. Analysis of credit card transactions prepared by counsel.

16. Discussions with Frederick A. Hall, Vice President and General Manager, Bridgeport and Port Jefferson Steamboat Company.

---

[1] Complete general ledgers were not provided for the years 1995 through 2000.

**Willamette Management Associates**

3

**BALDWIN PEARSON**
& COMPANY INCORPORATED

## QUALIFICATIONS

### George M. Shawah

**Experience**
President and sole owner of Baldwin Pearson & Co., Inc.
Have been actively engaged in industrial and commercial
brokerage and property management for the past 42 years.

For the past 35 years, have accepted appraisal assignments for
industrial and commercial property for various purposes such as
sale, foreclosure, acquisition, tax appeal, condemnation and
financing.

Clients for appraisal of real estate have been individuals,
attorneys, banks and various business firms and industrial
corporations.

**Memberships**
Greater Bridgeport Board of Realtors - President 1964; Society
of Industrial Realtors, President, Connecticut Chapter, 1974.

The Appraisal Institute (MAI Certificate #4196)

Connecticut Association of Real Estate Boards, President, 1971;
National Association of Realtors - Served as a Director from
Connecticut.

Industrial Real Estate Brokers Association of New York.

State of CT -
Certified General Real Estate Appraiser's License #0000043

Broker's License #528100

Bridgeport Rotary

**Education**
University of Connecticut, Class of 1951, B.A. Degree
Real Estate Management Course, Boston, 1957
The American Institute of Real Estate Appraisers:
     Courses I, II, IV and VI

**Appraiser's Certification**
The Appraisal Institute conducts a voluntary program of
continuing education for its designated members.  MAIs and RMs
who meet the minimum standards of this program are awarded
periodic educational certification.  I am certified under this
program.

4

# Edward J. Deak, Ph.D.
## Roger M. Lynch Professor of Economics

## Curriculum Vita

**Employment:**

Department of Economics, 1970-present
Fairfield University
Fairfield, CT 06430
  Professor, 1980; Tenured 1974
  Department Chair 1986-99

Tel: 1-203-254-4000 x-2866
Fax: 1-203-254-4074
E-mail: deak@mail.fairfield.edu
www.edwardjdeak.com
Home Tel: 1-203-268-6088

**Education:**

Ph.D. University of Connecticut 1974; Concentration: Economics
  Thesis Topic: Environmental Factors in Transportation Planning.
M.A.  University of Connecticut 1966; Concentration: Economics
A.B.  University of Connecticut 1965; Concentration: Economics + Politics.

**Areas of Specialization:** Teaching + Research

Regional Economic Analysis: CT & New England
Global Competition & Competitiveness
Human Capital Evaluation
Business Decision-making
Global e-Commerce and the Internet

Antitrust and Regulation
Industrial Organization
Banking and Finance
Transportation Economics

## Significant Publications: (Most have been peer reviewed)

### Books and Monographs:

Edward J. Deak, The Economics of e-Commerce and the Internet, Thompson South-Western Publishing, Mason OH, March 2003

Paul Weiner and Edward J. Deak, Environmental factors in Transportation Planning. D.C. Heath & Co., Lexington MA: 1972.

### Economic Forecasts and Analysis:

The following are the recent numbers in a series of semi-annual state economic forecasts entitled "The Connecticut Economic Outlook", published in The New England Outlook, Economic Outlook Conference Series, Boston MA, The New England Economic Project. Subtitles cover special topics that were part of each forecast report.

Dr. Deak has served as the Connecticut Model Manager and produced articles as part of this series twice annually from October 1983 to the present. The articles are peer reviewed by the executive members of the Quality Review Committee.

June 5, 2003, pp. 19-40, *The New England Economy Amid Global Uncertainty.*

October 29, 2002, pp. 15-32, *Surviving the Revenue Recession: Public Priorities, Tax Policy and New England's Economic Future.*

May 29, 2002, pp. 19-35, *Changing Demographics: Implications for New England.*

October 30, 2001, pp. 15-29, *The Road to Recession and Recovery for New England and the Nation, pre- and post-September 11th.*

May 31, 2001, pp.19-39, *Revisiting New England's Energy Future: Making Markets Work.*

October 31, 2000, pp.15-30, *New Economy + Old Education = A New England Mismatch?*

May 26, 2000, pp.15-35, *New England: Global Transportation Hub or Cul-de-Sac?*

October 28, 1999, pp. 11-29, *How Will E-commerce Transform Our Economy?*

May 20, 1999, pp. 13-32, *Approaching the New Millennium: New England's Future in a High Risk Environment.*

October 28, 1998, pp. 13-34, *Is New England for Sale?: Effects of the Mergers and Acquisitions Boom.*

May 14, 1998, pp.17-38, *New England's Competitiveness: Risks and Opportunities in the Global Economy.*

October 16, 1997, pp.13-33, *Sustaining New England's Prosperity: The Evolving Role of Financial Services.*

May 22, 1997, pp. 11-32, *Looking for Work(ers)? Will Labor Shortages Derail New England's Economy?*

October 17, 1996, pp. 13-31, *Electricity Restructuring and the New England Economy.*

May 1996, pp. 13-35, *Travel and Tourism in New England.*

October 1995, pp. 9-24, *Information Technology in New England.*

May 1995, pp. 13-30, *Federal Budget Impacts on New England.*

October 1994, pp. 13-30, *New England Labor Markets.*

### Articles, book chapters, proceedings:

Edward J. Deak, "The Economics of Mergers in the Media Industry: The Alignment and Strategic Use of Entertainment Content and Distribution", in Proceedings of the 30th Annual Conference of the Northeast Business and Economic Association, Montclair New Jersey, pp 182-83.

Edward J. Deak, "The Economics of Insurance Coverage Post 9/11," in 9/11: Economic Viewpoints, South-Western Publishing: Mason, OH 2002, pp.11-13.

Edward J. Deak and Phillip J. Lane, "Outmigration as Adjustment in New England", in R.D. Norton editor, <u>New Urban Strategies in Advanced Regional Economics</u>, vol.10, JAI Press, Greenwich, CT 1996, pp. 45-71.

Edward J. Deak, "Regional Economic Forecasting: Illuminating a Moving Target", in <u>The Connecticut Economy</u>, The Connecticut Center for Economic Analysis, Storrs CT, April 1995, p.3.

Edward J. Deak, "The Connecticut Glacier", in <u>Forecast</u>, January/February 1994, vol.2 no.1, pp. 10-11.

Edward J. Deak, "Credit Union Economics at a Glance", in <u>League Directions</u>, vol.9 no.6, April 23, 1991, p.3.

Edward J. Deak and Joan G. Walters, "Tariffs as Symbolic Communication, in <u>Proceedings of the Conference on Cross-Cultural Negotiations and Communications</u>, Sujohe University, Taipei, Taiwan R.O.C. 1988, pp. 81-99.

Edward J. Deak and Joan G. Walters, "Tariffs as Symbolic Communication", in <u>Fairfield Business Review Part 1</u>, Winter 1987-88, pp. 25-35.

Edward J. Deak et al., "Hitting Home: The Impact of a Nuclear Arms Freeze on the Defense-Dependent Economy of Connecticut", <u>Social Science Journal</u>, Vol.23 no.2 1986, pp. 248-267.

Edward J. Deak, "Market Segmentation is a Vital Tool in Shaping Strategies," <u>The Savings Bank Journal</u>, Vol.64 no.5 July 1983, pp. 17-18.

Edward J. Deak, "New and Emerging Patterns in Consumer Loan Markets," <u>The Savings Bank Journal</u>, Vol.64 no.4 June 1983, pp. 25-26.

Carol Lee Hilewick, Edward J. Deak, and Edward Heinze, "Rural Development: A simulation of Communications and Transportation Investment", in <u>Growth and Change</u>, XI no.3 July 1980, pp. 26-38.

Edward J. Deak and Walter J. Smith, S.J., "Inflation and the Elderly", in <u>Aging</u> nos. 299-300 (September-October 1979), pp. 3-9.

Carol Lee Hilewick, Edward J. Deak and Edward Heinze, "Investment in Communications and Transportation", in <u>Information Societies: Comparing the Japanese and American Experiences</u>. Edited by Alex S. Edelstein, John E. Bowers and Sheldon M Harsel, Seatle WA: International Communications Center School of Communications, University of Washington, 1978, pp. 135-145.

Edward J. Deak and Edward Heinze, "New England and the Southeast: Interregional Effects of Regional Change", The New England Journal of Business and Economics, IV (Spring 1978), pp. 1-15.

Carol Lee Hilewick, Edward J. Deak, Kay Kohl and Edward Heinze, Socioeconomic Impact of Investment in Transportation and Communication. Report prepared for the U.S. Department of Transportation Office of R&D Policy, Report No. DOT-TST-76T-7, Washington D.C.: August 1976.

Edward J. Deak and Paul Weiner, "An Economic Approach to the Development of a Public Participation Model for Highway Investment", The New England Journal of Business and Economics, I (Fall 1997), pp. 1-23.

**Congressional Testimony:**

Edward J. Deak, "The Implications of the Year 2000 Computer Problem," Senate Banking, Housing and Urban Affairs Committee, Field Hearing, February 17, 1998, Hartford CT, State Capital Building, published at: http://www.senate.gov/~banking/98_02hrg/021798/witness/deak.htm.

Edward J. Deak, "The Connecticut Economy", in The New England Economy and Its Effecs on the Region's Small Business, U.S. Senate, Washington D.C., USGOP 1991, pp. 3-12: Includes oral testimony at field hearing + written report.

Edward J. Deak, "The Impact of Inflation in the Cost of Living for Connecticut's Senior Citizens", in Inflation and its Impacts on the Elderly. Hearings before the Subcommittee on Human Services of the Select Committee on Aging, U.S. House of Representatives, 95th Congress, 2nd Session, Washington D.C. USGPO 1978, pp. 65-69; Oral Testimony pp. 17-23.

**Consulting:**

Connecticut Model Manager 1983 - present
The New England Economic Project: Boston MA
Responsibility: Create a semi-annual economic forecast for the Connecticut economy working in cooperation with Economy.com of West Chester PA,

Co-principle investigator along with Drs. Kurt Schlichting, Philip Lane and Michael Tucker, "An Identification and Analysis of Options for the Relocation of Three Rivers Community and Technical College."
Responsibility: Report preparation under contract through Fairfield University with the Connecticut Department of Economic and Community Development, March 2001-June 2001.
Final Report Delivered: June 30,2001, 88 pages.

Consultant to private investment advisory and funds management firms including:
> Charter Research and Investments
> Pyramid Asset and Wealth Management Group

Co-principal investigator: "Credit Union Economic Report: July 2000-December 2002". (with Prof. Philip Lane)
> *Responsibility:* Prepare an economic analysis of conditions in the state and national economies with reference to consequences for CT credit unions, October 2000-February 2001.
> *Final Report Delivered*: January 15, 2001, 42 pages.

Co-principal investigator: "An Economic, Social and Health Survey of the Town of Greenwich CT". (with Prof. Kurt Schlichting)
> *Responsibility:* Provide a statistical analysis of the Town of Greenwich for use in developing a needs assessment by the United Way and the Greenwich Health Department, March 2000-March 2001.
> *Final Report Delivered*: March 10, 2001, 40 pages.

Greater Bridgeport Regional Planning Agency, Bridgeport CT, 1994-95
> *Responsibility*:  Track and evaluate a variety of proposals for commercial development of the ports of Bridgeport, New Haven and New London.

Served as expert witness to a variety of law firms on issues of:
> Lost earnings and capacity resulting from accidental injury or death
> Economic loss resulting from age discrimination or wrongful discharge
> Economic damages resulting from wrongful birth
> Economic damages resulting from predatory pricing.

Member, Board of Directors Coastline Terminals, 1997-present.
> *Responsibility*: Oversee operations of ILA ESOP, owners and operators of commercial bulk cargo ports in New Haven and Bridgeport.

## Academic Awards:

Competitive winner Dr. Robert E. Wall Research Sabbatical for the Fall 2001 Semester
> *Project*: The Economics of e-Commerce and the Internet.

Award the Roger M. Lynch Chair in Economics, for the academic years 2003-2006, installation October 9, 2003

## Recent professional presentations:

"Mergers and Market Power in the Entertainment Industry: Content and Distribution", presented 30th Annual Conference Eastern Economic Association, February 20-22, 2004, Washington, D.C.

"The Economics of Mergers in the Media Industry: The alignment and strategic use of entertainment content and distribution", 30th Annual Conference of the Northeast Business and Economic Association, October 3, 2003, Montclair State University, Montclair N.J.

"Technological Change, Convergence and the Strategic Struggle for Dominance in the Entertainment Industry", National Business and Economics Society 2003 Conference, March 5-8, 2003, Renaissance Conference Center, St. Thomas, U.S.V.I.

The following talks and interviews dealt with topics relating to "Conditions in the National, Regional and State Economies".

America's Community Bankers, National Banking School, July 12, 2003
Economic Briefing, Cong. Rosa DeLauro, New Haven CT, January 24, 2003
CT Institute of Appraisers, Newington CT, January 21, 2003
Fairfield County Home Builders Association, Trumbull CT, January 8, 2003
WEZN 99-FM, on air feature interview, December 2, 2002
CT Economic Conference Board, Hartford LOB, November 12, 2002
New England Economic Project, Westborough MA, October 29, 2002
America's Community Bankers, National Banking School, July 15, 2002
Hartford Area Business Economists, Hartford Club, June 18, 2002
Abington Savings Bank, Executive Breakfast, Rockland MA, June 5, 2002
New England Economic Project, Boston MA, May 29, 2002
Bethel Chamber of Commerce, Bethel CT, May 16 2002
CT Chapter American Institute of Banking, Berlin CT, April 24, 2002
New England Institute of Appraisers, Sturbridge MA, April 10, 2002
Financial Executives International, Darien CT, April 3, 2002
Connecticut Economic Research Council, Hartford CT LOB, February 19, 2002
Trumbull Chamber of Commerce, Trumbull CT, February 12, 2002
CT Institute of Appraisers, Berlin CT, January 29, 2002
Massachusetts Bankers Association Annual Meeting, Newton MA, January 25, 2002
Cable News 12, on air television interview, January 11, 2002
Fairfield County Home Builders Association, Fairfield CT, January 2, 2002
New England Economic Project, Framingham MA, October 30, 2001
CT Economic Conference Board, LOB Hartford CT, October 2, 2001
Economic Report to the principle investors Charter Research, Landmark Club, Stamford CT, October 3, 2001.
Radio Station WEBE, Executive Breakfast, Westport CT, September 11, 2001
Community Bankers Association, Graduate Banking School, Fairfield CT, July17, 2001
Abington Savings Bank, Client Breakfast, Rockland MA, June 6, 2001
New England Economic Project, Needham MA, May 31, 2001
Newtown Savings Bank, Incorporators Meeting, Newtown CT, May 8, 2001
Connecticut Turnaround Management Association, New Haven CT, April 16,

2001
Masuk High School, In service Social Studies Department, April 12, 2001
Economic Briefing, Cong. Rosa DeLauro, New Haven CT, March 23, 2001
CT Economic Conference Board, Rocky Hill CT, January 30, 2001
Economic Report to CT credit union CEO's, Wallingford CT , January 23, 2001
CT Institute of Appraisers, Newington CT, January 23, 2001
CPTV Special on Economic Conditions in CT, January 20, 2001
CPTV Special on Economic Conditions in Bridgeport, January 20, 2001
Fairfield County Home Builders Association, Fairfield CT, January 3, 2001
Community Bankers, Graduate Banking School, Fairfield CT, July 21, 2000
Fairfield Chamber of Commerce, Annual Meeting, Fairfield CT, June 7, 2000
New England Economic Project, Boston MA., May 26, 2000
Keynote speaker, Annual Meeting of the Massachusetts Bankers Association,
        Laguna Nigel CA, May 3, 20001
American Institute of Banking, Newington CT, April 22, 2000
CT Institute of Appraisers, Newington CT, January 10, 2000
Fairfield Home Builders Association, Fairfield CT, January 5, 2000
Stamford H.S. Social Studies Faculty, December 14, 1999
Bridgeport Rotary, Bridgeport CT, November 30, 1999
New England Economic Project, Boston MA, October 28, 1999
Community Bankers, Graduate Banking School, Fairfield CT, July 20, 1999
Connecticut Home Builders Association, Ledyard CT, June 11, 1999
Abington Savings Bank, Executive Breakfast, Rockland MA, June 9, 1999
The New England Economic Project, Needham MA, May 20, 1999
Connecticut Home Builders Association, Ledyard CT., June 10, 1998
Western Massachusetts Home Builders Assoc., East Hampton MA., May 26,1998
The New England Economic Project, Needham MA., October 28, 1998
Institute for Retired Professionals, Fairfield University, May 1, 1998
Fairfield County Home Builders Association, Norwalk CT., February 4, 1998
Real Estate Appraisal Institute, Newington CT., January 12, 1998
Connecticut Consumer Credit Counseling Service (with U.S. Senator Christopher
        Dodd), East Hartford CT., January 5, 1998.

"The Potential Economic Affects of the Century Date Change (Y2K) Problem."
        Southern New England Chapter AARP, Stratford CT, December 15, 1999
"Forum on the European Monetary Union", Moderator/Chair, Fairfield University,
        April 17, 1998.
"The Asian Financial Crisis", Center for Economic Education, University of Connecticut
        Stamford Campus, March 27, 1998.
"The Century Date Change (Y2K) Problem: The Possible Economic Impact on the U.S.,
    New England and Connecticut". Testimony Before the U.S. Senate Committee on
    Banking, Housing and Urban Affairs Subcommittee on Financial Services and
    Technology, Field Hearing, The State Capitol Building, Hartford CT., February 17,
    1998.

## Recent Professional Meetings Attended:

30th Annual Conference, Eastern Economic Association, Washington, D.C., February 20-22, 2004.

30th Annual Conference, Northeast Business and Economics Association, Montclair State University, Montclair New Jersey, October 3-4, 2003

Semi-annual Economic Outlook Conference, The New England Economic Project, Westborough MA, June 5, 2003

5th National Business and Economics Society 2003 Conference, March 5-8, 2003, Renaissance Conference Center, St. Thomas, U.S.V.I.

Semi-annual meeting Connecticut Economic Conference Board, Hartford CT LOB, November 12, 2002

Semi-annual Macroeconomic Forecasting Conference, Economy.com, West Chester PA, November 7-8, 2002.

Semi-annual Economic Outlook Conference, The New England Economic Project, Westborough MA, October 29, 2002

Semi-annual Economic Outlook Conference, The New England Economic Project Boston MA, May 29, 2002

Semi-annual Economic Outlook Conference, The New England Economic Project, Framingham MA, October 31, 2001

Semi-annual Meeting, Connecticut Economic Conference Board, LOB Hartford CT, October 2, 2001.

Federal Reserve Bank of New York, Conference on e-Commerce and Global Transactions Systems, New York NY, February 22-24, 2001.

## Recent Public Service:

Governor's appointee Connecticut Economic Conference Board, 1997-present Chair 1997-1999

Member Accreditation Review Team, NECCU, Mt. Ida College, Newton MA, November 14-16, 2000.

Member, Workforce Development Cluster Committee, CT DECD, 1997-98.

Member, Monroe Economic Development Commission, 1983-97.

Member, Monroe Police Commission, 1998-present; Chaired Chief Search 1998

Member, Monroe Scholarship Committee, 1996-present.

Member, Monroe Democratic Town Committee, 1990-present.

Lector, St. Stephen Parish, Trumbull CT, 1999-present.
Interviewed and quoted on various economic topics by *The New York Times, The Wall Street Journal, The Washington Post, The Boston Globe, U.S. News and World Report, Business Week Online, The Hartford Courant, The Connecticut Post, Connecticut Magazine, The New Haven Register, CPTV, Cablevision News 12, The Associated Press, The Kipplinger Newsletter, The Hartford Business Journal, The Connecticut Business and Industry Association Newsletter, Fairfield County Business Journal.*

## Recent University Service:

Member University Budget Committee, 2000-2002, 2003-present
Member University Research Committee, 1998-2000.
Chair, Department of Economics, 1986-99
Chair, Budget and Financial Section, University Reaccreditation Report, 1999-00
Chair, Budget and Financial Section, NCAA review of Fairfield University's Athletics
    Department, 2000
Member, Board of Directors, radio station WVOF-FM, 1979-present
Faculty Marshall, Graduation Ceremony, May 1980-2002.

5

6

# RESUME

NAME:     John H. Arnold, Jr.
           8517 Warde Terrace
           Potomac, Maryland 20854
           Phone 301-469-7098, Fax 469-7195
           E-mail JHArnold@alum.mit.edu

CITIZENSHIP: U.S.A.   AGE: 54

EDUCATION:
    M.S. Civil Engineering (Transportation Systems) - Massachusetts Institute of Technology, 1973
    B.S. Electrical Engineering (Operations Research) - Massachusetts Institute of Technology, 1968.

POSITIONS HELD:

| | |
|---|---|
| 1997- | Consultant, Transport and Energy, Economics and Finance |
| 1996 -1997 | World Bank, Task Manager |
| 1987-1995 | Consultant, Transport and Energy, Economics and Finance |
| 1987-1991 | Asst. Professor, Ports and Waterways Institute, Louisiana State University. |
| 1984, 1986 | World Bank, Transport Economist |
| 1979-1985 | Consultant, Transport and Energy Economist |
| 1974-1978 | E.G. Frankel, Inc., Transport Economist |
| 1972-1973 | Bechtel, Inc., Transport Analyst |

RELATED PROJECT EXPERIENCE :

2001    Philippines, Laos Logistics (IBRD) – Evaluate logistics for major trades in Laos and Philippines. Identify bottlenecks, propose measures to improve the cost, time and reliability of logistics and assess the benefits resulting from these improvements

India, Bangladesh, Nepal, Bhutan (ADB) – Conduct project identification mission for intra-regional transport projects. Coordinate efforts with government/private groups in each country to define infrastructure projects that will improve logistics and facilitate trade.

Peru (OSITRAN) – Coordinate preparation of financial models to support regulation of pricing for ports, airports and railways

Uruguay (ANP) – Prepare a revision of port tariffs for the Uruguayan ports. Review financial performance of ANP and cash flow requirements for next 2 years. Revise tariff formats and rates to achieve cash flow targets with minimum impact on traffic

Cameroon, (IBRD) – Develop strategies for privatization of port activities in the ports of Douala. Develop contractual format for private operation of gantry cranes prior to concession of container terminal.

Palestine (USAID) – Coordinate logistics study for trade between Gaza/the West Bank and other countries. Identify initiatives to be introduced as part of peace efforts to facilitate economic growth through trade. These recommendations to include changes in trade policies, cross-border procedures, information exchange, trade financing, and organization of transport services, maintenance of roads and capital investments in transport infrastructure,

India (ADB) – Financial and economic evaluation of investment in a four-lane toll road in southwest India. Review capital investment plan for National Highway Authority and examine options available for financing proposed US$10 billion capital investment in 12,000 km of the "Golden Quadrilateral"

Irish Airport Regulation (Govt of Ireland) – Develop strategy for regulation of airport charges for the three major airports in Ireland. Consider economic and financial arguments including issues of

efficient pricing, commingling of aeronautical and commercial income, and specification of price caps and maximum rates of return.

2000     Korea Privatization Program - Assist Picko in coordinating the efforts of consultants to develop a financial transaction model to be used for tendering of an LRT system and subsequent transportation projects. Develop plans for revising the procedures of the Korean PPI to conform with the requirements of international investors and lenders.

Jordan Port Master Plan (USAID) - Supervise preparation of a master plan for port of Aqaba, Identify major investments for relocation of existing facilities away from the urban area and for expansion of existing capacity. Perform financial analysis of the proposed investments and develop transactions as part of the restructuring of the port from public to private operations.

South Africa Port Privatization (USAID) - Review existing structure of Portnet and proposals for transfer of port operations to the private sector. Prepare a review of worldwide experience in port privatization.

Costa Rica (IBRD) - Review existing port tariffs and economic regulation. Prepare recommendations for changes in both in preparation for privatization of Costa Rica's ports.

South Asian Corridor (IBRD) – Assist in preparation of report on major corridors in the Northeast area of South Asia including Bangladesh, Bhutan, Nepal, West Bengal and N.E, India. Evaluate logistics costs for major trades and the impact of improvement in logistics on route selection.

Jordan Port Restructuring (IBRD) - Review the financial performance of Industrial Jetty in Aqaba in preparation for transfer of operations to private sector. Review tender documents and propose revisions. Review plans for relocation of port facilities.

Antigua Port Development (Private Client) - Prepare plan for rehabilitation of existing cargo port with expanded container facility and development of new cruise terminal facilities to be integrated with urban development of St. John. Provide conceptual designs and cost estimates. Prepare contract documents and supervise initial engineering.

Gaza Bonded Storage (USAID) - Evaluate a proposed Bonded Warehouse adjoining Industrial Estate in Gaza. Develop revised proposal for ICD/Logistics center, conduct market survey and prepare preliminary financial analysis.

Greater Mekong Subregion - Preinvestment Study for the East-West Economic Corridor (ABD) - Evaluate transportation, communications and energy infrastructure in the corridor betweenThailand and Vietnam. Identify investments to promote economic development within the corridor.

1999    **Klaipeda Port**– Develop traffic forecasts for investment in port channel and develop economic analysis of benefits from safer operation and lower transport cost (IBRD 1999/2000)

Ecuador Airport Privatization (BID) - Develop a financial model to evaluate the proposed privatization of the airports of Quito and Guayaquil. Prepare the financial terms to be included in the tender documents. Develop a strategy for allocation of responsibilities between the public and private sector.

Korean Privatization (World Bank) – Provide technical assistance to the Korea Reseach Institute of Human Settlements in prioritizing and preparing their portfolio of proposed transport concessions. Conduct a workshop of the procedures for privatization of transportation infrastructure with case studies for roads, airports and ports. Provide training for financial evaluation of proposed concessions. Assist the agency responsible for privatization in evaluation of projects and presentation of these projects to the market.

Tariff Authority (India, World Bank) - Act as an advisor to the Tariff Authority for Major Ports in India. Develop information requirements and review procedures for proposals for tariff revisions. Design a

training program for the Authority's staff and conduct seminars on pricing. Assist in evaluating tariff proposals. Recommend consulting studies for critical issues facing the Authority and undertake desk studies concerning other important issues. Organize workshops and follow-on working committees to introduce tariff reforms and modern pricing structures and strategies.

Fiji Port Project (ADB) – Review the changes in operations and management structure for the Port Authority. Develop economic criteria for evaluating proposed investments in strengthening existing wharves. Develop traffic forecasts for the container operations

1998     Container Terminal Privatization (THA) – Review the strategic options for concessioning the container terminal at Dar Es Salaam. Conduct a financial review of the port to determine impact of different options on port income. Negotiate points in heads of agreement. Prepare advertisement, contract documents and bidding instructions

Infrastructure Privatization Review (ADB) - Prepare a study of best practices for promoting private sector participation in ports in the client countries of the ADB to provide a guide for future ADB activities. Discuss privatization programs with officials in various countries and participate in a regional workshop covering various infrastructure sectors. Prepare overview document covering airport, seaport, road, electricity and water sectors

Free Trade Zone Studies (Private Clients, IBRD) - Review potential traffic, logistics and regulatory environment for the development of Free Trade Zones in Kuwait and Jordan. Review the transport requirements and capacity of airports, seaports and road networks.. Assess the freight services and the potential markets that could be served. Coordinate the activities of a multi-modal team

Tianjin Port/ICD Project (IBRD) - Financial and economic evaluation for a project appraisal of an investment in ship-to-shore gantry cranes in the port and inland container depots and trucking operations to serve the hinterland of Tianjin

1997/8     Airport Seminars (IATA, Infraero) -   Prepare and coordinate seminars on Airport privatization, investment and financing. Presentation in Geneva to IATA officials and in Rio De Janiero to airport financial managers

Montevideo Port Master Plan (ANP) - Review the institutional changes required for the port of Montevideo to become more efficient and competitive and identify legal and regulatory constraints on the ability of the port to compete for regional traffic. Review the legal or organizational constraints on transferring control of different port activities to the private sector and prepare recommendations to be integrated with the physical planning of the port. Develop strategic plan for port including concessions for port facilities

Philippine Transport Strategy (IBRD) - Assist in preparation of transport strategy paper for the Philippines. Review status of investments in each transport sector and develop strategies for future investment taking into account increased private sector involvement

1997     Port Evaluation Study (ADB) - Review the ADB's lending portfolio for the port sector and develop strategies for future lending to the sector which reflected changes in the industry and in the public-private partnership. Supervise four country teams in reviewing the performance of past projects and the current status of the port sector in their countries.

Highway Maintenance Workshop (IBRD) -- Organize a workshop on highway maintenance in the Philippines with the objective of providing a sustainable nation's arterial road network. The workshop focuses on the development new institutional mechanisms for the funding and management of private sector maintenance of the arterial network.

Airport Management Courses (IAMTI) - Develop and conduct course for airport managers on evaluation and financing of airport investments and pricing of airport services including concessions and retail activities.

Pricing Study (Wydra Institute) - Survey of pricing policies of ports around the world.

1996    Project Manager, East Asia Transport (IBRD) - Supervision of loans for a port project in Korea and highway project in the Philippines. Responsibilities included: developing a system for improved contract performance, and oversight of procurement and disbursement. Other responsibilities included working with government on increasing competition and private sector participation in the transport sector, and preparing a conceptual design for new passenger and cargo berths in Cebu and coordinating the economic and financial analysis of the project. Act as transport economist for development of other projects including urban transport projects in Manila and an infrastructure development project in Subic Bay.

Philippines LRT3 (IBRD) - Participate in the review selected projects for possible MIGA guarantee. The projects included the BLT agreement for the construction and operation of the third line of the Light Rail Transit service and the ROT agreement for the Northern Expressway Toll Road Concession.

Subic Container Terminal (IBRD) - Coordinate the development of bidding procedures and the preparation of the bidding documents for a BOT concession of Subic Bay Container Terminal.

Cebu Financial Review (IBRD) - Review the financial condition of the newly formed Cebu Port Authority. Prepare recommendations for tariff reform and improvements in maintenance to improve the quality of service provided by the port.

1995    Kenya Port Restructuring Study (IBRD) - Lead team on privatization of port activities. Examine the operations, financial structure and markets served for the container and conventional services, prepare the necessary bidding and contract documents to effect the transfer of these activities to the private sector. Determine options for commercialization of support activities including housing, health and training. Examine financial options for reduction in administrative staff.

Argentinean Airport Privatization - Review the financial situation of the airports considered for private sector operation and the terms under which the transfer would be accomplished. Develop financial evaluation procedures for evaluating bid packages.

Gulf Cooperation Council Tariff Restructuring (IBRD) - Review the port tariff structures of Saudi Arabia and the other Gulf States to determine a common structure of tariffs and common financial principles to foster both competition and economic integration within the region.

Samara Airport Privatization (Russia) - Prepare an airport development project to be undertaken for the government of Samara to be undertaken as a private venture. Responsibilities were to review the financial performance of the airport corporation, evaluate its ability to finance the proposed improvements and explore options for financing these investments. Also develop a system for budget preparation and for monitoring expenditures.

1994    Philippine Port Privatization (USAID) - Develop strategies for the privatization of the major ports in the Philippines. Determine different option to be applied depending on the size of the ports and the markets served. Develop programs for establishing commercial tariffs, introducing new lease agreements, introducing a program of open licensing for cargo-handling and creating a dredging subsidiary

Public Expenditure Review (IBRD) - Review Philippine public expenditures in transport sectors, consider the long term implications of the required operating subsidies and debt service of the major public transportation companies, determine the required balance between expenditures on maintenance and capital investments, examine impacts of devolution and divestiture of the activities of the transport agencies and the role of private sector investment in the transport sector.

Uruguay Port Cost Study (ANP) - Develop a cost reporting system for the Adminstracion Nacional de Puertos to improve their ability to monitor and control costs and to prepare tariffs. Restructure the

accounting system in accordance with the port's business units so as to provide information in support of the transfer of the activities of the various ports to the private sector.

Vera Cruz Contract Review (API Vera Cruz) - Review the proposed contract documents for private operation of a rail-based container operation in the port of Vera Cruz. Advise management on possible revisions.

Subic International Airport (IBRD) - Forecast domestic and international traffic and air freight services under alternative scenarios of airport development including. Supervise the planning for runway rehabilitation and the development of a passenger terminal to meet the expected demand. Coordinate the analysis of air traffic control and navigation system requirements to meet alternative growth scenarios. Prepare economic evaluation of the proposed investments in the airport.

1993/4    Subic Bay Project Appraisal (IBRD) - Prepare demand forecasts and economic evaluation for investments in the roads and bridges, airport and seaport within the Subic Bay Freeport. Organize and manage the engineering studies for these investments. Supervise implementation of detailed engineering, review and modify contract documents and leases

Mexican Port Privatization (Puertos Mexicanos) - Provide advice to the management of Puertos Mexicanos on the approach and procedures to be used in the divestiture of the Mexican ports. Review the tariffs developed for the new port authorities (API's), and propose a structure appropriate to facilitate the transfer the operation of the major cargo-handling facilities to the private sector. Develop the financial terms for the shipyard concession so as to encourage more efficient use of the port lands. Propose the conditions and documents for establishing concessions of port facilities to the private sector. Develop procedures for land and asset valuation. Prepare the advertisement and bidding documents for the divestiture of the container terminals for the four major ports in the country

1993    Nhava Sheva Port Privatization (Dutch Aid) - Develop strategy and prepare the tender documents for the licensing of the container terminal at Jawaharlal Nehru Port. Develop a financial model for evaluating the alternative proposals.

Strategic Planning Paper (UNCTAD) - Prepare a study on the application of strategic planning principles to port management. Review the use of strategic planning techniques in the management of the ports of Singapore, Rotterdam and New York.

Thailand Privatization Mission (IBRD) - Review options for privatization of state enterprises in the transport sector (airports, seaports, trucking, railroads, urban transport). Review existing BOT agreements and develop more effective approaches for development of urban transport links, Review financing requirements of the transport sector and the capability of the private sector to fund these investments.  Present findings to officials from the Ministries and the parastatal transport companies.

Indonesia Port Privatization (IBRD) - Participate in a World Bank mission to advise the Ministry of Transport and Communications and the management of the major ports on strategies for increasing the participation of the private sector. Review the financial implications of alternative arrangements for equity participation.

Uruguay Port Tariffs (ANP) - Develop a tariff system for the ports of Uruguay. Rationalize the tariff structure. Divide the port activities into business units with specific markets and revenue objectives and set prices to meet these revenue objectives while promoting efficiency and traffic.

1992/3    Chile Port Tariffs (INECOM) - Develop a tariff system for the ports of Chile applying micro-economic principles of efficient pricing in an environment of limited competition. Review the financial, efficiency and marketing impacts of the port tariffs and devise a new tariff system to encourage greater efficiency in the ports. Determine which prices should be regulated and which should be free to move under a system of increasing private sector participation. Develop the levels for the regulated prices in each of the major ports.

Nicaraguan Port Privatization Study (IBRD) - Review the structure of the financial costs and revenues with the intention of evaluating the separate business activities of the Nicaraguan ports. Review the tariffs and their relationship to the costs of the services for which they are levied. Develop alternative plans for reorganizing the port into business units, some of which would involve increased participation by the private sector. Develop proposals for the contractual relationships that define the role of the private sector in these business activities. Prepare model leases and operating agreements for use in the conversion to private sector operations. Determine the financial terms of these agreements.

1992    Port Kelang Loan Review (IBRD) - Prepare project completion report for Port Kelang Project. Review financial and economic benefits from investments in facilities, training and management systems for the port and the railroad intermodal operations

Subic Bay Development Study (IBRD) - Determine alternative uses for the port and airport facilities, the Ship Repair Facilities and the petroleum tank farm formerly operated by the US Navy in Subic Bay. Inventory the infrastructure, its condition and its potential use, prepare demand scenarios for the future use of these facilities as part of the special economic zone, develop a plan to provide logistics services to the tenants in the proposed Special Economic Zone. Supervise consultants in developing plans for the navigational aids, air traffic control systems, wharves, roads and bridges required to meet future demands. Prepare cost estimates for operating, maintaining and expanding these facilities.

Strategic Pricing Course (IPP-4, UNCTAD)- Develop a management seminar on strategic pricing and leasing for presentation to senior port management and ministry officials. The course examines issues of strategic pricing as it relates to investments, competition, private sector participation and operational efficiency. This course uses role-playing, dialogue and team work to allow the participants to build on their own experiences. Conduct courses in Egypt, Guadeloupe, India, Thailand, and Uruguay.

1991    Tanjung Priok Financial Study (Govnt of Indonesia) - Develop financial models for analyzing the impact of investments on the financial position of the individual ports and the port authority (Perum II). The models incorporate the spreadsheets produced as part of standard financial and economic analysis for Development Institutions and perform extended sensitivity analysis. The models can be incorporated into a portfolio of port investments in order determine the return on investment and cash flow of the portfolio. These models link with the consolidated accounts for financial forecasting.

Bangladesh Natural Gas Study Phase II (IBRD) - Examine case studies for the distribution of CNG. Determine the type and scale of transport required and the unit costs for transport and storage of the fuel

Asian Port Survey (IBRD) - Participate in a survey of the ports of Asia to identify the major problems and issues effecting port development and determine the strategies which have been applied to address these issues. Focus on the areas of investment and pricing. The study relied on personal knowledge, a review of the literature and discussions with persons in Development Institutions.

Nepal Energy Pricing Study (ADB) - Examine the sensitivity of demand for fuels to changes in price, determine the transport component of the cost of domestic fuels and analyze the financial condition of the major fuel supply companies. In support of these efforts, organize an urban household survey on fuel choice, conservation and willingness-to-pay, a household stove testing program to determine operational efficiency, a truck operators survey to determine the costs of truck operations in different parts of the company and a biomass fuel chain survey to determine the production, handling, transport and selling costs for fuelwood and other biomass fuel.

Financial Study (Govnt of Costa Rica) - Review accounting and reporting system of Puerto Limon and establish a cost accounting system for use in cost control and preparation of tariffs. This study focused on the capabilities of the port and its management to develop its own system from the three disparate systems developed in-house or through foreign technical assistance.

Tariff Study (Govnt of Guatemala)- Revise port tariffs for port of Santo Tomas to serve as basis for negotiation between port and shipping community.  Compute the marginal operating costs and examine the value of the cargoes handled in order to develop a tariff which promotes efficiency while ensuring adequate cash flow for the port to maintain its facilities and invest to meet new demands.

Privatization Study (Govnt of El Salvador) - Develop a series of proposals for transferring some of the cargo-handling responsibilities at the Port of Acajutla to the private sector.  Examine the financial arrangements for the agreement between the shipping community and the port to insure efficient use of port resources and an acceptable rate of return to both parties to the agreement.

Transport and Energy Workshop (IBRD/UNDP) - Assist in the organization of a workshop on energy conservation in land transport for the countries of Easter Europe and North Africa.  Present a paper on the technical and operational factors affecting fuel efficiency in truck, rail and bus operations.  Prepare a database on the transportation and energy sectors in these countries

1990/1  Malawi Energy Study (IBRD) - Review the costs for land transport of fuels in Malawi, construct a transport cost model, and determine how improvements in economic and energy efficiency can be introduced.

Maintenance Study (IBRD) - Evaluate the role of a Floating Relocatable Maintenance and Training facility for possible use in Bangladesh, the Philippines and the South Pacific.  Determine potential market for maintenance of equipment and facilities in remote areas of Bangladesh served by water.  Select appropriate ship configurations and outfitting.  Prepare an economic analysis of the proposed facility in these areas and a cash flow analysis for initial years of operation.

1979/90  Various transport and energy planning studies in US/Puerto Rico, Europe, South and Southeast Asia, Africa, Middle East and Latin America.

PUBLICATIONS -

"Competition and Economic Regulation Issues for Ports", E. Sheppard and J. Arnold, International Journal of Maritime Economics, 2001

"Developing Best Practices for Promoting Private Sector Investment in Infrastructure", ADB 2000

"Strategic Port Pricing" UNCTAD 1995

"Port Tariff Evaluation: A Structured Approach",  Transportation Division, 1987.

"Port Tariffs: Current Practices and Trends", Transportation Division, IBRD, 1985.

"SHIPCOST: A Vessel and Voyage Costing Model", Transportation Division, IBRD, 1984.

"BANGLADESH: The Role of the Private Sector in the Movement of Freight by Inland Waterways", Report No. 5249-BD, South Asia Projects Department, IBRD, 1984.

"Impact of Cargo Sharing on U.S. Liner Trade", Frankel, Arnold, Read, "Marine Policy", Jan.81

TRAINING

1995/01  IPER Seminars on Port Finance and Planning; courses taught on marketing, strategic planning, accounting, finance and pricing

1999    Workshop of Private Participation in Investment in Public Infrastructure.  Financial and legal structure of various concession arrangements.  Use of project finance and debentures for financing infrastructure.  Strategic issues involved in structuring concession agreements

1999    Training in Port Pricing and Financial Analysis for Financial Managers of Major Ports of India

1997      IAMTI Seminars for Airport Managers on Investment, Finance and Pricing

1992/3    Strategic Pricing Course (UNCTAD)- Conduct the IPP-4 course for UNCTAD in Thailand, India, Egypt and Uruguay

1992      Port Planning, Management and Operations - Conduct lectures on port pricing as part of international team for transport ministry officials and port managers, Moscow

1990/91   Pricing Seminars (LSU-PWI) - conduct seminars on port pricing and leasing for port personnel from around the world

1989/93   Pricing Lectures (UNO) - Conduct lecture on port pricing as part of annual IPPM training course in New Orleans

1992      Energy and Transport Seminar (IBRD)- Assist in planning and make presentations at a seminar on improving energy efficiency for professional from the energy agencies and transport ministries in Eastern Europe, North Africa and the Middle East.

1991      Transport Seminar (ESCAP)- Conduct seminars in economic and financial analysis and pricing of inland water transport projects for transport officials from Southeast Asia who are involved in this sector

1990      Economics Seminar  - Conduct two week seminar on energy economics and pricing and project evaluation for staff of the Ministry of Mining and Energy as part of Ethiopian Energy Project

1989      Energy and Transport Seminar (USAID)- Organize a seminar for transportation professionals in Egypt on energy conservation in the transport sector.

1989      Port Pricing Course (US Dept of Educ., UNCTAD)- Prepare a course on port pricing for use by port management in the US and abroad. Conduct seminars for port management in Southeast Asia, Latin America and the U.S.