EXHIBIT A

# BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, ET AL.

## V.

## BRIDGEPORT PORT AUTHORITY

**Expert Report of**

**Alan A. Schachter, CPA·ABV, CVA, CFE**

**June 30, 2004**

**Willamette Management Associates**


**Expert Report of Alan A. Schachter**
**June 30, 2004**

### Table of Contents

| | | | |
|---|---|---|---|
| 1.0 | | RETENTION OF WILLAMETTE MANAGEMENT ASSOCIATES | 1 |
| 2.0 | | BACKGROUND | 1 |
| 3.0 | | CALCULATION OF TARIFF OVERCHARGES | 3 |
| | 3.1 | Tariff overcharge calculated according to the net revenue reports prepared by the Port Authority | 3 |
| | 3.2 | Tariff overcharge calculated according to the Port Authority's net revenue reports, as adjusted | 4 |
| | 3.3 | Tariff overcharge calculated according to the reasonable expense of providing facilities and services to the ferry operation at the Water Street Dock | 4 |
| | 3.4 | Pre-Judgment Interest | 5 |
| 4.0 | | CONCLUSION | 6 |
| Exhibit 1 | | ALAN A. SCHACHTER, CPA·ABV, CVA, CFE, *Curriculum Vitae* | 7 |
| Exhibit 2 | | Information Considered | 12 |
| Exhibit 3 | | Tariff overcharge calculated according to the net revenue reports prepared by the Port Authority | 13 |
| Exhibit 4 | | Tariff overcharge calculated according to the Port Authority's net revenue reports, as adjusted | 24 |
| Exhibit 5 | | Tariff overcharge calculated according to the reasonable expense of providing facilities and services to the ferry operation at the Water Street Dock | 40 |

## 1.0    RETENTION OF WILLAMETTE MANAGEMENT ASSOCIATES

Willamette Management Associates was retained by Hill Betts & Nash LLP to provide litigation consulting services in the matter of Bridgeport and Port Jefferson Steamboat Company, et al. v. Bridgeport Port Authority. In particular, I was asked to calculate the amount, if any, by which the tariff imposed by the defendant on the passengers of the Bridgeport-Port Jefferson Ferry exceeds the reasonable cost of the facilities and services that the defendant provides to the ferry operation.

My curriculum vitae is attached as exhibit 1 and includes a list of all publications I have authored within the last ten years as well as a listing of the cases in which I have testified as an expert within the preceding four years. The data or other information that I considered in forming my opinions is set forth in exhibit 2. Willamette Management Associates is being compensated at our standard hourly rates for our work in this matter.  My current hourly rate is $350 per hour. Our fees are not contingent on the outcome of this matter.

## 2.0    BACKGROUND

Bridgeport and Port Jefferson Steamboat Company (the "Ferry Company") has been in operation since 1883 providing ferry service between Port Jefferson, Long Island and Bridgeport, Connecticut.  Prior to the creation of the Bridgeport Port Authority ("Defendant" or the "Port Authority"), the Ferry Company rented dock facilities at the Union Square Dock (now known as the "Water Street Dock") directly from the City of Bridgeport (the "City").  In 1992, the City created the Port Authority.  The purpose of the Port Authority was to:

> "foster and stimulate the shipment of freight and commerce through the ports of Bridgeport, and develop and promote the port facilities through acquisition, construction and operation of piers, terminals and warehouse facilities."[1]

In 1993, the City transferred the Water Street Dock to the Port Authority for consideration of $1 and 15 percent of the future annual net revenues from the operation of the dock.[2]  The calculation of net revenue is made on an annual basis by the Port Authority.[3]  The Port Authority receives substantially all of its operating revenue from two sources, tariffs imposed on the ferryboat passengers, and rent charged to the Ferry Company for use of the Water Street Dock property.

In 1995-96, the Port Authority completed construction of a new building at the Water Street Dock which contains a ferry terminal on the first floor and Port Authority, Harbormaster, and the Connecticut World Trade Organization offices on the second floor. The construction was funded by governmental grants.

The Port Authority incurs a variety of operating expenses in performing its functions as described in its by-laws.  These operating expenses relate to the ferry operation as well as other activities undertaken by the Port Authority in its efforts to develop the Bridgeport waterfront. The Port Authority has undertaken a number of projects since 1993 that do not relate to the operation of

---

[1] By-Laws, Bridgeport Port Authority.
[2] Property Management Agreement dated March 1, 1993, AD 800-809.
[3] Copies of net revenue calculation for 1993 through 2002 attached as part of exhibit 3.

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 2

the ferry. A review of the minutes of the Port Authority's board of commissioners' meetings disclosed discussion of numerous activities and projects that do not appear to have any relation to the ferry operation, including but not limited to, the following:

- Development of the Steel Point site including marketing packages and request for qualifications and reviewing such.
- Acquiring the Cartech property by eminent domain, development of the site and creation of the Bridgeport Regional Maritime Complex.
- Selling or leasing land to Ryan's Marina to provide boat slips.
- Drafting the Bridgeport Harbor Management Plan.
- Creation of the Bridgeport Regional Waterfront Development Authority to support legislation to bring casino gambling to Bridgeport waterfront.
- Possible construction of a dog track.
- Plan for the Port Authority to take over Bridgeport city parking lots.
- Creation of a waterfront park and promenade.
- Working with Envirotest to build an emissions testing facility.
- Creating a "foreign trade zone" and transferring "master operator" status to Port Authority.
- Working with the Connecticut World Trade Association.
- Construction project at Johnson's Creek.
- Consideration of proposals for use of the Cartech site.
- Consideration of requests for use of dock space such as those by the Connecticut Cruise Ship Company and local lobstermen.
- Seeking legislation to expand the definition of a "Port Facility."
- Construction of a dock facility by the Aquaculture School.
- Use of the dock facilities for public events including concerts.
- Providing tours of harbor for various groups.
- Creation of a ferry service to Pleasure Beach and related clean up.
- Creation of a floating dock with funds being contributed by the City.
- Review plan to construct an asphalt plant at Seaview Avenue.
- Acting as managing agent for certain City contracts such as the Water Dependent Users Study and the Economic Impact Study.
- Working on legislation that expands the Port Authority's powers including the ability to purchase ferry companies.
- Demolition of the 70 East Main Street property.
- Creation of a high-speed ferry to New York City, including lobbying efforts.
- Sale of the bus and railroad station property.
- Possibility of moving two yacht clubs to the Captain's Cove property.
- Acting as implementing agency for Harbor Place project.
- Construction of an electric substation on waterfront property.
- Conducting a study for Pequonnock River Task Force.
- Review a request to build a commercial laundry on Seaview Avenue.
- Operation of the pump out service.
- Plan for condemnation of land in the south end of Bridgeport for Sikorsky Aircraft.
- Taking bids for creation of Seaview Plaza.
- Developing and leasing a portion of the Cartech site to Derecktor Shipyards, a marine vessel construction and repair company.

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 3

- Development of the "barge feeder" project, to ship containers into Bridgeport by barge.

It is clear that the Port Authority has extensive authority concerning the use and development of the waterfront area and expends resources in executing this authority.

## 3.0    CALCULATION OF TARIFF OVERCHARGES

The Port Authority's primary sources of operating income are the ferryboat passenger tariff and the rent that it charges the Ferry Company. Operating expenses consist of all of the expenditures required for the Port Authority to perform its broad-ranging activities. These expenses include the operating and administrative expenses related to both the ferry operation and the other projects undertaken by the Port Authority.

I have been asked to assume that the ferryboat tariff is legal and proper only to the extent that the tariff proceeds are used to pay the reasonable cost of the facilities and services that the Port Authority provides to the ferry operation.

I have been asked to calculate, based on the information available to me, the amount of the Port Authority's operating expenses that have been devoted to providing facilities and services to the ferry operation, as distinguished from operating expenses devoted to other activities not related to the ferry operation. The amount by which the total tariff exceeds the operating expenses devoted to the ferry operation constitutes the tariff overcharges.

I have calculated the tariff overcharges under three scenarios, as described below.

### 3.1    Tariff overcharge calculated according to the net revenue reports prepared by the Port Authority.

Each year, the Port Authority prepares a report (the "net revenue report") setting forth the net revenue earned from the operation of the Water Street Dock. The purpose of the net revenue report is to calculate 15 percent of the net revenues of the Water Street Dock that the Port Authority is contractually required to pay to the City each year under the 1993 agreement with the City. The revenues contained in the net revenue reports consist of the tariffs received from the ferry boat passengers. The expenses are allocated between the operation of the Water Street Dock and the other operations of the Port Authority. Copies of these reports for the period 1993 through 2002 are included in exhibit 3. I have been asked to assume that the Port Authority provides facilities and services to the ferry operation only at the Water Street Dock. Therefore, any expenses not allocated to the Water Street Dock necessarily are not related to the ferry operation.

According to the Port Authority, the net revenue from the operation of the Water Street Dock, and the 15 percent of the net revenue that it paid to the City, were as follows:

**Willamette Management Associates**

| Year | Net Revenue from Water Street Dock | 15 Percent of Net Revenue | |
|------|-----------------------------------:|--------------------------:|---|
| 1993 | $ 134,601 | $ 20,190 | |
| 1994 | 243,567 | 36,535 | |
| 1995 | 187,092 | 28,064 | [a] |
| 1996 | 245,685 | 36,853 | [a] |
| 1997 | 328,850 | 49,328 | [b] |
| 1998 | 226,337 | 33,951 | |
| 1999 | 249,456 | 37,418 | |
| 2000 | 285,336 | 42,800 | |
| 2001 | 319,909 | 47,986 | |
| 2002 | 217,385 | 32,608 | |
| | $ 2,438,218 | $ 365,733 | |

a - An error was made in the 1995 calculation that was corrected in
    1996. I included the corrected numbers in my analysis.
b - 1997 included an immaterial adjustment for 1996 interst that
    was excluded in the 1996 calculation.

According to the net revenue reports prepared by the Port Authority between 1993 and 2002, the ferryboat tariff proceeds exceeded the expenses that the Port Authority allocated to the Water Street Dock by $ 2,438,218.

As of the date of this report, we have not received the 2003 audited financial statements or a calculation of the net revenue from the operation of the Water Street Dock for 2003. For that year, we took the relevant figures from the Port Authority's 2003 general ledger, and we assumed that the Port Authority assigned the same percentage allocations to its operating expenses as it did for 2002. Including 2003, for the years, 1993 through 2003, the ferryboat tariff proceeds exceeded the expenses allocated to the Water Street Dock by $2,732,200. (See exhibit 3)

## 3.2 Tariff overcharge calculated according to the Port Authority's net revenue reports, as adjusted.

We analyzed the information available to us (see documents listed in exhibit 2) in order to assess the reasonableness of the Port Authority's allocation of expenses as shown in its net revenue reports. I reviewed the information available, including the testimony of the Port Authority employees, to determine whether the Port Authority's allocation of expenses to the Water Street Dock were reasonable and appropriate as a measure of the expenses related to the ferry operation. I concluded that certain allocations used by the Port Authority were overstated, and I adjusted them accordingly. Where sufficient support was not available to determine a proper allocation, I accepted the allocation included in the Port Authority's net revenue reports. Based upon the procedures described above, I calculated the tariff overcharge for 1993 through 2003 at $4,360,700. Supporting schedules and explanations are set forth in exhibit 4.

## 3.3 Tariff overcharge calculated according to the reasonable expense of providing facilities and services to the ferry operation at the Water Street Dock.

Finally, I calculated the tariff overcharge by comparing the actual tariff proceeds received to the reasonable costs necessary to provide the facilities and services to the ferry operation at the Water

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 5

Street Dock. A portion of the expenses incurred by the Port Authority (although indirectly related to the ferry operation) were a result of the bureaucracy created by the Port Authority and I ultimately deemed them to be unnecessary to the Ferry Company's operation (e.g., salary and benefits for an executive director).   In the calculations set forth above in section 3.1 and 3.2, these expenses remained in the analysis (even if unnecessary) as long as they related to the ferry operation.  This model, on the other hand, includes an independent build-up of only those costs that were necessary to provide the facilities and services to the ferry operation at the Water Street Dock.

In performing this calculation, I had discussions with the management of the Ferry Company.  In addition, I reviewed the Port Authority's general ledgers and financial documents to determine what expenses were unrelated to the ferry operation and/or were attributable to the Port Authority's bureaucracy and could be eliminated without affecting the operation of the ferry at Bridgeport.  If the expenses incurred by the Port Authority seemed reasonable and necessary to the ferry operation, then I adopted them for this analysis.  If the Port Authority's expenses did not seem reasonable and necessary to the ferry operation, then I excluded them.

The operating expenses adopted for this analysis do not include a variety of expenses at the Bridgeport terminal that have been and continue to be paid for by the Ferry Company, including: (1) salary and benefits of a Bridgeport manager and of the information desk personnel; (2) office expenses of the Bridgeport office; (3) salaries and benefits of a full complement of dock hands; (4) night-time security; (5) garbage disposal; (6) van and golf cart service between parking lots and ferry. Based upon the procedures described above, I calculated the tariff overcharge for 1993 through 2003 at $4,366,500. My analysis and calculations are set forth in exhibit 5.

### 3.4    Pre-Judgment Interest

I have been advised by counsel that pre-judgment interest may be awarded at the discretion of the court under Connecticut General Statute §37-3a, at a rate of 10 percent per annum. I have been asked to provide a calculation of such interest commencing, for each year, on the first of January of the year following the year the overcharge was incurred, through the date of this report.

Based on my calculations, pre-judgment interest is:

| | |
|---|---|
| On tariff overcharge calculated according to the net revenue reports prepared by the Port Authority. | $ 1,393,600 |
| On tariff overcharge calculated according to the Port Authority's net revenue reports, as adjusted. | $1,999,500 |
| On tariff overcharge calculated according to the reasonable expense of providing facilities and services to the ferry operation at the Water Street Dock. | $2,143,900 |

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 6

**4.0     CONCLUSION**

Based upon the analysis described above, I have calculated the tariff overcharge as follows:

On tariff overcharge calculated according to the net revenue
reports prepared by the Port Authority.                                              $2,732,200

On tariff overcharge calculated according to the Port Authority's
net revenue reports, as adjusted.                                                    $4,360,700

On tariff overcharge calculated according to the reasonable
expense of providing facilities and services to the ferry operation
at the Water Street Dock.                                                            $4,366,500

I calculated tariff overcharges inclusive of pre-judgment interest as follows:

On tariff overcharge calculated according to the net revenue
reports prepared by the Port Authority.                                              $4,095,800

On tariff overcharge calculated according to the Port Authority's
net revenue reports, as adjusted.                                                    $6,360,200

On tariff overcharge calculated according to the reasonable
expense of providing facilities and services to the ferry operation
at the Water Street Dock.                                                            $6,510,400

Respectfully submitted,

Alan A. Schachter, CPA·ABV, CVA, CFE
June 30, 2004

**Willamette Management Associates**

EXHIBIT 1

Expert Report of Alan A. Schachter
June 30, 2004
Page 7

**Exhibit 1**
## ALAN A. SCHACHTER, CPA·ABV, CVA, CFE

*Curriculum Vitae*

---

### PROFESSIONAL HISTORY

- Willamette Management Associates-Director Northeast Region Litigation Consulting
- Centerprise Advisors Litigation & Valuation Services Managing Director
- Scillia, Dowling & Natarelli, CPAs and Advisors, Managing Director, 2001-2003
- Urbach Kahn & Werlin, Shareholder, Litigation, 1989-2000
- Schachter & Co., Owner, 1979-1989
- Schachter & Horan, Partner, 1974-1979
- Lester Witte & Co., Partner, 1969-1974
- H.A. Schachter & Co., 1967-1969
- Peat Marwick Mitchell & Co., 1966-1967
- H.A. Schachter & Co., May 1965-Dec. 1965

### EDUCATION

- MBA, Pace University, 1972
- Advanced Certificate of Taxation, Pace University, 1987
- B.S. Economics, Wharton School, University of Pennsylvania, 1965

### PROFESSIONAL DESIGNATIONS

- Accredited in Business Valuation, AICPA, 1998-present
- Certified Public Accountant, New York, 1969-present
- Certified Public Accountant, Connecticut, 2001-present
- Certified Fraud Examiner, 1993-present
- Certified Valuation Analyst, 1997-present
- Diplomat, American board of Forensic Accounting, 1997-present
- Medicare hearing Officer, 1979-1986
- New York State Department of health Approved Receiver, 1986-present

### GOVERNMENT APPOINTMENTS

- Receiver of New York State Department of Health
- Special Consultant to New York State Department of Taxation and Finance, Office of Tax Enforcement. 1996-2000
- New York State Department of Health RUGS Advisory Committee, 1984-1987

## Willamette Management Associates

Expert Report of Alan A. Schachter
June 30, 2004
Page 8

## MEMBERSHIPS & CHAIRMANSHIPS

- Member, American College of Forensic Examiners, 1997-present
- Member, America Institute of Certified Public Accountants, 1969-present
- Member, New York State Society of Certified Public Accountants, 1969-present
- Member, Connecticut Society of Certified Public Accountants, 2001-present
- Chair and Member, Litigation Support Committee of New York State Society of CPAs, 1992-1998
- Health Care Financial Management Association, 1970-2000
- Member, Institute of Business Appraisers, 1992-present
- Member, National Association of Certified Valuation Analysts, 1997-present
- American Academy of Matrimonial Lawyers: Financial Services Committee, 1992-1996
- Member, The Regional Bar Association, 2001-present
- Member, The Southwestern Area Commerce & Industry Association of Connecticut, Inc. (SACIA), 2001-present

## CONFERENCES & SPEAKING ENGAGEMENTS

Lectures regarding business valuation and damage claims before the following organizations:

- National Health Lawyers Association-Legal Accounting Defense Team, 1984
- New York State Society of Certified Public Accountants-Various Seminars on Valuation of Closely Held Businesses and Litigation Support Topics, 1992-1998
- New York State Bar Association-Various Valuation Seminars, 1992-1999
- Health Care Financial Management Association-Valuation of health Care Facilities, 1994
- American Institute of Certified Public Accountants and Illinois CPA Foundation-Engagement Approach to Researching, Evaluation and Understanding the Company 1995
- New York State Supreme Court Justices-Valuation of Businesses and Professional Practices, 1996
- Association of the Bar of the City of New York-New York State Tax Amnesty Act, 1997
- Gerontology Institute- Nursing Home Fraud & Abuse and Corporate Compliance, 1998
- State & Local Government Benefits Association-Detecting Health Care Fraud and Abuse, 1998
- The American College of Health Care Administrators, New York Chapter -Corporate Compliance Programs and Enforcement Initiatives in Health Care, 1998
- Practicing Law Institute-Basic Accounting for the General Practitioner1999-2000
- The Center to Promote Health Care Studies, Inc. – Fraud and Abuse, Corporate Compliance and Revenue Recognition, 2000
- New York State Health Facilities Association –Nursing Home Corporate Compliance Plans, 2001
- Connecticut State Bar Association –Valuation of Intellectual Property, 2002
- The Regional Bar Association/Family Law Section Valuation of Intellectual Property, 2002
- Quinnipiac Law School-Compliance Workshop for Meeting HIPAA 2000 Regulations, 2002
- Connecticut Society of Certified Public Accountants-Valuing a Professional Practice, 2002

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 9

- Massachusetts Society of Certified Public Accountants Conference-Developing Niche Practices, 2002
- Critical Issues in Electronic Discovery, 2003

## PUBLICATIONS

- "Preindictment Strategy for the Attorney-Accountant Defense Team in White Collar Fraud Cases," <u>Criminal Law Journal, 1979</u>
- "The Role of the Legal Accounting Defense Team," <u>American Law Report, 1982</u>
- "Role of the Investigative Accountant," <u>*Handbook of Financial Planning for Divorce and Separation, 1988*</u>
- *Fraud in the Health Care Industry: The Auditors Responsibility Under SAS 82,* American Institute of Certified Public Accountants (publication and video), 1998
- "Applying Basic Business Valuation Techniques to a Specialized Business (Ocean-Going Tankers)," Encyclopedia of Matrimonial Practice, 1991
- "The Investigative Accountant and Confidentiality in a Criminal Tax Fraud Investigation," The CPA Journal, 1993
- "Innocent Spouse considerations for Parties Contemplating a Joint Return," NYS Society of Certified Public Accountants, 1994
- *Corporate Compliance Plans for Heath Care Providers,* American Institute of Certified Public Accountants 2000
- "The Investigative Accountant and Confidentiality in a Criminal Tax Fraud Case," Journal of Construction Accounting & Taxation, 2002

Expert Report of Alan A. Schachter
June 30, 2004
Page 10

## Forensic Investigations and Testifying and Non-Testifying Expert Witness Engagements

| CASE NAME | JURISDICTION | NATURE OF CASE |
|---|---|---|
| Hartei v. Pepsico | Supreme Court of New York, New York County | Lost profits |
| Carpet Co-op of America, et al v. Mercator Software | Circuit Court of St. Louis County, State of Missouri | Economic damage lawsuit |
| Nasutavjcus v. National Partnership Investments Corp. | U.S. District Court for the Central District of California | Class action suit relating to construction and management of affordable housing projects |
| Alexix Hermon US Dol v. Harold Levinson Associates | U.S. District Court for the Eastern District of New York | Dept. of Labor employment Issues |
| DeMarco v. Polino | U.S. District Court for the District of New Jersey | Securities: alleged broker fraud |
| U.S. v. Riccota | U.S. District Court for the Southern District of New York | Tax fraud case |
| IRS v. Tambrands | Tax Court/IRS proceedings | Foreign tax credit |
| In re: Gaseteria Oil Corporation | U.S. Bankruptcy for the Southern District of New York | Bankruptcy matters - gas stations and construction of gas stations |
| In re: Scores Entertainment, Inc. | U.S. Bankruptcy Court for Southern District of New York | Special investigation, bankruptcy |
| Magaro v. Magi | Supreme Court of New York, New York County | Valuation of health care conglomerate |
| Marangi v. Royal Alliance | NASD Arbitration | Securities: alleged broker fraud |
| Leroy v. Leroy | Supreme Court of New York, New York County | Valuation of LeRoy Enterprises pursuant to marital dissolution |
| Lazara v. Pfizer (deposition) | Supreme Court of New York, New York County | Damage analysis re: PLAX product |
| Gorden Altman v. Baker | Supreme Court of New York, New York County | Valuation: dissolution of major law firm |
| Dempster v. Dempster | Supreme Court of New York, Nassau County | Valuation as court appointed neutral: helicopter company |
| Passante v. Passante | Supreme Court of New York, Sullivan County, New York | Valuation of resort hotel and timesharing system |
| Hope House et al v. Mayor of Bergenfield | Superior Court of New Jersey | Eminent domain: valuation and damage claim against municipality |
| Ivani v. Ivani | American Arbitration Assoc., Staten Island, NY | Valuation of sewer construction company |
| Wagner v. Lefkowitz | American Arbitration Assoc., Chicago, IL | Damages re: professional services for real estate management |
| McAree v. McAree | Superior Court, Hartford, Connecticut | Marital disolution |
| Krackow v. Kern | American Arbitration Assoc., New York | Damages for wrongful termination of partnership agreement |

Expert Report of Alan A. Schachter
June 30, 2004
Page 11

| CASE NAME | JURISDICTION | NATURE OF CASE |
|---|---|---|
| New York State Dept. of Education v. Paul Cohen, DMD | Office of Professional Conduct, New York City | Defense of medical provider against claim of deficient record-keeping practices |
| Equant Integration Services Inc. v. United Rentals, Inc. | U.S. District Court for the District of Connecticut | Damage claim analysis |
| USF&G v. S.B. Phillips Company, Inc. | U.S. District Court for the District of Connecticut | Self-insured workers' compensation claim |
| Kammerman v. Ensign Bickford | Superior Court, Hartford, Connecticut | Theft of technology |
| Town of West Haven v. Town of Orange | Connecticut Bar Association Arbitration | Dispute over responsibilities under an inter-governmental arrangement for the payment of sewer construction and operating costs |
| Custom Sports Apparel, Inc. v. Squires Hi hg tech Corporation | Federal District Court of Connecticut, remanded to arbitration before ADR, Inc. in Little Rock, Arkansas | Theft of proprietary information with wrongful breach of contract |
| Schwartzburg v. Seiger | New York State Supreme Court | Nursing home sale |
| Shapiro v. Laubsch | Arbitration, New York | Damages regarding residential real estate |
| American Marine Rail v. City of Bayonne, et al. | U.S. District Court for the District of New Jersey | Valuation and damage claim against a municipality related to construction of a garbage disposal plant |
| Suntech of Connecticut v. Mashantucket Pequot Tribal Nation | U.S. District Court for the District of Connecticut | Delay claim related to construction of a casino |
| American Homeowners Assoc., v. Liberty Life Ins. | American Arbitration Association, Connecticut | Damages related to breach of contract |
| Automotive Technologies, et al v. SNET | Superior Court for the District of Hartford/New Britain | Damages related to breach of contract |
| Queens Physicians Assoc. v. Mark Goodstein, MD | American Arbitration Association, New York | Damages related to breach of contract |
| New Colt Holding, et al v. RJG Holdings, et al | U.S. District Court for the District of Connecticut | Copyright infringement |
| Hakakian v. Confalonieri Fratelli Di Mario, S.P.A | American Arbitration Association, International Center for Dispute Resolution. | Damages related to breach of contract |
| Trilegiant Corporation v. BP Products North America, Inc. | U.S. District Court for the District of Connecticut | Damages related to breach of contract |
| Nathan v. Expocon Management Associates, Inc., et al. | Superior Court, Stamford/Norwalk, Connecticut | Dispute over the value of an equity interest |

Expert Report of Alan A. Schachter
June 30, 2004
Page 12

**Exhibit 2**
**Information Considered**

1.  Amended Complaint dated June 18, 2003.

2.  Audited Financial Statements – Bridgeport Port Authority, 1993 through 2002.

3.  Accountant's workpapers - Bridgeport Port Authority, 1993 through 2002.

4.  General ledgers Bridgeport Port Authority, 1993 through 2003.[1]

5.  Net Revenue Reports, Water Street Dock, prepared by Bridgeport Port Authority, 1993 through 2002.

6.  Lease agreement between Bridgeport and Port Jefferson Steamboat Company and Bridgeport Port Authority dated December 1, 1998.

7.  First amendment to lease agreement between Bridgeport and Port Jefferson Steamboat Company and Bridgeport Port Authority dated July 29, 2002.

8.  Certain advertisements placed by the Bridgeport Port Authority (including BPA 001475-001508, and BPA 001533-001534).

9.  Deposition transcripts of Joseph Riccio, Martha Klimas and Charmaine Johnson.

10. Bridgeport Port Authority Chase credit bills for January 2003 through April 2004 (BPA 002321–002396).

11. Bridgeport Port Authority telephone bills for MCI (long-distance), SBC-Net (local service), and Verizon (wireless) (BPA 1734-2319).

12. Appraisal of market value and rental value of land and the first floor of the terminal building at the Water Street Dock dated June 3, 1997, prepared by George M. Shawah of Baldwin Pearson & Company, Inc.

13. Analysis of telephone calls prepared by counsel.

14. Analysis of cell phone calls prepared by counsel.

15. Analysis of credit card transactions prepared by counsel.

16. Discussions with Frederick A. Hall, Vice President and General Manager, Bridgeport and Port Jefferson Steamboat Company.

---

[1] Complete general ledgers were not provided for the years 1995 through 2000.

**Willamette Management Associates**

EXHIBIT 3

Expert Report of Alan A. Schachter
June 30, 2004
Page 13

**Exhibit 3**
**Summary**
**Tariff Overcharge Calculated According to the Net Revenue Reports Prepared by the Port Authority**

| ($000s) | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 [c] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ferryboat Tariffs [a] | $ 261.3 | $ 449.7 | $ 461.4 | $ 649.0 | $ 678.1 | $ 712.2 | $ 804.3 | $ 901.5 | $ 947.6 | $ 984.9 | $ 1,292.4 | |
| Less: | | | | | | | | | | | | |
| Credit Card fees [a] | 5.8 | 11.3 | 12.1 | 18.9 | 19.4 | 20.0 | 24.0 | 22.5 | 25.2 | 25.2 | 34.7 | |
| Collection costs [a] | 11.2 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.2 | 22.5 | 29.2 | |
| | 17.0 | 33.8 | 34.6 | 41.4 | 41.9 | 42.5 | 46.5 | 45.0 | 47.4 | 49.5 | 63.9 | |
| Net Ferryboat Tariffs Collected | 244.3 | 415.9 | 426.8 | 607.7 | 636.3 | 669.7 | 757.8 | 856.5 | 900.2 | 935.4 | 1,228.5 | |
| Water Street Dock Operating Expenses [b]: | | | | | | | | | | | | |
| Advertising | 3.5 | 2.7 | 3.3 | 8.0 | 1.6 | 1.5 | 4.7 | 5.3 | 2.7 | 6.0 | 4.1 | |
| Automobile | | | | | 3.0 | 4.8 | 5.8 | 4.3 | 5.0 | 5.2 | 4.4 | |
| Building services | | | | 34.4 | 35.3 | 64.3 | 70.1 | 74.9 | 84.5 | 73.2 | 71.5 | |
| Car Tech expenses | | | | | | | | | | 29.9 | 32.2 | |
| Contributions | | 31.1 | 16.8 | 3.1 | 4.5 | 5.2 | 6.2 | 6.9 | 3.4 | 4.1 | 3.0 | |
| Consultants | 8.8 | | | | | | | | | | | |
| Depreciation & Amortization | 0.2 | 1.4 | 15.2 | 23.6 | 25.6 | 21.4 | 18.5 | 17.7 | 20.0 | 59.5 | 61.0 | |
| Equipment rental | 1.8 | 2.2 | 2.7 | 3.2 | 2.9 | 2.7 | 2.8 | 2.1 | 3.9 | 3.6 | 3.2 | |
| Insurance | 2.0 | 8.3 | 10.4 | 8.3 | 13.6 | 16.2 | 18.9 | 22.2 | 34.6 | 48.1 | 61.3 | |
| Interest Expense | | | | | 6.5 | 4.8 | 1.6 | | 1.1 | 0.2 | 1.4 | |
| Marketing and promotion | 1.0 | 1.9 | 3.3 | 3.8 | 2.7 | 2.3 | 2.9 | 3.2 | 2.0 | 4.9 | 6.6 | |
| Office supplies and expense | 3.0 | 8.5 | 11.3 | 11.3 | 14.8 | 19.4 | 19.3 | 20.7 | 21.2 | 27.8 | 34.0 | |
| Outside services | 0.8 | 12.2 | 13.0 | 33.9 | 7.8 | 3.9 | 12.9 | 25.3 | 11.1 | 32.3 | 36.1 | |
| Pension expense | | | | | 3.0 | 3.5 | 4.8 | 14.0 | 15.3 | 15.3 | 18.2 | |
| Professional Fees | 30.5 | 23.3 | 72.1 | 120.3 | 77.6 | 89.2 | 94.0 | 118.2 | 115.6 | 121.1 | 325.0 | |
| Rent | 8.3 | 12.5 | 9.4 | | | | | | | | | |
| Salaries | 41.3 | 52.9 | 66.2 | 48.8 | 52.8 | 71.8 | 80.2 | 84.5 | 87.6 | 101.6 | 100.7 | |
| Security | | | | 34.0 | 30.4 | 97.0 | 126.6 | 126.4 | 124.6 | 135.6 | 128.0 | |
| Taxes, payroll and other | 2.7 | 5.2 | 4.4 | 4.5 | 4.7 | 6.4 | 7.2 | 6.2 | 7.1 | 8.0 | 9.6 | |
| Telephone | 4.3 | 4.5 | 6.3 | 5.4 | 5.2 | 6.3 | 6.0 | 7.4 | 6.8 | 5.9 | 5.4 | |
| Travel and Entertainment | 1.5 | 5.7 | 5.6 | 2.6 | 2.9 | 6.7 | 8.5 | 8.0 | 12.6 | 10.3 | 8.2 | |
| Utilities | | | | 16.7 | 12.5 | 15.9 | 17.5 | 23.6 | 21.1 | 25.4 | 20.7 | |
| Total Water Street Dock Operating Expenses | 109.7 | 172.4 | 239.7 | 362.0 | 307.4 | 443.3 | 508.3 | 571.2 | 580.3 | 718.0 | 934.5 | |
| Excess of Tariff Collected over Water Street Dock Operating Expenses | $ 134.6 | $ 243.6 | $ 187.1 | $ 245.6 | $ 328.9 | $ 226.3 | $ 249.5 | $ 285.3 | $ 319.9 | $ 217.4 | $ 294.0 | $ 2,732.2 |

a - Per Bridgeport Port Authority Net Revenue Report; 2003 amounts from Bridgeport Port Authority general ledger.
b - Represents Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock, for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.
c - Audited financial statements were not available at the time of our review. Expenses for 2003 were obtained from the Bridgeport Port Authority's general ledger and we assumed that the Port Authority allocation would be based on the allocation percentages used in its 2002 Net Revenue Report.

**Source:** Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

# Willamette Management Associates

Expert Report of Alan A. Schachter
June 30, 2004
Page 14

Exhibit 3
1993 Net Revenue Report

**BRIDGEPORT PORT AUTHORITY**
**UNION SQUARE DOCK**
**STATEMENT OF INCOME AND EXPENSES**
**Year Ended December 31, 1993**

Operating revenue

- Ferryboat Tariffs                                    $ 261,341

Cost of operating revenue
- Credit card fees                       5,788
- Collection costs                      11,248
- Fees to City of Bridgeport            20,190        37,226

Adjusted gross operating revenue                      $ 224,115

Operating Expenses
Advertising                                             3,451
Consultants                                             8,836
Marketing                                                 997
Depreciation                                             220
Equipment rental                                       1,786
Insurance                                              1,960
Legal and Accounting                                  30,500
Office supplies and expense                            2,960
Outside services                                        796
Rent                                                   8,333
Salaries                                              41,298
Taxes, payroll                                         2,703
Telephone                                              4,349
Travel and entertainment                               1,515

Total operating expenses                             109,704

Net Operating Income from Union Square Dock          $114,411

*Addback fees*                                        20,190

                                                     134,601

                                              X         15%

                                                     20,190

*K-5b*

AD 004427

Source: Bridgeport Port Authority's Accountant's workpapers

## Willamette Management Associates

Expert Report of Alan A. Schachter
June 30, 2004
Page 15

Exhibit 3
1994 Net Revenue Report

Page 3 of 11

Bridgeport Port Authority
Net operating income from Union Square Dock

| | Allocation | 1994 | 1995 |
|---|---|---|---|
| Operating revenue | | 449,682 | 461,396 |
| Less: | | | |
| Credit card fees | | 11,261 | 12,090 |
| Collection costs | | 22,500 | 22,500 |
| Adjusted gross operating revenue | | 415,921 | 426,806 |
| Operating expenses: | | | |
| Advertising | 50% | 2,654 | 14,281 |
| Contributions | 100% | 31,113 | 16,755 |
| Depreciation | 50% | 1,426 | 8,368 |
| Equipment rental | 50% | 2,177 | 2,677 |
| Insurance | 50% | 8,269 | 10,362 |
| Legal and accounting | Actual | 23,281 | 57,419 |
| Marketing | 50% | 1,906 | 3,260 |
| Office supplies | 50% | 8,530 | 11,250 |
| Outside services | 50% | 12,235 | 12,956 |
| Rent | 50% | 12,500 | 9,375 |
| Salaries | 50% | 52,939 | 66,247 |
| Taxes, payroll and other | 50% | 5,203 | 4,357 |
| Telephone | 50% | 4,466 | 6,272 |
| Travel and entertaiment | 50% | 5,657 | 5,573 |
| Total | | 172,354 | 229,149 |
| Net operating income from Union Square Dock | | 243,567 | 197,657 |
| Times applicable rate | | 0.15 | 0.15 |
| Amount due the City of Bridgeport | | 36,535 | 29,649 |

AD 003961

Source: Bridgeport Port Authority's Accountant's workpapers

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 16

Exhibit 3
1995 Net Revenue Report

Page 4 of 11

Bridgeport Port Authority
Net operating income from Union Square Dock

| | Allocation | 1994 | 1995 |
|---|---|---|---|
| Operating revenue | | 449,682 | 461,396 |
| Less: | | | |
| Credit card fees | | 11,261 | 12,090 |
| Collection costs | | 22,500 | 22,500 |
| Adjusted gross operating revenue | | 415,921 | 426,806 |
| Operating expenses: | | | |
| Advertising | 50% | 2,654 | 14,281 |
| Contributions | 100% | 31,113 | 16,755 |
| Depreciation | 50% | 1,426 | 8,368 |
| Equipment rental | 50% | 2,177 | 2,677 |
| Insurance | 50% | 8,269 | 10,362 |
| Legal and accounting | Actual | 23,281 | 57,419 |
| Marketing | 50% | 1,906 | 3,260 |
| Office supplies | 50% | 8,530 | 11,250 |
| Outside services | 50% | 12,235 | 12,956 |
| Rent | 50% | 12,500 | 9,375 |
| Salaries | 50% | 52,939 | 66,247 |
| Taxes, payroll and other | 50% | 5,203 | 4,357 |
| Telephone | 50% | 4,466 | 6,272 |
| Travel and entertainment | 50% | 5,657 | 5,573 |
| Total | | 172,354 | 229,149 |
| Net operating income from Union Square Dock | | 243,567 | 197,657 |
| Times applicable rate | | 0.15 | 0.15 |
| Amount due the City of Bridgeport | | 36,535 | 29,649 |

AD 003961

Source: Bridgeport Port Authority's Accountant's workpapers

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 17

Exhibit 3
1996 Net Revenue Report

Page 5 of 11

Bridgeport Port Authority
Net operating income from Union Square Dock

| | Allocation | 1995 | 1996 | | 1995 | 1996 |
|---|---|---|---|---|---|---|
| Operating revenue | | 461,396 | 649,015 | | | |
| Less: | | | | | | |
| Credit card fees | | 12,090 | 18,852 | | | |
| Collection costs | | 22,500 | 22,500 | | | |
| Adjusted gross operating revenue | | 426,806 | 607,663 | | | |
| Operating expenses: | | | | | | |
| Advertising | 50% | 3,281 | 7,952 | | 6,561 | 15,903 |
| Contributions | 100% | 16,755 | 3,114 | | 16,755 | 3,114 |
| Depreciation | 50% | 15,240 | 23,605 | | 30,480 | 47,210 |
| Equipment rental | 50% | 2,677 | 3,213 | | 5,354 | 6,425 |
| Insurance | 50% | 10,362 | 8,296 | | 20,723 | 16,592 |
| Legal and accounting | Actual | 72,112 | 120,318 | | 72,112 | 120,318 |
| Marketing | 50% | 3,260 | 3,839 | | 6,520 | 7,678 |
| Office supplies | 50% | 11,250 | 11,331 | | 22,500 | 22,662 |
| Outside services | 50% | 12,956 | 68,242 | | 25,911 | 136,483 |
| Rent | 50% | 9,375 | 0 | | 18,750 | 0 |
| Salaries | 50% | 66,247 | 48,835 | | 132,493 | 97,670 |
| Security | 50% | 0 | 34,003 | | 0 | 68,005 |
| Taxes, payroll and other | 50% | 4,357 | 4,490 | | 8,714 | 8,979 |
| Telephone | 50% | 6,272 | 5,399 | | 12,544 | 10,797 |
| Travel and entertainment | 50% | 5,573 | 2,634 | | 11,145 | 5,268 |
| Utilities | 50% | 0 | 16,711 | | 0 | 33,421 |
| Total | | 239,715 | 361,979 | | 390,562 | 600,525 |
| Net operating income from Union Square Dock | | 187,092 | 245,685 | | | |
| Times applicable rate | | 0.15 | 0.15 | | | |
| Amount due the City of Bridgeport | | 28,064 | 36,853 | | | |
| Amount recorded in 1995 and paid in 1996 | | 29,649 | | | | |
| Over accrued in 1995 | | (1,585) | (1,585) | | | |
| Net amount due the City of Bridgeport in 1996 | | | 35,267 | | | |

Union Square Dock Rehabilitation:

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

AD 003639

Source: Bridgeport Port Authority's Accountant's workpapers

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 18

Exhibit 3
1997 Net Revenue Report

Page 6 of 11

**Bridgeport Port Authority**
Net operating income from Union Square Dock

| | Allocation | 1996 | 1997 | | 1996 | 1997 |
|---|---|---|---|---|---|---|
| Operating revenue | | 649,015 | 678,134 | | | |
| Less: | | | | | | |
| Credit card fees | | 18,852 | 19,355 | | | |
| Collection costs | | 22,500 | 22,500 | | | |
| Adjusted gross operating revenue | | 607,663 | 636,279 | | | |
| Operating expenses: | | | | | | |
| Advertising | 50% | 7,952 | 1,567 | | 15,903 | 3,133 |
| Contributions | 100% | 3,114 | 4,500 | | 3,114 | 4,500 |
| Depreciation | 50% | 23,605 | 25,585 | | 47,210 | 51,169 |
| Auto | 50% | 0 | 3,019 | | 0 | 6,038 |
| Equipment rental | 50% | 3,213 | 2,945 | | 6,426 | 5,889 |
| Insurance | 50% | 8,296 | 13,531 | | 16,592 | 27,062 |
| Interest | 50% | 2,764 | 6,469 | | 5,528 | 12,938 |
| Legal and accounting | Actual | 120,318 | 77,621 | | 120,318 | 77,621 |
| Marketing | 50% | 3,839 | 2,679 | | 7,678 | 5,357 |
| Office supplies | 50% | 11,331 | 14,841 | | 22,662 | 29,681 |
| Outside services | 50% | 68,242 | 43,194 | | 136,483 | 86,388 |
| Pension expense | 50% | 0 | 3,000 | | 0 | 6,000 |
| Rent | 50% | 0 | 0 | | 0 | 0 |
| Salaries | 50% | 48,835 | 52,844 | | 97,670 | 105,687 |
| Security | 50% | 34,003 | 30,393 | | 68,005 | 60,786 |
| Taxes, payroll and other | 50% | 4,490 | 4,681 | | 8,979 | 9,361 |
| Telephone | 50% | 5,399 | 5,208 | | 10,797 | 10,416 |
| Travel and entertainment | 50% | 2,634 | 2,866 | | 5,268 | 5,732 |
| Utilities | 50% | 16,711 | 12,490 | | 33,421 | 24,979 |
| Total | | 364,743 | 307,429 | | 606,053 | 532,737 |
| Net operating income from Union Square Dock | | 242,921 | 328,850 | | | |
| Times applicable rate | | 0.15 | 0.15 | | | |
| Amount due the City of Bridgeport | | 36,438 | 49,328 | | | |
| 1995 adjustment overaccrued | | (1,585) | | | | |
| | | 34,853 | | | | |
| Amount recorded in 1996 | | 35,267 | | | 35,267 | |
| Over accrued in 1996 | | (414) | (414) | | | |
| Net amount due the City of Bridgeport in 1997 | | | 48,914 | | 48,914 | |
| Total amount due City of Bridgeport | | | | | 84,181 | |

**Union Square Dock Rehabilitation:**

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

AD 003281

Source: Bridgeport Port Authority's Accountant's workpapers

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 19

Exhibit 3
1998 Net Revenue Report

**Bridgeport Port Authority**
Net operating income from Union Square Dock

| | Allocation | 1997 | 1998 | | 1997 | 1998 |
|---|---|---|---|---|---|---|
| Operating revenue | | 678,134 | 712,190 | | | |
| Less: | | | | | | |
| Credit card fees | | 19,355 | 20,014 | | | |
| Collection costs | | 22,500 | 22,500 | | | |
| Adjusted gross operating revenue | | 636,279 | 669,676 | | | |
| Operating expenses: | | | | | | |
| Advertising | 50% | 1,567 | 1,481 | | 3,133 | 2,961 |
| Building Services | 80% | 35,346 | 40,162 | | 70,691 | 80,324 |
| Contributions | 100% | 4,500 | 5,240 | | 4,500 | 5,240 |
| Depreciation | 50% | 25,585 | 21,432 | | 51,169 | 42,864 |
| Auto | 50% | 3,019 | 4,753 | | 6,038 | 9,506 |
| Equipment rental | 50% | 2,945 | 2,694 | | 5,889 | 5,387 |
| Insurance | 50% | 13,531 | 16,211 | | 27,062 | 32,421 |
| Interest | 50% | 6,469 | 4,847 | | 12,938 | 9,694 |
| Legal and accounting | Actual | 77,621 | 89,223 | | 77,621 | 89,223 |
| Marketing | 50% | 2,679 | 2,254 | | 5,357 | 4,508 |
| Office supplies | 50% | 14,841 | 19,390 | | 29,681 | 38,779 |
| Outside services | 50% | 7,849 | 3,932 | | 15,697 | 7,863 |
| Pension expense | 50% | 3,000 | 3,492 | | 6,000 | 6,984 |
| Rent | 50% | 0 | 0 | | 0 | 0 |
| Salaries | 50% | 52,844 | 71,820 | | 105,687 | 143,639 |
| (A) Security | 80% | 30,393 | 60,610 | | 60,786 | 121,219 |
| Taxes, payroll and other | 50% | 4,681 | 6,411 | | 9,361 | 12,822 |
| Telephone | 50% | 5,208 | 6,277 | | 10,416 | 12,554 |
| Travel and entertainment | 50% | 2,866 | 6,736 | | 5,732 | 13,472 |
| Utilities | 50% | 12,490 | 15,915 | | 24,979 | 31,829 |
| Total | | 307,429 | 382,876 | | 532,737 | 671,289 |
| Net operating income from Union Square Dock | | 328,850 | 286,800 | | | |
| Times applicable rate | | 0.15 | 0.15 | | | |
| Amount due the City of Bridgeport | | 49,328 | 43,020 | | | |

Total amount due City of Bridgeport 43,020

**Union Square Dock Rehabilitation:**

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

AD 002972

Expert Report of Alan A. Schachter
June 30, 2004
Page 20

Exhibit 3
1999 Net Revenue Report

Page 8 of 11

| Bridgeport Port Authority<br>Net operating income from Union Square Dock | Allocation | 1998 | 1999 | | 1998 | 1999 |
|---|---|---|---|---|---|---|
| Operating revenue | | 712,190 | 804,287 | | | |
| **Less:** | | | | | | |
| Credit card fees | | 20,014 | 23,992 | | | |
| Collection costs | | 22,500 | 22,500 | | | |
| Adjusted gross operating revenue | | 669,676 | 757,795 | | | |
| **Operating expenses:** | | | | | | |
| Advertising | 50% | 1,481 | 4,709 | | 2,961 | 9,417 |
| Building Services | 80% | 64,259 | 70,130 | | 80,324 | 87,662 |
| Contributions | 100% | 5,240 | 6,175 | | 5,240 | 6,175 |
| Depreciation | 50% | 21,432 | 18,468 | | 42,864 | 36,935 |
| Auto | 50% | 4,753 | 5,771 | | 9,506 | 11,541 |
| Equipment rental | 50% | 2,694 | 2,758 | | 5,387 | 5,515 |
| Insurance | 50% | 16,211 | 18,876 | | 32,421 | 37,752 |
| Interest | 50% | 4,847 | 1,555 | | 9,694 | 3,110 |
| Legal and accounting | Actual | 89,223 | 93,972 | | 89,223 | 93,972 |
| Marketing | 50% | 2,254 | 2,886 | | 4,508 | 5,772 |
| Office supplies | 50% | 19,390 | 19,332 | | 38,779 | 38,664 |
| Outside services | 50% | 3,932 | 12,916 | | 7,863 | 25,832 |
| Pension expense | 50% | 3,492 | 4,805 | | 6,984 | 9,609 |
| Rent | 50% | 0 | 0 | | 0 | 0 |
| Salaries | 50% | 71,820 | 80,189 | | 143,639 | 160,377 |
| (A)  Security | 80% | 96,975 | 126,612 | | 121,219 | 158,265 |
| Taxes, payroll and other | 50% | 6,411 | 7,165 | | 12,822 | 14,329 |
| Telephone | 50% | 6,277 | 6,006 | | 12,554 | 12,011 |
| Travel and entertainment | 50% | 6,736 | 8,548 | | 13,472 | 17,096 |
| Utilities | 50% | 15,915 | 17,471 | | 31,829 | 34,941 |
| Total | | 443,339 | 508,339 | | 671,289 | 768,975 |
| Net operating income from Union Square Dock | | 226,337 | 249,456 | | | |
| Times applicable rate | | 0.15 | 0.15 | | | |
| Amount due the City of Bridgeport | | 33,951 | 37,418 | | | |
| Immaterial calculation difference due to adjustments | | | (371) | | | |
| Total amount due City of Bridgeport - 1999 | | | 37,047 | | | |
| Total amount due City of Bridgeport - 1998 unpaid to date | | | 33,951 | | | |
| Balance due City of Bridgeport as of 12/31/99 | | | 70,998 | | | |

Union Square Dock Rehabilitation:

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

(A)  In 1997 the allocation % for Security Services was 50%, but it increased to 80% in 1998 due the increase in
security services needed due to another entrance being added to the Port Authority in 1998.

AD  002655

Source: Bridgeport Port Authority's Accountant's workpapers

# Willamette Management Associates

Expert Report of Alan A. Schachter
June 30, 2004
Page 21

Exhibit 3
2000 Net Revenue Report

Bridgeport Port Authority
Net operating income from Union Square Dock

*(Handwritten top right: Feb 5/31/k  0.5  0.8  PPA 41 - PPA 4.3)*

| | Allocation | 1999 | 2000 | | 1999 | 2000 |
|---|---|---|---|---|---|---|
| Operating revenue | | 804,287 | 901,518 | | | |
| Less: | | | | | | |
| Credit card fees | | 23,992 | 22,517 | | | |
| Collection costs | | 22,500 | 22,500 | | | |
| Adjusted gross operating revenue | | 757,795 | 856,501 | | | |
| Operating expenses: | | | | | | |
| Advertising | 50% | 4,709 | *5337* 4,380 | | 9,417 | *10673* 8,760 |
| Building Services | 80% | 70,130 | 74,941 | | 87,662 | 93,676 |
| Contributions | 100% | 6,175 | 6,900 | | 6,175 | 6,900 |
| Depreciation | 50% | 18,468 | 17,745 | | 36,935 | 35,489 |
| Auto | 50% | 5,771 | 4,339 | | 11,541 | 8,678 |
| Equipment rental | 50% | 2,758 | 2,115 | | 5,515 | 4,229 |
| Insurance | 50% | 18,876 | 22,199 | | 37,752 | 44,397 |
| Interest | 50% | 1,555 | 0 | | 3,110 | 0 |
| Legal and accounting | Actual | 93,972 | 118,179 | | 93,972 | 118,179 |
| Marketing | 50% | 2,886 | 3,185 | | 5,772 | 6,370 |
| Office supplies | 50% | 19,332 | 20,746 | | 38,664 | 41,492 |
| Outside services | 50% | 12,916 | 25,348 | | 25,832 | 50,696 |
| Pension expense | 50% | 4,805 | 13,961 | | 9,609 | 27,922 |
| Rent | 50% | 0 | 0 | | 0 | 0 |
| Salaries | 50% | 80,189 | 84,541 | | 160,377 | 169,082 |
| Security | 80% | 126,612 | 126,441 | | 158,265 | 158,051 |
| Taxes, payroll and other | 50% | 7,165 | 6,210 | | 14,329 | 12,419 |
| Telephone | 50% | 6,006 | 7,387 | | 12,011 | 14,774 |
| Travel and entertainment | 50% | 8,548 | 8,006 | | 17,096 | 16,012 |
| Utilities | 50% | 17,471 | 23,588 | | 34,941 | 47,176 |
| Total | | 508,339 | *571166* 570,203 | | 768,975 | *864215* 864,200 |
| Net operating income from Union Square Dock | | 249,456 | *285335* 286,297 | | | |
| Times applicable rate | | 0.15 | 0.15 | | | |
| Amount due the City of Bridgeport - 2000 | | 37,418 | *42800* 42,944 | | | |
| Total amount due City of Bridgeport - 1999 unpaid to date | | | 37,047 A | | | |
| Total amount due City of Bridgeport - 1998 unpaid to date | | | 33,951 A | | | |
| Balance due City of Bridgeport as of 12/31/00 | | | *113788* 113,942 | | | |
| Union Square Dock Rehabilitation: | *PER TJB* | | 113,428 PPA1 | | | |
| | | | 370 *✱* | | | |

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

A   Amount Due to City for 1999 & 1998 was paid subsequent to year end.

*✱  AMOUNT IS IMMATERIAL TO INVESTIGATE FURTHER.*

AD 002317

Source: Bridgeport Port Authority's Accountant's workpapers

# Willamette Management Associates

Expert Report of Alan A. Schachter
June 30, 2004
Page 22

Exhibit 3
2001 Net Revenue Report

Bridgeport Port Authority
Net operating income from Union Square Dock

| | Allocation | 2000 | 2001 | | 2000 | 2001 |
|---|---|---|---|---|---|---|
| Operating revenue | | 901,518 | 947,591 | | | |
| Less: | | | | | | |
| Credit card fees | | 22,517 | 25,206 | | | |
| Collection costs | | 22,500 | 22,193 | | | |
| Adjusted gross operating revenue | | 856,501 | 900,192 | | | |
| Operating expenses: | | | | | | |
| Advertising | 50% | 5,337 | 2,739 | | 10,673 | 5,477 |
| Building Services | 80% | 74,941 | 84,546 | | 93,676 | 105,682 |
| Contributions | 100% | 6,900 | 3,400 | | 6,900 | 3,400 |
| Depreciation | 50% | 17,745 | 19,969 | | 35,489 | 39,938 |
| Auto | 50% | 4,339 | 5,003 | | 8,678 | 10,005 |
| Equipment rental | 50% | 2,115 | 3,922 | | 4,229 | 7,844 |
| Insurance | 50% | 22,199 | 34,643 | | 44,397 | 69,286 |
| Interest | 50% | 0 | 1,114 | | 0 | 2,228 |
| Legal and accounting | Actual | 118,179 | 115,584 | | 118,179 | 115,584 |
| Marketing | 50% | 3,185 | 1,965 | | 6,370 | 3,930 |
| Office supplies | 50% | 20,746 | 21,196 | | 41,492 | 42,392 |
| Outside services | 50% | 25,348 | 11,121 | | 50,696 | 22,241 |
| Pension expense | 50% | 13,961 | 15,253 | | 27,922 | 30,506 |
| Rent | 50% | 0 | 0 | | 0 | 0 |
| Salaries | 50% | 84,541 | 87,554 | | 169,082 | 175,108 |
| Security | 80% | 126,441 | 124,649 | | 158,051 | 155,811 |
| Taxes, payroll and other | 50% | 6,210 | 7,078 | | 12,419 | 14,156 |
| Telephone | 50% | 7,397 | 6,832 | | 14,774 | 13,664 |
| Travel and entertainment | 50% | 8,006 | 12,570 | | 16,012 | 25,140 |
| Utilities | 50% | 23,588 | 21,147 | | 47,176 | 42,294 |
| Total | | 571,165 | 580,283 | | 866,215 | 884,686 |
| Net operating income from Union Square Dock | | 285,336 | 319,999 | | | |
| Times applicable rate | | 0.15 | 0.15 | | | |
| Amount due the City of Bridgeport - 2001 | | 42,800 | 47,986 | | | |
| Total amount due City of Bridgeport - 2000 unpaid to date | | | 42,800 | | | |
| Balance due City of Bridgeport as of 12/31/01 | | | 90,787 | | | |

Union Square Dock Rehabilitation:

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

AD 001922

Source: Bridgeport Port Authority's Accountant's workpapers

**Willamette Management Associates**

Expert Report of Alan A. Schachter
June 30, 2004
Page 23

Exhibit 3
2002 Net Revenue Report

Bridgeport Port Authority
Net operating income from Union Square Dock

| | Allocation | 2001 | 2002 | | 0.5 | 0.8 | | |
| | | | | | | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| Operating revenue | | 947,591 | 984,926 | | | | |
| Less: | | | | | | | |
| Credit card fees | | 25,206 | 27,044 | | | | |
| Collection costs | | 22,193 | 22,500 | | | | |
| Adjusted gross operating revenue | | 900,192 | 935,382 | | | | |
| Operating expenses: | | | | | | | |
| Advertising | 50% | 2,739 | 6,031 | | 5,477 | 12,061 | |
| Building Services | 80% | 84,546 | 73,189 | | 105,682 | 91,486 | |
| Contributions | 100% | 3,400 | 4,050 | | 3,400 | 4,050 | |
| Depreciation | 50% | 19,969 | 59,520 | | 39,938 | 119,039 | |
| Auto | 50% | 5,003 | 5,210 | | 10,005 | 10,420 | |
| Equipment rental | 50% | 3,922 | 3,649 | | 7,844 | 7,298 | |
| Insurance | 50% | 34,643 | 48,102 | | 69,286 | 96,203 | |
| Interest | 50% | 1,114 | 194 | | 2,228 | 387 | |
| Legal and accounting | Actual | 115,584 | 121,078 | | 115,584 | 121,078 | |
| Marketing | 50% | 1,965 | 4,850 | | 3,930 | 9,700 | |
| Office supplies | 50% | 21,196 | 27,829 | | 42,392 | 55,658 | |
| Outside services | 50% | 11,121 | 32,337 | | 22,244 | 64,673 | |
| Pension expense | 50% | 15,253 | 15,290 | | 30,506 | 30,579 | |
| Rent | 50% | 0 | 0 | | 0 | 0 | |
| Salaries | 50% | 87,554 | 101,569 | | 175,108 | 203,137 | |
| Security | 80% | 124,649 | 165,522 | | 155,811 | 206,902 | |
| Taxes, payroll and other | 50% | 7,078 | 8,022 | | 14,156 | 16,043 | |
| Telephone | 50% | 6,832 | 5,890 | | 13,664 | 11,779 | |
| Travel and entertainment | 50% | 12,570 | 10,258 | | 25,140 | 20,516 | |
| Utilities | 50% | 21,147 | 25,413 | | 42,294 | 50,825 | |
| Total | | 580,283 | 717,997 | | 884,686 | 1,131,634 | |

| | | 2001 | 2002 |
|---|---|---|---|
| Net operating income from Union Square Dock | | 319,909 | 217,385 |
| Times applicable rate | | 0.15 | 0.15 |
| Amount due the City of Bridgeport - 2002 | | 47,986 | 32,608 |
| Total amount due City of Bridgeport - 2001 unpaid to date | | | 47,986 |
| Balance due City of Bridgeport as of 12/31/02 | | | 80,594 |

Union Square Dock Rehabilitation:

In 1994 the City of Bridgeport in cooperation with the Connecticut Department
of Transportation applied for and was granted a $1.87 million grant to re-
habilitate Union Square Dock and construct a Ferry Boat Terminal Building.
In November 1994, the City authorized the Authority, as the owner of the dock,
to administer the grant and manage the construction.

AD 001456

Source: Bridgeport Port Authority's Accountant's workpapers

**Willamette Management Associates**