EXHIBIT 4

**Exhibit 4**
**Summary**
**Tariff Overcharge Calculated According to the Port Authority's Net Revenue Reports, as Adjusted**

| ($000s) | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ferryboat Tariffs Collected [a] | $ 261.3 | $ 449.7 | $ 461.4 | $ 649.0 | $ 678.1 | $ 712.2 | $ 804.3 | $ 901.5 | $ 947.6 | $ 984.9 | [c] $ 1,292.4 | |
| Less: | | | | | | | | | | | | |
| Credit Card fees | 5.8 | 11.3 | 12.1 | 18.9 | 19.4 | 20.0 | 24.0 | 22.5 | 25.2 | 27.0 | 34.7 | |
| Collection costs | 11.2 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.5 | 22.2 | 22.5 | 29.2 | |
| | 17.0 | 33.8 | 34.6 | 41.4 | 41.9 | 42.5 | 46.5 | 45.0 | 47.4 | 49.5 | 63.9 | |
| Net Ferryboat Tariffs Collected | 244.3 | 415.9 | 426.8 | 607.7 | 636.3 | 669.7 | 757.8 | 856.5 | 900.2 | 935.4 | 1,228.5 | |
| Adjusted Water Street Dock Operating Expenses [b]: | 77.9 | 105.7 | 135.4 | 244.1 | 201.1 | 324.2 | 383.5 | 432.2 | 439.9 | 483 | 491.6 | |
| Excess Tariffs Collected over Adjusted Water Street Dock Operating Expenses | $ 166.4 | $ 310.3 | $ 291.4 | $ 363.6 | $ 435.1 | $ 345.5 | $ 374.3 | $ 424.3 | $ 460.3 | $ 452.5 | $ 736.9 | $ 4,360.7 |

a - Per annual audited financial statements.
b - Per my review as explained in Section 3.2 of this report, detailed in Exhibit 4, pages two through sixteen.
c - Audited financial statements were not available at the time of our review. Expenses for 2003 were obtained from the Bridgeport Port Authority's general ledger and we assumed that the Port Authority allocation would be based on the allocation percentages used in its 2002 Net Revenue Report.

**Source:** Bridgeport Port Authority's audited financial statements, its auditor's workpapers, general ledgers, Net Revenue Reports, and Willamette Management Associates calculations

**Exhibit 4**

**1997 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation [b] | | Adjusted Allocation [c] | | |
|---|---|---|---|---|---|---|
| **Office Expenses** | | | | | | |
| Office supplies and expense | $ 5,919 | 50% | $ 2,960 | 50% | $ 2,960 | |
| Equipment rental | 3,572 | 50% | 1,786 | 50% | 1,786 | |
| Outside services | 19,265 | 50% | 9,632 | 50% | 9,633 | |
| Rent | 16,667 | 50% | 8,333 | 50% | 8,334 | |
| Insurance - general | 798 | 50% | 399 | 50% | 399 | |
| Telephone | 8,698 | 50% | 4,349 | 50% | 4,349 | |
| | 54,919 | | 27,459 | | 27,460 | |
| **Personnel Costs** | | | | | | |
| Salaries | 82,595 | 50% | 41,298 | 33% | 27,256 | [f] |
| Insurance - health | 3,122 | 50% | 1,561 | 33% | 1,030 | [f] |
| Taxes - payroll | 5,405 | 50% | 2,703 | 33% | 1,784 | [f] |
| Payroll tax penalties | 3,758 | 0% | - | 0% | - | |
| | 94,880 | | 45,561 | | 30,070 | |
| **Development and Promotional** | | | | | | |
| Advertising | 6,902 | 50% | 3,451 | 10% | 690 | [g] |
| Marketing and promotion | 1,995 | 50% | 997 | 10% | 200 | [g] |
| Travel and Entertainment | 3,032 | 50% | 1,516 | 10% | 303 | [g] |
| | 11,929 | | 5,964 | | 1,193 | |
| **Professional Services** | | | | | | |
| Professional fees - accounting | 3,745 | Actual | 3,745 | 50% | 1,873 | [i] |
| Professional fees - legal | 34,618 | Actual | 26,755 | 50% | 17,309 | [i] |
| subtotal | 38,363 | | 30,500 | | 19,182 | |
| **Non-Cash Expenses** | | | | | | |
| Depreciation and amortization | 440 | 50% | 220 | 0% | - | [m] |
| Total | $ 200,531 | | $ 109,704 | | $ 77,904 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**1994 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | | BPA Allocation [b] | | Adjusted Allocation [c] | |
|---|---|---|---|---|---|---|
| Office Expenses | | | | | | |
| Office supplies and expense | $ 17,059 | 50% | $ 8,530 | 50% | $ 8,530 | |
| Equipment rental | 4,354 | 50% | 2,177 | 50% | 2,177 | |
| Outside services | 24,470 | 50% | 12,235 | 50% | 12,235 | |
| Rent | 25,000 | 50% | 12,500 | 50% | 12,500 | |
| Insurance - general | 3,644 | 50% | 1,822 | 50% | 1,822 | |
| Taxes - other | 742 | 50% | 371 | 50% | 371 | |
| Telephone | 8,932 | 50% | 4,466 | 50% | 4,466 | |
| | 84,201 | | 42,101 | | 42,101 | |
| Personnel Costs | | | | | | |
| Salaries | 105,878 | 50% | 52,939 | 33% | 34,940 | [f] |
| Insurance - health | 12,893 | 50% | 6,447 | 33% | 4,255 | [f] |
| Taxes - payroll | 9,664 | 50% | 4,832 | 33% | 3,189 | [f] |
| | 128,435 | | 64,218 | | 42,384 | |
| Development and Promotional | | | | | | |
| Advertising | 5,308 | 50% | 2,654 | 10% | 531 | [g] |
| Marketing and promotion | 3,811 | 50% | 1,905 | 10% | 381 | [g] |
| Travel and Entertainment | 11,314 | 50% | 5,657 | 10% | 1,131 | [g] |
| Special events | 41,648 | 0% | - | 0% | - | |
| Contributions | 31,113 | 100% | 31,113 | 0% | - | [h] |
| | 93,194 | | 41,329 | | 2,043 | |
| Professional Services | | | | | | |
| Professional fees - accounting | 11,300 | Actual | 11,300 | 50% | 5,650 | [i] |
| Professional fees - legal | 26,953 | Actual | 11,981 | 50% | 13,477 | [i] |
| subtotal | 38,253 | | 23,281 | | 19,127 | |
| Non-Cash Expenses | | | | | | |
| Depreciation and amortization | 7,514 | | 1,426 | 0% | - | [m] |
| Total | $ 351,597 | | $ 172,354 | | $ 105,654 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

**Source:** Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**

**1996 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation % | BPA Allocation [b] | Adjusted Allocation % | Adjusted Allocation [c] | |
|---|---|---|---|---|---|---|
| Building and Grounds [d] | | | | | | |
| Security - building and grounds | $ 68,005 | 50% | $ 34,003 | 50% | $ 34,003 | |
| Building services | 68,719 | 50% | 34,360 | 50% | 34,360 | |
| Utilities | 33,421 | 50% | 16,711 | 50% | 16,711 | |
| Insurance - general | 8,437 | 50% | 4,219 | 50% | 4,219 | |
| Taxes - other | 102 | 50% | 51 | 50% | 51 | |
| Outside services | 67,764 | 50% | 33,882 | 50% | 33,882 | |
| | 246,448 | | 123,224 | | 123,224 | |
| Office Expenses | | | | | | |
| Office supplies and expense | 22,660 | 50% | 11,330 | 50% | 11,330 | |
| Equipment rental | 6,425 | 50% | 3,213 | 50% | 3,213 | |
| Telephone | 10,797 | 50% | 5,399 | 50% | 5,399 | |
| | 39,882 | | 19,941 | | 19,941 | |
| Personnel Costs | | | | | | |
| Salaries | 97,670 | 50% | 48,835 | 33% | 32,231 | [f] |
| Insurance - health | 8,156 | 50% | 4,078 | 33% | 2,691 | [f] |
| Taxes - payroll | 8,878 | 50% | 4,439 | 33% | 2,930 | [f] |
| | 114,704 | | 57,352 | | 37,852 | |
| Development and Promotional | | | | | | |
| Advertising | 15,903 | 50% | 7,952 | 10% | 1,590 | [g] |
| Marketing and promotion | 7,678 | 50% | 3,839 | 10% | 768 | [g] |
| Travel and Entertainment | 5,268 | 50% | 2,634 | 10% | 527 | [g] |
| Special events | 2,999 | 0% | - | 0% | - | |
| Contributions | 3,114 | 100% | 3,114 | 0% | - | [h] |
| | 34,962 | | 17,539 | | 2,885 | |
| Professional Services | | | | | | |
| Professional fees - accounting | 9,050 | "Actual" | 9,050 | 50% | 4,525 | [i] |
| Professional fees - legal | 111,268 | "Actual" | 111,268 | 50% | 55,634 | [i] |
| subtotal | 120,318 | | 120,318 | | 60,159 | |
| Other Activities | | | | | | |
| Interest | 5,528 | 0% | - | 0% | - | [n] |
| | 5,528 | | - | | | |
| Non-Cash Expenses | | | | | | |
| Depreciation and amortization | 47,210 | 50% | 23,605 | 0% | - | [m] |
| Total | $ 609,052 | | $ 361,979 [e] | | $ 244,061 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

d - In late 1995, Birdgeport Port Authority finished a terminal building on the port site that was funded through grants and moved its operations into that building. 1996 was the first full year that the Port Authority incurred expenses related to the building.

e - An error was made in the 1995 calculation that was corrected in the 1996 calculation. I used the corrected amounts in this analysis.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**1997 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation | [b] | | Adjusted Allocation | [c] | |
|---|---|---|---|---|---|---|---|
| Building and Grounds | | | | | | | |
| Security - building and grounds | $ 60,786 | 50% | $ 30,393 | | 50% | $ 30,393 | |
| Building services | 70,691 | 50% | 35,346 | | 50% | 35,346 | |
| Utilities | 24,978 | 50% | 12,490 | | 50% | 12,489 | |
| Insurance - general | 13,773 | 50% | 6,887 | | 50% | 6,887 | |
| Taxes - other | 40 | 50% | 20 | | 50% | 20 | |
| Outside services | 15,697 | 50% | 7,849 | | 50% | 7,849 | |
| | 185,965 | | 92,984 | | | 92,983 | |
| Office Expenses | | | | | | | |
| Office supplies and expense | 29,680 | 50% | 14,840 | | 50% | 14,840 | |
| Equipment rental | 5,889 | 50% | 2,945 | | 50% | 2,945 | |
| Telephone | 10,416 | 50% | 5,208 | | 50% | 5,208 | |
| | 45,985 | | 22,993 | | | 22,993 | |
| Personnel Costs | | | | | | | |
| Salaries | 105,687 | 50% | 52,844 | | 33% | 34,877 | [f] |
| Insurance - health | 13,289 | 50% | 6,645 | | 33% | 4,385 | [f] |
| Taxes - payroll | 9,321 | 50% | 4,661 | | 33% | 3,076 | [f] |
| Pension expense | 6,000 | 50% | 3,000 | | 33% | 1,980 | [f] |
| | 134,297 | | 67,149 | | | 44,318 | |
| Development and Promotional | | | | | | | |
| Advertising | 3,133 | 50% | 1,567 | | 10% | 313 | [g] |
| Marketing and promotion | 5,357 | 50% | 2,679 | | 10% | 536 | [g] |
| Travel and Entertainment | 5,732 | 50% | 2,866 | | 10% | 573 | [g] |
| Automobile expense | 6,038 | 50% | 3,019 | | 10% | 604 | [g] |
| Contributions | 4,500 | 100% | 4,500 | | 0% | - | [h] |
| | 24,760 | | 14,630 | | | 2,026 | |
| Professional Services | | | | | | | |
| Professional fees - accounting | 13,715 | "Actual" | 13,715 | | 50% | 6,858 | [i] |
| Professional fees - legal | 63,906 | "Actual" | 63,906 | | 50% | 31,953 | [i] |
| subtotal | 77,621 | | 77,621 | | | 38,811 | |
| Other Activities | | | | | | | |
| Interest | 12,938 | 50% | 6,469 | | 0% | - | [n] |
| | 12,938 | | 6,469 | | | - | |
| Non-Cash Expenses | | | | | | | |
| Depreciation and amortization | 51,169 | 50% | 25,585 | | 0% | - | [m] |
| Total | $ 532,735 | | $ 307,429 | [d] | | $ 201,130 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail
b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.
c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.
d - In 1997, an immaterial adjustment was made for 1996 interest that was excluded from the calculation in that year.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**1999 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation [b] | | Adjusted Allocation [c] | | |
|---|---|---|---|---|---|---|
| Building and Grounds | | | | | | |
| Security - building and grounds | $ 158,265 | 80% | $ 126,612 | 80% | $ 126,612 | |
| Building services | 87,662 | 80% | 70,130 | 80% | 70,130 | |
| Utilities | 34,941 | 50% | 17,471 | 50% | 17,471 | |
| Insurance - general | 20,878 | 50% | 10,439 | 50% | 10,439 | |
| Taxes - other | 202 | 50% | 101 | 50% | 101 | |
| Outside services | 25,832 | 50% | 12,916 | 50% | 12,916 | |
| | 327,780 | | 237,668 | | 237,668 | |
| Office Expenses | | | | | | |
| Office supplies and expense | 38,664 | 50% | 19,332 | 50% | 19,332 | |
| Equipment rental | 5,515 | 50% | 2,758 | 50% | 2,758 | |
| Telephone | 12,011 | 50% | 6,006 | 50% | 6,006 | |
| | 56,190 | | 28,095 | | 28,095 | |
| Personnel Costs | | | | | | |
| Salaries | 160,377 | 50% | 80,189 | 33% | 52,924 | [f] |
| Insurance - health | 16,875 | 50% | 8,438 | 33% | 5,569 | [f] |
| Taxes - payroll | 14,127 | 50% | 7,064 | 33% | 4,662 | [f] |
| Pension expense | 9,609 | 50% | 4,805 | 33% | 3,171 | [f] |
| | 200,988 | | 100,494 | | 66,326 | |
| Development and Promotional | | | | | | |
| Advertising | 9,417 | 50% | 4,709 | 10% | 942 | [g] |
| Marketing and promotion | 5,772 | 50% | 2,886 | 10% | 577 | [g] |
| Travel and Entertainment | 17,096 | 50% | 8,548 | 10% | 1,710 | [g] |
| Automobile expense | 11,541 | 50% | 5,770 | 10% | 1,154 | [g] |
| Contributions | 6,175 | 100% | 6,175 | 0% | - | [h] |
| | 50,001 | | 28,087 | | 4,383 | |
| Professional Services | | | | | | |
| Professional fees - accounting | 24,100 | "Actual" | 24,100 | 50% | 12,050 | [i] |
| Professional fees - legal | 69,872 | "Actual" | 69,872 | 50% | 34,936 | [i] |
| subtotal | 93,972 | | 93,972 | | 46,986 | |
| Other Activities | | | | | | |
| Interest | 3,110 | 50% | 1,555 | 0% | - | [n] |
| Security - Cartech | 40,527 | 0% | - | 0% | - | |
| Car Tech expenses | 3,772 | 0% | - | 0% | - | |
| | 47,409 | | 1,555 | | - | |
| Non-Cash Expenses | | | | | | |
| Depreciation and amortization | 36,935 | 50% | 18,468 | 0% | - | [m] |
| Total | $ 813,275 | | $ 508,339 | | $ 383,458 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**2000 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation [b] | | Adjusted Allocation [c] | | |
|---|---|---|---|---|---|---|
| Building and Grounds | | | | | | |
| Security - building and grounds | $ 158,051 | 80% | $ 126,441 | 80% | $ 126,441 | |
| Building services | 93,676 | 80% | 74,941 | 80% | 74,941 | |
| Utilities | 47,176 | 50% | 23,588 | 50% | 23,588 | |
| Insurance - general | 26,298 | 50% | 13,149 | 50% | 13,149 | |
| Taxes - other | 890 | 50% | 445 | 50% | 445 | |
| Outside services | 50,696 | 50% | 25,348 | 50% | 25,348 | |
| | 376,787 | | 263,912 | | 263,912 | |
| Office Expenses | | | | | | |
| Office supplies and expense | 41,490 | 50% | 20,745 | 50% | 20,745 | |
| Equipment rental | 4,229 | 50% | 2,115 | 50% | 2,115 | |
| Telephone | 14,774 | 50% | 7,387 | 50% | 7,387 | |
| | 60,493 | | 30,247 | | 30,247 | |
| Personnel Costs | | | | | | |
| Salaries | 169,082 | 50% | 84,542 | 33% | 55,797 | [f] |
| Insurance - health | 18,099 | 50% | 9,050 | 33% | 5,973 | [f] |
| Taxes - payroll | 11,529 | 50% | 5,765 | 33% | 3,805 | [f] |
| Pension expense | 27,922 | 50% | 13,961 | 33% | 9,214 | [f] |
| | 226,632 | | 113,317 | | 74,789 | |
| Development and Promotional | | | | | | |
| Advertising | 10,673 | 50% | 5,337 | 10% | 1,067 | [g] |
| Marketing and promotion | 6,370 | 50% | 3,185 | 10% | 637 | [g] |
| Travel and Entertainment | 16,012 | 50% | 8,006 | 10% | 1,601 | [g] |
| Automobile expense | 8,678 | 50% | 4,339 | 10% | 868 | [g] |
| Special events | 10,430 | 0% | - | 0% | - | |
| Contributions | 6,900 | 100% | 6,900 | 0% | - | [h] |
| | 59,063 | | 27,767 | | 4,173 | |
| Professional Services | | | | | | |
| Professional fees - accounting | 29,600 | "Actual" | 29,600 | 50% | 14,800 | [i] |
| Professional fees - legal | 88,579 | "Actual" | 88,579 | 50% | 44,290 | [i] |
| subtotal | 118,179 | | 118,179 | | 59,090 | |
| Other Activities | | | | | | |
| Security - Cartech | 51,591 | 0% | - | 0% | - | |
| Car Tech expenses | 3,593 | 0% | - | 0% | - | |
| | 55,184 | | - | | | |
| Non-Cash Expenses | | | | | | |
| Depreciation and amortization | 35,489 | 50% | 17,745 | 0% | - | [m] |
| Total | $ 931,827 | | 571,165 | | $ 432,209 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**2001 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation [b] | | Adjusted Allocation [c] | | |
|---|---|---|---|---|---|---|
| **Building and Grounds** | | | | | | |
| Security - building and grounds | $ 155,811 | 80% | $ 124,649 | 80% | $ 124,649 | |
| Building services | 105,682 | 80% | 84,546 | 80% | 84,546 | |
| Utilities | 42,294 | 50% | 21,147 | 50% | 21,147 | |
| Insurance - general | 51,634 | 50% | 25,817 | 50% | 25,817 | |
| Taxes - other | 51 | 50% | 26 | 50% | 26 | |
| Outside services | 22,241 | 50% | 11,121 | 50% | 11,121 | |
| | 377,713 | | 267,304 | | 267,304 | |
| **Office Expenses** | | | | | | |
| Office supplies and expense | 42,532 | 50% | 21,196 [d] | 50% | 21,266 | |
| Equipment rental | 7,844 | 50% | 3,922 | 50% | 3,922 | |
| Telephone | 13,664 | 50% | 6,832 | 50% | 6,832 | |
| | 64,040 | | 31,950 | | 32,020 | |
| **Personnel Costs** | | | | | | |
| Salaries | 175,108 | 50% | 87,554 | 33% | 57,786 | [f] |
| Insurance - health | 17,652 | 50% | 8,826 | 33% | 5,825 | [f] |
| Taxes - payroll | 14,104 | 50% | 7,052 | 33% | 4,654 | [f] |
| Pension expense | 30,507 | 50% | 15,254 | 33% | 10,067 | [f] |
| | 237,371 | | 118,686 | | 78,332 | |
| **Development and Promotional** | | | | | | |
| Advertising | 5,477 | 50% | 2,739 | 10% | 548 | [g] |
| Marketing and promotion | 3,930 | 50% | 1,965 | 10% | 393 | [g] |
| Travel and Entertainment | 25,140 | 50% | 12,570 | 10% | 2,514 | [g] |
| Automobile expense | 10,005 | 50% | 5,003 | 10% | 1,001 | [g] |
| Contributions | 3,400 | 100% | 3,400 | 0% | - | [h] |
| | 47,952 | | 25,676 | | 4,455 | |
| **Professional Services** | | | | | | |
| Professional fees - accounting | 33,800 | "Actual" | 33,800 | 50% | 16,900 | [i] |
| Professional fees - legal | 81,784 | "Actual" | 81,784 | 50% | 40,892 | [i] |
| subtotal | 115,584 | | 115,584 | | 57,792 | |
| **Other Activities** | | | | | | |
| Interest | 2,228 | 50% | 1,114 | 0% | - | [n] |
| Security - Cartech | 49,577 | 0% | - | 0% | - | |
| Car Tech expenses | 2,825 | 0% | - | 0% | - | |
| | 54,630 | | 1,114 | | - | |
| **Non-Cash Expenses** | | | | | | |
| Depreciation and amortization | 39,938 | 50% | 19,969 | 0% | - | [m] |
| Total | $ 937,228 | | $ 580,283 | | $ 439,904 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

d - Bridgeport Port Authority Net Revenue Report report contained an immaterial error in its calculation.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**2002 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation | [b] | Adjusted Allocation | [c] | |
|---|---|---|---|---|---|---|
| Building and Grounds | | | | | | |
| Security - building and grounds | $ 169,495 | 80% | $ 135,596 | 80% | $ 135,596 | |
| Building services | 91,486 | 80% | 73,189 | 80% | 73,189 | |
| Utilities | 50,825 | 50% | 25,413 | 50% | 25,413 | |
| Insurance - general | 74,067 | 50% | 37,034 | 50% | 37,034 | |
| Outside services | 37,493 | 50% | 18,747 | 50% | 18,747 | |
| | 423,366 | | 289,977 | | 289,977 | |
| Office Expenses | | | | | | |
| Office supplies and expense | 55,661 | 50% | 27,831 | 50% | 27,831 | |
| Equipment rental | 7,298 | 50% | 3,649 | 50% | 3,649 | |
| Telephone | 11,779 | 50% | 5,890 | 50% | 5,890 | |
| | 74,738 | | 37,369 | | 37,369 | |
| Personnel Costs | | | | | | |
| Salaries | 203,136 | 50% | 101,568 | 33% | 67,035 | [f] |
| Insurance - health | 22,136 | 50% | 11,068 | 33% | 7,305 | [f] |
| Taxes - payroll | 16,043 | 50% | 8,022 | 33% | 5,294 | [f] |
| Pension expense | 30,579 | 50% | 15,290 | 33% | 10,091 | [f] |
| | 271,894 | | 135,947 | | 89,725 | |
| Development and Promotional | | | | | | |
| Advertising | 12,061 | 50% | 6,031 | 10% | 1,206 | [g] |
| Marketing and promotion | 9,700 | 50% | 4,850 | 10% | 970 | [g] |
| Travel and Entertainment | 20,515 | 50% | 10,258 | 10% | 2,052 | [g] |
| Automobile expense | 10,420 | 50% | 5,210 | 10% | 1,042 | [g] |
| Contributions | 4,050 | 100% | 4,050 | 0% | - | [h] |
| | 56,746 | | 30,398 | | 5,270 | |
| Professional Services | | | | | | |
| Professional fees - accounting | 37,500 | "Actual" | 37,500 | 50% | 18,750 | [i] |
| Professional fees - legal | 83,578 | "Actual" | 83,578 | 50% | 41,789 | [i] |
| subtotal | 121,078 | | 121,078 | | 60,539 | |
| Other Activities | | | | | | |
| Interest | 387 | 50% | 194 | 0% | - | [n] |
| Outside services - Mr. Panuzio | 27,180 | 50% | 13,590 | 0% | - | [k] |
| Security - Cartech | 37,407 | 80% | 29,926 | 0% | - | [l] |
| Car Tech expenses | 2,400 | 0% | - | 0% | - | |
| | 67,374 | | 43,709 | | | |
| Non-Cash Expenses | | | | | | |
| Depreciation and amortization | 119,038 | 50% | 59,519 | 0% | - | [m] |
| Total | $ 1,134,234 | | $ 717,997 | | $ 482,880 | |

a - Per audited financial statements, accountant's workpapers and general ledger detail

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**2003 Expense Allocation Analysis**

| Operating Expenses | Total Expense [a] | BPA Allocation [b] | | Adjusted Allocation [c] | | |
|---|---|---|---|---|---|---|
| **Building and Grounds** | | | | | | |
| Security - building and grounds | $ 159,956 | 80% | $ 127,965 | 80% | $ 127,965 | |
| Building services | 89,371 | 80% | 71,497 | 80% | 71,497 | |
| Utilities | 41,414 | 50% | 20,707 | 50% | 20,707 | |
| Insurance - general | 94,565 | 50% | 47,283 | 50% | 47,283 | |
| Taxes - other | 581 | 50% | 291 | 50% | 291 | |
| Outside services | 38,158 | 50% | 19,079 | 50% | 19,079 | |
| | 424,045 | | 286,821 | | 286,821 | |
| **Office Expenses** | | | | | | |
| Office supplies and expense | 68,063 | 50% | 34,032 | 50% | 34,032 | |
| Equipment rental | 6,414 | 50% | 3,207 | 50% | 3,207 | |
| Telephone | 10,755 | 50% | 5,378 | 50% | 5,378 | |
| | 85,232 | | 42,616 | | 42,616 | |
| **Personnel Costs** | | | | | | |
| Salaries | 201,400 | 50% | 100,700 | 33% | 66,462 | [f] |
| Insurance - health | 28,061 | 50% | 14,031 | 33% | 9,260 | [f] |
| Taxes - payroll | 18,667 | 50% | 9,334 | 33% | 6,160 | [f] |
| Pension expense | 36,340 | 50% | 18,170 | 33% | 11,992 | [f] |
| | 284,468 | | 142,234 | | 93,874 | |
| **Development and Promotional** | | | | | | |
| Advertising | 8,128 | 50% | 4,064 | 10% | 813 | [g] |
| Marketing and promotion | 13,267 | 50% | 6,634 | 10% | 1,327 | [g] |
| Travel and Entertainment | 16,346 | 50% | 8,173 | 10% | 1,635 | [g] |
| Automobile expense | 8,730 | 50% | 4,365 | 10% | 873 | [g] |
| Contributions | 3,000 | 100% | 3,000 | 0% | - | [h] |
| | 49,471 | | 26,236 | | 4,647 | |
| **Professional Services** | | | | | | |
| Professional fees - accounting | 56,177 | "Actual" | 56,177 | 50% | 28,089 | [i] |
| Professional fees - legal | 71,026 | "Actual" | 71,026 | 50% | 35,513 | [i] |
| Professional fees - related to current matter | 197,839 | "Actual" | 197,839 | 0% | - | [j] |
| subtotal | 325,042 | | 325,042 | | 63,602 | |
| **Other Activities** | | | | | | |
| Interest [d] | 2,732 | 50% | 1,366 | 0% | - | [n] |
| Outside services - Mr. Panuzio | 33,701 | 50% | 16,851 | 0% | - | [k] |
| Security - Cartech | 40,233 | 80% | 32,186 | 0% | - | |
| Car Tech expenses | 8,650 | 0% | - | 0% | - | |
| | 85,316 | | 50,403 | | - | |
| **Non-Cash Expenses** | | | | | | |
| Depreciation and amortization [e] | 122,000 | 50% | 61,000 | 0% | - | [m] |
| Total | $ 1,375,574 | | $ 934,351 | | $ 491,560 | |

a - Expenses for 2003 were obtained from the Bridgeport Port Authority's general ledger

b - Port Authority allocation of operating expenses to the Bridgeport Union Square Dock, also known as the Water Street Dock, was based on prior years' allocation percentages. The Bridgeport Port Authority performs this allocation for purpose of paying the City of Bridgeport 15 percent of net operating income relative to that property, under the agreement between the City of Bridgeport and the Port Authority.

c - Per my review as discussed in Section 3.2 of this report. See explanations at Exhibit 4, page 13.

d - Expenses in the general ledger for 2003 are preliminary and before year end adjustment. I reduced interest expense by the amount typically capitalized by the Port Authority.

e - Expenses in the general ledger for 2003 are preliminary and before year end adjustment. I included an additional $92,000 of depreciation, which is consistent with the prior year.

Source: Bridgeport Port Authority's audited financial statements, general ledgers, Net Revenue Report, and Willamette Management Associates calculations

**Exhibit 4**
**Endnotes**

f) Personnel costs - salaries, payroll taxes, pension and health insurance: I adjusted the allocation of salaries, payroll taxes, pension and health insurance from 50 percent (as reported by the Port Authority) to 33 percent. The Port Authority employs three individuals, Joseph Riccio, Martha Klimas and Charmaine Johnson. Mr Riccio is the executive director, Ms. Klimas is the development director, and Ms. Johnson is the administrative assistant.[1] My adjustment of personnel costs allocable to the ferry operation is based on my estimation that the equivalent of one full-time individual's time relates to the ferry operation. Based upon a review of the documents set forth in exhibit 2, in particular, the deposition transcripts of the three employees, it appears that each of the employees spends time on both the ferry business and the other projects undertaken by the Port Authority.

Mr. Riccio, as executive director, oversees all of the projects and acts as the Port Authority representative to governmental agencies and trade organizations. To fulfill these duties, Mr. Riccio travels extensively. Mr. Riccio testified that his business travels includes numerous trips to Washington D.C. and other cities.[2] Mr. Riccio testified that he charges the expenses related to this travel to the Port Authority's credit card.[3] The Port Authority produced the credit card statements for January 2003 through April 2004 (a sixteen month period). The statements indicate that Mr. Riccio took in excess of fourteen business trips during the period.[4] Mr. Riccio testified that these trips include fulfilling his duties as a member of the National Association of Port Authorities, the Marine Economic Development Committee, making "congressional calls," and attending conferences.[5] I am aware of no evidence that these out-of-town trips related to the ferry operations. In addition to the out-of-town trips, Mr. Riccio, or his predecessor as Executive Director, Edward Oppel, oversees the projects listed in section 2.0 of this report.

Ms. Klimas is the development director for the Port Authority. Ms. Klimas began employment with the BPA in November 1997. Her salary was initially paid for by a governmental grant for waterfront development.[6] Ms. Klimas defines her role with the Port Authority as "assisting the Port Authority with the operations and development of the waterfront facilities and businesses in the Bridgeport area.[7] According to Charmaine Johnson, the administrative assistant, Ms. Klimas is responsible for managing government grants and the Bridgeport Regional Maritime Complex.[8]

Ms. Klimas testified that her job description initially included working with the Ferry Company on marketing and development efforts.[9] However, Ms. Klimas testified that she has since only communicated with Fred Hall (Vice President and General Manager of the Ferry Company)

[1] BPA 001475.
[2] Riccio deposition, taken March 8, 2004, pages 55-57.
[3] Ibid, page 60.
[4] BPA 002321-002396.
[5] Riccio deposition, taken March 8, 2004, pages 55-57.
[6] Minutes of Commissioners meeting, Bridgeport Port Authority, January 23, 1998 (BPA 507-512).
[7] Klimas deposition, taken February 24, 2004, page 13.
[8] Johnson deposition, taken March 4, 2004, pages 10 and 39.
[9] Klimas deposition, taken February 24, 2004, page 13.

**Exhibit 4**
**Endnotes**

regarding ferry related issues on one occasion and with Lou Rinaldo (Manager for the Ferry Company on the Bridgeport side) only when needed to address an incident or other unusual situation.[10] Ms. Klimas testified that she also spends time on special events that are related to the ferry such as the Barnum festival.[11] Ms. Klimas does not keep time sheets to track the time she spends on ferry-related activities.[12]

Ms. Johnson is the administrative assistant. She testified that she handles the accounting/bookkeeping function for the Port Authority, answers the telephone and performs other administrative duties[13]. Ms. Johnson testified that she handles accounting and administrative duties for the "core" business only while Ms. Klimas handles the government grants and the BRMC.[14] A portion of Ms. Johnson's time relates to non-ferry business since she answers the telephone, prepares the payroll tax filings and prepares the monthly financials for the Board of Commissioners. These tasks (among others) concern aspects of the Port Authority's operations that are not related to the ferry operation.

I have also considered the fact that the Port Authority personnel have not kept records of the time they have devoted to particular projects or activities, or to ferry-related activities.

I have also reviewed the Port Authority's telephone bills (which the Port Authority provided only for the period January 2003 to April 2004), and certain analyses of those bills (long-distance calls of ten minutes or longer from the land-based phones, and all calls of ten minutes or longer using the wireless phone). Although I cannot identify many of the persons called, it is evident to me that most of the calls do not relate to the ferry operation. I found only one or two calls to the Ferry Company's office in Port Jefferson. I found many calls to private homes, restaurants and stores.

I also considered the contents of the board of commissioners' meetings, as mentioned in section 2.0 of this report.

Based upon the above, it is my judgment that the equivalent of one full-time employee's time is reasonably spent on the ferry operation. Since the tasks that relate to the ferry business are spread among the three employees, I have allocated one-third of the total salaries, payroll taxes and health benefits.

g) Advertising, marketing and promotion, travel and entertainment and auto expense: I adjusted advertising expense related to the ferry operation from 50 percent to 10 percent. I reviewed the amounts posted to advertising expense in the general ledger (account number 6095). I also reviewed the advertisements placed by the Port Authority that the Port Authority has produced in this case.[15] I also visited the website of the Bridgeport Port Authority. I found that very little, if

[10] Ibid, page 172-173.
[11] Ibid, page 173.
[12] Ibid, page 178.
[13] Johnson deposition, March 4, 2004, page 7.
[14] Ibid, page 39.
[15] BPA 001475-001534.

**Exhibit 4**
**Endnotes**

any, of the advertising done by the Port Authority relates to the ferry. Rather, most of the advertisements and the website appear to focus on attracting businesses such as shipping companies to the waterfront area rather than riders to the ferry. The Port Authority was unable to produce a full set of general ledgers or advertisements for the period in question.

I also adjusted the amount of marketing and promotion, travel and entertainment and auto expense related to the ferry operation from 50 percent to 10 percent. The expenses recorded under these categories consisted primarily of disbursements related to Mr. Riccio's travel and entertainment expenses. According to Mr. Riccio's testimony, he uses a Port Authority credit card to pay these expenses and the Port Authority leases a car for him directly.[16] Mr. Riccio does not maintain expense reports indicating the purpose or details of his travel and entertainment expenses nor does he indicate business or personal portions of the charges.[17] Mr. Riccio testified that he attends a number of political and association meetings relating to the operation of the port. The Port Authority produced copies of the Chase statements for January 2003 through April 2004. As discussed above, a review of the Chase statements and the testimony of Mr. Riccio indicate that a majority of the charges to the Chase card relate to out-of-town trips, local entertaining and auto expenses (such as car washes and gasoline). There was no evidence that these expenses relate to the operation of the ferry.

The auto expense relates to a car that is leased for Mr. Riccio's use by the Port Authority as well as tolls, gasoline and car washes. Mr. Riccio testified that he uses the automobile for commuting and to attend to Port Authority business. In my judgment, the tasks required to oversee the ferry operation do not require the dedicated use of an automobile and therefore, the auto expenses are not directly related to the ferry operation. It is my understanding that the relationship with the ferry company and the management of the dock property are accomplished primarily in the Port Authority offices at the terminal building. Since a portion of this travel may relate indirectly to the ferry operation, in my opinion, a 10 percent allocation at most is appropriate.

h) Charitable Contributions: I adjusted contributions attributable to the ferry operation from 50 percent to 0 percent. In my view, charitable contributions cannot be allocated to any particular segment of the operation. I also believe that it is inappropriate for a government agency to fund its charitable contributions from specific fees paid by a particular segment of the population that the agency serves.

i) Professional fees: Professional fees consist principally of legal and accounting fees. The majority of the accounting fees relate to the annual audit and preparation of the financial statements. The audit covers the entirety of the operations of the Port Authority and therefore relates to both ferry and non-ferry operations. Beginning with the audit of the 2001 financial statements, the Port Authority required additional audit procedures to verify compliance with government grants. Based on my experience as an auditor and a review of the auditor's workpapers, I estimate that 50 percent of the accounting fees relate to the ferry operation.

---

[16] Riccio deposition, March 8, 2004, page 60 and 124.
[17] Johnson deposition, March 4, 2004, page 62-63

**Exhibit 4**
**Endnotes**

I have reviewed the analysis of legal fees prepared by the auditors for each year between 1993 and 2002. The Port Authority retained counsel to represent them in a variety of matters unrelated to the ferry operation. Although the auditor's workpapers briefly describe the issues addressed by the attorneys, I was unable to prepare an analysis of the actual billings since the attorney's bills were not available. In consideration of the wide variety of projects undertaken by the Port Authority (see section 2.0 of the report), I estimated that 50 percent of the legal fees were related to the ferry operation.

j) Professional fees related to this matter (2003 only): I have been asked to assume that the Port Authority's legal fees in this case, in which plaintiffs are challenging the legality and amount of the tariff, are not properly allocable to the ferry operation. Based on my own experience, each side in a lawsuit must bear its own legal fees, unless there is an agreement or law stating otherwise. Therefore, I adjusted the allocation of these expenses to 0 percent.

k) Outside Services – Panuzio (2002 and 2003 only): I was informed that Mr. Panuzio and his firm are consultants retained by the Port Authority to lobby lawmakers on issues unrelated to the ferry business.[18] As such, I adjusted the allocation of this portion of the expense relating to the ferry business to 0 percent.

l) Security – Cartech: I adjusted the portion of security related to the Cartech property to 0% since the expenditure was not related to the ferry operation.

m) Depreciation and Amortization: Depreciation and amortization is a non-cash expense required to be included in the financial statements for reporting purposes. Depreciating an asset is the system of accounting which aims to distribute the cost or other basic value of tangible capital assets over the estimated useful life of the asset in a systematic and rational manner. The capital items being depreciated by the Port Authority were funded entirely or substantially by grants from various governmental agencies. Since the grant revenue is recorded as income by the Port Authority, the depreciation of the resulting capitalized asset is recorded as an offsetting expense. In my opinion, since the Port Authority did not fund the purchase of these assets from its own funds (or from funds derived from tariff revenue or rent revenue), it is improper to consider any of the depreciation as attributable to the ferry operation or as an expense which will offset tariff or rent revenue under these circumstances.

n) Interest: The interest expense appears to relate to certain borrowings of the Port Authority. The majority of the interest in capitalized on the Port Authority's balance sheet as part of the cost basis of Port Authority assets. There is no evidence that any of the remaining interest charges incurred by the Port Authority relate to the ferry operation.

[18] Board of Commissioners minutes, May 23, 2002 (BPA 000377), and Johnson deposition, taken March 4, 2004, page 46.