97

1 to the ferry operation. And a good portion of that
2 study I think had to deal with government grants.
3    Q    Is that what you are recollecting?
4    A    That's what I'm recollecting at this
5 point.
6    Q    And, in your opinion, the dock does not
7 relate to ferry boat operations?
8    A    I didn't say that.
9    Q    I'm sorry. What did you say?
10    A    I said a portion of the dock relates to
11 it. My understanding was that the studies were done
12 for grant purposes, governmental purposes and that
13 not all of the dock relates to the ferry.
14    Q    But part of the dock relates to the ferry?
15    A    I couldn't make that determination.
16    Q    Yet you are removing the entire study?
17    A    Right.
18    Q    The new parking garage designs, who is the
19 parking intended for?
20    A    Yeah. Bridgeport, it doesn't have -- I
21 mean, that garage is down here. It's for anybody
22 that wants to park here.
23    Q    Where is the new garage going? Is it on
24 this property?
25    A    I thought it's down here. Yeah.

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

98

1    Q    Would it be intended for ferry boat
2 riders?
3    A    Might be.
4    Q    Dredging studies, why aren't they related?
5    A    I understood that the ferry boat's draft
6 is such that they wouldn't require -- they can get
7 in here without that type of dredging.
8    Q    Do you know whether or not over a period
9 of time the bottom continues to build up which would
10 require dredging?
11    A    My understanding was -- I don't know that.
12 No.
13    Q    Okay.
14    A    By the way, these outside services that
15 are listed here are among many other -- if you
16 analyze that account you'd see there's a lot of
17 expense with regard to that. So these are some of
18 the ones that were in there.
19    Q    Thank you.
20    A    Okay.
21    Q    It appears I'm back in the salary section
22 in section --
23    A    F.
24    Q    -- F, but on page 3 of 4.
25    A    Uh-huh.

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

99

1    Q    You talk about if -- I guess removing the
2 Port Authority security.
3    A    Right. The fellow at the gate.
4    Q    Yes. And instead employing dock hands to
5 provide daytime security?
6    A    Uh-huh.
7    Q    Who provided this input?
8    A    Management.
9    Q    Okay. With respect to --
10    A    As well as the salary data for that, too.
11    Q    With respect to sub G.
12    A    G.
13    Q    Health insurance. "I've been advised by
14 the management ferry company the cost of medical
15 insurance for nonmanagement employees is
16 6.82 percent of wages."
17    A    Right.
18    Q    Did you independently verify that?
19    A    That was -- that was provided to us.
20    Q    So you did not independently verify that?
21    A    We requested that information and one of
22 my associates obtained that. I don't think they
23 independently verified.
24    Q    Workers' Compensation insurance, sub H --
25    A    Yes.

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

100

1    Q    I've been advised by the management of the
2 ferry company that the cost --
3    A    Same thing.
4    Q    In other words, you did not independently
5 verify that figure.
6       Is that right?
7    A    No. These percentages are such that they
8 are not unusual.
9    Q    Just asked you if you independently
10 verified it?
11    A    No.
12    Q    Thank you.
13       Pension expense. Same question, did you
14 independently verify these figures?
15    A    No. We asked a question, we received an
16 answer.
17    Q    Again, you are relying on what the
18 management of the ferry company has told you in
19 forming or in performing this analysis?
20    A    Yes.
21    Q    With respect to Subsection K, again, we
22 are on salary, but it's additional administrative
23 support. The ferry company advised you that it
24 currently pays administrative personnel for an
25 assistant bookkeeper approximately 21,500 per year?

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

1     A    Uh-huh.
2     Q    I take it you didn't independently verify
3  that?
4     A    No.
5     Q    But you reduced the salary. Why did you
6  reduce the salary?
7     A    Because I trended it back over a number of
8  years.
9     Q    I see. So you went backwards?
10    A    I deflated it.
11    Q    Got you. Thank you.
12        With respect to sub M, security, it states
13  that, "The ferry company management has advised me
14  that daytime security can be provided more
15  economically and just as effectively by the dock
16  hands."
17    A    Correct.
18    Q    You don't have any independent knowledge
19  of that, do you?
20    A    No.
21    Q    With respect to Subsection O, office
22  supplies, you are simply removing the general --
23  what would that be, general office-related expenses?
24    A    G and A, general administrative.
25    Q    It's your opinion that that should not be

1  made that decision.
2     Q    Is that your judgment or their judgment?
3     A    I asked the question and then I made the
4  judgment, if they felt their advertising was
5  sufficient. I think you would have to inquire of
6  them or whoever is over there --
7     Q    I'm trying to figure out --
8     A    I made the decision based on information
9  that was given to me.
10    Q    Let me ask this question: Was it Mr. Hall
11  or somebody from the ferry boat company that said no
12  additional advertising would be necessary?
13    A    Yes.
14    Q    Okay. Is that same -- is that also true
15  with sub S, marketing and promotion?
16    A    Yes.
17    Q    Okay. I guess that's pretty much the same
18  and I've gone through sub T through Z.
19        Would you agree with that?
20    A    T, I agree.
21        Yup.
22    Q    Okay. So is it fair to say that in the
23  majority of these end notes that the assumptions
24  that are made to help you with the model were
25  assumptions that were provided by the ferry boat

1  charged to the ferry company, the ports G and A?
2     A    No. No. No. The office supplies account
3  which is part of G and A.
4     Q    That should not be --
5     A    Bank services charges, computer expense.
6  No. They would have their own bank account. They
7  told us they had their own full blown computer
8  system there that they could easily integrate this
9  operation into that. There would be some economies.
10    Q    I guess the same thing with equipment
11  rental and telephone?
12    A    Same thing.
13    Q    P and Q?
14    A    Yup.
15    Q    R, advertisement, "I've been advised by
16  the ferry management company that currently provides
17  all of the advertisement necessary for ferry boat
18  operation."
19    A    Uh-huh.
20    Q    So is it your judgment that no additional
21  advertising would be necessary or is that the
22  management of the ferry company's assessment?
23    A    I asked the question. I asked them if
24  they do advertising. They told me they wouldn't
25  have to do any more additional advertising, so I

1  company?
2     A    I think I would word that a little
3  differently. I developed a model that required
4  information.
5         I developed a series of questions to
6  obtain that information from ferry boat management.
7  Once I received the answers to my questions, I then
8  determined based on those answers which costs I
9  would include and which costs I would not.
10    Q    Okay. If you didn't have any independent
11  knowledge or any independent basis to determine
12  whether or not these assumptions provided to you by
13  management was correct?
14    A    Some of them would be intuitive like
15  Social Security at 7.65 percent.
16    Q    Well, we didn't cover that. 'cause I knew
17  that was a --
18    A    I mean --
19    Q    Absolutely.
20        But the ones we talked about.
21    A    If you asked me did I audit -- and that's
22  really your question, did you audit the information
23  or the answers?
24        Did you go back as an auditor and audit
25  their information?

105

```
1    Q   Verify the information?
2    A   The answer to that is no.
3    Q   Is that a common practice whenever you
4  prepare expert reports not to independently
5  determine, I guess, the veracity of the information
6  that is supplied to you by the client?
7    A   Well, if the client -- I think there's a
8  difference between being an experienced professional
9  and being in the business community and dealing with
10 these types of businesses over the years and having
11 a professional opinion.
12       If somebody tells me an answer that is
13 just ridiculous I'm going to question them further,
14 but it made sense to me they wouldn't need a car. I
15 mean, I don't understand why the Port Authority has
16 a car when, for instance, the executive director who
17 is the prime user of it lives very close.  I think
18 within 6 miles of here.
19       What I'm saying is it's common practice I
20 obtain the information and I tested it in my
21 professional judgment for reasonableness.  It's very
22 common to do that.  Now -- if I found information
23 that really troubled me I would have gone further.
24    Q   But in this case you didn't?
25    A   I didn't because I wasn't troubled with
```

106

```
1  it.
2    Q   You didn't have any independent knowledge
3  as to whether this was accurate or not?
4    A   I couldn't, for instance -- I didn't get
5  the health insurance bill to see if it actually
6  totalled out to 6.02 percent of salary.
7       But the person who gave us the answer
8  seemed pretty knowledgeable about it and it wasn't
9  out of the realm of my experience with health care
10 costs.
11   Q   Okay.
12   A   The same thing with the explanations that
13 were given to us on some of the other --
14   Q   Such as advertisement?
15   A   Yeah.  I mean, I had experience with the
16 advertisements.  I look at the advertisements in the
17 second model.
18   Q   Sure.
19   A   And I saw it wasn't much for the Port
20 Authority.  Look, it's clear that a commercial
21 business is going to have, you know, the baseball
22 tickets and more likely to have it than a
23 governmental entity.
24   Q   So you would have -- just to make sure I'm
25 clear on this and we are wrapping up here so --
```

107

```
1    A   I understand.
2    Q   In order for you to perform the
3  calculations for this model, the third model, you
4  had to rely upon these assumptions made by your
5  client?
6    A   The information --
7    Q   Right.
8    A   -- that I received.
9    Q   Okay.
10   A   I don't think they were assumptions.  I
11 asked them a question.  They responded.  I had to
12 weigh their response with everything that I had
13 digested in this case and my professional experience
14 and made a decision.
15   Q   They are making some assumptions about the
16 operation of the port authority, are they not?
17   A   In what respect?
18   Q   The need for office supplies, the need for
19 security, the need for professional fees.
20   A   Let's talk about the office supply area.
21   Q   They are making assumptions?
22   A   One of the major expenses in that is
23 computer.  I don't remember the type of computer
24 they had, but they described the system.
25       You know that one of the real economies of
```

108

```
1  when you consolidate some operations are you get rid
2  of one of the other's computer and integrate it in.
3  It's not the same cost.  So I mean, when I was
4  getting answers like that, I mean --
5    Q   Let me ask you this because that's a good
6  point that you just made.
7       Why not get rid of their computers and
8  keep these computers?
9    A   Well, the computer here -- I mean, the
10 system here was not -- it was antiquated really from
11 what I've seen.
12   Q   Okay.
13   A   From what I've seen the bookkeeping here,
14 the recording, the status of the general ledger and
15 the recordkeeping, I want to tell you I would
16 definitely get rid of it here.
17   Q   Have you been on this computer system?
18   A   I haven't been on it.  I've seen the
19 output.
20   Q   I think you said earlier you are no expert
21 on the computer systems?
22   A   Well, as a CPA, you look at computer
23 systems.  And this is a simple, basic computer
24 system.  You are not going to take the operation
25 over in Port Jefferson and include it on this Quick
```

109

1   Books type of system. I doubt it would work.
2       Q    So you would make an independent judgment
3   that it would be better to get rid of these
4   computers than the computers for your client, is
5   that what you are saying?
6       A    What I'm saying is they describe the
7   computer environment over there and it was my
8   judgment based on my review of the records and their
9   answer to me is we don't need any.
10          We have a system that's functioning. We
11  don't need to have a second system functioning for
12  this and we are doing a lot of the work anyway.
13      Q    But the computer system here is
14  functioning as well?
15      A    It was patchwork.
16      Q    What about office supplies, why not get
17  rid of their office supplies, have them here?
18      A    Well, you know, if you get rid of the
19  people, then you don't need the pens and the pencils
20  and the staples and rubber bands and whatever.
21      Q    Great point.
22          Why not get rid of their people?
23      A    Their people were focused on the ferry.
24  The people at the Port Authority were focused on
25  development and other issues.

110

1       Q    How about the people that you say are
2   doing the same job as the people over here, why not
3   get rid of them instead of ours?
4       A    Who did we say?
5       Q    You said a duplication of efforts.
6       A    I don't know. I don't recall what
7   Ms. Johnson's salary is, but I would think that I
8   would have no problem in using her half time to do
9   what they accomplished.
10      Q    Is that a separate judgment that you made?
11      A    No, because -- because -- because we --
12      Q    Same question --
13      A    We included a hypothetical half employee
14  to man those functions.
15      Q    Same question with respect to equipment
16  rental and telephone, why not get rid of their
17  equipment, their telephones and not ours?
18      A    I think that that equipment and that
19  telephone is necessary only to the point that you
20  have this functioning bureaucracy that you don't
21  need or in my client's view you don't need. And in
22  my model.
23          Don't forget this is an economic model.
24      Q    Right. You are not an economist, are you?
25      A    I have a Bachelor's in economics, but I

111

1   wouldn't consider myself an economist.
2       Q    You wouldn't consider yourself an expert
3   economist, would you?
4       A    I would not.
5       Q    Okay. You've testified in a number of
6   cases as an expert.
7          Is that right?
8       A    Yes.
9       Q    Have you ever had your expert opinion
10  stricken by any court?
11      A    One that I'm aware of.
12      Q    And why was that?
13      A    It was a case involving air bag technology
14  in Connecticut.
15      Q    Do you remember the name of that case?
16      A    Ensign Bickford.
17      Q    Ensign Bickford?
18      A    Versus somebody. It had to do with air
19  bag technology and it was well-known engineering
20  firm that provided me with engineering assumptions
21  as to the life of a particular technology that I
22  integrated into my economic model and their
23  engineers were, I guess, dilberted out of the case.
24  I think you would understand that.
25          So that my life analysis of that

112

1   technology was stricken with it.
2       Q    Since your assumptions were based upon --
3   since your assumptions for the economic were deemed
4   improper?
5       A    The engineering assumptions, yes.
6       Q    Therefore your economic model was
7   deemed --
8       A    She felt that -- the judge felt that my
9   life expectancy of the technology, the prior
10  technology had lasted ten years, and I projected,
11  based on the prior technology, that the current
12  technology would have lasted about ten years.
13          And I got that information from the
14  engineers. She deemed that my economic analysis was
15  faulty because of that.
16      Q    Okay. Is that the case of -- is it
17  Cameraman versus SBC -- or SCB Technologies?
18      A    Yeah. SCB was a subsidiary of Ensign
19  Bickford.
20      Q    That's the case you are referring to?
21      A    Yeah.
22      Q    Have you ever had your expert testimony
23  disregarded in a case?
24      A    I don't -- there may have been one a long
25  time ago, but I don't recall.

113

```
 1    Q    Do you recall your testimony in Herman
 2   versus Harold Levinson (phonetic) Associates?
 3    A    That was retried.  There's still a
 4   decision on that.
 5    Q    In the Eastern District of New York?
 6    A    Yes.
 7    Q    Back in 2001?
 8    A    It was retried.  There's one on appeal and
 9   we're awaiting a decision.
10    Q    It has been retried?
11    A    Yeah.  I don't think --
12    Q    Were you brought in to testify?
13    A    On the retrial?
14    Q    Yeah.
15    A    Yeah.  I think so.
16    Q    Do you have copies of the transcripts of
17   your testimony in these cases?
18    A    Trial testimony?
19    Q    Yes.
20    A    No.
21    Q    How about deposition testimony?
22    A    In the ones you've mentioned?
23    Q    Do you just keep them generally?
24    A    I really don't.  Normally at the end of a
25   case -- a lot of my cases have confidentiality
```

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

```
 1            (THEREUPON, THERE WAS A DISCUSSION
 2              OFF THE RECORD.)
 3   BY MR. KELLOGG:
 4    Q    How long have you been with them?
 5    A    About a year.
 6    Q    And where were you before that?
 7    A    I was with a firm called Centerprise
 8   Advisers whose Connecticut office was known as
 9   Scillia, Dowling and Natarelli.
10    Q    Why did you leave there and go to
11   Willamete?
12    A    Willamete.
13    Q    Willamete.
14    A    W.
15    Q    Yes, your current position.
16    A    Well, I had been -- just it will make it
17   easier for you to understand it.  I had been a
18   partner in a county firm called Urbach, Kahn and
19   Werlin --
20    Q    Yes.
21    A    -- through the year 2000.
22        In 2000, we sold our interest in Urbach,
23   Kahn and Werlin as seven other major regional firms
24   throughout the country sold their interest to a
25   company called Centerprise.
```

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

114

```
 1   orders and either I shred or send them back to
 2   counsel.
 3    Q    What about the two cases I mentioned, do
 4   you have --
 5    A    I have nothing on those.
 6    Q    Nothing on those.  Okay.
 7        I made a note here.  Early on in our
 8   deposition you stated that in one of the companies
 9   you worked with there was one tugboat client.
10        Do you recall who that was?
11    A    Turrecamo.
12    Q    Turrecamo?
13    A    Yeah.
14    Q    Where are they based out of?
15    A    They were sold.  They were based out of
16   New York City.
17    Q    Who were they sold to?
18    A    I don't know.  I left the company after
19   that.  I knew that they were sold.
20    Q    How long have you been with Willamette
21   Management Associates?
22    A    Willamette.
23    Q    Willamette?
24        MR. DOMB:  Off the record.
25
```

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

116

```
 1    Q    Okay.
 2    A    Centerprise Advisors was supposed to be
 3   the first accounting firm public offering.  What
 4   happened was the market tanked and Centerprise, the
 5   people that put the deal together, did a private
 6   deal.
 7        And all these firms were rolled up
 8   together, Urbach, Kahn and Werlin, and I was in the
 9   Urbach, Kahn and Werlin office, but I was also
10   moving to Connecticut.
11        And when we did that merger deal,
12   Centerprise had a Connecticut office.  And the
13   Connecticut firm wanted to build a consulting
14   practice based on business valuation and litigation
15   support.
16        I had a three-year period where I had to
17   be with a Centerprise firm to avoid any claw back on
18   a purchase price.  I stayed there for three years at
19   Scillia, Dowling and Natarelli which was a
20   wholly-owned subsidiary of Centerprise.
21        Once my three-year period was over I
22   decided -- and I had been recruited for a number of
23   years by Willamete which is a national firm that has
24   offices in D.C., Atlanta, New York, Westport,
25   Oregon, and so forth.
```

DEL VECCHIO REPORTING SERVICES
(203) 245-9583

**117**

```
 1          It was always my desire as I proceeded in
 2  my career to do something a little bit different.
 3  And once I was freed of the covenants and everything
 4  else I agreed to move over to Willamette. And I
 5  wouldn't be in a competing situation because
 6  Willamette doesn't practice.
 7      Q    What's a claw back?
 8      A    They gave X dollars of purchase price. If
 9  I don't stay there for the three-year period they
10  can take back a piece of the price.
11      Q    Do you have any ownership interest in the
12  ferry company?
13      A    No.
14          MR. KELLOGG: Why don't we take a
15          five-minute break.
16          THE WITNESS: Sure.
17          (THEREUPON, THERE WAS A RECESS
18          TAKEN.)
19  BY MR. KELLOGG:
20      Q    One more question, Mr. Schachter, to clear
21  up a couple things.
22          I wanted to talk about all of the
23  individuals that you consulted with over at the
24  ferry company. Who were they? Let's identify them
25  first.
```

**118**

```
 1      A    Well, the one -- the person I spoke with
 2  was Mr. Hall.
 3      Q    Is that the only person that you spoke
 4  with?
 5      A    That I personally spoke with.
 6      Q    Did your associates speak with other
 7  personnel?
 8      A    I think they did, but I don't know who. I
 9  could find out for you.
10      Q    How many times did you speak with
11  Mr. Hall?
12      A    Two or three.
13      Q    Was that in person?
14      A    Two were in person and once was on the
15  phone.
16      Q    Was that in your office or their office?
17      A    Once was in the --
18      Q    Or in Marty's office?
19      A    Marty has a relation, I think, with a firm
20  in Connecticut that has an office in Bridgeport. We
21  met down in their conference room. We met in my
22  office once. And there was a phone call.
23      Q    Have you ever been to their facilities?
24          MR. DOMB: In Port Jefferson.
25          MR. KELLOGG: Yes.
```

**119**

```
 1      A    I've been there, but --
 2  BY MR. KELLOGG:
 3      Q    Not in connection with this case?
 4      A    I took the ferry from here to there. I
 5  know where the facility is, but not in connection
 6  with the case.
 7      Q    What do you think the total amount of time
 8  that you spent with Mr. Hall was?
 9      A    I would say probably the first meeting
10  which encompassed Mr. Hall, I don't remember whether
11  there was anybody else from the ferry there.
12          I need to consult you on that. I don't
13  recall.
14          But I know that meeting lasted about three
15  hours.
16      Q    Okay.
17      A    And the meeting in my office lasted a few
18  hours. The phone conversation was rather short.
19      Q    Okay.
20          MR. DOMB: Mr. Kellogg, just from my
21          recollection, this is not testimony, but
22          the initial meeting I believe Mr. Bill
23          Merritt was there. And that would be the
24          only person.
25          THE WITNESS: I knew there was
```

**120**

```
 1  somebody else.
 2          MR. DOMB: And maybe Mr. Rinaldo.
 3          Yes, from my recollection, Bill Merritt,
 4          Lou Rinaldo in addition to Mr. Hall.
 5  BY MR. KELLOGG:
 6      Q    And are they with the ferry company?
 7      A    Yes.
 8          MR. DOMB: Mr. Rinaldo is the manager
 9          here in Bridgeport and Mr. Merritt has
10          been deposed in the case and he is a
11          financial officer.
12          MR. KELLOGG: Gotcha.
13  BY MR. KELLOGG:
14      Q    Did you exchange any e-mails or written
15  correspondence with Mr. Hall?
16      A    No.
17      Q    Just phone calls?
18      A    One phone call and everything else was
19  face to face.
20      Q    Did you make notes during these meetings?
21      A    I don't recall, but I searched my files
22  before preparing this report and I don't have any.
23  So I don't have any notes.
24      Q    Just as a general matter of practice, do
25  you normally take notes whenever you are meeting
```

121

```
1    with clients?
2       A    Sometimes I do and sometimes I don't.
3       Q    Okay.
4       A    Sometimes I do and sometimes I don't.
5            MR. KELLOGG:  All right.  I think
6       that's all the questions I have.  Thank
7       you for your time.
8            THE WITNESS:  Thank you.
9            (THEREUPON, THERE WAS A DISCUSSION
10           OFF THE RECORD.)
11           MR. DOMB:  Same transcript request.
12           MR. KELLOGG:  One week expedite for
13      both transcripts.
14           (THEREUPON, THE DEPOSITION WAS
15           CONCLUDED AT 12:49 A.M.)
16
17
18
19
20
21
22
23
24
25
```

123

```
1                    C E R T I F I C A T E
2         I hereby certify that I am a Notary Public,
3    in and for the State of Connecticut, duly
4    commissioned and qualified to administer oaths.
5         I further certify that the deponent named in
6    the foregoing deposition was by me duly sworn, and
7    thereupon testified as appears in the foregoing
8    deposition; that said deposition was taken by me
9    stenographically in the presence of counsel and
10   reduced to typewriting under my direction, and the
11   foregoing is a true and accurate transcript of the
12   testimony.
13        I further certify that I am neither of
14   counsel nor attorney to either of the parties to
15   said suit, nor am I an employee of either party to
16   said suit, nor of either counsel in said suit, nor
17   am I interested in the outcome of said cause.
18        Witness my hand and seal as Notary Public
19   this _____ day of _____ , 2004.
20
21
22        _____
23             Clifford Edwards
24             Notary Public
25   My commission expires:  9/30/2005
```

122

```
1                 INDEX OF EXAMINATION
2                                         PAGE
3    DIRECT EXAMINATION BY MR. KELLOGG       3
4
5                  INDEX OF EXHIBITS
6    DEFENDANT'S                            PAGE
7    NO. 200, ANALYSIS OF PHONE CALLS        21
8    NO. 201, ANALYSIS OF CELL PHONE CALLS   21
9    NO. 202, ANALYSIS OF CREDIT CARD
10        TRANSACTIONS                       21
11   NO. 203, REVISION OF EXCEL SPREADSHEET  21
12   NO. 204, BACKUP FOR INTEREST CALCULATION 29
13
14
15
16
17
18
19
20
21
22   (Reporter's Note:  Original exhibits retained by
23   counsel.)
24
25
```

124

```
1                    J U R A T
2
3         I have read the foregoing 123 pages
4    and hereby acknowledge the same to be a
5    true and correct record of the testimony.
6
7
8
9         _____
10             ALAN A. SCHACHTER
11
12   Subscribed and sworn to
13
14   Before me this _____ day of
15   _____,2004.
16
17
18
19
20   _____
21   Notary Public
22   My Commission Expires:
23
24
25
```

125

```
1   CASE NAME:  BRIDGEPORT AND PORT JEFFERSON STEAMBOAT
2   COMPANY, ET AL. VS BRIDGEPORT PORT AUTHORITY
3   DEPOSITION OF:  ALAN A. SCHACHTER TAKEN: 7/29/04
4      SENT TO:  MARTIN DOMB, ESQ.
5   INSTRUCTIONS FOR READING AND SIGNING OF DEPOSITION
6   1.  To Witness:  Please read the enclosed copy of
7       your deposition.
8   2.  After reading the deposition, appear before a
9       notary public and sign before him/her on the
10      page indicated and have the notary sign where
11      indicated.
12  3.  If there are any corrections to be made in the
13      transcript, please do not make them on the
14      transcript.  Please use the attached form for
15      listing any and all corrections and then have
16      the notary sign along with your signature on the
17      bottom of the sheet where indicated.
18  4.  Do not make changes just to restate your
19      testimony.
20  5.  Please return signature page and correct page
21      ONLY to:
22          DEL VECCHIO REPORTING SERVICES
23          117 RANDI DRIVE
24          MADISON, CT  06443
25              Thank you.
```

126

```
1                   CORRECT PAGE
2
3   NAME OF CASE:
4   BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, ET
5   AL. VS BRIDGEPORT PORT AUTHORITY
6
7   NAME OF WITNESS:
8   ALAN A. SCHACHTER
9
10  PAGE LINE      NOW READS              SHOULD READ
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

-- [1] 32/12

'

'cause [1] 104/16

-

-- [259]
-X [2] 1/4 1/8

A

a -- [5] 6/10 27/15 39/5 48/10 104/17
a.m [2] 1/15 121/15
ability [1] 50/25
able [3] 47/6 60/7 73/11
about [45] 5/11 5/14 5/17 9/2 11/3 11/18
12/1 15/10 23/25 29/14 30/6 31/23 34/14
35/22 41/25 45/19 51/11 54/22 56/22 59/16
68/16 74/2 74/14 75/9 75/13 91/3 91/12 95/2
95/25 96/1 96/2 96/20 99/1 104/20 106/8
107/15 107/20 109/16 110/1 112/12 113/21
114/3 115/5 117/22 119/14
about -- [1] 96/1
absolutely [5] 13/3 63/25 64/5 70/3 104/19
absorb [1] 40/25
abuse [2] 60/13 63/24
accepted [2] 45/23 74/15
accomplished [1] 110/9
according [2] 27/13 48/7
account [3] 98/16 102/2 102/6
accountant [11] 10/18 11/14 11/15 11/19
33/9 33/17 33/21 33/22 34/8 40/16 46/1
accountant's [1] 66/3
accountants [6] 34/14 34/18 35/6 35/16
45/24 64/3
accounting [27] 3/17 6/8 6/11 6/12 7/3 11/21
35/3 35/4 36/11 36/12 45/23 45/24 50/21
50/25 53/1 54/9 67/1 71/13 71/19 74/15
75/2 81/25 87/20 87/21 93/22 93/23 116/3
accountings [1] 74/13
accredited [1] 33/23
accuracy [1] 47/25
accurate [5] 47/20 53/20 53/24 106/3 123/11
accurately [3] 1/11 83/25 84/2
accusing [1] 67/11
achieve [3] 45/7 45/18 46/9
acknowledge [1] 124/4
acquired [2] 71/14 87/20
acquiring [1] 71/22
acquisition [3] 87/6 88/3 88/5
acquisitions [1] 87/4
across [2] 17/19 25/25
action [1] 5/22
activities [4] 37/18 41/19 52/3 72/8
actual [8] 19/6 46/9 48/20 53/21 57/13 66/4
79/21 83/5
actually [12] 11/11 24/9 32/22 49/7 51/23
52/25 54/9 73/20 76/15 79/4 91/4 106/5
ad [1] 62/24
add [4] 44/20 87/14 94/14 96/18
added [5] 27/22 28/6 28/11 31/19 92/6
adding [1] 31/11
addition [12] 16/25 17/15 17/17 26/15 27/15
27/6 27/19 28/8 28/10 28/22 30/21 120/4
additional [10] 39/21 40/3 40/4 40/10 40/25
41/18 100/22 102/20 102/25 103/12
adequately [1] 66/17
adjunct [1] 6/19
adjusted [2] 62/1 69/3
adjustment [1] 57/18
administer [1] 86/6
administrative [6] 8/19 93/3 94/3 100/22
100/24 101/24

ads [2] 62/8 62/10
advantage [1] 84/9
advertise [1] 82/9
advertisement [4] 62/18 102/15 102/17
106/14
advertisements [3] 62/14 106/16 106/16
advertising [10] 62/1 62/21 62/22 63/5 82/8
102/21 102/24 102/25 103/4 103/12
advise [2] 3/20 87/3
advised [9] 91/23 92/19 92/23 94/24 99/13
100/1 100/23 101/13 102/15
Advisers [1] 115/8
Advisors [1] 116/2
affect [1] 36/12
affected [1] 23/25
after [3] 47/21 114/18 125/8
again [6] 62/15 76/23 77/23 78/3 100/17
100/21
agency [2] 67/18 89/20
ago [5] 15/10 15/21 15/22 87/20 112/25
agree [8] 32/21 39/16 60/18 76/23 76/24
88/24 103/19 103/20
agreed [2] 57/3 117/4
ahead [5] 20/18 44/21 77/5 80/2 94/15
air [2] 111/13 111/18
AL [3] 1/5 125/2 126/5
ALAN [5] 1/12 3/1 124/10 125/3 126/8
all [87] 3/16 3/23 4/17 7/10 8/18 10/11 12/3
12/24 13/16 15/23 16/1 16/12 17/16 18/21
18/25 19/5 19/14 19/17 21/15 22/3 22/11
22/24 24/5 26/1 26/2 30/4 31/23 33/1 33/18
36/24 37/17 41/15 41/17 42/6 44/2 45/11
45/22 47/11 47/24 48/5 49/1 49/19 51/7
52/24 55/3 55/7 55/24 57/2 57/5 57/12 57/20
57/20 58/10 63/2 66/22 66/25 67/5 68/8
68/22 70/7 70/15 72/5 72/7 75/24 78/10
78/12 79/23 81/5 81/20 81/23 81/23 84/20
86/11 86/13 87/1 87/24 91/13 91/15 92/22
96/8 97/13 102/17 116/7 117/22 121/5 121/6
125/15
all -- [1] 7/10
allocable [2] 49/13 60/24
allocate [4] 53/4 53/12 53/14 73/11
allocated [2] 51/7 66/8
allocating [3] 52/4 61/13 72/7
allocation [10] 34/1 48/25 49/10 55/11 67/2
67/15 68/2 68/5 74/17 90/1
allocation -- [1] 48/25
allocations [6] 16/5 52/21 54/18 56/18 64/16
79/16
allow [1] 41/20
allowed [2] 45/7 46/21
allowing [1] 39/22
alluding [2] 45/10 91/20
almost [1] 49/19
along [3] 8/10 87/21 125/16
already [4] 31/25 57/23 77/4 85/8
also [12] 27/1 27/5 34/8 59/7 59/25 62/1
69/3 69/12 90/8 94/12 103/14 116/9
Although [1] 82/12
always [3] 3/15 12/19 117/1
am [8] 58/3 62/22 70/3 86/25 123/2 123/13
123/15 123/17
am -- [1] 58/3
amended [1] 91/7
among [1] 98/15
amount [11] 27/21 28/7 28/9 31/5 31/9
32/12 32/15 47/6 66/9 95/11 119/7
an -- [2] 69/15
analysis [41] 6/11 7/3 7/8 21/2 21/5 21/8
21/20 22/5 22/7 22/15 38/13 40/9 41/12 51/8
51/8 53/17 54/4 56/6 56/8 56/9 56/10 56/13

56/14 57/10 61/24 61/25 83/21 85/7 85/11
86/11 86/12 87/6 87/7 91/6 94/23 100/19
111/25 112/14 122/7 122/8 122/9
analysis -- [1] 41/12
analyst [1] 9/22
analyze [2] 86/13 98/16
ancillary [1] 84/21
and -- [3] 37/24 50/14 73/16
annual [2] 68/1 81/17
annual -- [1] 68/1
another [6] 74/25 78/13 80/8 87/21 90/21
90/24
answer [10] 35/15 36/7 36/9 64/11 65/16
100/16 105/2 105/12 106/7 109/9
answered [2] 44/19 94/12
answers [5] 95/25 104/7 104/8 104/23 108/4
antiquated [1] 108/10
any [62] 5/15 7/13 7/17 7/17 9/6 9/6 10/7
11/24 12/15 13/6 13/7 13/11 15/2 15/5 15/16
15/19 15/25 16/1 16/8 17/17 19/25 26/2 29/7
31/24 32/15 34/17 35/9 35/13 35/16 36/12
38/3 38/11 40/10 42/9 43/6 43/17 50/21 53/8
54/3 62/17 67/18 68/7 69/10 70/1 73/19 78/5
81/3 82/5 101/18 102/25 104/10 104/11
106/2 109/9 111/10 116/17 117/11 120/14
120/22 120/23 125/12 125/15
anybody [9] 14/2 14/14 35/2 35/23 36/21
38/1 62/23 97/21 119/11
anymore [1] 42/4
anyone [3] 37/22 38/7 38/10
anything [7] 8/5 15/17 33/16 40/23 41/22
67/4 67/12
anyway [1] 109/12
apart [1] 83/4
apologize [1] 54/16
appeal [1] 113/8
appear [3] 37/19 39/13 69/22 125/8
appeared [1] 38/25
appears [4] 37/13 55/19 98/21 123/7
applied [1] 56/11
apply [2] 60/8 73/20
appreciate [1] 35/22
apprised [1] 18/17
appropriate [4] 72/21 79/15 80/21 84/3
approximately [2] 15/22 100/25
April [1] 60/5
are [222]
are -- [1] 67/20
area [6] 16/8 46/12 46/24 63/23 93/22
107/20
areas [2] 7/5 60/11
aren't [1] 98/4
argued [1] 84/2
arithmetic [1] 25/24
arm's [2] 88/8 88/23
around [2] 72/8 84/19 93/14
arrived [2] 50/17 54/2
as [99] 3/4 4/19 4/20 4/20 4/20 5/19 6/1 6/7
6/19 6/19 7/1 7/14 7/14 8/6 8/10 9/8 9/8 9/11
9/11 13/10 16/9 20/18 21/18 21/23 24/10
26/18 27/2 30/1 30/14 33/8 33/7 34/24 34/24
35/11 37/3 38/16 39/5 39/8 40/14 40/16
47/23 49/13 49/19 50/15 50/22 51/5 52/4
53/3 54/1 54/4 55/9 57/17 58/25 59/20 61/21
63/16 64/6 64/12 66/1 66/5 66/17 66/19
66/23 67/14 71/3 72/2 73/19 78/25 79/20
79/14 79/24 81/6 81/8 81/9 84/12 87/6 88/19
90/3 92/15 93/7 93/7 95/12 96/25 99/10
99/10 101/15 104/24 106/3 106/14 108/22
107/14 110/2 111/6 111/21 115/8 115/23
117/1 120/2 123/7 123/18
ask [5] 3/16 3/18 90/12 103/10 108/5

# A

asked [29]  3/23 6/3 6/13 29/6 32/11 32/15
33/3 41/15 42/22 43/14 44/8 44/23 54/15
65/5 77/3 78/4 90/3 94/1 95/18 95/20 95/23
95/24 100/9 100/15 102/23 102/23 103/3
104/21 107/11
asking [11]  31/21 40/16 41/17 44/12 44/18
48/1 51/17 54/7 58/10 65/12 65/13
aspects [1]  33/9
assess [1]  51/12
assessment [1]  102/22
asset [15]  71/14 71/16 72/4 72/9 72/15 72/17
72/23 73/2 73/25 74/22 75/16 75/17 75/24
77/1 77/11
asset -- [1]  72/15
assets [7]  70/15 71/3 71/5 71/7 71/12 72/5
80/12
assist [2]  6/13 9/23
assistant [1]  100/25
assisted [5]  7/5 9/13 9/16 11/8 58/21
associated [4]  51/12 53/6 53/22 54/13
associates [4]  99/22 113/2 114/21 118/6
Association [1]  77/7
assume [15]  3/22 5/9 6/3 10/24 10/25 17/25
42/22 57/2 82/24 84/16 86/6 86/20 89/2 90/3
90/7
assumed [1]  79/13
assumes [1]  90/7
assuming [6]  35/9 79/18 80/23 86/22 89/6
90/2
assumption [12]  43/4 43/7 43/9 43/16 44/8
44/13 44/22 56/3 56/4 92/10 92/17 93/5
assumptions [14]  44/9 91/17 92/18 103/23
103/25 104/12 107/4 107/10 107/15 107/21
111/20 112/2 112/3 112/5
at [81]  1/12 1/15 3/2 3/24 4/7 4/8 4/8 4/14
4/18 5/1 6/18 7/2 11/6 12/19 12/19 14/11
14/14 16/23 20/6 24/25 25/2 25/5 25/19 26/6
26/8 27/8 27/10 31/21 33/18 43/18 45/12
46/19 49/19 50/13 52/7 52/3 54/2 55/17
57/12 58/18 58/20 60/15 61/1 61/2 61/2 61/4
61/21 62/23 63/3 63/6 63/24 64/8 67/14 68/8
68/12 69/1 73/7 73/18 74/14 79/14 80/11
84/21 85/8 88/6 88/8 88/23 89/10 89/23
90/24 91/13 96/8 97/4 99/3 104/15 106/16
108/22 109/24 113/24 116/18 117/23 121/15
at -- [2]  4/8 26/6
Atlanta [1]  116/24
attached [1]  125/14
attachments [1]  23/21
attend [1]  68/9
attendant [1]  65/24
attended [3]  11/17 68/9 68/10
attended -- [1]  68/9
attention [1]  28/15
attorney [1]  123/14
audit [11]  38/4 64/3 68/17 81/17 81/18
81/21 81/24 82/4 104/21 104/22 104/24
audit -- [1]  104/21
audited [3]  58/5 67/18 82/2
auditor [4]  66/23 66/24 67/15 104/24
auditors [3]  67/21 68/8 82/2
audits [1]  67/23
authority [72]  1/7 1/13 3/10 6/1 21/21 22/17
27/14 33/14 35/14 37/1 37/3 37/8 37/14 39/15
40/11 40/17 40/19 40/24 43/1 45/2 48/8
48/21 49/13 50/10 50/14 50/21 51/10 54/8
57/3 59/8 61/6 67/25 68/17 70/16 71/4 72/2
72/6 72/11 72/18 72/22 73/13 73/22 75/12
79/19 80/17 82/17 82/22 83/2 83/16 83/20
84/6 84/9 84/13 85/15 85/16 86/2 88/10 89/6

89/7 89/13 89/23 89/24 90/8 91/25 95/1 99/2
105/15 106/20 107/16 109/24 125/2 126/5
authority -- [2]  37/1 72/2
authority's [1]  39/21
automatically [1]  30/15
available [4]  56/16 56/17 61/21 84/11
Avenue [1]  3/2
avoid [1]  116/17
awaiting [1]  113/9
aware [13]  7/13 8/14 12/15 13/6 13/7 26/3
32/1 34/17 35/2 35/13 43/12 66/1 111/11
away [4]  86/20 86/22 89/2 89/6
awful [1]  50/7

# B

Bachelor's [1]  110/25
back [28]  6/5 18/17 21/14 24/6 24/15 24/18
25/13 26/4 50/7 59/15 60/9 68/22 74/4 77/22
80/3 80/14 89/7 90/2 92/6 95/25 98/21 101/7
104/24 113/7 114/1 116/17 117/7 117/10
background [1]  4/24
backing [1]  30/2
backup [5]  1/9 29/22 48/19 54/3 122/12
backwards [1]  101/9
bag [2]  111/13 111/19
bands [1]  109/20
bank [3]  2/6 102/5 102/6
bar [1]  14/11
Barnum [2]  82/9 82/10
base [2]  35/11 87/16
baseball [1]  106/21
based [30]  34/12 37/11 44/8 46/22 50/24
51/22 56/16 57/5 57/18 61/21 64/18 65/19
65/21 67/16 74/19 74/19 80/23 83/5 87/15
87/16 93/20 93/24 103/8 104/8 109/8 112/2
112/11 114/14 114/15 116/14
bases [1]  56/21
basic [2]  36/11 108/23
basically [5]  4/23 5/16 5/23 52/15 82/3
basics [1]  5/2
basis [7]  7/3 43/10 52/4 60/16 72/10 82/18
104/11
BATES [1]  2/11
be [105]  4/15 4/24 5/4 7/2 8/5 8/16 10/17
10/23 12/17 12/22 17/11 17/24 18/1 19/10
22/1 26/3 29/9 30/20 31/21 32/8 33/17 37/15
37/19 41/2 41/7 41/9 41/18 41/18 41/23
42/13 43/20 43/24 44/4 44/10 44/14 44/23
45/2 45/3 45/22 46/6 47/6 51/5 52/2 52/24
53/2 53/16 56/7 58/8 59/23 62/6 64/5 64/8
64/17 64/20 66/10 66/17 69/22 69/25 73/11
74/24 75/15 79/11 79/11 79/20 81/4 81/18
81/20 82/4 82/12 82/24 83/3 83/5 83/12
83/21 84/1 84/15 85/20 86/10 88/7 89/22
90/2 90/9 90/17 90/23 90/24 94/1 94/2 94/3
98/1 98/3 101/14 101/23 101/25 102/4 102/9
102/21 103/12 104/14 109/3 116/2 116/17
117/5 119/23 124/4 125/12
be -- [2]  81/4 102/4
because [41]  3/22 9/7 13/24 31/3 31/13
36/10 38/25 41/8 51/23 52/21 52/21 56/13
56/20 72/1 72/2 73/12 73/22 74/20 75/3
77/25 78/13 81/7 82/1 83/24 84/3 84/11
87/12 89/14 91/5 93/23 94/22 96/2 96/4
101/7 105/25 108/5 110/11 110/11 110/11
112/15 117/5
because -- [2]  110/11 110/11
become [1]  81/17
becomes [1]  89/21
been [49]  3/3 7/11 7/18 8/3 23/8 26/17 27/2
27/7 28/2 28/21 28/22 29/25 31/17 31/17
34/4 42/21 46/8 53/20 53/24 54/8 59/17

59/19 63/8 74/7 75/21 77/3 80/12 88/21
89/17 90/3 91/23 92/19 93/19 94/24 99/13
100/1 102/15 108/17 108/18 112/24 113/10
114/20 115/4 115/16 115/17 116/22 118/23
119/1 120/10
been -- [1]  115/16
before [18]  1/13 3/13 5/6 5/7 6/6 14/17
19/14 30/14 54/5 78/4 79/13 80/2 96/4 115/6
120/22 124/14 125/8 125/9
begin [1]  48/25
beginning [1]  4/18
BEHALF [2]  2/4 2/14
behind [1]  6/6
behold [1]  16/23
being [20]  30/23 41/1 66/18 70/13 70/13
70/17 70/23 70/23 73/3 73/7 74/22 74/24
75/18 75/19 79/24 82/2 89/3 93/21 105/8
105/9
believe [16]  4/6 8/8 8/25 9/5 10/6 18/16 22/6
22/16 32/10 36/24 44/19 57/15 60/6 68/23
83/3 119/22
benefit [2]  52/5 76/9
benefits [2]  53/5 74/5
besides [1]  44/14
best [3]  57/1 60/22 86/17
bet [1]  19/11
better [3]  54/11 57/9 109/3
BETTS [1]  2/15
between [8]  5/25 12/1 15/6 56/20 68/5 77/16
83/7 105/8
beyond [1]  40/8
Bickford [3]  111/16 111/17 112/19
big [1]  12/10
bill [7]  11/19 17/13 18/4 69/24 106/5 119/22
120/3
billing [1]  10/23
bills [7]  37/12 60/1 60/8 60/16 61/2 61/4
62/22
bit [1]  117/2
blocks [1]  52/3
blown [1]  102/7
board [1]  61/1
boards [1]  87/3
boat [29]  35/3 35/7 39/4 39/6 39/7 41/9
42/23 45/12 49/14 53/7 54/13 57/4 58/9
58/11 60/24 79/21 80/24 81/3 81/16 81/17
83/6 86/10 96/21 97/7 98/1 102/17 103/11
103/25 104/6
boat's [1]  98/5
bookkeeper [2]  84/17 100/25
bookkeeping [1]  108/13
Books [1]  109/1
both [6]  11/15 18/4 46/15 68/13 75/6 121/13
bottom [7]  25/19 25/20 41/8 87/25 90/10
98/9 125/17
bought [1]  14/23
break [4]  42/10 42/12 78/13 117/15
break-out [1]  10/14
breaking [1]  13/23
BRIDGEPORT [16]  1/4 1/7 1/12 1/13 4/5
4/15 5/21 32/17 67/22 97/20 118/20 120/9
125/1 125/2 126/4 126/5
bring [1]  14/24
broad [3]  37/9 37/14 39/2
brought [2]  64/4 113/12
build [4]  38/21 80/8 98/9 116/13
build-up [1]  83/4
building [12]  70/21 72/16 72/17 75/6 75/6
76/16 76/24 77/9 77/14 77/17 80/6 82/13
building -- [1]  76/24
bureaucracy [2]  83/7 110/20
bureaucratic [5]  79/19 80/25 81/4 81/12

**B**

bureaucratic... [1] 84/5
bureaucratic -- [1] 80/25
business [14] 33/9 33/24 34/12 35/7 38/4
60/12 63/13 70/2 83/20 85/25 87/24 105/9
106/21 116/14
businesses [3] 45/5 46/7 105/10
but [102] 4/8 5/8 5/14 8/21 8/25 10/9 10/21
12/4 12/11 12/17 15/19 16/8 17/23 23/5 23/7
23/16 24/9 27/7 27/20 28/8 28/14 31/14 35/2
35/13 36/20 40/23 41/6 43/16 44/4 44/10
44/12 46/19 48/11 50/15 51/1 52/21 53/9
53/14 53/25 54/5 56/4 56/9 58/3 59/22 62/8
62/13 62/17 65/25 68/5 69/22 69/24 71/11
71/17 74/22 75/2 75/5 76/8 76/21 77/7 82/3
82/15 83/15 83/19 83/20 83/21 84/4 84/6
85/14 86/1 86/6 86/9 86/10 87/14 88/5 88/22
89/15 90/2 90/24 92/9 93/16 94/6 95/25
97/14 98/24 100/22 101/5 104/20 105/14
105/24 106/7 107/24 109/13 110/7 110/25
112/25 116/9 118/8 119/1 119/5 119/14
119/21 120/21
but -- [1] 119/1
buy [1] 87/12
by -- [1] 48/19

**C**

calculate [3] 32/12 32/15 33/3
calculated [2] 27/13 48/7
calculation [14] 6/4 27/18 27/25 28/3 29/22
30/3 30/5 30/8 30/16 41/4 42/19 43/14 53/17
122/12
calculation -- [1] 28/3
calculations [6] 36/15 44/9 44/10 51/24
64/19 107/3
call [9] 4/16 18/14 30/10 61/17 61/21 71/7
90/4 118/22 120/18
called [6] 18/4 18/16 28/15 115/7 115/18
115/25
calling [1] 4/15
calls [12] 21/2 21/5 21/21 22/5 22/7 60/19
60/23 69/18 69/20 120/17 122/7 122/8
came [5] 4/21 11/4 54/17 73/14 87/22
Cameraman [1] 112/17
campaign [1] 14/13
can [41] 4/2 6/20 6/24 9/19 21/17 22/3 23/16
24/18 27/19 29/11 29/25 30/4 30/12 31/20
36/13 46/13 51/15 51/16 58/7 62/8 62/8
64/11 66/11 70/12 70/20 71/17 73/20 76/7
78/9 82/23 84/11 84/23 87/14 87/17 89/16
90/9 96/18 96/23 98/6 101/14 117/10
can -- [2] 27/19 84/11
can't [6] 12/10 31/13 34/16 67/1 67/12 85/21
cannot [2] 46/16 47/1
capable [1] 63/1
capital [2] 70/12 71/3
capitalized [1] 78/1
capitalizing [1] 89/11
Captain [1] 38/19
capture [1] 50/21
car [2] 105/14 105/16
card [4] 21/8 22/15 22/17 122/9
cardinal [1] 45/25
cards [1] 61/3
care [1] 106/9
career [2] 11/20 117/2
Cartech [1] 38/17
case [30] 1/3 3/11 3/20 4/3 4/12 5/2 5/12
5/18 35/25 37/6 45/11 53/18 54/8 64/7 88/4
92/20 105/24 107/13 111/13 111/15 111/23
112/16 112/20 112/23 113/25 119/3 119/6
120/10 125/1 126/3
case -- [1] 113/25
cases [5] 23/8 111/6 113/17 113/25 114/3
cash [6] 71/23 72/10 75/4 75/5 75/7 75/14
cash -- [1] 75/7
category [1] 79/15
cause [1] 123/14
caused [2] 16/10 25/25
caveats [1] 15/20
cell [5] 21/5 22/5 22/6 22/7 122/8
cells [4] 16/24 17/15 27/6 28/14
Center [1] 2/16
Centerprise [7] 115/7 115/25 116/2 116/4
116/12 116/17 116/20
certain [10] 16/22 16/24 17/25 38/16 51/6
51/23 60/11 69/15 70/4 92/3
certainly [1] 40/8
certainty [1] 70/4
certification [1] 34/17
certified [5] 11/20 33/22 34/7 34/14 34/18
certify [3] 123/2 123/5 123/13
CFD [1] 1/3
chance [1] 3/18
change [6] 17/16 18/11 28/8 28/9 44/24
82/13
changed [4] 17/17 19/8 27/2 56/24
changes [9] 8/10 8/22 19/3 19/6 24/9 25/22
26/2 31/24 125/18
charge [10] 11/1 61/3 61/3 70/2 71/24 75/23
76/7 76/8 90/4 90/6
charged [9] 41/1 41/3 52/24 66/18 74/9
75/15 86/11 89/4 102/1
charges [4] 63/14 78/5 79/8 102/5
charging [4] 51/3 51/4 72/4 74/18
check [1] 28/14
checking [1] 28/16
circumstances [1] 57/2
Circus [1] 82/9
cited [1] 17/8
cities [1] 66/14
City [2] 4/20 114/16
clarification [2] 37/2 85/3
clarify [1] 65/14
class [1] 5/22
claw [2] 116/17 117/7
clear [10] 5/8 38/23 61/10 61/20 64/5 75/22
76/3 106/20 106/25 117/20
cleared [1] 5/9
clearly [1] 88/3
client [10] 14/10 34/20 35/10 88/10 89/2
105/6 105/7 107/5 109/4 114/9
client -- [1] 105/7
client's [1] 110/21
clients [1] 121/1
Clifford [2] 1/13 123/23
clocking [1] 52/20
close [1] 105/17
closest [1] 35/19
clubs [1] 35/21
Coast [1] 35/21
COBURN [2] 2/6 2/8
Coincidentally [1] 14/19
cola [1] 14/23
collected [3] 5/25 79/25 88/7
column [2] 26/16 49/10
columns [4] 17/20 17/21 18/2 26/1
combination [2] 30/18 30/20
combined [1] 81/20
combining [1] 30/10
come [14] 14/21 14/22 14/22 30/18 30/19
31/11 35/19 61/15 65/20 74/10 82/3
comes [3] 31/5 31/6 31/9

comfort [1] 16/20
comfortable [1] 86/17
commercial [3] 38/21 71/8 106/20
commission [2] 123/25 124/22
commissioned [1] 123/4
common [5] 13/22 71/13 105/3 105/19
105/22
commonplace [2] 64/15 74/6
communicate [1] 12/9
communicated [1] 68/7
community [1] 105/9
companies [1] 114/8
company [29] 1/5 34/19 76/25 77/7 77/9
79/21 81/13 81/21 83/6 86/10 90/13 91/24
94/25 99/14 100/2 100/18 100/23 101/13
102/1 102/16 103/11 104/1 114/18 115/25
117/12 117/24 120/6 125/2 126/4
company's [2] 64/3 102/22
compare [1] 25/20
comparison [1] 83/18
Compensation [1] 99/24
competing [1] 117/5
completed [1] 70/18
compliance [1] 81/23
comply [1] 93/22
computer [22] 8/9 8/13 9/1 23/25 28/3 28/4
29/1 30/17 30/25 47/21 102/5 102/7 107/23
107/23 108/2 108/9 108/17 108/21 108/22
108/23 109/7 109/13
computers [4] 108/7 108/8 109/4 109/4
conceivably [2] 90/25 91/2
concepts [1] 6/12
concern [2] 68/2 68/3
concerned [1] 96/2
concerns [1] 68/4
CONCLUDED [1] 121/15
conclusions [5] 48/16 64/20 65/21 65/23
66/1
concrete [1] 72/17
conducting [1] 38/4
conference [1] 118/21
confidentiality [1] 113/25
conflict [1] 5/6
conflicts [3] 5/5 5/8 5/9
conjunction [1] 93/1
CONNECTICUT [14] 1/1 1/13 1/14 1/15
3/3 77/7 86/1 111/14 115/8 116/10 116/12
116/13 118/20 123/3
connection [2] 119/3 119/5
consider [11] 33/20 33/21 34/7 34/22 39/3
39/9 58/11 62/6 71/14 111/1 111/2
considered [5] 44/4 59/8 71/3 73/4 90/20
consolidate [1] 108/1
constantly [1] 71/21
constraints [2] 47/6 47/8
construct [2] 80/15 81/11
constructed [2] 44/7 70/23
construction [1] 70/18
consult [8] 5/16 35/16 35/23 36/20 37/22
38/1 38/7 119/12
consultant [1] 34/5
consultants [2] 23/10 69/18
consulted [1] 117/23
consulting [3] 34/9 95/12 116/13
contacted [4] 4/13 4/14 18/12 18/12
contacted -- [1] 18/12
contains [1] 65/10
contents [5] 15/16 15/18 16/7 17/17
context [2] 10/12 77/18
continental [1] 66/13
continues [1] 89/20 98/9
contract [1] 47/1

# C

contracting [1] 46/24
contractors [1] 69/18
contracts [1] 52/8
control [1] 11/5
controllers [1] 87/8
conversation [1] 119/18
conversations [6] 4/17 5/14 15/2 15/4 15/5 68/19
copied [2] 17/1 17/14
copies [5] 19/17 48/20 49/5 68/14 113/16
copy [5] 18/20 18/21 19/3 29/12 125/6
correct [22] 23/1 26/19 27/3 29/6 32/24 43/7 45/14 47/24 55/21 56/1 59/12 65/3 72/19 72/20 86/6 91/19 92/13 101/17 104/13 124/5 125/20 126/1
corrected [2] 8/13 47/23
correcting [1] 47/21
corrections [2] 125/12 125/15
correctly [1] 18/2
correspond [3] 7/11 12/8 12/8
correspond -- [1] 12/8
correspondence [4] 7/17 12/1 12/14 120/15
corresponding [1] 25/22
correspondingly [1] 76/9
cost [37] 36/11 36/12 36/15 40/4 40/20 41/3 41/9 46/16 46/23 46/25 50/21 50/25 51/24 53/6 53/12 54/9 64/16 73/11 73/13 73/20 74/19 74/20 75/1 75/2 75/13 76/16 80/15 80/20 82/18 82/24 84/7 87/15 90/10 90/11 99/14 100/2 108/3
cost -- [2] 74/19 100/2
costs [43] 6/1 32/18 33/4 33/25 34/1 34/2 39/22 41/1 42/3 42/25 47/2 49/12 50/22 51/3 51/4 51/6 51/12 52/5 53/21 54/12 55/11 55/12 57/3 57/18 61/13 64/13 64/14 66/9 74/19 79/11 79/13 79/21 82/12 82/15 82/16 83/5 89/12 90/1 90/5 90/20 104/8 104/9 106/10
could [27] 19/5 23/6 23/12 24/5 39/20 40/3 40/4 40/19 41/6 41/18 41/19 53/2 57/1 60/18 84/4 87/24 89/12 90/14 90/15 90/20 90/25 91/2 92/8 92/14 92/16 102/8 118/9
couldn't [4] 10/17 18/7 97/15 106/4
counsel [10] 6/20 21/21 22/25 43/5 95/23 114/2 122/23 123/9 123/14 123/16
counsel's [1] 68/13
count [1] 53/12
country [2] 84/20 115/24
county [1] 115/18
couple [4] 3/15 15/24 80/5 117/21
course [5] 8/3 20/20 34/10 35/12 79/8
court [1] 1/1 85/2 111/10
Cove [1] 38/19
covenants [1] 117/3
cover [1] 104/16
covering [1] 42/3
CPA [2] 11/16 108/22
create [1] 86/23
created [2] 83/2 86/16
creation [2] 37/23 38/8
credit [4] 21/8 22/15 22/16 122/9
criminal [1] 70/5
cryptic [1] 95/4
cryptic -- [1] 95/4
CT [3] 1/24 2/12 125/24
cumulative [2] 61/1 66/25
current [3] 55/25 112/11 115/15
currently [1] 73/3 100/24 102/16
customer [1] 83/7
cut [3] 87/10 89/7 89/12

# D

cutting [1] 96/15

D.C [2] 2/9 116/24
damage [5] 27/21 28/6 28/9 31/5 31/9
damages [1] 31/11
data [7] 36/15 54/11 54/11 56/17 61/21 61/23 99/10
day [7] 3/24 16/23 52/1 52/19 59/20 123/19 124/14
days [2] 13/22 58/21
daytime [2] 99/5 101/14
deal [4] 97/2 116/5 116/6 116/11
dealing [6] 34/3 47/3 63/22 77/24 96/2 105/9
dealing -- [1] 96/2
dealt [1] 52/13
decided [2] 45/2 116/22
decided -- [1] 116/22
decision [6] 40/14 103/1 103/8 107/14 113/4 113/9
decisions [1] 34/12
deck [1] 58/1
deemed [3] 112/3 112/7 112/14
deemed -- [1] 112/7
defendant [6] 1/8 2/4 32/16 33/5 37/3 37/6
DEFENDANT'S [3] 21/1 21/18 122/6
DEFENDANT'S'S [4] 21/4 21/7 21/11 29/21
definitely [1] 108/16
deflated [1] 101/10
DEL [2] 1/23 125/22
Department [1] 34/6
depending [1] 47/5
deponent [1] 123/5
deposed [2] 3/3 120/10
deposition [20] 1/12 3/12 10/17 13/17 16/18 56/21 58/14 68/10 68/11 94/13 113/21 114/8 121/14 123/6 123/8 123/8 125/3 125/5 125/7 125/8
depositions [9] 7/6 50/24 51/22 93/2 93/7 93/8 94/19 94/22 95/3
depreciable [2] 77/16 77/19
depreciate [5] 71/15 71/17 71/18 71/20 72/22
depreciated [7] 70/13 70/14 70/17 70/24 71/1 78/2 80/7
depreciating [2] 72/4 76/19
depreciation [11] 70/8 70/19 71/24 72/7 73/2 73/4 73/24 74/8 74/14 75/15 80/3
Derecktor [1] 72/9
describe [2] 23/16 109/6
described [1] 101/10
designation [1] 34/23
designations [2] 34/24 35/1
designed [1] 39/14
designs [2] 95/13 97/18
desire [1] 117/1
detail [2] 16/1 16/6
detailed [1] 7/22
details [1] 63/11
determination [3] 87/5 95/17 97/15
determine [13] 5/6 5/24 38/14 41/5 45/16 52/9 54/12 56/6 60/22 79/3 89/3 104/11 105/5
determined [5] 20/13 95/11 95/21 95/22 104/8
determining [5] 53/21 63/1 64/13 71/15 82/23
develop [5] 10/15 53/16 61/8 84/20 87/18
developed [2] 103/4 104/5
developing [1] 93/14
development [4] 55/11 84/18 93/12 109/25

devoted [1] 59/9
did [70] 4/16 4/17 5/1 5/11 5/17 6/15 6/16 6/25 7/10 7/11 9/23 10/11 10/12 10/13 11/11 13/9 13/16 14/1 14/17 15/2 15/18 15/23 16/12 16/17 19/25 23/2 28/14 37/22 38/7 38/10 38/13 38/24 40/2 49/1 49/7 50/10 54/4 54/16 56/10 56/13 56/14 57/1 57/5 58/19 68/16 69/16 69/19 93/2 94/18 95/2 95/17 97/9 99/18 99/20 100/4 100/13 101/5 104/21 104/22 104/24 114/5 115/10 116/5 116/11 118/6 118/8 118/10 120/14 120/20
didn't [39] 5/3 9/5 13/23 14/24 16/25 20/13 28/8 28/9 28/23 30/14 30/15 31/14 35/15 35/23 36/1 36/10 36/20 38/1 54/3 56/23 63/18 68/9 69/22 72/3 75/3 75/4 75/16 81/15 82/17 82/25 95/3 97/8 101/2 104/10 104/16 105/24 105/25 106/2 106/4
difference [5] 5/24 28/16 73/19 77/16 105/8
different [10] 27/7 44/9 44/10 47/12 47/15 51/20 51/20 53/11 91/9 117/2
differently [3] 70/6 75/9 104/3
difficult [1] 56/19
digested [1] 107/13
dilberted [1] 111/23
dinner [5] 13/18 14/1 14/2 14/10 14/14
DIRECT [2] 3/6 122/3
directing [1] 23/20
direction [1] 123/10
directly [1] 12/9
director [6] 50/14 54/23 84/19 93/11 93/13 105/16
directory [1] 23/7
disagree [1] 77/20
discovery [3] 6/14 6/15 49/6
discuss [2] 5/1 13/9
discussed [6] 15/6 15/13 16/1 16/3 16/7 16/10
DISCUSSION [6] 20/22 29/19 32/3 59/4 115/1 121/9
discussions [4] 6/2 6/25 7/18 95/2
dispute [1] 51/21
disregarded [1] 112/23
distinguish [1] 56/20
DISTRICT [3] 1/1 1/1 113/5
do [111] 7/20 9/2 9/23 10/4 11/23 12/2 12/4 12/11 12/12 13/12 13/24 14/21 14/21 17/15 18/21 19/1 19/2 19/9 19/16 23/7 23/10 24/11 24/12 24/13 29/2 31/14 32/19 33/6 33/20 33/21 34/13 37/19 38/3 39/3 39/9 39/16 41/15 43/6 43/10 45/5 50/9 50/9 50/17 50/20 51/1 51/2 51/23 52/16 52/20 54/19 56/12 56/14 62/7 62/19 65/22 67/17 67/23 68/12 69/11 73/13 74/1 74/11 74/12 76/12 76/14 76/21 78/12 79/5 80/9 81/11 82/3 82/11 82/22 83/2 84/14 84/25 85/4 85/5 87/1 87/7 87/23 88/2 88/9 88/13 88/15 89/1 89/14 90/9 90/13 90/17 98/8 101/19 102/24 102/25 105/22 110/8 111/15 111/18 113/1 113/16 113/23 114/3 114/10 117/2 117/11 119/7 120/24 121/2 121/4 125/13 125/18
dock [12] 90/13 95/12 96/7 96/8 96/20 96/25 97/6 97/10 97/13 97/14 99/4 101/15
document [5] 21/18 22/4 22/8 63/25 67/8
documentation [4] 48/16 64/17 67/13 67/14
documented [3] 66/10 66/17 68/19
documents [20] 7/1 7/16 7/22 7/23 8/1 8/3 9/8 9/9 9/10 10/1 11/9 37/13 48/18 48/19 60/10 65/20 66/2 66/4 66/7 66/16
documents -- [1] 66/16
does [19] 10/6 10/9 11/25 14/1 25/6 31/15 43/10 49/10 50/4 50/6 59/9 63/10 63/12 73/17 73/19 85/15 85/17 90/12 97/6

**D**

**doesn't [7]** 3/21 38/21 59/22 79/19 84/6 97/20 117/6
**doesn't -- [1]** 84/6
**doing [13]** 38/6 51/24 54/6 56/21 67/11 70/5 82/7 82/8 84/23 86/13 94/4 109/12 110/2
**dollars [2]** 73/13 117/8
**DOMB [14]** 2/15 4/7 4/13 4/16 4/21 5/16 6/8 14/17 15/3 15/6 18/13 18/16 68/13 125/4
**Domb's [1]** 94/18
**don't [124]** 3/18 3/21 5/7 6/8 6/20 7/16 8/8 8/8 8/16 8/24 9/5 10/6 10/7 10/9 10/14 11/25 12/13 15/16 15/19 15/25 16/2 18/23 19/1 21/25 23/7 23/10 28/13 31/15 31/19 34/21 35/5 36/8 38/18 41/22 42/4 43/12 43/20 43/25 44/1 44/1 44/3 46/17 47/12 50/25 51/20 54/2 54/17 58/1 58/8 58/10 58/25 62/6 62/17 62/20 62/21 63/6 64/22 64/24 69/21 69/24 70/25 71/23 73/17 74/20 75/14 75/23 77/14 77/15 77/20 79/7 80/9 80/25 81/3 81/6 83/11 84/17 84/18 84/18 85/19 86/3 87/13 87/14 87/16 89/8 89/25 90/15 90/16 90/18 90/22 93/15 94/19 94/22 95/22 96/22 96/23 98/11 99/22 101/18 105/15 107/10 107/23 109/9 109/11 109/19 110/6 110/6 110/20 110/21 110/23 112/24 112/25 113/11 113/24 114/18 117/9 117/14 118/8 119/10 119/12 120/21 120/22 120/23 121/2 121/4
**don't -- [5]** 8/8 62/20 79/7 83/11 112/24
**done [32]** 4/4 18/1 18/1 28/12 28/12 28/23 30/17 31/12 33/16 45/12 52/19 53/18 54/6 54/8 55/10 56/5 56/5 56/8 56/9 57/9 57/11 59/18 61/24 61/25 66/20 67/3 81/21 86/19 90/24 93/22 93/22 97/11
**done -- [1]** 28/12
**double [2]** 25/3 82/4
**doubt [1]** 109/1
**Dowling [2]** 115/9 116/19
**down [9]** 26/17 26/25 27/1 62/4 81/25 92/20 97/21 97/25 118/21
**draft [1]** 98/5
**drafts [2]** 8/6 8/11
**draw [2]** 51/16 52/16
**dredging [6]** 95/14 96/3 96/4 98/4 98/7 98/10
**drinks [1]** 14/11
**drive [3]** 1/24 8/15 125/23
**duly [3]** 3/3 123/3 123/6
**duplication [1]** 110/5
**during [6]** 7/10 8/3 15/13 34/10 52/19 120/20
**duties [1]** 51/20

**E**

**e-mail [6]** 7/12 12/1 12/3 12/11 12/14 12/22
**e-mails [2]** 7/14 120/14
**each [9]** 12/3 38/24 54/18 55/9 55/20 56/11 76/13 88/14 92/22
**earlier [5]** 6/7 8/6 24/1 86/14 108/20
**early [2]** 18/8 114/7
**earned [1]** 45/1
**easier [2]** 19/10 115/17
**easily [1]** 102/8
**Eastern [1]** 113/5
**economic [9]** 42/2 73/12 75/9 75/11 110/23 111/22 112/3 112/6 112/14
**economically [1]** 101/15
**economics [2]** 34/10 110/25
**economies [3]** 84/10 102/9 107/25
**economist [3]** 110/24 111/1 111/3
**EDWARD [1]** 2/8

**Edwards [2]** 1/13 123/23
**effect [3]** 61/1 66/25 74/3
**effective [1]** 90/10
**effectively [1]** 101/15
**effects [1]** 52/22
**efficiencies [1]** 82/18
**efficiently [1]** 87/2
**efforts [1]** 110/5
**either [20]** 6/9 7/18 23/9 28/20 34/10 43/25 47/9 49/16 49/24 50/5 64/24 78/8 78/9 78/10 81/7 96/12 114/1 123/14 123/15 123/16
**elderly [1]** 46/21
**eleven [1]** 17/20
**eliminated [1]** 55/24
**else [9]** 8/5 14/14 36/21 62/23 74/21 117/4 119/11 120/11 120/18
**elsewhere [1]** 90/14
**employee [4]** 92/6 92/7 110/13 123/15
**employees [8]** 51/19 51/25 91/24 92/3 92/4 92/10 94/25 99/15
**employees' [1]** 53/3
**employing [1]** 99/4
**enclosed [1]** 119/10
**encompassed [1]** 119/10
**end [3]** 3/24 16/23 91/12 91/13 103/23 113/24
**enforcement [1]** 34/6
**engaged [1]** 6/19
**engagement [2]** 7/15 36/19
**engagements [1]** 87/2
**engaging [3]** 40/18 40/24 41/19
**engineering [3]** 111/17 111/21 112/5
**engineers [3]** 58/2 111/23 112/14
**enough [8]** 4/1 52/18 56/13 85/7 85/9 85/9 85/23 89/11
**Ensign [3]** 111/16 111/17 112/18
**entertainment [2]** 60/14 63/12
**entire [2]** 96/25 97/16
**entities [7]** 51/20 52/13 52/17 58/6 59/23 81/6 89/15
**entitled [3]** 42/19 90/4 90/5
**entity [15]** 38/4 51/4 52/22 60/17 66/12 66/18 71/11 71/14 74/4 79/19 81/9 81/16 89/21 93/25 106/23
**entity's [1]** 93/24
**environment [1]** 109/7
**equal [1]** 25/6
**equation [1]** 41/13
**equipment [6]** 71/8 71/10 102/10 110/15 110/17 110/18
**equitable [1]** 88/6
**equivalent [1]** 57/19
**erosion [4]** 95/12 96/7 96/8 96/20
**error [8]** 8/13 24/10 27/20 27/22 30/5 30/7 30/10 30/22
**ESQ [5]** 2/5 2/8 2/10 2/15 125/4
**essence [1]** 79/18 80/16
**essentially [2]** 47/15 84/15
**estimation [1]** 57/19
**ET [3]** 1/5 125/2 126/4
**etc [1]** 56/9
**even [7]** 8/16 40/13 41/25 52/11 71/18 75/17 90/8
**ever [3]** 111/9 112/22 118/23
**every [10]** 14/9 52/1 52/20 53/1 53/13 59/20 60/11 60/12 62/16 96/5
**everybody [2]** 14/25 20/19
**everything [6]** 87/25 90/9 95/3 107/12 117/3 120/18
**evidence [6]** 66/25 69/6 69/10 69/14 78/5 78/7
**EVPs [1]** 87/8

**exactly [3]** 16/19 23/22 88/15
**EXAMINATION [3]** 3/6 122/1 122/3
**examined [1]** 33/8 68/13
**example [10]** 46/13 52/8 56/7 70/21 72/16 72/17 76/24 80/6 88/23 91/21
**examples [1]** 70/20
**exceed [2]** 46/16 47/1
**exceeds [2]** 32/17 46/9
**Excel [4]** 17/24 19/25 21/12 122/11
**except [3]** 49/20 55/24 92/15
**excess [2]** 44/25 64/12
**exchange [1]** 120/14
**Excuse [1]** 32/13
**executive [4]** 54/23 84/19 93/13 105/16
**exercise [1]** 64/14
**exhibit [11]** 7/25 20/6 21/1 21/4 21/7 21/11 21/19 21/24 22/9 22/12 22/20 23/12 23/13 24/19 24/21 25/18 29/21 30/1 32/13 48/15 48/18 49/4 55/15 55/16 57/13 66/6 68/23 68/24 77/23 91/5 91/7
**Exhibit D [1]** 66/6
**exhibits [8]** 7/24 20/19 22/24 28/1 28/4 31/10 122/5 122/22
**exist [6]** 79/20 82/25 84/10 85/15 85/17 85/22
**existence [6]** 80/16 84/12 86/20 89/2 89/20 90/9
**expand [2]** 61/8 61/8
**expand -- [1]** 61/8
**expectancy [1]** 112/9
**expedite [1]** 121/12
**expenditures [5]** 44/25 46/2 46/9 67/2 86/16
**expense [13]** 63/3 63/7 63/11 63/18 73/24 74/8 74/15 76/18 81/14 84/25 98/17 100/13 102/5
**expenses [14]** 45/7 45/17 55/13 63/12 64/1 69/6 79/3 83/11 85/1 86/11 86/14 89/8 101/23 107/22
**experience [14]** 33/24 34/3 36/14 45/5 47/19 51/15 52/16 63/23 64/15 66/11 67/16 106/9 106/15 107/13
**experienced [2]** 10/22 105/8
**experiences [1]** 46/7
**expert [20]** 3/17 6/8 7/21 9/1 13/4 39/3 39/9 41/12 57/24 58/9 58/11 59/1 62/7 65/15 105/4 108/20 111/2 111/6 111/9 112/22
**expertise [3]** 34/8 58/8 62/17
**expires [2]** 123/25 124/22
**explain [1]** 70/12
**explanations [1]** 106/12
**extensive [1]** 33/24
**extent [5]** 42/23 74/8 74/9 76/15 76/21
**extra [1]** 76/20

**F**

**face [4]** 48/11 87/13 120/19 120/19
**facilities [5]** 32/18 33/4 42/25 74/5 118/23
**facility [1]** 119/5
**fact [13]** 18/13 40/10 57/4 59/8 60/23 74/17 75/5 87/16 90/1 93/2 93/15 93/21 94/24
**factor [1]** 93/2
**failure [1]** 25/25
**fair [9]** 4/1 55/18 56/3 56/4 57/8 70/7 73/1 92/17 103/22
**fairly [6]** 10/21 37/8 51/6 51/6 51/7 68/4
**fairly -- [2]** 51/6 51/6
**familiar [3]** 13/24 73/23 74/7
**far [4]** 7/14 9/8 9/11 27/8
**fashion [1]** 81/1
**faulty [1]** 112/15
**feasibility [2]** 87/6 90/23
**federal [1]** 67/19

**F**

feel [3] 63/22 66/10 75/15
feeling [2] 12/7 61/9
fees [2] 55/25 81/25 82/4 107/19
fellow [1] 99/3
felt [6] 36/18 66/9 93/25 103/4 112/8 112/8
ferry [106] 5/21 6/2 32/17 32/22 33/5 33/9
  35/3 35/7 37/16 37/19 38/15 38/20 38/22
  39/4 39/6 39/7 41/1 41/3 41/9 42/22 43/1
  45/12 49/14 50/22 51/12 53/7 53/22 54/13
  57/4 57/21 57/24 58/1 58/3 58/8 58/11 58/16
  58/18 58/22 60/24 61/7 62/10 62/11 62/24
  64/13 69/7 69/11 69/17 69/20 69/21 69/25
  71/24 73/8 73/11 73/21 74/5 76/25 77/6 77/8
  78/6 79/4 79/21 80/24 81/13 81/16 81/17
  81/22 82/12 83/6 83/17 84/22 86/10 90/12
  91/24 92/11 92/25 94/1 94/25 95/15
  96/8 96/13 96/21 97/1 97/7 97/13 97/14 98/1
  98/5 99/14 100/2 100/18 100/23 101/13
  102/1 102/16 102/17 102/22 103/11 103/25
  104/6 109/23 117/12 117/24 119/4 119/11
  120/6
Festival [1] 82/10
feverishly [1] 61/6
few [3] 14/11 18/2 119/17
field [1] 46/15
Fifteen [1] 68/25
figure [5] 30/24 83/23 84/14 100/5 103/7
figures [2] 50/18 100/14
file [11] 7/20 7/22 8/5 10/5 13/7 20/7 31/19
  59/20 63/18 68/14 68/19
files [3] 66/3 68/15 120/21
fill [2] 5/11 52/1
finance [3] 11/21 34/8 34/10
financed [2] 76/21 80/12
financial [8] 2/16 6/11 10/1 68/3 72/24
  72/25 74/16 120/11
find [4] 31/20 38/3 39/25 118/9
finds [1] 14/10
fine [4] 24/17 71/18 89/24 96/23
firm [20] 4/5 4/7 4/14 9/14 9/22 12/10 34/18
  35/13 35/14 87/20 87/21 87/22 111/20 115/7
  115/18 116/3 116/13 116/17 116/23 118/19
firms [4] 34/21 35/10 115/23 116/7
first [18] 3/3 3/16 9/21 18/2 18/14 28/6 28/7
  33/12 33/15 49/1 50/13 63/9 65/4 69/1 72/5
  116/3 117/25 119/9
fiscal [1] 46/6
five [3] 25/21 47/1 76/16
five-minute [1] 117/15
fixed [1] 71/7
flavor [2] 61/5 62/16
Floor [1] 2/16
flow [2] 72/10 87/25
focused [4] 68/4 82/11 109/23 109/24
follow [1] 84/15
follows [1] 3/4
for -- [1] 60/1
foregoing [4] 123/6 123/7 123/11 124/3
forensic [2] 11/2 100/19
forget [4] 18/6 67/22 93/17 110/23
form [20] 39/17 39/24 40/22 41/2 41/21 43/11
  43/19 44/6 44/16 49/18 54/21 63/17 64/9
  65/8 76/1 77/2 88/11 88/17 94/9 96/10
  125/14
former [2] 66/23 66/24
forming [1] 100/19
formula [11] 17/15 17/21 18/11 25/25 28/5
  28/21 28/24 29/4 31/18 61/14 62/13
formulas [2] 17/19 18/9
formulation [1] 61/11

forth [4] 6/13 56/23 61/9 116/25
fossil [1] 12/4
found [1] 105/22
four [1] 30/19
fourth [2] 27/1 44/17
Frederick's [1] 69/23
Fredericks [1] 66/15
free [1] 90/19
free-standing [1] 94/1
freed [1] 117/3
frequently [1] 46/11
from -- [1] 72/10
full [3] 23/12 63/9 102/7
full-time [4] 57/20 84/17 84/18 84/19
fully [2] 76/21 80/7
function [1] 85/6
functioning [4] 109/10 109/11 109/14
  110/20
functions [2] 56/23 110/14
fund [1] 72/3
funds [6] 47/4 63/23 63/25 67/8 74/10 75/8
Funny [1] 14/24
further [5] 59/13 105/13 105/23 123/5
  123/13
further -- [1] 59/13

**G**

gained [2] 41/18 41/19
garage [4] 95/13 97/18 97/21 97/23
gate [1] 99/3
gather [1] 85/24
gave [6] 5/3 5/8 15/20 19/11 25/16 62/15
  106/7 117/8
general [6] 5/3 101/22 101/23 101/24 108/14
  120/24
general -- [1] 101/22
generally [5] 45/23 46/8 49/15 74/15 113/23
generate [2] 46/2 47/7
generated [3] 46/20 73/15 75/8
get [26] 17/24 28/23 29/11 50/10 73/18 74/4
  74/25 75/21 80/8 87/2 87/24 89/13 96/4 96/5
  96/24 98/6 106/4 108/1 108/7 108/16 109/3
  109/16 109/18 109/22 110/3 110/16
gets [2] 74/24 75/20
getting [3] 46/18 52/19 108/4
gifts [1] 74/10
give [5] 29/9 46/13 55/22 60/16 70/20
given [4] 4/7 18/19 103/9 106/13
gives [1] 61/5
glitch [2] 23/25 47/22
global [1] 56/10
go [46] 3/9 7/14 8/10 9/20 14/1 14/10 19/14
  20/18 24/13 24/15 24/19 25/11 25/18 26/4
  26/13 29/17 32/6 38/23 38/24 42/6 44/20
  47/11 55/3 55/15 55/16 70/7 75/21 77/5
  78/11 78/19 80/3 80/7 81/25 85/24 90/14
  90/21 91/4 91/7 91/21 92/14 92/16 92/22
  94/15 95/8 104/24 115/10
goes [4] 26/25 26/25 59/15 91/16
going [37] 3/22 4/23 17/21 18/1 20/17 31/21
  40/25 41/2 42/18 52/22 52/24 53/12 60/17
  61/12 62/19 64/8 65/4 65/16 69/25 77/22
  82/4 82/9 82/11 82/13 83/13 83/13 84/25
  85/20 87/10 87/12 90/2 91/4 96/5 97/23
  105/13 106/21 108/24
gone [2] 103/18 105/23
good [14] 3/9 3/18 4/4 13/18 13/20 38/5
  42/11 47/14 58/17 71/19 85/10 86/10 97/1
  108/5
got [12] 4/2 4/11 6/7 48/18 48/10 70/7 11/5
  11/24 21/18 25/15 40/18 48/6 57/13 62/25
  76/3 79/1 80/1 87/8 95/25 96/15 101/11

112/13
Gotcha [3] 19/24 20/11 120/12
gotten [2] 75/5 75/7
government [6] 52/8 66/24 73/14 73/23
  96/14 97/2
governmental [14] 6/12 34/4 36/14 46/12
  46/20 46/24 58/5 60/11 81/16 81/24 89/15
  93/23 97/12 106/23
governmental-type [1] 58/4
governments [2] 34/5 81/6
Governor's [2] 58/20 58/23
grant [8] 71/19 72/1 72/11 72/20 74/25
  76/21 80/8 97/12
grants [10] 67/20 67/24 71/22 73/14 73/24
  74/10 75/21 76/10 96/14 97/2
gravitate [1] 85/6
great [4] 5/15 14/12 42/14 109/21
greater [4] 40/13 41/3 41/8 82/5
Guard [1] 35/21
guess [22] 30/23 32/8 33/17 40/16 43/24
  44/3 48/1 54/7 58/10 64/19 64/20 69/12
  78/19 80/16 83/12 83/23 94/21 99/1 102/10
  103/17 105/5 111/23
guess -- [2] 30/23 64/19
guessing [1] 43/21

**H**

H -- [1] 99/24
had [52] 3/12 4/4 4/22 5/14 6/7 6/13 7/4
  13/11 13/18 14/20 23/5 34/3 36/13 44/22
  53/10 54/7 54/8 57/6 57/8 57/9 57/11 58/4
  59/18 60/16 62/23 63/7 65/11 68/19 71/18
  73/13 75/7 75/7 80/2 80/5 91/10 97/2 102/7
  106/15 107/4 107/11 107/12 107/24 111/9
  111/18 112/10 112/22 115/16 115/17 116/17
  116/16 116/16 116/22
had -- [1] 23/5
half [7] 92/6 92/7 92/8 92/15 93/3 110/8
  110/13
half -- [1] 92/7
Hall [18] 92/21 92/23 93/5 93/16 94/6 94/19
  95/5 95/20 95/21 95/23 95/24 103/10 118/2
  118/11 119/8 119/10 120/4 120/15
hand [5] 10/3 10/3 23/11 53/25 123/18
handled [1] 70/6
hands [3] 58/2 99/4 101/16
handwritten [7] 9/2 9/3 9/6 10/8 11/24 13/3
  28/25
happen [5] 35/16 59/22 82/2 90/25 91/2
happened [3] 17/7 17/23 116/4
happening [1] 38/3
happy [1] 29/9
harbor [1] 77/8
hard [3] 8/15 71/11 80/12
hardly [1] 62/11
Harold [1] 113/2
harp [1] 69/23
HARTFORD [1] 1/25
has [18] 26/17 27/2 34/8 37/8 37/14 44/19
  50/21 66/20 75/20 94/11 100/18 101/13
  105/15 113/10 116/23 118/19 118/20 120/9
hat [1] 61/22
hate [2] 52/14 69/23
have [184]
have -- [5] 18/6 31/15 97/20 106/24 114/4
haven't [5] 15/5 31/25 56/5 71/21 108/18
having [6] 3/3 46/8 54/10 62/14 87/15
  105/10
he [40] 5/1 5/3 5/3 5/8 5/11 5/17 5/19 5/19
  5/23 6/2 6/6 6/10 6/13 7/1 7/4 7/6 9/23 9/19
  10/5 10/6 10/9 10/11 10/12 10/16 10/16
  10/21 11/4 11/8 11/8 11/16 11/25 14/21

he... [8]  14/23 15/20 23/16 63/12 63/18
95/22 95/24 120/10
he's [6]  10/7 10/21 11/15 11/19 11/23 67/3
health [3]  99/13 106/5 106/9
healthcare [3]  46/14 46/17 52/15
heart [1]  13/23
heavily [1]  6/11
hell [1]  87/13
help [3]  6/15 39/21 103/24
her [4]  14/13 53/12 110/8 125/9
here [47]  6/23 7/16 8/2 19/19 30/23 34/1
36/11 39/13 40/18 51/21 54/1 59/7 70/5
71/10 72/8 72/13 74/3 74/13 79/18 80/13
83/12 85/7 88/9 90/13 90/14 90/17 91/4
93/15 93/19 95/3 97/21 97/22 97/25 98/7
98/15 105/18 106/25 108/9 108/10 108/13
108/16 109/13 109/17 110/2 114/7 119/4
120/9
here -- [2]  54/1 108/9
hereby [2]  123/2 124/4
Herman [1]  113/1
high [1]  90/20
higher [1]  87/16
HILL [1]  2/15
him [18]  6/13 6/15 6/19 7/5 12/23 15/12
18/13 18/15 18/17 18/18 23/20 36/6 36/8
44/18 65/12 65/13 94/11 125/9
his [6]  6/19 11/20 63/12 65/12 65/15 93/17
history [1]  80/12
Hold [2]  32/1 36/5
Hollywood [2]  66/15 69/24
home [1]  16/20
honest [1]  8/17
hope [1]  14/10
host [1]  66/2
hot [1]  87/23
hour [2]  4/23 11/1
hours [4]  15/24 53/23 119/15 119/18
how [36]  4/2 4/11 4/17 6/17 10/4 13/16
15/23 28/11 31/12 33/8 33/14 33/21 50/17
51/11 54/2 54/17 58/1 58/23 60/7 69/21 71/14
73/3 73/17 73/19 76/12 76/14 80/12 81/3
84/3 86/7 95/17 110/1 113/21 114/20 115/4
118/10
how -- [1]  10/4
However [1]  71/21
Hoyt [1]  2/11
hundred [6]  34/16 49/16 49/20 49/25 70/4
86/7
hundred -- [1]  34/16
hypothetical [3]  84/7 92/7 110/13
hypothetically [2]  51/5 90/25

I

I -- [2]  6/18 31/14
I'd [5]  11/13 14/22 19/5 28/13 29/9
I'll [2]  55/22 87/1
I'm [110]  3/17 3/22 7/13 8/14 8/25 10/20
12/4 12/15 13/6 13/16 13/7 13/24 17/12 26/8
28/13 30/23 30/24 31/21 31/21 32/1 33/1
33/22 33/23 34/16 34/17 35/2 35/3 35/9
35/13 35/22 37/3 40/16 41/5 41/17 42/3
43/12 43/12 44/12 45/9 45/10 48/1 48/22
49/3 50/15 51/17 52/13 54/4 54/5 54/7 54/15
58/10 62/20 62/25 64/2 64/12 64/22 65/4
65/14 65/16 66/1 66/22 67/5 67/10 67/11
67/12 68/9 70/5 72/13 72/13 73/18 73/23
74/6 75/13 75/22 76/2 76/7 80/11 83/1 83/10
83/19 83/22 83/23 84/23 86/6 86/13 86/22
86/24 89/6 89/7 89/8 89/12 89/14 89/22 90/2

97/4 97/9 98/21 103/7 105/13 105/19 106/24
109/6 111/11
I'm -- [1]  86/24
I've [26]  18/19 23/8 32/25 34/3 34/4 37/13
39/7 48/6 52/13 54/6 58/4 66/25 67/14 74/7
76/3 79/1 89/17 90/3 99/13 100/1 102/15
103/18 108/11 108/13 108/18 119/1
idea [2]  5/8 96/24
ideal [1]  59/7 7/25 25/5 61/15 99/7
ideally [1]  84/13
identical [1]  55/20
IDENTIFICATION [5]  21/3 21/6 21/10
21/13 29/23
identified [1]  53/5
identify [8]  21/17 22/3 22/14 23/12 29/25
30/4 60/18 117/24
identifying [1]  7/5
if [93]  3/20 8/16 14/11 19/5 20/5 20/19 23/12
24/5 24/8 24/19 24/25 25/2 25/5 25/18 26/13
29/7 31/20 32/15 37/2 38/4 38/22 40/10
40/17 40/19 40/23 41/6 42/2 42/3 43/9 43/16
44/8 44/12 44/20 44/22 45/19 45/19 47/13
48/6 51/3 51/4 54/7 54/8 54/15 54/16 57/11
60/25 61/23 62/25 69/24 70/5 71/17 71/18
71/21 75/7 75/7 76/19 77/14 79/1 79/12 80/9
80/24 81/12 81/15 82/5 82/16 82/22 82/24
83/5 83/13 83/13 86/24 87/18 88/7 89/23
90/1 90/7 90/19 94/14 96/23 98/15 99/1
100/9 102/23 103/4 104/10 104/21 105/7
105/12 105/22 106/5 109/18 117/8 125/12
if -- [1]  99/1
immediately [1]  18/12
immediately -- [1]  18/12
impact [2]  62/19 69/19
impacted [1]  69/21
imposed [2]  32/16 32/22
imposition [1]  88/4
improper [7]  63/20 66/20 67/4 73/10 74/11
74/12 112/4
improvement [1]  67/7
in [328]
in -- [1]  84/13
in-depth [1]  36/15
inaccurate [1]  44/15
include [2]  104/9 108/25
included [3]  25/19 40/12 110/13
including [2]  66/3 72/9
income [2]  72/2 72/12
incorrect [5]  17/11 18/9 43/9 43/17 44/13
increase [1]  39/14
increases [1]  40/19
incur [1]  87/17
incurred [5]  34/1 49/13 78/6 79/12 79/14
incurring [2]  81/14 82/16
incurs [1]  45/17
independent [9]  43/6 67/21 80/16 83/4
101/18 104/10 104/11 106/2 109/2
independently [8]  99/18 99/20 99/23 100/4
100/9 100/14 101/2 105/4
INDEX [2]  122/1 122/5
indicate [4]  56/23 63/13 67/1 69/16
indicated [4]  5/20 125/10 125/11 125/17
indicating [1]  63/11
indication [3]  38/5 60/17 60/21
indigent [1]  46/21
individual [3]  19/9 25/11 51/5
individuals [2]  94/8 117/23
industries [1]  35/7
industry [6]  11/22 34/15 35/17 35/20 35/24
52/7
inexpensive [1]  53/15

information -- [1]  107/6
infrequent [1]  46/25
initial [5]  5/15 6/14 17/2 69/16 119/22
initial -- [1]  6/14
initially [1]  6/6 6/13 50/13
inner [1]  39/6
input [4]  9/7 25/25 61/15 99/7
inquire [1]  103/5
instance [7]  10/16 46/14 56/20 81/15 87/2
105/16 106/4
instance -- [1]  106/4
instead [2]  99/4 110/3
instituted [1]  54/9
INSTRUCTIONS [1]  125/5
insurance [4]  99/13 99/15 99/24 106/5
integrate [2]  102/8 108/2
integrated [1]  111/22
intended [2]  97/19 98/1
interest [28]  26/5 26/5 26/10 27/18 27/20
27/21 27/23 28/3 28/6 28/8 29/2 29/8 29/22
30/3 30/5 30/7 30/11 31/4 31/6 31/11 65/24
77/24 77/25 78/5 115/22 115/24 117/11
122/12
interested [2]  48/22 123/17
Interesting [1]  59/2
interests [1]  7/6
internal [4]  1/20 12/11 28/2 29/1
internally [3]  30/17 50/14 75/8
interrupt [1]  36/8
interview [1]  38/10
into [9]  14/19 30/11 38/24 52/15 70/22 70/24
81/20 102/9 111/22
intracost [1]  74/17
intuitive [1]  104/14
invalidate [1]  43/22
Invariably [1]  14/10
inverse [1]  69/12
investigation [2]  38/5 70/5
investigators [1]  23/9
involved [9]  4/2 4/11 6/11 11/5 23/8 34/11
37/15 72/8 89/17
involving [1]  111/13
is [247]
is -- [3]  49/21 83/10 90/4
Island [1]  58/21 58/23
Isn't [1]  49/22
issue [2]  18/19 64/4
issues [7]  7/2 15/15 36/4 36/11 36/11 40/15
109/25
issues -- [2]  15/15 36/4
it [227]
it -- [1]  28/25
it's [64]  7/25 8/22 12/17 13/22 13/23 22/6
22/16 23/5 23/6 25/5 28/3 28/4 39/19 29/5
31/3 31/4 31/10 36/25 39/18 42/13 42/14
43/25 46/24 47/25 61/16 61/20 62/25 63/9
65/9 71/18 71/23 72/1 73/1 73/7 74/6 74/8
74/12 75/2 75/2 75/17 75/19 75/19 75/23
76/17 76/22 76/22 77/3 78/1 78/19 80/9 81/5
84/2 84/7 88/5 90/8 93/15 97/21 97/25
100/22 101/25 105/19 105/21 106/20 108/3
It's -- [1]  13/23
item [11]  16/4 16/11 21/23 22/9 22/18 27/11
52/10 52/10 75/14 77/22 77/23
item -- [1]  77/22
items [11]  20/5 20/7 20/9 54/18 60/15 67/13
70/12 70/17 71/2 71/3 83/15
items -- [1]  20/5
its [3]  40/19 82/23 89/20

**I**

itself [5]  25/13 32/23 47/10 89/21 94/14

**J**

Jamaican [1] 69/20
January [1] 60/5
Jeff [3]  5/21 82/7 90/18
JEFFERSON [9]  1/4 32/17 82/16 85/8 94/4
  108/25 118/24 125/1 126/4
Jim [8]  9/18 9/20 11/13 17/13 18/4 18/12
  18/16 68/10
Jim O'Sullivan [1] 68/10
Jim's [1] 9/22
job [3]  52/19 56/22 110/2
Johnson [2] 92/5 92/24
Johnson's [1] 110/7
jointly [1] 11/13
judge [2] 40/14 112/8
judging [1] 62/18
judgment [13]  57/22 61/16 61/17 61/20
  64/14 102/20 103/2 103/2 103/4 105/21
  109/2 109/9 111/8
judgments [1] 64/18
juice [1] 14/20
July [1] 1/15
June [1] 16/14
jury [2]  40/14 45/3
just [67]  3/15 10/11 12/13 12/25 13/6 15/15
  16/6 16/13 16/21 19/1 19/25 25/5 26/16 26/4 26/6
  26/14 27/9 27/9 27/11 27/19 28/9 28/9 28/21
  29/18 30/6 31/4 31/10 31/18 35/22 36/6 37/1
  41/13 42/10 54/10 56/10 59/15 60/21 61/10
  67/10 67/12 67/24 72/14 72/15 72/16 75/14
  75/22 76/2 78/25 80/3 80/10 80/1 85/25
  89/25 91/12 93/18 95/9 96/24 100/9 101/15
  105/13 106/24 108/6 113/23 115/16 119/20
  120/17 120/24 125/18
just -- [5]  16/13 16/21 27/19 31/4 67/10

**K**

Kahn [4]  115/18 115/23 116/8 116/9
keep [6]  7/20 26/6 59/9 89/23 108/8 113/23
keeps [1] 10/5
KELLOGG [2]  2/5 3/10 119/20 122/3
kind [11]  5/1 7/4 7/17 7/20 24/8 24/9 51/9
  53/16 61/5 73/3 95/4
Klimas [5]  85/4 85/4 92/5 92/24 93/15
Klimas -- [1] 93/15
Klimas's [1] 93/10
knew [3]  104/16 114/19 119/25
know [84]  4/23 5/7 5/13 5/19 5/24 6/20 8/8
  8/16 8/18 9/1 10/4 10/7 10/9 10/14 11/23
  12/13 16/20 17/24 19/1 23/6 28/13 30/23
  34/13 34/21 34/22 35/5 35/11 37/3 38/19
  41/22 42/10 43/13 43/20 43/25 44/1 44/1
  47/12 50/1 50/17 50/20 52/7 53/14 54/2
  54/17 58/1 58/9 60/25 62/21 67/17 67/22
  67/23 68/12 69/21 69/24 70/25 77/14 77/15
  79/20 80/9 81/3 81/5 85/19 86/3 87/7 88/13
  90/16 90/16 90/18 90/22 94/19 95/22 95/24
  96/22 96/23 98/8 98/11 106/21 107/25
  109/18 110/6 114/18 118/8 119/5 119/14
know -- [3]  77/15 90/16 95/24
knowledgable [1] 86/7
knowledge [9]  10/10 13/2 20/14 39/5 43/6
  43/21 101/18 104/11 106/2
knowledgeable [1]  106/8
known [1]  115/8

**L**

lab [1] 53/10

lack [1] 60/10
laid [2]  76/15 76/17
land [1] 21/21
last [7]  13/18 16/19 25/3 25/23 26/14 69/5
  78/4
lasted [4]  112/10 112/12 119/14 119/17
Late's [1] 50/2
later [3]  11/4 14/22 49/25
latter [1] 61/9
laundry [1] 38/21
lawsuit [2]  85/20 88/20
lawsuits [1] 88/21
lawyer [5]  4/7 4/14 11/15 14/7 14/9
lay [1] 75/4
layer [4]  81/4 81/12 83/6 84/5
lazy [1] 17/25
learned [1] 39/7
lease [2]  88/19 88/22
lease -- [1]  88/19
least [3]  46/19 73/7 79/14
leave [1] 115/10
ledger [1] 108/14
left [2]  88/7 114/18
legal [9]  22/25 37/12 40/15 41/23 41/25
  42/23 45/2 47/8 86/4
legal -- [1]  86/4
legalities [1]  43/13
legally [3]  41/5 47/10 89/13
legislature [1]  86/5
length [2]  88/9 88/23
less [1] 41/3
let [13]  16/12 22/17 19/21 27/24 40/13 42/10 50/7
  63/6 78/25 79/6 90/12 90/16 103/10 108/5
let's [18]  24/15 26/4 29/17 30/10 32/6 41/12
  53/4 53/10 72/15 76/16 76/19 82/22 91/3
  91/21 92/22 96/5 107/20 117/24
letter [2]  7/15 7/15 23/18 25/16
letters [2]  7/12 7/14
level [1] 59/23
Levinson [1] 113/2
liability [3]  6/3 40/15 68/6
Liberty [2] 2/16
License [1] 14/1
life [6]  77/16 77/16 77/19 111/21 111/25
  112/9
light [1] 38/18
like [15]  5/7 7/21 9/4 19/5 29/3 54/10 59/25
  60/4 62/23 63/23 70/20 84/14 86/17 104/14
  108/4
likely [1] 111/6
limited [1] 73/1
line [20]  21/22 25/2 25/2 25/3 25/19 25/20 25/23
  26/5 26/10 26/14 30/19 30/20 30/21 41/8
  52/10 54/18 69/5 87/23 87/25 90/10 126/10
lingerie [1]  69/24
list [6]  20/6 37/18 37/23 38/8 38/23 39/12
list -- [1]  38/23
listed [4]  9/9 21/23 40/18 98/15
listing [2]  38/8 38/23
litigation [4]  8/4 34/11 87/3 116/14
little [11]  17/25 70/10 77/23 77/25 80/1 82/3
  91/16 91/16 91/17 104/2 117/2
lives [1] 105/17
LLC [1] 1/23
LLP [3]  2/6 2/8 2/15
lo [1] 16/23
location [1]  12/20
logistics [1] 90/17
long [4]  15/23 112/24 114/20 115/4
longer [1] 93/9
look [21]  7/2 20/6 24/25 25/2 25/5 25/19
  27/10 45/12 49/19 55/17 55/22 57/12 61/21

62/23 63/3 63/6 67/14 89/23 106/16 106/20
  108/22
looked [2]  27/8 60/15
looking [13]  11/5 26/6 26/8 61/1 61/2 61/2
  61/4 61/8 74/14 80/11 84/21 88/6 89/10
looks [2]  59/25 60/4
lose [1] 13/21
lot [8]  70/6 81/14 87/13 92/18 93/21 98/16
  109/12 113/25
Lou [1]  120/4
Louis [1]  2/7
low [1]  66/9
lower [3]  41/20 58/23 67/15
lowered [1]  55/10
LSR [1]  1/13

**M**

made [19]  8/22 18/11 18/14 24/10 27/25
  55/19 56/17 57/18 103/1 103/3 103/8 103/24
  105/14 107/4 107/14 108/6 110/10 114/7
  125/12
MADISON [2]  1/24 125/24
mail [1]  18/14
main [1]  69/1
maintain [1]  63/10
major [2]  107/22 115/23
majority [1]  103/23
make [19]  3/18 3/21 6/3 8/10 9/3 16/25 18/4
  19/7 19/25 38/23 40/14 43/4 44/8 61/20
  73/19 75/22 76/2 83/17 85/5 87/5 87/10
  87/13 91/18 92/18 95/17 97/15 106/24 109/2
  115/16 120/20 125/13 125/18
makes [3]  87/7 87/19 96/21
making [11]  34/11 63/16 66/14 66/19 87/9
  87/22 88/1 92/10 93/5 107/15 107/21
man [1]  110/14
management [13]  91/24 92/19 94/25 99/8
  99/14 100/1 100/18 101/13 102/16 102/22
  104/6 104/13 114/21
manager [3]  9/22 93/18 120/8
mandate [3]  37/9 52/25 61/9
mandated [1]  51/24
Manhattan [1]  58/23
manually [1]  28/12
manufacturing [3]  52/7 52/9 71/11
many [7]  4/17 33/8 51/19 58/1 58/2 98/15
  118/10
maritime [10]  33/17 33/19 34/15 34/17
  34/23 35/7 35/14 35/17 35/20 35/24
mark [1]  20/18
marked [7]  21/3 21/6 21/9 21/13 21/18
  29/23 29/25
market [2]  90/19 116/4
marketing [6]  14/13 62/2 62/7 62/20 63/5
  103/15
MARTIN [2]  2/15 125/4
Marty [5]  14/25 19/11 19/16 20/3 118/19
Marty's [1]  118/18
master [4]  8/9 8/23 61/3 77/8
match [1]  46/1
matching [3]  45/20 45/22 86/15
mathematical [2]  61/11 91/11
mathematical -- [1]  91/11
mathematically [1]  47/24
matrimonial [1]  14/9
matter [13]  4/5 4/6 4/9 4/25 5/7 5/20 5/22
  9/15 10/3 13/9 39/7 55/25 120/24
matters [1]  33/25
maximize [1]  90/10
may [16]  3/18 12/17 22/1 31/17 31/17 31/18
  35/10 35/12 47/6 74/24 74/25 83/20 89/22
  90/2 95/24 112/24

# M

**maybe [9]** 4/22 18/5 19/1 54/3 60/12 72/13 85/20 92/7 120/2
**me [69]** 3/20 4/15 4/16 5/3 5/8 5/19 6/3 6/6 6/13 6/21 10/21 11/8 12/22 14/23 15/20 16/10 16/12 18/6 18/24 19/6 19/11 21/20 23/13 24/13 25/16 27/19 27/24 28/16 29/7 30/12 32/13 37/13 39/1 44/23 46/13 50/7 51/4 51/18 56/18 56/19 58/25 62/15 62/15 63/6 63/15 65/5 65/9 70/12 70/20 78/25 79/1 79/6 90/12 90/16 93/20 101/13 102/24 103/9 103/10 104/21 105/12 105/14 105/23 108/5 109/9 111/20 123/16 123/8 124/14
**me -- [1]** 5/19
**mean [23]** 5/13 10/2 10/4 15/15 28/4 33/23 43/25 45/19 65/19 69/13 69/14 73/17 74/1 80/25 88/13 92/14 97/21 104/18 105/15 106/15 108/3 108/4 108/9
**mean -- [3]** 88/13 104/18 108/4
**meaningful [1]** 83/17
**means [3]** 3/17 45/1 45/10
**meant [2]** 45/21 77/18
**meat [1]** 91/5
**Medicaid [1]** 46/15
**medical [1]** 99/14
**Medicare [1]** 46/15
**meet [2]** 14/17 15/23
**meeting [8]** 4/22 4/23 15/14 119/9 119/14 119/17 119/22 120/25
**meetings [2]** 37/12 120/20
**mention [1]** 62/9
**mentioned [5]** 19/14 62/12 80/5 113/22 114/3
**merger [1]** 116/11
**mergers [1]** 87/3
**Merritt [3]** 119/23 120/3 120/9
**message [1]** 62/25
**met [6]** 14/19 15/10 93/16 93/17 118/21 118/21
**meters [1]** 82/6
**method [10]** 27/21 28/6 28/7 48/3 48/4 48/11 53/21 57/22 79/19 79/13
**methodologies [1]** 17/8
**methodology [4]** 10/16 16/25 17/10 17/12
**Mets [1]** 13/21
**middle [1]** 36/9
**might [6]** 7/7 7/7 44/10 55/16 63/8 98/3
**miles [1]** 105/18
**million [3]** 76/16 76/17 76/20
**mind [4]** 7/4 16/9 72/16 76/3
**minds [1]** 45/3
**minimize [1]** 90/11
**minimum [1]** 63/24
**minus [1]** 25/6
**minute [2]** 52/20 53/13
**minutes [6]** 21/22 37/11 37/24 38/2 61/1 61/5
**mirror [2]** 45/6 45/9
**mirroring [1]** 45/19
**misleading [1]** 96/16
**Missouri [1]** 2/7
**mistake [4]** 17/17 27/5 27/6 28/8
**mistakes [1]** 25/24
**misunderstanding [1]** 72/13
**mixed [1]** 95/14
**model [26]** 78/20 80/18 80/19 80/23 81/11 82/19 83/2 83/3 83/24 84/16 86/16 86/18 86/20 86/23 89/2 90/7 92/20 103/24 104/3 106/17 107/3 107/3 110/22 110/23 111/22 112/6
**models [4]** 47/12 47/16 47/19 87/18

**moment [3]** 19/13 41/14 95/9
**Monday [1]** 18/8
**money [2]** 85/23 87/14
**month [3]** 46/6 52/25 65/11
**more [17]** 5/11 10/12 10/16 21/22 41/9 42/3 53/20 53/24 61/13 61/24 61/25 82/3 87/13 101/14 102/25 106/22 117/20
**more -- [1]** 10/16
**morning [3]** 3/9 18/8 20/16
**most [12]** 7/18 8/1 9/7 11/20 47/20 48/2 78/1 83/25 84/3 86/17 90/9 93/25
**mostly [1]** 91/4
**move [2]** 96/24 117/4
**moving [2]** 38/18 116/10
**Mr [2]** 119/20 122/3
**Mr. [52]** 3/9 4/7 4/13 4/16 4/21 5/16 6/8 11/14 12/2 12/3 13/10 13/10 14/17 15/3 15/6 18/13 18/16 20/7 21/17 22/6 22/16 23/16 44/19 63/10 64/6 66/20 67/13 68/25 92/21 92/23 92/24 93/5 94/6 94/11 94/18 94/19 95/5 95/21 95/23 103/10 117/20 118/2 118/11 119/8 119/10 119/22 120/2 120/4 120/8 120/9 120/15
**Mr. Bill [1]** 119/22
**Mr. Domb [2]** 4/7 4/13 4/16 4/21 5/16 6/8 14/17 15/3 15/6 18/13 18/16 68/13
**Mr. Domb's -- [1]** 94/18
**Mr. Hall [15]** 92/21 92/23 93/5 94/6 94/11 95/5 95/21 95/23 103/10 118/2 118/11 119/8 119/10 120/4 120/15
**Mr. Merritt [1]** 120/9
**Mr. Murray [2]** 12/2 13/10
**Mr. O'Sullivan [3]** 11/14 12/2 13/10
**Mr. Riccio [5]** 63/10 66/20 67/11 92/5 92/24
**Mr. Riccio's [2]** 22/6 22/16
**Mr. Rinaldo [2]** 120/2 120/8
**Mr. Schachter [7]** 3/9 21/17 23/16 44/19 64/6 94/11 117/20
**Mr. Schachter's [1]** 20/7
**Ms [2]** 92/5 92/24
**Ms. [3]** 92/5 92/24 94/24
**Ms. Johnson [2]** 92/5 92/24
**Ms. Johnson's [1]** 110/7
**much [7]** 5/7 13/24 63/15 87/14 89/4 103/17 106/19
**Murray [6]** 9/18 11/3 11/4 11/18 12/2 13/10 13/15 32/25 33/23 35/20 36/1 37/11 39/5 39/12 40/8 41/4 41/7 42/3 43/21 50/12 50/15 50/24 51/15 55/15 56/4 56/21 57/22 58/13 61/9 63/23 64/15 65/5 65/21 66/2 66/10 67/16 69/15 69/16 72/16 73/1 74/20 76/3 78/25 79/2 79/6 79/6 85/7 86/12 87/20 87/24 89/2 89/10 90/7 93/1 93/7 97/11 98/11 99/22 104/7 105/20 106/9 107/13 109/7 109/8 110/21 110/22 111/22 111/25 112/8 112/14 113/25 116/21 117/1 117/12 118/21 119/17 119/20 120/3 120/21 123/10 123/24 123/25 124/22
**my -- [5]** 29/6 65/21 69/15 79/6 79/6
**myself [4]** 11/13 34/7 80/2 111/1

# N

**N.W [1]** 2/9
**name [9]** 3/9 4/6 67/22 89/16 93/17 111/15 125/1 126/3 126/7
**name -- [1]** 93/17
**named [1]** 123/5
**narrative [2]** 57/13 77/22
**NASH [1]** 2/15

**Natarelli [2]** 115/9 116/19
**national [1]** 116/23
**natural [1]** 36/12
**nature [7]** 5/12 5/17 8/7 18/17 34/20 36/19 60/20
**necessarily [3]** 68/5 83/15 89/22
**necessary [13]** 36/2 36/10 79/3 86/15 91/25 92/11 92/25 93/9 95/1 102/17 102/21 103/12 110/19
**need [30]** 12/22 40/6 42/4 42/10 51/10 51/14 56/7 58/2 58/2 66/10 67/7 81/18 83/15 84/17 84/18 84/19 89/8 89/22 90/17 94/7 105/14 107/18 107/18 107/19 109/9 109/11 109/19 110/11 110/21 119/12
**needed [2]** 57/20 94/1
**negative [1]** 81/1
**negotiate [1]** 88/15
**negotiated [1]** 88/22
**neither [1]** 123/13
**net [1]** 27/13
**never [14]** 16/21 17/23 23/18 58/15
**new [17]** 2/17 4/19 4/21 18/22 19/4 19/7 34/5 42/13 78/13 80/8 93/14 95/13 97/18 97/23 113/5 114/16 116/24
**night [2]** 13/18 18/3
**nitpicky [1]** 30/23
**no [86]** 1/3 1/14 3/17 6/22 10/10 12/22 13/3 13/15 13/15 14/16 15/4 20/2 21/1 21/4 21/7 21/11 23/2 26/14 29/1 29/4 29/16 29/16 29/21 30/7 31/14 31/16 33/19 34/22 35/19 36/22 38/9 38/12 39/11 43/8 44/1 49/9 50/19 53/19 54/20 61/11 61/15 62/8 62/9 62/20 63/20 68/19 69/5 69/13 70/4 71/18 71/22 73/13 74/12 78/4 78/7 79/7 80/11 88/5 91/14 91/14 93/9 98/12 100/7 100/11 100/15 101/4 101/20 102/2 102/2 102/6 102/20 103/11 105/2 108/20 110/8 110/11 113/20 117/13 120/16 122/7 122/8 122/9 122/11 122/12
**no -- [3]** 69/13 71/18 74/12
**nominal [1]** 78/7
**noncash [2]** 55/13 76/17
**nonexistence [1]** 84/16
**nonexistence -- [1]** 84/16
**nonmanagement [1]** 99/15
**nor [5]** 63/12 123/14 123/15 123/16 123/16
**normally [6]** 23/3 23/7 23/8 38/3 113/24 120/25
**not [168]**
**not -- [3]** 8/24 12/25 108/10
**notary [8]** 1/14 123/2 123/18 123/24 124/21 125/9 125/10 125/16
**note [5]** 27/1 37/8 80/2 114/7 122/22
**noted [2]** 18/3 36/24
**notes [15]** 8/6 9/2 9/3 9/6 10/8 11/24 13/3 13/13 28/20 91/12 91/13 103/23 120/20 120/23 120/25
**nothing [4]** 5/15 31/3 114/5 114/6
**notice [2]** 26/14 26/16 28/14 91/15
**noticed [1]** 16/24
**now [13]** 7/11 14/21 14/23 19/3 24/8 25/11 26/6 56/3 70/13 71/2 81/14 105/22 126/10
**Now -- [1]** 105/22
**number [24]** 9/14 22/6 26/17 26/24 27/1 30/11 31/11 37/18 38/17 39/14 51/19 58/21 60/19 61/15 61/22 73/22 82/15 84/16 88/21 89/16 91/17 101/7 111/5 116/22
**numbers [5]** 49/8 49/15 49/23 50/9 50/10
**numbers -- [1]** 50/9
**nurse [1]** 53/10
**NY [1]** 2/17

# O

oaths [1] 123/4
Object [1] 43/19
Objection [19] 23/14 39/17 39/24 40/22
41/21 43/11 44/6 44/16 49/18 54/21 63/17
64/9 65/8 76/1 77/2 88/11 88/17 94/9 96/10
obtain [3] 35/10 104/6 105/20
obtained [3] 49/6 68/14 99/22
obviously [1] 88/20
occur [2] 30/14 30/15
occurred [5] 30/5 30/10 30/13 30/24 30/25
occurrence [1] 13/22
odd [2] 50/4 50/6
of -- [5] 24/14 30/18 31/5 62/16 112/16
off [17] 20/21 20/23 24/13 24/13 29/17
29/20 31/5 31/6 31/9 32/2 32/4 59/3 59/5
96/15 114/24 115/2 121/10
offering [1] 116/3
office [18] 4/19 4/21 68/13 101/21 102/2
107/18 107/20 109/16 109/17 115/8 116/9
116/12 118/16 118/16 118/18 118/20 118/22
119/17
office-related [1] 101/23
officer [1] 120/11
offices [2] 1/12 116/24
offline [1] 27/18
offset [11] 39/21 40/4 40/5 40/6 40/20 41/6
73/24 74/9 76/8 76/13 76/22
oftentime [1] 45/6
Oh [3] 49/9 51/18 91/8
okay [117] 3/15 4/10 5/1 7/1 8/20 9/23 10/19
10/23 11/14 11/23 12/21 14/17 15/11 15/21
17/22 18/10 19/9 19/12 20/19 21/23 22/3
23/11 23/19 23/23 23/24 24/5 24/23 25/10
25/12 25/17 26/9 26/10 26/12 26/16 27/17
28/20 30/9 32/7 33/20 34/13 35/5 36/17
38/13 39/12 39/20 42/4 42/6 46/3 47/11 48/1
48/4 48/13 48/24 53/4 54/15 55/9 55/18
55/19 56/2 56/15 57/12 57/17 57/23 58/24
59/25 60/7 61/10 61/19 64/12 64/18 67/10
68/1 68/16 68/21 69/4 70/11 71/6 71/9 72/17
73/10 74/22 77/20 77/21 79/17 80/14 80/22
81/10 84/6 84/23 85/18 86/8 87/8 88/2 89/19
91/1 91/3 91/15 92/9 92/14 96/18 98/13
98/20 99/9 103/14 103/17 103/22 104/10
106/11 107/9 108/12 111/5 112/16 114/6
116/1 119/16 119/19 121/3
old [4] 18/21 18/23 19/2 19/6
on [147]
on -- [1] 80/23
on-site [1] 93/17
once [8] 80/6 93/16 104/7 116/21 117/3
118/14 118/17 118/22
one [60] 2/6 2/16 7/24 8/12 8/12 8/19 12/13
14/25 16/24 17/13 19/13 26/17 27/5 27/15
27/22 27/23 29/10 29/11 30/1 30/20 30/21
33/11 35/10 38/24 45/24 48/2 49/20 49/20
51/22 52/25 57/19 58/18 67/7 68/6 75/2 78/9
80/8 83/24 86/17 91/10 92/7 92/16 92/22
93/6 94/20 96/1 96/6 96/21 107/22 107/25
108/2 111/11 112/24 113/8 114/8 114/9
117/20 118/1 120/18 121/12
one -- [2] 27/23 118/1
ones [6] 8/14 19/8 38/17 98/18 104/20
113/22
ongoing [2] 53/16 84/12
only [18] 8/14 17/16 17/21 29/10 29/11
34/19 39/5 42/23 43/20 51/15 77/6 90/4
93/16 96/11 110/19 118/3 119/24 125/21
onto [1] 89/21
operate [1] 84/4 84/24

operated [1] 83/6
operates [1] 81/22
operation [47] 33/5 33/10 37/15 37/19 38/20
38/22 41/10 43/1 49/14 57/4 58/22 60/11
60/12 62/19 69/6 69/11 70/16 74/5 78/6
79/22 80/24 81/3 81/16 81/19 82/1 82/7
83/17 84/4 84/8 84/12 84/22 84/24 85/6 85/8
87/10 92/1 92/11 92/25 93/9 94/2 95/15
96/13 97/1 102/9 102/18 107/16 108/24
operations [29] 37/14 38/15 39/4 39/6 39/10
50/23 51/13 53/7 53/8 53/22 54/13 57/21
57/24 58/12 60/24 61/7 62/11 70/16 72/11
73/8 73/11 73/15 73/21 79/4 93/24 96/9
96/21 97/7 108/1
opinion [14] 36/1 37/18 39/20 50/9 51/10
63/16 66/19 72/22 74/20 89/10 97/6 101/25
105/11 111/9
opinions [7] 64/6 64/7 65/2 65/5 65/7 65/10
65/15
opposed [2] 6/1 61/22
or [108] 3/21 6/21 7/12 7/19 8/11 8/24 10/4
10/13 11/23 12/13 12/14 13/10 13/10 14/21
15/20 17/13 20/13 21/22 21/25 23/9 23/15
24/13 28/12 28/20 28/25 29/2 31/18 33/2
33/21 34/11 34/13 35/3 35/5 35/7 37/3 38/4
38/11 40/14 40/15 40/21 41/6 41/17 41/18
43/7 43/17 43/22 44/1 45/3 45/3 45/25 46/21
49/16 49/24 50/3 50/5 50/20 52/10 52/25
53/11 56/24 56/24 57/20 58/2 60/23 61/3
61/7 62/24 63/11 63/13 65/13 66/14 66/19
67/17 67/19 69/18 69/25 70/13 70/25 71/15
73/20 76/25 80/7 81/8 82/4 82/7 87/5 91/16
92/17 94/10 96/13 96/18 98/8 100/19 102/21
103/2 103/6 103/11 104/11 104/12 104/23
106/3 110/21 112/17 114/1 118/12 118/16
118/18 120/14
or -- [1] 28/20
orange [1] 14/20
order [6] 30/18 30/19 51/10 53/6 96/6 107/2
orders [1] 114/1
Oregon [1] 116/25
organization [2] 66/12 67/6
organizations [1] 47/4
original [7] 8/12 24/11 24/15 24/19 25/21
26/17 122/22
originally [1] 16/14
originals [1] 8/25
other [48] 7/14 8/2 9/12 10/18 12/3 12/14
15/5 15/17 19/25 26/2 28/17 28/20 29/13
31/24 34/25 35/16 37/12 37/15 38/1 38/17
38/25 39/5 40/24 41/10 41/19 46/18 51/16
53/25 66/14 69/12 72/8 73/22 74/2 75/21
76/13 79/12 81/3 81/24 84/21 87/2 87/22
88/14 98/15 100/4 106/13 109/25 115/23
118/6
other -- [2] 98/15 106/13
other's [1] 108/2
others [1] 35/12
otherwise [1] 3/22
our [17] 6/2 7/6 7/8 7/18 8/9 9/22 12/19 28/2
30/2 34/19 48/10 82/7 82/8 84/11 88/4 114/7
115/22
ours [4] 74/22 75/17 110/3 110/17
out [39] 8/14 13/1 16/9 17/21 28/25 29/8
30/15 30/24 31/2 31/3 31/20 38/3 41/9 41/13
44/22 52/1 61/22 65/23 66/5 66/13 75/4
75/21 76/16 76/17 80/7 80/24 81/12 83/20
83/23 84/14 85/24 87/17 103/7 106/6 106/9
111/23 114/14 114/15 118/9
out -- [2] 76/16 103/7
outcome [3] 85/19 85/21 123/17
outlay [1] 71/23

outline [1] 5/3
outlined [1] 7/24
output [1] 108/19
outset [1] 58/13
outside [4] 73/14 87/3 95/8 98/14
over [23] 4/23 7/19 15/12 15/18 16/5 16/6
44/25 62/15 64/13 84/2 88/21 93/18 94/4
98/8 101/7 103/6 105/10 108/25 109/7 110/2
116/21 117/4 117/23
overage [8] 40/13 41/4 41/16
overall [2] 39/22 56/10
overcharge [8] 25/2 27/13 48/7 48/14 65/24
83/3 90/3 90/6
overcharges [3] 42/20 44/5 44/14
overhead [3] 41/1 85/9 87/17
own [4] 82/7 82/8 102/6 102/7
owner's [1] 81/17
ownership [1] 117/11
owns [1] 81/21

# P

page [20] 37/17 39/13 48/22 48/23 49/3 50/2
57/15 59/14 63/9 68/23 70/10 77/23 98/24
122/2 122/6 125/10 125/20 125/20 126/1
126/10
pages [7] 18/18 19/9 23/24 24/4 25/11 25/15
124/3
paid [4] 32/25 71/21 72/20 74/21
paper [1] 68/14
papers [2] 31/16 66/3
paragraph [3] 42/21 63/9 69/1
park [1] 97/22
parking [3] 95/13 97/18 97/19
part [7] 40/11 56/4 81/17 93/25 96/11 97/14
102/3
particular [19] 16/1 16/4 32/11 32/14 41/13
46/4 50/18 50/22 51/4 54/18 59/9 62/18
62/19 68/22 77/23 94/23 94/23 96/2 111/21
particularly [7] 18/1 36/18 47/3 48/22 51/21
52/14 52/18
Particularly -- [1] 52/14
parties [3] 34/11 88/8 123/14
partner [1] 115/18
party [2] 86/21 123/15
passenger [1] 39/8
passengers [2] 32/17 32/22
past [3] 16/19 80/11 86/19
patchwork [1] 109/15
pay [5] 42/24 75/3 75/3 75/16 89/25
payroll [2] 52/5 53/25
pays [1] 100/24
PC [1] 2/11
pencils [1] 109/19
penned [1] 19/3
pens [1] 109/19
Pension [1] 100/13
people [16] 8/19 9/12 9/15 12/8 56/22 57/25
84/24 85/8 94/4 109/19 109/22 109/23
109/24 110/1 110/2 116/5
people's [1] 17/24
Pepsi [1] 14/23
per [2] 89/13 100/25
percent [17] 47/2 49/16 49/16 50/5 50/5
54/1 61/12 61/12 62/4 62/4 67/1 68/6 70/4
86/7 99/16 104/15 106/6
percentage [1] 67/16
percentages [1] 100/7
perform [4] 38/14 43/14 67/23 107/2
performed [3] 64/3 65/19 66/6
performing [2] 51/19 100/19
perhaps [4] 6/12 7/15 35/11 75/20
period [10] 46/4 46/5 51/25 60/4 62/15

# P

period... [5] 93/18 98/8 116/16 116/21 117/9
permanent [1] 66/3
permit [1] 53/17
person [12] 7/19 31/18 57/20 62/20 84/18 93/3 106/7 118/1 118/3 118/13 118/14 119/24
personal [1] 63/13
personally [4] 7/16 9/5 63/22 118/5
personnel [6] 55/11 57/18 59/9 61/13 100/24 118/7
perusal [1] 69/16
phone [23] 5/14 7/19 12/10 15/2 15/4 18/14 21/2 21/5 21/21 22/5 22/6 22/7 23/7 60/19 69/18 69/20 118/15 118/22 119/18 120/17 120/18 122/7 122/8
phonetic [1] 113/2
phrase [1] 82/23
physical [1] 11/11
pick [1] 12/10
piece [1] 117/10
placed [1] 70/24
PLAINTIFFS [2] 1/5 2/14
plans [1] 37/14
plant [2] 71/8 71/10
plants [1] 87/9
Plaza [1] 2/6
please [8] 3/20 19/13 22/4 22/14 125/6 125/13 125/14 125/20
plus [1] 46/25
point [21] 5/1 6/7 6/18 31/22 42/2 43/18 53/23 58/18 63/8 70/22 73/12 73/18 75/9 75/11 75/14 88/1 88/6 97/5 108/6 109/21 110/19
poor [1] 46/21
port [83] 1/4 1/7 1/12 3/10 5/21 6/1 21/21 22/17 27/14 33/14 35/3 37/3 37/13 39/9 39/15 40/11 40/17 40/19 40/24 41/20 43/1 45/1 45/17 48/21 49/13 50/10 50/13 50/20 54/8 57/3 58/22 61/6 61/8 67/21 67/25 68/5 72/6 72/18 72/22 78/6 79/4 79/12 79/19 80/17 82/7 82/16 82/21 83/1 83/16 83/19 84/6 84/9 84/13 84/20 85/8 85/14 85/21 86/2 88/9 89/6 89/7 89/13 89/23 89/24 90/8 90/13 90/18 90/21 90/24 91/25 94/4 95/1 99/2 105/15 106/19 107/16 108/25 109/24 118/24 125/1 125/2 126/4 126/5
port's [1] 67/17
portion [6] 49/12 73/7 85/10 93/10 97/1 97/10
portions [1] 63/13
ports [1] 102/1
position [3] 41/5 89/14 115/15
positions [3] 11/21 11/21 53/11
possibility [1] 12/16
possible [7] 23/5 39/18 40/17 40/21 40/23 41/22 42/5
Postage [1] 82/6
pot [1] 40/11
practical [5] 53/15 53/15 85/14 85/16 85/17
practical -- [1] 85/17
practicalities [1] 59/22
practice [8] 35/9 71/13 71/20 105/3 105/19 116/14 117/6 120/24
practices [1] 67/6
precise [3] 61/11 61/14 62/13
precluded [1] 46/8
predicate [1] 46/15
premises [1] 12/19
preparation [7] 9/17 13/24 15/3 15/6 35/24 45/25 66/5

prepare [8] 8/22 13/16 23/2 23/4 23/6 49/1 49/7 105/4
prepared [12] 9/7 9/12 9/25 10/2 22/24 27/14 44/7 48/8 48/19 48/21 50/13 68/4
prepared -- [1] 8/22
preparing [8] 7/3 9/13 9/24 16/18 29/14 35/17 45/24 120/22
prepped [1] 14/6
prescribed [1] 46/6
presence [1] 123/9
present [2] 10/17 68/12
presidents [1] 87/9
pretty [2] 103/17 106/8
previously [1] 106/14
price [4] 40/21 116/18 117/8 117/10
prices [1] 82/24
primarily [1] 93/4
prime [2] 68/3 105/17
principal [1] 30/11
principles [2] 45/23 74/16
print [2] 31/2 31/3
printed [2] 29/8 30/15
printout [1] 31/4
prior [2] 112/9 112/11
private [3] 23/9 81/9 116/5
privilege [1] 6/22
probably [8] 35/10 44/23 56/1 57/9 84/3 90/15 93/6 119/9
problem [4] 18/17 76/20 76/22 110/8
procedure [1] 5/5
procedures [6] 65/19 66/6 66/23 67/5 68/17 68/18
proceeded [1] 117/1
proceeds [1] 42/24
process [3] 6/14 6/15 8/9
produced [2] 8/3 20/15
professional [18] 1/14 1/23 34/23 34/25 36/1 55/12 55/25 57/22 61/16 64/14 64/15 66/11 67/16 105/8 105/11 105/17 107/13 107/19
professionally [1] 33/16
profit [2] 45/1 47/4
profitable [2] 81/7 81/8
program [6] 29/2 31/1 47/5 47/10 74/3 74/9
program -- [1] 47/5
programs [10] 34/4 36/14 46/15 46/20 51/23 52/24 58/4 66/24 73/23 74/7
prohibit [1] 46/17
project [1] 12/18
projected [1] 112/10
projects [12] 38/11 38/14 38/16 38/24 39/1 39/14 40/24 40/25 41/10 53/25 69/19 93/14
prolonging [1] 89/16
promotion [4] 60/14 62/2 82/8 103/15
promotion -- [1] 62/2
promotional [1] 55/12
proofing [1] 11/6
proofread [1] 16/21
proper [4] 42/23 71/23 75/23 86/15
properly [2] 51/11 51/11
properly -- [1] 51/11
property [1] 97/24
prosecutors [1] 89/18
prove [1] 7/7
prove -- [1] 7/7
provide [2] 7/7 99/5
provided [10] 21/20 47/9 54/11 62/15 99/7 99/19 101/14 103/25 104/12 111/20
provider [1] 46/17
provides [3] 33/5 43/1 102/16
providing [2] 34/9 64/6
psychology [1] 62/21
public [16] 1/15 33/22 34/7 34/14 34/18 47/4

63/25 66/12 66/12 67/8 116/3 123/2 123/18 123/24 124/21 125/9
published [1] 62/11
pulled [3] 10/1 11/8 18/8
pulling [2] 11/9 61/25
purchase [4] 51/8 72/3 116/18 117/8
purchased [1] 72/10
purchases [2] 66/15 66/16
purely [1] 17/16
purely -- [1] 17/16
purpose [1] 63/11
purposes [7] 37/1 72/24 72/25 74/16 75/6 97/12 97/12
put [12] 10/11 17/2 17/15 17/19 19/17 20/15 31/19 39/13 70/22 83/20 95/3 116/5
putting [3] 7/21 13/4 27/21

# Q

qualified [2] 36/18 123/4
qualifies [1] 58/25
quality [1] 11/5
quarter [1] 53/1
Queens [1] 69/21
question [25] 3/22 4/4 31/10 36/7 40/2 44/18 47/25 50/7 54/16 58/17 65/4 65/16 78/3 96/16 100/13 100/15 102/23 103/3 103/10 104/22 105/13 107/11 110/12 110/15 117/20
question -- [1] 110/12
questions [8] 3/16 3/18 3/23 95/23 95/25 104/5 104/7 121/6
quick [2] 80/4 108/25
quite [1] 39/18
quote [1] 96/12

# R

raise [1] 83/14
raised [1] 95/23
raises [1] 66/23
ramifications [3] 41/23 42/1 81/24
RANDI [2] 1/24 125/23
rather [5] 12/7 12/8 12/9 14/22 119/18
rather -- [1] 12/7
reach [1] 52/15
reaching [1] 65/25
read [14] 13/18 16/4 37/24 62/8 62/8 62/10 67/13 85/24 94/19 94/20 96/11 124/3 125/6 126/10
reading [4] 38/2 61/5 125/5 125/8
READS [1] 126/10
real [5] 52/22 61/11 80/4 84/7 107/25
reality [2] 48/2 85/16
reality -- [1] 85/16
realize [2] 82/17 87/14
reallocate [1] 57/5
really [16] 11/5 13/24 36/12 43/20 44/1 48/10 56/23 63/15 64/2 64/20 77/25 87/23 104/22 105/23 108/10 113/24
realm [1] 106/9
realty [1] 85/14
reason [5] 17/20 18/5 18/7 84/10 94/21
reasonable [12] 32/18 33/4 42/25 46/16 46/22 54/12 59/24 64/13 64/14 79/3 86/15 90/5
reasonableness [1] 105/21
recall [14] 4/19 4/20 5/19 7/17 15/25 31/20 50/15 96/25 110/6 112/25 113/1 114/10 119/13 120/21
recall -- [1] 4/19
receive [2] 45/7 52/23
received [6] 71/19 72/1 76/9 100/15 104/7 104/8
RECESS [3] 42/15 78/16 117/17

**R**

recognized [1] 6/10
recollect [1] 16/10
recollecting [2] 97/3 97/4
recollection [4] 15/17 16/2 119/21 120/3
recollections [1] 15/20
record [19] 20/21 20/23 21/14 23/15 26/7
27/11 29/17 29/20 32/2 32/4 54/23 59/3 59/5
75/20 94/13 114/24 115/2 121/10 124/5
recording [1] 108/14
recordkeeping [1] 108/15
records [2] 10/24 109/8
recruited [1] 116/22
reduce [2] 39/22 101/6
reduced [3] 56/8 101/5 123/10
reduction [1] 55/20
redundant [1] 85/11
refer [2] 37/2 94/22
referral [1] 35/11
referred [1] 94/12
referring [5] 27/12 37/4 71/2 95/5 112/20
reflect [2] 54/24 83/9
reflected [4] 20/1 22/8 28/18 78/22
reflective [1] 83/25
reflects [1] 48/2
regard [5] 58/3 64/16 66/9 68/20 98/17
regarding [3] 37/22 38/8 38/10
regional [1] 115/23
regular [1] 60/16
regularly [3] 51/23 54/6 87/18
regulated [1] 46/11
reimbursement [2] 74/3 75/13
relate [7] 38/22 57/21 69/11 69/17 78/6 96/8
97/7
related [27] 5/20 5/21 6/2 22/17 33/18 33/19
34/25 37/19 55/25 57/3 57/4 62/24 66/17
69/6 69/19 70/16 72/5 73/25 83/16 88/14
93/11 95/15 96/13 96/14 96/18 96/25 98/4
related -- [1] 93/11
relates [6] 38/19 50/22 79/24 97/10 97/13
97/14
relating [2] 33/25 34/9
relation [1] 118/19
reliance [1] 17/24
relied [4] 7/23 8/2 9/10 66/4
rely [2] 94/24 107/4
relying [3] 93/4 93/6 100/17
remaining [1] 78/5
remember [6] 9/19 21/25 96/1 107/23
111/15 119/10
removing [3] 97/16 99/1 101/22
rendered [1] 74/18
rental [2] 102/11 110/16
repeat [1] 65/12
replace [4] 84/25 85/1 85/4 85/5
replace -- [1] 85/1
replicated [1] 17/21
report [75] 7/21 8/22 9/4 9/7 9/12 9/13 9/17
9/24 10/12 11/6 11/10 11/12 13/5 13/19
15/12 15/15 15/19 16/4 16/7 16/11 16/17
16/21 17/8 18/22 18/22 18/23 19/2 19/4 19/7
19/7 19/19 20/1 20/6 21/24 22/9 22/22 24/11
24/15 24/20 25/13 25/21 26/3 26/7 26/11
28/18 29/15 31/24 32/6 32/9 35/18 35/25
36/25 37/17 37/21 41/13 42/7 42/19 43/10
43/17 43/22 44/7 48/15 49/1 49/2 49/4 55/4
59/20 64/21 65/10 65/11 65/13 66/5 78/23
81/21 120/22
report -- [1] 43/17
reported [1] 72/2
Reporter [2] 1/14 85/2

Reporter's [1] 122/22
REPORTERS [1] 1/23
reporting [3] 1/23 81/7 125/22
reports [19] 8/11 16/5 16/13 18/19 27/14
44/8 48/12 48/20 49/5 52/1 52/2 63/3 63/7
63/11 63/18 67/18 79/14 83/5 105/4
reports -- [2] 48/12 63/3
represent [2] 3/10 49/11
representative [2] 51/25 53/3
represented [1] 34/19
represents [1] 49/12
request [1] 121/11
requested [2] 65/22 99/21
REQUESTS [1] 85/3
require [2] 98/6 98/10
require -- [1] 98/6
required [2] 67/8 104/3
requirements [1] 81/7
requiring [1] 36/14
requisite [1] 64/16
requisition [1] 51/8
residing [1] 3/2
resources [1] 89/11
respect [15] 12/5 35/24 61/12 63/21 66/21
67/24 73/8 92/9 99/9 99/11 100/21 101/12
101/21 107/17 110/15
responded [1] 107/11
response [1] 107/12
restate [1] 125/18
restaurant [1] 69/20
restrictions [1] 81/8
restructure [1] 72/14
result [4] 24/10 41/2 41/7 66/2
resulting [1] 65/23
results [1] 56/11
resume [1] 33/23
retained [4] 7/11 34/4 87/2 122/22
retention [1] 5/16
retrial [1] 113/3
retried [3] 113/3 113/8 113/10
return [1] 125/20
revealed [1] 93/8
revenue [19] 16/5 27/13 39/15 40/3 40/4
40/11 40/19 42/3 45/18 46/1 46/2 46/8 47/6
48/8 48/20 52/23 79/14 83/4 87/16
revenues [15] 5/25 39/21 41/18 44/25 45/6
45/8 45/13 46/10 46/16 46/18 46/19 46/22
47/1 86/14 86/16
reverse [1] 23/6
review [8] 31/15 37/11 37/12 39/12 50/24
93/1 93/7 109/8
reviewed [4] 13/7 15/16 59/25 65/20
reviewing [1] 66/2
reviews [1] 62/22
revise [2] 16/17 18/18
revised [9] 16/13 18/19 24/4 26/11 26/17
26/24 56/18 79/15 91/13
REVISION [1] 122/11
revisions [2] 21/12 24/3
Ricchio [1] 85/5
Riccio [6] 63/10 66/20 67/11 92/5 92/24
93/13
Riccio's [2] 22/6 22/16
RICHARD [1] 2/10
rid [11] 87/24 89/13 108/1 108/7 108/16
109/3 109/17 109/18 109/22 110/3 110/16
riders [1] 98/2
ridiculous [1] 105/13
right [86] 8/18 8/23 12/24 13/16 14/8 16/12
16/15 17/9 18/21 18/25 19/5 21/15 22/1 22/3
22/11 24/4 24/5 26/2 28/23 30/4 31/8 31/23
33/1 36/24 37/10 37/17 37/20 42/6 43/2 44/2

45/11 45/21 46/22 47/11 47/13 47/17 48/5
48/6 48/9 48/17 49/3 49/17 53/9 55/3 55/7
55/14 57/12 58/13 59/11 59/17 60/2 60/19
63/2 63/4 68/22 69/8 70/7 70/13 73/5 73/6
73/9 76/6 77/12 78/10 79/1 79/5 79/23 81/14
82/23 86/25 88/22 89/5 91/22 92/2 92/12
92/22 94/17 95/16 97/17 99/3 99/17 100/6
107/7 110/24 111/7 121/5
right -- [1] 63/4
Rinaldo [3] 120/2 120/4 120/8
riverfront [1] 95/13
Riverside [1] 3/2
ROBERT [1] 2/11
role [2] 10/15 92/8
roll [1] 14/20
rolled [1] 116/7
room [2] 62/23 118/21
ROSE [2] 2/10 2/11
routinely [1] 34/14
rubber [1] 109/20
rudimentary [1] 53/1
rules [2] 3/15 45/25
run [4] 79/21 81/6 84/8 84/19
running [1] 57/25

**S**

said [25] 4/15 6/7 14/21 14/22 16/20 30/14
40/12 49/22 49/23 54/1 54/5 57/3 58/13
83/24 86/14 92/15 97/10 103/11 108/20
110/5 123/8 123/15 123/16 123/16 123/17
salaries [3] 54/1 56/7 91/21
salary [8] 93/11 98/21 99/10 100/22 101/5
101/6 106/6 110/7
sale [1] 69/25
same [18] 12/19 33/2 44/18 79/8 87/9 100/3
100/13 102/10 102/12 103/14 103/17 106/12
108/3 110/2 110/12 110/15 121/11 124/4
same -- [1] 103/14
sample [2] 58/4 59/24
sampling [2] 60/16 62/14
sat [1] 92/20
save [1] 8/15
saved [3] 8/16 8/24 8/25
savings [1] 87/15
saw [3] 18/8 23/18 106/19
say [39] 6/24 7/13 9/11 11/13 13/12 34/16
35/2 42/4 44/24 44/8 48/3 53/4 53/10 55/18 56/12
57/8 58/3 58/7 62/24 65/9 66/8 66/11 73/1
75/11 76/16 76/19 77/6 78/1 78/9 80/25 81/3
81/12 90/16 92/18 97/8 97/9 103/22 110/1
110/4 119/9
say -- [1] 34/16
saying [17] 7/16 40/3 61/14 66/22 67/12
74/6 76/7 83/1 83/8 83/10 84/23 89/9 89/22
94/21 105/19 109/5 109/6
says [5] 33/2 85/7 85/21 93/16 96/12
SBC [1] 112/17
SBC -- [1] 112/17
SCB [2] 112/17 112/18
scenario [2] 88/4 88/5
SCHACHTER [12] 1/12 3/1 3/9 21/17
23/16 44/19 64/6 94/11 117/20 124/10 125/3
126/8
Schachter's [1] 20/7
schedule [1] 24/24
schedules [1] 10/2
Scillia [2] 115/9 116/19
scope [4] 37/14 38/11 39/2 40/8
se [1] 89/13
seal [1] 123/18
searched [1] 120/21
second [11] 17/10 22/1 29/18 32/11 32/14

# S

second... [6] 36/5 42/21 59/23 94/10 106/17 109/11
section [21] 26/7 26/8 26/13 32/9 32/13 36/25 42/6 42/18 48/5 55/3 64/21 68/23 70/8 78/11 78/14 78/22 80/14 91/4 94/23 98/21 98/22
section -- [1] 98/22
security [7] 58/22 99/2 99/5 101/12 101/14 104/15 107/19
see [19] 25/5 25/21 27/23 28/11 32/19 33/6 46/25 49/14 52/7 54/3 66/22 67/13 70/1 79/6 82/22 87/18 98/16 101/9 106/5
seeing [1] 4/24
seem [3] 50/4 50/6 51/18
seemed [1] 106/8
seems [2] 85/25 93/20
seems -- [1] 85/25
seen [8] 33/23 37/13 54/6 66/25 67/14 108/11 108/13 108/18
self-evident [4] 38/18 39/1 48/11 68/18
send [1] 114/1
sense [6] 3/19 3/21 16/25 87/7 87/19 105/14
sent [2] 23/15 125/4
sentence [6] 32/11 32/14 33/2 78/4 95/11 96/12
sentence -- [2] 32/11 95/11
separate [3] 10/5 81/18 110/10
separately [1] 31/5
series [1] 104/5
serve [1] 92/8
service [2] 35/20 70/25
services [13] 1/23 6/19 33/4 34/9 42/25 55/12 74/18 82/13 95/8 95/12 98/14 102/5 125/22
set [5] 53/2 86/1 86/3 86/7 86/9
seven [1] 115/23
several [2] 77/3 93/18
she [9] 14/6 14/10 14/11 53/14 93/11 93/16 93/16 112/8 112/14
She's [3] 14/7 14/9 53/12
sheet [1] 125/17
SHEPPARD [1] 2/8
shifted [1] 41/9
Shipyards [1] 72/9
short [1] 119/18
Shorthand [2] 1/14 1/23
should [22] 26/3 51/1 51/2 63/25 64/17 66/16 71/15 75/15 76/8 82/22 82/24 83/2 83/9 83/11 84/1 84/15 86/10 90/9 91/7 101/25 102/4 126/10
shouldn't [1] 75/3
show [5] 22/11 30/12 83/2 85/12 92/17
shows [2] 31/4 84/3
shred [1] 114/1
side [1] 10/18
sign [3] 125/9 125/10 125/16
signature [2] 125/16 125/20
significant [1] 7/2
SIGNING [1] 125/5
similar [5] 33/25 52/6 78/3 82/16 94/4
simple [2] 54/5 108/23
simpler [1] 52/11
simply [5] 28/5 82/22 90/21 94/24 101/22
since [4] 16/13 53/25 112/2 112/3
single [2] 64/3 92/16
Sir [1] 29/25
site [1] 38/17
situation [4] 59/18 59/19 90/19 117/5
six [2] 17/21 76/17
six million [1] 76/17

sixteen [1] 68/25
sixth [1] 26/24
slip [1] 70/2
smaller [1] 52/14
so [92] 3/17 4/13 5/7 6/12 6/13 6/17 8/8 8/15 10/7 10/20 10/25 12/22 13/8 13/24 14/6 20/15 23/18 27/8 27/23 28/17 31/10 32/21 35/5 36/18 38/7 41/7 42/14 44/1 44/10 46/4 47/3 47/24 49/7 53/2 54/3 54/23 56/16 56/23 57/1 57/8 58/7 59/23 60/6 60/8 61/9 61/9 61/10 61/10 63/15 63/24 65/22 66/8 67/3 68/1 68/16 70/3 72/16 75/22 79/6 81/11 81/25 82/2 82/19 82/21 83/8 84/12 84/13 85/25 86/16 87/5 88/2 92/7 92/23 93/4 93/20 94/13 95/21 96/14 98/17 99/20 101/9 102/20 102/25 103/22 106/24 106/25 108/3 109/2 111/25 113/15 116/25 120/23
so -- [5] 13/8 23/18 44/10 84/12 106/25
Social [1] 104/15
sold [5] 114/15 114/17 114/19 115/22 115/24
solution [2] 53/15 53/16
some [39] 3/18 4/4 5/8 5/14 10/1 10/2 16/6 17/20 18/5 31/21 47/5 51/7 52/21 53/1 53/16 54/9 54/22 56/21 58/7 60/1 60/13 61/4 65/20 67/20 70/20 71/5 74/6 82/12 82/17 86/4 87/15 94/2 95/25 98/17 102/9 104/14 106/13 107/15 108/1
some -- [1] 47/5
somebody [4] 4/15 54/4 62/22 63/24 66/11 74/21 103/11 105/12 111/18 120/1
somehow [1] 28/22
something [15] 12/17 13/12 16/9 23/3 23/6 29/3 30/16 31/2 44/20 52/6 63/20 66/20 70/1 94/14 117/2
sometime [1] 70/25
sometimes [5] 81/5 121/2 121/2 121/4 121/4
somewhere [2] 36/25 59/7
somewheres [1] 85/24
sophisticated [1] 52/18
sorry [4] 49/3 64/22 68/9 97/9
sort [2] 12/4 54/9
source [1] 50/15
sources [1] 46/18
speak [3] 94/18 118/6 118/10
speaks [1] 94/13
special [3] 34/5 62/17 89/17
specialist [1] 35/3
specialists [1] 34/22
specialize [1] 35/6
specialized [1] 81/23
specific [5] 5/4 15/19 16/8 16/11 73/24
specifically [8] 5/11 15/17 16/3 31/13 33/19 35/13 83/14 94/6
specifics [2] 38/11 91/3
speculation [1] 80/10
spelled [2] 125/3 66/5
spend [3] 10/11 10/12 83/14
spend -- [1] 10/11
spending [1] 67/7
spent [4] 11/20 52/3 95/12 119/8
split-out [1] 10/20
spoke [5] 23/25 56/22 118/1 118/3 118/5
spread [1] 12/19
spreadsheet [10] 17/3 17/5 17/11 17/14 24/10 27/8 28/19 29/5 29/8 122/11
spreadsheet -- [1] 29/5
spreadsheets [10] 19/15 19/17 19/21 19/24 19/25 21/12 27/16 28/17 29/7 29/13
St [1] 2/7
staff [2] 31/18 87/24
STAMFORD [2] 1/25 2/12

standards [1] 93/23
stands [1] 16/9
staples [1] 109/20
start [2] 19/10 48/5
Starting [1] 69/2
starts [1] 57/15
state [14] 1/15 32/10 33/3 34/6 37/21 56/5 59/7 67/18 69/5 78/4 86/1 91/23 95/10 123/3
state -- [2] 32/10 95/10
stated [3] 79/14 94/7 114/8
statement [4] 56/1 72/24 72/25 74/16
statements [2] 45/24 68/3
states [5] 1/1 27/12 35/20 66/14 101/12
stationed [1] 58/20
statistical [1] 36/15
status [1] 108/14
stay [2] 50/2 117/9
stayed [1] 116/18
STEAMBOAT [3] 1/5 125/1 126/4
stenographically [1] 123/9
STEVE [2] 2/5 3/10
Steve Kellogg [1] 3/10
still [2] 63/4 113/3
stop [2] 27/24 73/17
straight [1] 26/7
straight -- [1] 26/7
Street [4] 1/13 2/9 2/11 2/16
stricken [2] 111/10 112/1
strip [1] 87/17
structure [1] 85/10
struggling [1] 87/21
studies [6] 95/13 95/14 95/14 96/7 97/1 98/4
study [6] 51/8 52/24 96/8 96/20 97/2 97/16
stuff [2] 82/11 85/10
sub [7] 91/16 91/21 99/1 99/24 101/12 103/15 103/18
subject [2] 60/12 63/24
subliminal [1] 62/25
submitted [1] 16/14
Subscribed [1] 124/12
Subsection [3] 95/9 100/21 101/21
subsections [1] 91/16
subsidiary [2] 112/18 116/20
substance [3] 5/15 9/6 32/6
substantial [1] 93/10
substantially [1] 82/1
substantiate [1] 67/1
substantiated [1] 51/7
such [9] 8/6 34/24 38/16 39/20 67/6 95/12 98/6 100/7 106/14
sufficient [2] 58/4 103/5
suggest [1] 69/10
suggested [1] 54/10
suggesting [6] 54/5 67/3 67/5 82/21 83/19 83/22
suggests [2] 83/21 83/25
suggests -- [1] 83/25
suit [3] 123/15 123/16 123/16
suitable [1] 4/24
summarized [1] 52/2
summarizes [1] 48/18
summarizing [1] 76/4
summary [2] 24/24 55/18
Sunday [4] 16/19 16/19 16/19 18/3
Sunday -- [1] 16/19
supervise [1] 10/15
supplied [1] 93/10
supplies [5] 101/22 102/2 107/18 109/16 109/17
supply [1] 107/20
support [5] 30/2 79/4 83/11 100/23 116/15

**S**

supported [2] 66/17 94/3
supporting [3] 11/9 48/16 56/17
suppose [2] 8/19 40/23
supposed [1] 116/2
sure [34] 7/1 9/2 9/14 10/20 13/14 17/12 18/4 19/7 28/13 31/21 33/1 42/8 43/12 45/9 45/10 48/22 50/15 51/9 54/14 54/15 57/11 59/21 61/23 66/1 71/5 75/22 76/3 81/2 90/22 90/24 91/20 106/18 106/24 117/16
surprised [1] 64/2
suspect [1] 54/4
sworn [3] 3/3 123/6 124/12
system [16] 50/21 51/9 51/14 53/2 54/10 80/15 80/20 102/8 107/24 108/10 108/17 108/24 109/1 109/10 109/11 109/13
systems [2] 108/21 108/23

**T**

table [1] 20/15
tabulate [1] 53/2
take [20] 3/12 5/6 6/5 27/9 35/15 41/12 42/10 55/17 60/25 63/6 78/12 78/25 79/2 84/8 96/5 101/2 108/24 117/10 117/14 120/25
take -- [1] 60/25
taken [9] 1/12 3/12 31/18 42/16 45/12 78/17 117/18 123/8 125/3
taking [3] 61/21 66/13 84/9
talk [7] 45/19 68/16 91/3 96/1 99/1 107/20 117/22
talked [5] 6/6 29/14 31/25 59/16 104/20
talking [6] 30/6 35/22 74/2 74/14 75/13 91/12
tanked [1] 116/4
tariff [32] 5/20 6/1 25/2 27/12 32/16 32/21 39/23 40/5 40/6 40/7 40/20 40/21 41/6 41/20 42/4 42/19 42/23 42/24 44/14 45/12 48/6 79/8 79/24 82/23 83/8 83/10 83/12 83/13 83/14 85/22 88/7 89/3
tariff -- [2] 83/12 83/13
tariffs [2] 64/13 84/15
tasks [3] 40/18 59/10 94/5
Tax [1] 34/6
Technologies [1] 112/17
technology [8] 111/13 111/19 111/21 112/1 112/9 112/10 112/11 112/12
telephone [9] 23/9 60/1 60/14 60/23 61/2 61/4 102/11 110/16 110/19
telephones [1] 110/17
tell [10] 4/2 5/17 6/21 31/13 36/13 51/15 78/25 79/1 87/1 108/15
telling [3] 13/6 89/7 89/12
tells [1] 105/12
ten [4] 21/22 47/1 112/10 112/12
term [2] 45/9 80/20
terminal [1] 14/20
terminology [5] 44/14 44/23 44/24 47/13 47/14
terms [10] 16/3 39/6 43/21 45/1 46/19 71/8 88/15 89/25 90/17 90/23
Terrific [1] 25/17
tested [1] 105/20
testified [5] 3/4 10/18 67/23 111/5 123/7
testify [6] 6/20 65/5 65/13 113/12
testify -- [1] 65/13
testifying [2] 64/8 64/12
testimony [17] 14/18 15/3 15/7 54/22 59/15 76/5 93/20 94/13 112/22 113/1 113/17 113/18 113/21 119/21 121/9 121/14 125/19
testing [3] 16/22 81/23 82/3

text [2] 24/24 55/5
than [12] 7/14 8/2 10/12 15/17 27/8 37/15 38/2 38/25 39/5 52/14 106/22 109/4
Thank [16] 24/7 36/23 55/1 56/2 63/2 65/18 68/21 77/13 77/21 78/10 98/19 100/12 101/11 121/6 121/8 125/25
that [611]
that -- [10] 6/18 17/4 46/4 56/3 73/17 76/23 85/24 95/21 96/22 112/8
that's [58] 3/20 4/4 4/11 13/12 14/12 14/13 17/5 20/19 22/8 24/17 25/8 26/14 29/11 32/25 37/21 38/5 41/15 42/5 45/21 47/13 51/17 52/15 55/18 58/15 58/17 59/12 60/13 68/23 70/1 70/7 70/8 71/4 71/13 72/12 73/18 80/15 81/13 81/21 82/1 82/11 82/19 83/1 83/8 85/11 86/9 89/3 89/8 89/19 91/5 91/10 95/9 96/23 97/4 103/17 104/21 108/5 109/10 112/20 121/6
that's -- [1] 70/8
the -- [9] 5/24 9/7 17/12 25/10 26/20 27/9 91/8 93/17 118/17
their [38] 46/22 56/22 61/8 67/22 68/2 68/3 68/4 68/10 68/11 68/12 68/14 68/15 81/6 84/16 87/17 87/23 90/16 90/20 93/7 93/8 102/6 102/7 103/2 103/4 104/25 107/12 108/7 109/8 109/17 109/22 109/23 110/16 110/17 111/22 115/24 118/16 118/21 118/23 them [30] 8/15 12/9 17/13 20/15 23/2 38/25 39/22 45/7 60/9 68/16 68/20 84/14 84/25 85/5 89/17 92/8 95/2 96/5 102/23 103/6 104/14 105/13 107/11 109/17 110/3 113/23 114/1 115/4 117/24 125/13
theme [1] 83/12
themselves [3] 34/22 83/20 89/16
then [37] 17/11 18/12 18/16 18/19 22/11 23/11 24/16 26/13 35/11 40/20 40/25 44/13 45/2 45/16 52/4 52/19 55/12 56/8 56/9 56/10 57/8 63/3 64/18 70/24 73/10 76/8 78/2 79/1 83/9 83/14 90/7 92/23 94/3 103/3 104/7 109/19 125/15
then -- [1] 24/16
Theoretically [1] 80/14
there [101] 5/13 5/22 6/3 8/5 8/14 8/22 9/6 9/12 12/16 12/17 12/22 13/3 16/8 16/21 17/7 17/7 17/10 17/20 18/5 20/22 24/11 25/19 25/21 26/2 27/6 27/19 27/20 27/22 27/24 28/7 28/15 28/17 29/7 29/7 29/13 29/19 30/7 30/21 31/14 31/16 31/24 32/3 34/13 34/21 34/23 35/6 35/9 40/10 42/15 42/21 43/17 47/5 54/22 55/7 59/4 60/10 61/13 62/9 64/17 69/1 69/10 69/13 69/13 69/14 73/18 73/22 74/12 74/13 78/1 78/4 78/7 78/16 79/12 81/18 82/12 82/15 88/21 89/21 91/17 94/2 98/18 102/8 102/9 103/6 109/7 112/24 114/9 115/1 115/10 116/18 117/9 117/17 118/22 119/1 119/4 119/11 119/11 119/23 119/25 121/9 125/12
there -- [2] 69/1 103/6
there's [22] 3/17 6/22 12/14 34/22 40/15 41/2 48/14 48/25 51/21 61/11 61/14 63/20 69/5 69/14 70/3 74/8 77/15 85/23 98/16 105/7 113/3 113/8
there's -- [1] 69/14 70/3
therefore [2] 41/20 112/6
thereupon [17] 20/22 21/1 21/4 21/7 21/11 29/19 29/21 32/3 42/15 59/4 78/16 85/2 115/1 117/17 121/9 121/14 123/7
these [57] 13/22 19/15 20/4 20/5 20/9 22/5 22/7 22/24 23/24 38/11 38/24 39/1 39/14 40/18 41/10 41/19 48/2 48/19 49/5 49/7 50/9 50/10 50/17 50/22 54/17 54/18 57/25 59/23 65/7 65/9 69/6 71/2 73/13 74/5 75/8 84/20

84/24 85/10 91/15 92/10 92/17 92/23 94/7 96/5 98/14 98/17 100/7 100/14 103/23 104/12 105/10 107/4 108/8 109/3 113/17 116/7 120/20
they [109] 8/16 9/20 13/11 17/14 17/14 17/19 18/6 18/6 18/7 18/7 18/11 19/17 28/12 41/6 44/4 44/5 45/6 46/17 46/21 47/24 49/13 49/15 49/25 50/4 50/10 50/12 50/17 50/25 51/1 51/2 51/14 52/9 52/17 52/18 52/20 54/17 56/24 58/1 59/18 60/19 66/1 66/13 66/14 66/18 67/7 67/8 67/22 67/23 68/17 68/18 69/11 69/16 71/1 71/3 72/7 72/8 77/8 77/15 78/7 81/8 87/13 87/14 87/22 88/14 88/15 88/15 88/22 90/13 90/14 90/17 90/19 90/20 93/8 93/18 93/25 98/4 98/6 98/6 99/22 100/7 102/6 102/6 102/7 102/8 102/24 102/24 102/24 103/4 105/14 107/10 107/11 107/15 107/16 107/21 107/24 107/24 109/6 110/9 114/14 114/15 114/15 114/17 114/19 117/8 117/9 117/24 118/8 120/6
they're [7] 38/6 52/10 52/23 61/7 71/7 71/11 88/23
they're -- [1] 52/10
thing [6] 80/3 87/9 100/3 102/10 102/12 106/12
things [12] 8/6 15/25 16/22 17/25 34/12 35/12 37/15 51/22 60/20 61/15 84/21 117/21
think [83] 4/11 5/22 6/8 6/24 7/23 7/25 8/1 10/9 11/25 17/19 18/7 18/13 18/23 20/17 23/15 27/9 36/1 36/10 36/25 38/18 38/22 41/8 42/5 44/17 50/14 50/25 51/1 51/2 51/21 56/1 58/7 58/8 58/17 58/25 59/7 59/12 60/10 63/4 63/6 63/8 63/10 64/17 65/5 66/16 67/8 67/20 68/10 70/3 70/8 71/23 75/23 76/22 80/1 80/20 83/25 84/2 86/9 90/15 92/6 93/15 93/15 94/18 95/10 95/24 96/11 96/15 97/2 99/22 103/5 104/2 105/7 105/17 107/10 108/20 110/7 110/18 111/24 113/11 113/15 118/8 118/19 119/7 121/5
think -- [1] 113/11
thinking [2] 41/7 52/13
third [8] 17/12 26/16 48/3 48/4 78/19 94/10 95/10 107/3
this [142]
this -- [2] 53/9 62/25
THOMPSON [2] 2/6 2/8
those [46] 6/25 7/23 8/13 8/24 9/18 19/11 19/20 19/24 20/13 20/18 24/3 24/4 24/5 24/24 28/11 34/2 40/25 45/8 46/9 47/8 47/9 47/19 49/15 51/6 52/2 56/22 60/24 60/15 60/19 61/3 65/2 65/25 66/7 66/9 66/16 66/16 66/22 67/2 68/7 74/10 83/11 86/11 92/18 104/8 110/14 114/5 114/6
though [4] 10/24 74/11 75/17 90/8
thought [4] 58/15 75/9 80/6 97/25
three [16] 12/18 13/4 17/8 22/24 47/12 47/15 53/11 83/24 84/16 86/18 92/4 92/4 94/7 116/18 118/12 119/14
three-year [3] 116/16 116/21 117/9
through [18] 5/25 19/6 20/12 24/9 24/25 38/23 48/23 55/22 56/11 60/9 86/3 92/14 92/16 92/21 92/22 103/18 103/18 115/21
through -- [1] 92/14
throughout [1] 115/24
thus [1] 39/22
tickets [1] 106/22
tidbit [1] 59/2
time [37] 6/18 7/10 10/12 10/14 10/20 14/9 33/11 33/12 33/15 42/9 42/11 42/14 46/5 51/8 51/18 51/25 52/1 52/22 53/4 53/3 53/4 53/17 53/23 55/22 59/9 59/20 62/15 87/1 88/21 94/3 94/10 98/9 110/8 112/25

**T**

time... [2] 119/7 121/7
time -- [1] 87/1
times [6] 33/8 52/3 77/3 80/5 93/18 118/10 99/9
to -- [7] 46/22 60/7 67/10 82/22 83/13 96/18 99/9
today [7] 13/17 14/18 15/3 15/7 16/18 29/14 79/20
together [11] 7/21 9/25 10/1 11/8 11/9 13/4 16/4 17/2 19/18 116/5 116/8
together -- [1] 11/8
told [7] 5/19 18/6 18/18 43/4 100/18 102/7 102/24
too [7] 5/4 5/7 19/10 62/13 89/4 90/20 99/10
took [6] 7/6 44/22 60/8 80/24 81/12 119/4
topic [2] 42/14 63/21
total [2] 125/25 119/7
totalled [1] 106/6
totally [1] 4/5
towards [1] 67/15
trace [1] 24/18
track [2] 53/6 75/20
tracking [1] 54/10
Trade [1] 77/7
training [1] 58/5
transactions [6] 21/9 22/16 69/15 88/9 88/23 122/10
transcript [5] 68/11 121/11 123/11 125/13 125/14
transcripts [3] 56/22 113/16 121/13
transmittal [2] 17/15 25/16
travel [2] 60/13 63/12
traveling [1] 93/14
treatment [1] 34/2
tremendous [2] 84/25 87/15
tremendously [1] 82/5
trended [1] 101/7
trial [2] 64/8 113/18
tried [4] 45/16 60/8 81/11 86/20
tries [1] 46/1
trips [1] 66/13
trouble [1] 52/19
troubled [3] 63/15 105/23 105/25
true [5] 23/8 69/12 103/14 123/11 124/5
try [3] 41/12 82/22 89/3
trying [18] 30/24 45/17 54/12 65/14 67/10 72/14 73/18 74/4 76/2 79/2 80/15 83/23 84/20 85/12 86/13 89/1 96/24 103/7
tugboat [3] 34/19 114/9
turn [1] 32/8
Turrecamo [2] 114/11 114/12
two [26] 8/2 8/11 8/11 9/19 17/7 26/15 27/22 28/10 28/11 28/22 31/19 37/17 38/18 39/13 49/20 53/11 74/13 76/13 87/8 87/8 87/9 88/8 114/3 118/12 118/14
two -- [1] 17/7
type [15] 23/10 34/24 38/13 51/7 59/23 60/13 60/15 66/23 67/2 75/14 87/7 93/24 98/7 107/23 109/1
types [2] 74/13 105/10
typewriting [1] 123/10

**U**

Uh-huh [9] 25/1 25/7 33/13 57/14 78/24 98/25 99/6 101/1 102/19
ultimate [8] 40/13 65/2 65/7 65/21 65/22 65/25 85/19 85/20
ultimately [2] 52/23 52/24
uncommon [1] 52/5
under [10] 10/21 44/9 45/22 57/1 63/4 70/17 70/18 79/20 81/8 123/10

under -- [1] 81/8
underage [1] 41/17
underlying [3] 43/16 44/13 56/17
underpinning [1] 45/25
underscored [1] 25/3
understand [26] 3/21 3/25 9/9 9/11 13/2 17/18 19/8 36/3 36/20 37/2 37/25 40/2 41/16 44/12 55/9 56/25 57/7 57/17 64/23 72/21 80/1 88/1 105/15 107/1 111/24 115/17
understanding [6] 8/21 32/25 50/12 73/2 97/11 98/11
understood [2] 3/23 98/5
uniformly [1] 56/11
UNITED [3] 1/1 35/20 66/13
unless [1] 69/14
unrelated [3] 44/15 45/15 96/21
until [2] 7/11 70/22
unusual [1] 100/8
up [46] 7/11 9/4 12/10 14/21 14/22 14/22 18/8 26/25 26/25 27/22 30/2 30/18 30/19 31/11 45/6 45/9 45/19 50/8 53/2 54/17 61/15 64/4 65/20 70/22 73/3 73/7 74/23 74/24 74/25 75/18 75/19 75/20 75/25 76/25 77/11 77/15 80/7 86/1 86/3 86/7 86/9 95/8 98/9 106/25 116/7 117/21
upon [4] 83/5 93/4 107/4 112/2
upon -- [1] 112/2
Urbach [4] 115/18 115/22 116/8 116/9
us [21] 2/6 4/2 5/23 12/18 42/10 60/17 60/21 72/5 73/10 74/18 75/23 76/7 87/4 89/10 90/1 90/5 90/6 99/19 102/7 106/7 106/13
use [6] 53/3 70/23 71/10 72/15 95/14 125/14
used [14] 17/11 42/24 52/4 68/17 69/25 73/3 73/7 74/23 74/24 74/25 75/18 75/19 75/20 80/7
user [1] 105/17
using [10] 23/6 63/25 75/25 76/23 76/25 77/9 77/11 77/14 77/15 110/8
usually [3] 47/9 47/10 60/13
utilities [1] 82/14
utilized [1] 29/14
utilizing [2] 75/24 76/25

**V**

vague [2] 39/25 65/9
validity [1] 43/18
valuation [3] 33/24 34/25 116/14
valuations [1] 35/8
value [1] 34/12
various [1] 52/3
VECCHIO [1] 1/23 125/22
veracity [1] 105/5
verified [2] 99/23 100/10
verify [6] 99/18 99/20 100/5 100/14 101/2 105/1
versa [1] 10/13
versus [4] 86/14 111/18 112/17 113/2
very [11] 33/25 46/11 52/21 56/19 63/15 77/25 78/3 83/21 89/2 105/17 105/21
via [3] 7/11 71/19 72/20
vice [2] 10/13 87/9
view [8] 42/2 53/23 73/12 75/10 75/12 75/14 88/6 110/21
view -- [1] 75/12
voice [1] 18/14

**W**

wages [1] 99/16
walk [3] 19/6 24/8 24/9
walk -- [1] 24/8
walking [1] 14/19
want [34] 5/4 6/5 14/21 14/21 19/7 22/11

23/11 24/13 29/6 31/20 32/8 36/6 38/23 42/4 42/6 44/3 47/11 48/5 51/5 53/12 55/3 55/16 57/12 61/20 64/5 70/7 75/22 78/11 78/12 78/19 89/24 89/25 95/8 108/15
wanted [6] 5/23 80/3 116/13 117/22
wants [1] 97/22
was [187]
was -- [4] 17/6 30/16 98/11 99/19
Washington [1] 2/9
wasn't [13] 5/13 7/1 16/8 18/4 23/15 27/20 44/10 48/10 53/18 64/4 105/25 106/8 106/19
wasn't -- [1] 5/13
Watched [1] 13/21
Water [1] 1/13
way [12] 12/13 41/7 42/9 44/17 54/6 60/22 78/8 78/9 78/10 81/4 89/15 98/14
way -- [1] 81/4
we [156]
we -- [1] 110/11
we're [5] 12/25 12/25 74/4 91/4 113/9
we've [1] 21/18
website [2] 62/9 62/9
week [6] 15/10 15/21 15/22 52/1 52/25 121/12
weigh [1] 107/12
weight [1] 43/17
well [41] 4/20 16/12 16/18 26/4 26/18 27/2 33/22 34/16 37/1 38/16 47/21 53/23 57/25 59/19 60/25 69/13 70/15 70/22 71/17 83/21 85/16 86/3 86/10 86/23 86/24 88/20 92/4 93/1 93/6 93/7 93/10 96/22 99/10 104/16 105/7 108/9 108/22 109/14 109/18 115/16 118/1
well-known [1] 111/19
went [11] 14/1 15/12 15/18 16/5 16/6 18/7 20/12 58/22 60/20 92/1 101/9
were [63] 5/22 12/19 17/20 18/9 20/14 22/24 23/24 24/10 30/5 33/3 38/4 38/14 39/1 42/18 50/12 56/21 57/3 57/4 60/7 61/3 62/10 62/11 62/14 65/6 66/1 69/14 70/13 70/15 70/16 70/17 70/18 75/5 78/7 79/12 79/15 87/22 91/13 92/24 93/4 93/9 95/5 96/12 96/13 97/11 98/18 103/24 103/25 106/13 107/10 109/23 109/24 111/23 112/2 112/3 113/12 114/15 114/15 114/17 114/19 115/6 116/7 117/24 118/14
were -- [1] 69/14
weren't [3] 57/25 58/1 73/14
weren't -- [1] 58/1
Werlin [4] 15/19 115/23 116/8 116/9
Werlin -- [1] 115/19
Westport [3] 3/2 4/20 116/24
what [130]
What -- [1] 11/7
what's [3] 29/25 65/12 117/7
whatever [7] 44/25 45/3 46/5 61/3 74/19 84/10 109/20
whatsoever [2] 13/3 73/19
when [47] 6/6 7/6 7/20 8/21 9/11 10/17 10/18 12/18 14/1 16/12 17/12 17/14 17/19 18/1 18/3 18/13 26/4 28/5 29/6 45/17 45/23 47/3 58/20 62/10 63/22 65/9 66/8 66/11 66/12 66/22 67/7 67/12 68/13 70/24 72/1 74/24 75/11 75/20 84/21 87/1 87/5 89/21 96/1 105/16 108/1 108/3 116/11
when -- [1] 89/21
whenever [4] 3/16 9/3 105/3 120/25
where [28] 5/5 12/10 27/25 28/5 28/24 30/4 30/12 30/24 50/9 51/18 52/7 55/24 73/23 74/3 74/17 82/15 86/19 89/12 89/18 89/21 91/5 97/23 114/4 115/6 116/16 119/5 125/10 125/17

## W

where -- [1] 89/18
whether [33] 4/24 5/6 6/20 8/24 10/4 10/7
11/23 12/14 13/10 17/12 28/13 34/13 35/5
40/14 41/17 43/7 43/21 46/6 50/20 56/6
56/24 60/23 61/6 62/18 66/19 67/17 71/15
73/20 87/6 98/8 104/12 106/3 119/10
whether -- [1] 28/13
which [25] 18/19 19/3 19/8 25/3 25/18 31/5
32/15 35/10 38/2 46/5 47/19 48/1 49/2 72/4
78/22 94/3 94/20 96/12 98/9 102/3 104/8
104/9 116/19 116/23 119/10
which -- [1] 72/4
while [1] 70/23
who [29] 8/18 9/16 9/20 11/11 14/4 17/2
18/6 18/17 34/8 34/11 35/2 37/3 43/4 60/19
62/22 63/24 94/4 94/6 95/19 95/23 97/18
99/7 105/16 106/7 110/4 114/10 114/17
117/24 118/8
whoever [2] 77/8 103/6
whole [2] 66/2 82/6
wholly-owned [1] 116/20
whose [1] 115/8
why [17] 16/17 27/4 51/2 71/25 73/10 96/7
98/4 101/5 105/15 108/7 109/16 109/22
110/2 110/16 111/12 115/10 117/14
wife [2] 14/5 14/15
will [8] 24/8 51/25 52/2 52/9 54/23 82/12
87/18 115/16
Willamete [4] 115/11 115/12 115/13 116/23
Willamette [5] 114/20 114/22 114/23 117/4
117/6
William [4] 9/18 11/3 11/4 11/18
with -- [1] 30/19
within [5] 33/2 34/15 67/6 93/24 105/18
without [5] 83/6 84/24 84/24 85/22 98/7
Witness [3] 123/18 125/6 126/7
witnesses [1] 7/7
word [1] 104/2
words [5] 48/7 69/12 74/2 79/13 100/4
work [12] 4/5 23/10 31/15 34/14 35/17
53/10 66/3 68/14 87/10 93/21 109/1 109/12
worked [9] 4/8 4/8 4/8 9/25 10/2 10/21
12/18 58/16 114/9
workers [1] 52/8
Workers' [1] 99/24
working [4] 9/3 53/11 58/18 61/7
workings [1] 39/6
works [1] 35/23
worksheet [2] 31/14 31/16
world [4] 2/16 77/7 84/8 85/6
worried [1] 41/25
would [146]
would -- [1] 12/18
wouldn't [16] 44/4 71/10 75/4 76/20 81/18
81/22 83/15 94/1 94/7 96/7 98/6 102/24
105/14 111/1 111/2 117/5
wrapping [1] 106/25
write [3] 29/4 42/21 63/10
writing [1] 11/11
written [2] 80/2 120/14
wrong [3] 18/5 67/12 90/2
wrote [1] 79/6

## Y

yacht [1] 38/19
yeah [31] 5/13 6/16 7/25 10/25 11/2 12/6
12/12 19/2 19/22 22/13 30/2 42/2 42/13
46/14 47/10 48/18 52/12 55/16 58/20 61/18
78/15 88/14 97/20 97/25 106/15 112/18
112/21 113/11 113/14 113/15 114/13

year [14] 46/6 46/6 50/13 52/25 55/9 55/20
56/7 56/8 56/9 56/11 71/1 100/25 115/5
115/21
year-by-year [4] 56/6 56/12 56/14 57/10
years [12] 24/25 25/22 36/13 56/20 60/9
87/20 101/8 105/10 112/10 112/12 116/18
116/23
yes [60] 3/14 5/10 11/7 14/3 14/7 15/8
15/22 16/16 20/8 22/10 22/19 22/21 22/23
24/22 25/4 26/21 26/23 27/3 32/14 32/20
33/7 37/5 37/7 39/18 43/3 43/25 45/15 47/18
50/3 54/25 55/6 55/8 57/16 57/22 60/3 62/3
62/5 65/7 69/9 69/17 72/24 78/21 79/10
82/20 92/15 95/7 99/4 99/25 100/20 103/13
103/16 111/8 112/5 113/6 113/19 115/15
115/20 118/25 120/3 120/7
yet [2] 57/23 97/16
York [7] 2/17 4/20 4/21 34/6 113/5 114/16
116/24
you [464]
you -- [2] 16/12 26/4
you'd [1] 98/16
you'll [4] 25/5 25/21 26/13 27/23
you're [4] 63/22 71/2 76/4 86/6
you've [17] 3/12 7/10 8/12 8/12 33/23 39/13
40/18 55/10 57/13 58/15 65/11 71/18 94/11
94/24 96/15 111/5 113/22
your [92] 3/12 8/5 8/15 10/18 10/23 13/2
14/14 14/18 15/3 15/7 16/13 21/24 21/24
22/9 22/22 24/11 24/15 24/19 26/7 27/25
29/15 31/24 32/6 32/9 35/15 35/25 36/24
37/17 37/18 39/20 41/12 42/7 42/18 43/10
43/17 43/24 44/14 45/5 46/7 47/11 47/19
48/7 48/15 48/16 49/4 50/9 51/9 55/4 56/1
56/11 57/19 63/8 64/18 64/21 65/2 65/7
65/16 72/22 74/19 74/19 75/20 78/19 78/22
81/25 82/4 82/24 84/15 88/10 89/7 89/12
91/5 97/6 101/25 102/20 103/2 104/22 107/4
109/4 111/9 112/2 112/3 112/6 112/22 113/1
113/17 115/15 118/6 118/16 121/7 125/7
125/16 125/18
yours [1] 75/19
yourself [8] 12/2 33/20 33/21 39/3 39/9
58/11 62/6 111/2
Yup [3] 22/2 102/14 103/21