mind waiting around for a few minutes I'm willing to show you that. That won't be the entire file, but that may be the bulk of it.

MR. KELLOGG: I think what I would rather -- and I appreciate that.

MR. DOMB: There may be one or two notes that I haven't seen.

MR. KELLOGG: Exactly. I think it would be best if we just get a complete copy of his file.

MR. DOMB: I'll look into that. I have to reserve my position. I think you've had a fair opportunity to question and I understand your position.

I don't want to concede it right now, but we'll look into it and give you a prompt response.

MR. KELLOGG: I appreciate it. That's all for now, Mr. Shawah.

THE WITNESS: Thank you.

THE COURT REPORTER: Attorney Domb, did you want a copy, a mini, and an ASCII?

MR. DOMB: Yeah. The mini. The usual. What we've done in the past.

THE COURT REPORTER: Okay. Certainly. Attorney Kellogg, do you like the mini or ASCII version.

MR. KELLOGG: Yeah. I like the mini. And then, can you e-mail me?

THE COURT REPORTER: Certainly. And we have two different ways of e-mailing -- just a straight ASCII or we use this product called E-tran, this Reallegal E-tran.

I don't know if you've been getting it, but it gives you a way to, like, do indexing and it has a lot of features in it.

I don't know if your firm has a thing that you can import it into?

MR. KELLOGG: Yeah. I'm not sure. Is it a problem to do both ways, or --

THE COURT REPORTER: No. I mean, the Reallegal E-tran, I think, is only like $35 or $30 because he has to pay for a license fee and --

MR. KELLOGG: Sure. Why don't you send it both ways?

I appreciate it.

THE COURT REPORTER: Okay. Sure. Not a problem.

And I have it at skellogg@thompsoncoburn.com?

MR. KELLOGG: That's correct.

THE COURT REPORTER: Okay. And same time Thursday?

MR. KELLOGG: Yes.

(THEREUPON, THE DEPOSITION WAS CONCLUDED AT 11:41 A.M.)

INDEX OF EXAMINATION

| | PAGE |
|---|---|
| DIRECT EXAMINATION BY MR. KELLOGG | 3 |

C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ________ day of ________________, 2004.

_________________________

Clifford Edwards

Notary Public

My commission expires: 9/30/2006

CASE NAME: BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, ET AL. VS BRIDGEPORT PORT AUTHORITY

DEPOSITION OF: GEORGE M. SHAWAH TAKEN: 7/27/04

SENT TO: MR. KELLOGG

INSTRUCTIONS FOR READING AND SIGNING OF DEPOSITION

1. To Witness: Please read the enclosed copy of your deposition.

2. After reading the deposition, appear before a notary public and sign before him/her on the page indicated and have the notary sign where indicated.

3. If there are any corrections to be made in the transcript, please do not make them on the transcript. Please use the attached form for listing any and all corrections and then have the notary sign along with your signature on the bottom of the sheet where indicated.

4. Do not make changes just to restate your testimony.

5. Please return signature page and correct page ONLY to:

DEL VECCHIO REPORTING SERVICES
117 RANDI DRIVE
MADISON, CT 06443

Thank you.

J U R A T

I have read the foregoing 93 pages and hereby acknowledge the same to be a true and correct record of the testimony.

_________________________

GEORGE M. SHAWAH

Subscribed and sworn to

_________________________.

Before me this _____ day of

_______________, 2004.

_________________________

Notary Public

My Commission Expires:

CORRECT PAGE

NAME OF CASE:

BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, ET AL. VS BRIDGEPORT PORT AUTHORITY

NAME OF WITNESS:

GEORGE M. SHAWAH

| PAGE | LINE | NOW READS | SHOULD READ |
| --- | --- | --- | --- |

-- [1] 63/23

-

-- [150]
-X [2] 1/4 1/8

A

**a --** [2] 16/17 27/11
**a.m** [2] 1/14 91/11
**abandoned** [1] 5/23
**able** [2] 15/6 28/21
**about** [51] 5/5 5/18 8/11 8/12 11/25 12/9 17/1 20/25 21/12 22/7 22/11 22/22 23/1 23/15 23/17 23/22 24/2 24/3 24/6 24/10 24/15 27/18 27/20 28/7 28/10 28/11 28/14 29/23 30/2 35/23 47/23 50/8 51/17 52/11 54/16 55/6 57/22 58/9 61/7 61/18 62/15 65/12 71/8 72/10 74/15 77/23 81/23 81/25 84/8 84/10 86/14
**about --** [1] 28/7
**absolute** [1] 27/16
**Absolutely** [1] 15/4
**access** [2] 76/10 88/17
**accessibility** [2] 86/19 86/20
**accomplishment** [1] 76/21
**accurate** [4] 8/2 40/24 41/4 93/11
**acknowledge** [1] 94/4
**acquire** [2] 64/6 64/14
**acquired** [1] 64/22
**acre** [6] 56/12 58/20 62/18 68/16 75/1 75/3
**acres** [7] 6/11 30/19 33/4 33/8 53/19 62/4 62/15
**across** [5] 65/6 68/5 69/7 80/15 81/1
**active** [1] 53/11
**activity** [1] 65/25
**actual** [1] 55/18
**actually** [3] 33/24 54/21 80/8
**additional** [1] 88/15
**additions** [1] 70/4
**address** [1] 3/2
**addressed** [3] 18/2 18/3 21/3
**adjust** [3] 46/1 46/3 70/20
**adjustment** [12] 73/5 73/10 73/21 73/24 74/7 74/8 74/13 74/14 75/13 75/14 75/16 75/23
**adjustments** [5] 67/21 72/4 73/12 75/16 77/4
**administer** [1] 93/4
**advisement** [2] 14/3 16/6
**affect** [1] 41/16
**affected** [3] 63/18 64/10 65/14
**afraid** [1] 62/5
**afraid --** [1] 62/5
**after** [3] 8/19 30/7 95/8
**again** [10] 36/3 40/18 43/1 44/18 65/12 65/16 71/12 71/15 71/18 88/19
**ago** [5] 5/20 8/15 54/14 59/15 78/19
**agree** [8] 9/14 9/19 15/25 16/6 31/25 66/24 74/11 81/18
**agreement** [2] 7/14 57/25
**ahead** [6] 15/11 16/14 17/22 28/16 30/13 54/12
**AL** [3] 1/5 95/2 96/5
**all** [62] 3/9 3/18 5/6 5/19 7/2 8/7 10/18 12/22 13/1 14/25 15/24 16/13 16/18 16/25 20/22 20/25 22/7 22/10 22/13 22/22 24/3 26/16 27/18 28/25 29/24 30/4 31/18 33/21 36/7 37/15 37/20 38/14 43/7 44/3 46/18 47/11 47/20 48/8 50/12 50/13 52/24 55/5 60/6 61/9 62/24 63/6 64/3 64/5 64/13 64/22 68/18 71/4 72/23 73/2 75/25 77/3 77/4 77/15 82/7 88/2 89/20 95/15
**allocate** [2] 71/17 80/5
**allocated** [4] 58/13 68/4 69/13 69/23
**allowed** [1] 84/23
**almost** [1] 24/11
**along** [2] 50/22 95/16
**already** [4] 6/25 51/6 60/8 74/20
**also** [9] 2/20 15/14 26/19 50/22 53/14 61/5 63/4 74/18 78/4
**alternatives** [4] 83/6 84/1 84/2 85/17
**always** [1] 48/17
**am** [6] 19/25 21/6 93/2 93/13 93/15 93/17
**ambiguous** [1] 16/3
**amenities** [1] 44/22
**amount** [2] 63/3 64/7
**analysis** [2] 9/3 77/11
**analyzing** [1] 57/12
**and --** [1] 90/23
**and it** [1] 90/13
**another** [9] 9/12 36/9 39/5 45/10 45/22 46/16 50/22 62/10 78/4
**answer** [7] 16/12 22/9 28/16 28/21 40/18 43/1 54/10
**answering** [1] 3/16
**answers** [1] 39/25
**any** [41] 3/16 3/17 3/18 4/3 7/10 7/17 14/17 14/18 28/21 29/3 29/21 31/4 31/20 34/6 35/4 35/23 35/24 35/24 40/7 45/18 46/1 46/16 51/20 61/25 64/19 64/21 68/23 68/25 71/1 77/13 83/6 83/12 84/1 84/1 84/23 85/22 85/25 87/3 88/12 95/12 95/15
**anybody** [5] 22/1 29/1 47/5 47/23 64/4
**anyone** [2] 50/24 61/13
**anything** [14] 12/23 13/4 22/10 31/10 37/9 46/18 61/13 64/4 69/4 71/23 71/24 72/1 77/13 83/18
**anyway** [1] 6/20
**apartment** [1] 60/16
**apparently** [2] 20/8 25/5
**appealing** [1] 36/14
**appear** [3] 14/13 14/24 95/8
**appears** [2] 30/15 93/7
**apply** [1] 14/25
**appraisal** [40] 7/21 11/12 12/21 13/2 13/3 17/17 18/2 18/14 19/7 21/14 22/14 23/15 23/18 24/17 24/20 25/7 26/11 27/8 27/9 27/13 31/20 32/15 32/22 33/16 33/17 33/24 34/2 34/7 34/25 35/13 36/12 36/24 43/2 46/20 47/6 48/15 49/3 55/8 71/5 77/4
**appraisal --** [1] 33/17
**appraisals** [3] 18/18 44/2 45/2
**appraise** [5] 5/12 8/21 31/19 70/11 71/25
**appraised** [6] 10/23 34/14 34/20 43/18 46/21 76/16
**appraiser** [10] 7/10 8/19 24/8 28/10 37/19 45/21 45/24 60/19 68/3 81/17
**appraiser's** [2] 26/17 87/20
**appraisers** [3] 27/16 29/25 78/23
**appraising** [4] 4/14 42/22 45/14 56/1
**appreciate** [3] 89/6 89/19 91/1
**approach** [45] 34/7 34/8 34/9 34/10 35/5 35/8 37/13 37/16 37/16 37/17 37/21 37/23 38/6 38/15 38/16 38/20 39/2 39/15 39/16 40/15 41/24 42/7 42/13 42/21 43/8 43/9 43/11 43/13 43/14 43/18 43/19 43/20 43/25 44/5 44/6 44/17 46/10 46/17 46/22 71/10 71/10 71/11 71/12 71/20 71/21
**approached** [2] 17/16 38/6
**approaches** [5] 34/3 34/6 36/16 37/15 38/14
**appropriate** [1] 75/13
**appropriately** [1] 7/19
**approximately** [1] 61/1
**approximation** [1] 56/17
**April** [1] 17/23
**are** [103]
**area** [8] 8/24 45/14 45/16 52/9 52/25 53/8 73/13 76/4
**areas** [1] 84/24
**arena** [2] 76/6 76/18
**around** [10] 17/18 35/7 60/13 61/17 61/22 76/1 81/10 81/11 86/24 89/1
**arrive** [9] 36/2 59/6 67/24 68/2 71/13 73/9 74/25 75/3 80/5
**arrived** [3] 59/9 74/12 78/10
**arriving** [1] 80/16
**arriving --** [1] 80/16
**articles** [2] 19/14 77/10
**as** [65] 3/4 5/1 5/1 5/12 5/13 6/8 7/4 7/6 8/19 9/14 10/6 10/10 13/7 16/11 16/11 20/17 21/20 22/15 24/22 25/24 27/16 27/16 28/16 31/19 31/20 32/11 32/22 32/23 32/25 32/25 33/8 33/11 33/14 36/16 40/21 45/21 45/24 46/24 47/15 47/16 50/20 51/21 51/21 53/4 54/16 54/24 60/14 60/23 67/12 70/10 73/11 77/11 81/12 81/12 83/4 83/15 85/8 85/18 85/24 87/6 87/6 87/21 88/25 93/7 93/18
**as --** [1] 87/21
**ASCII** [3] 89/23 90/3 90/8
**Aside** [1] 35/24
**ask** [6] 3/22 5/11 37/10 55/23 64/3 65/12
**asked** [7] 3/23 24/5 31/10 31/17 36/22 40/17 42/25
**asking** [13] 3/15 23/9 53/22 56/10 57/1 57/5 57/11 57/15 60/8 63/21 63/22 64/16 72/6
**asking --** [1] 63/21
**asphalt** [2] 84/15 84/18
**assemblage** [1] 6/5
**assessment** [3] 8/17 10/3 40/25
**assessments** [1] 46/24
**assessor's** [1] 13/10
**assessors'** [1] 12/22
**assigned** [1] 69/8
**assignments** [1] 31/20
**assume** [4] 3/22 21/17 63/22 64/2
**assumed** [1] 63/5
**assumption** [1] 72/17
**assumptions** [1] 72/20
**at** [72] 1/11 1/14 3/16 3/21 5/2 8/3 16/7 18/5 19/2 19/15 20/3 20/22 25/9 28/8 30/4 31/5 31/8 33/25 35/17 35/18 36/2 40/7 45/3 45/7 45/24 45/25 47/9 47/11 47/13 50/13 52/5 52/20 54/5 54/13 54/21 55/3 55/8 55/13 55/14 56/2 57/24 57/25 59/5 59/6 59/9 59/15 60/15 60/18 66/20 67/24 68/2 68/25 69/5 69/13 71/13 71/15 73/9 74/12 74/17 75/1 75/3 75/15 78/2 78/10 78/19 80/5 81/2 82/20 86/25 88/13 91/4 91/11
**at --** [1] 78/10
**attached** [2] 26/15 95/14
**attention** [1] 14/12
**attorney** [4] 8/16 89/22 90/2 93/14
**attributed** [1] 58/21
**August** [2] 6/14 10/17
**authority** [6] 1/7 1/12 19/5 62/19 95/2 96/5
**available** [6] 35/8 46/25 52/20 59/4 61/20 63/14
**average** [3] 58/11 58/12 58/15
**avoid** [1] 9/10
**aware** [5] 20/6 29/3 55/20 72/6 77/7

B

**back** [15] 19/21 20/12 32/6 32/16 33/3 36/18 43/17 52/7 53/10 67/20 67/25 71/15 82/9 83/19 86/24
**backyard** [1] 84/16
**bad** [3] 40/5 45/16 67/12

**B**

**ballpark [2]** 76/5 76/18
**bank [3]** 2/6 65/16 65/16
**bankruptcy [1]** 65/7
**barrel [1]** 64/4
**base [1]** 77/25
**based [15]** 15/17 36/15 61/13 68/21 70/24 71/18 73/1 73/12 74/7 78/9 78/13 79/20 80/14 80/25 84/9
**Basic [1]** 53/17
**basically [10]** 12/22 13/5 22/23 24/1 28/23 28/23 37/21 37/24 48/22 68/8
**Basically -- [1]** 22/23
**basis [3]** 7/13 55/15 71/25
**basis -- [1]** 7/13
**BATES [1]** 2/11
**be [101]**
**be -- [2]** 75/14 85/20
**bear [1]** 54/15
**because [33]** 3/21 6/22 9/11 24/16 24/22 36/13 36/22 37/1 38/22 39/7 41/10 42/22 42/23 43/10 45/9 45/16 53/14 55/19 57/5 57/16 61/12 67/11 70/5 72/16 75/8 78/11 80/17 84/6 84/24 85/19 86/18 86/20 90/22
**Bedco's [1]** 5/3
**been [27]** 3/3 4/9 4/12 4/14 5/23 5/24 6/4 6/25 10/4 17/1 24/23 29/1 29/9 31/10 39/1 40/17 40/24 42/25 47/22 51/11 54/15 55/2 61/22 62/5 65/15 76/1 90/11
**been -- [1]** 5/24
**before [12]** 1/12 3/12 13/19 18/16 33/21 34/1 44/2 60/23 67/20 94/14 95/8 95/9
**begin [1]** 78/22
**BEHALF [2]** 2/4 2/14
**behind [1]** 59/11
**being [3]** 5/23 42/14 52/1
**believe [2]** 6/14 47/9
**bell [2]** 29/24 30/3
**besides [1]** 73/22
**best [18]** 10/6 10/8 28/17 36/1 36/4 42/8 48/25 49/9 49/12 49/18 50/3 50/4 52/3 82/9 82/22 83/5 86/3 89/10
**better [2]** 45/1 74/13
**BETTS [1]** 2/15
**between [8]** 6/23 20/17 22/16 49/8 50/2 59/25 83/16 84/14
**beyond [1]** 26/19
**big [2]** 68/11 68/12
**Bird [1]** 61/14
**bit [2]** 50/19 74/2
**blue [1]** 60/17
**boat [1]** 71/15
**boilerplate [2]** 87/19 88/3
**Boman [2]** 18/14 28/5
**both [7]** 51/3 67/7 68/17 79/19 79/20 90/18 90/25
**bottom [7]** 26/16 50/13 80/8 80/10 82/14 82/14 95/17
**bought [4]** 62/19 63/6 64/3 64/5
**Bowman [3]** 18/2 18/16 20/13
**break [5]** 4/4 27/24 47/24 48/2 67/8
**BRIDGEPORT [17]** 1/4 1/7 1/11 1/12 3/2 5/2 5/7 5/9 11/3 12/10 45/15 45/17 73/13 95/1 95/2 96/4 96/5
**brief [2]** 88/22 88/24
**bring [1]** 14/4
**bringing [2]** 19/9 19/12
**broker [8]** 53/12 53/16 53/17 54/3 54/17 57/24 61/18 85/18
**brokers [1]** 53/14
**bucks [1]** 69/19
**budding [1]** 63/14
**building [23]** 5/22 5/24 30/25 31/1 31/15 32/1 36/4 36/19 38/1 38/2 38/5 38/23 38/24 40/20 41/11 41/13 41/17 42/22 60/15 71/25 80/22 86/4 86/13
**buildings [6]** 5/19 36/3 69/12 69/14 70/23 82/1
**bulk [1]** 89/3
**bulkhead [11]** 69/19 69/24 70/22 70/24 73/22 74/15 74/16 74/20 75/4 75/9 75/21
**Bunnell [2]** 5/3 5/15
**Burger [1]** 49/21
**business [5]** 9/3 9/16 9/18 10/1 59/14
**businesses [1]** 87/3
**but [72]** 4/13 6/20 8/5 10/3 11/13 11/17 12/6 12/15 13/19 14/24 16/3 19/17 20/3 20/23 22/4 25/4 25/12 26/3 26/23 27/5 28/16 29/16 35/14 36/18 39/4 41/2 45/11 47/8 47/11 48/22 49/17 51/8 55/7 55/19 56/4 57/16 58/1 58/4 58/15 59/11 62/7 62/15 62/23 63/4 64/7 65/15 66/1 66/25 67/11 72/4 72/19 74/11 74/24 75/7 76/19 76/22 78/24 79/8 80/15 82/3 83/15 84/6 84/16 84/20 84/24 85/19 86/2 86/12 87/17 89/3 89/17 90/12
**butt [1]** 87/20
**buy [1]** 64/13
**buyer [6]** 49/16 63/12 63/13 63/22 65/1 66/14
**by -- [1]** 51/11

**C**

**calculation [1]** 74/21
**calculations [1]** 73/1
**call [8]** 21/15 41/15 53/16 61/21 69/21 73/4 78/6 88/18
**called [5]** 8/19 25/7 34/16 53/13 90/9
**came [4]** 13/23 37/4 73/23 80/22
**can [28]** 5/5 7/2 8/12 9/11 15/12 16/11 16/16 16/17 16/18 17/9 17/11 23/13 27/24 28/17 34/8 37/19 37/20 38/16 45/23 46/11 50/18 54/22 57/22 81/19 85/12 85/13 90/5 90/16
**can't [9]** 11/2 11/6 11/8 11/17 23/12 25/16 46/12 70/19 74/12
**can't -- [1]** 23/12
**cannot [1]** 88/4
**cap [6]** 58/23 60/7 60/10 60/14 77/22 80/5
**capability [2]** 9/8 74/9
**capitalize [1]** 42/16
**cards [2]** 12/23 13/11
**Carpenter [3]** 62/6 62/12 62/13
**case [50]** 1/3 4/22 4/24 5/5 6/13 7/4 8/23 9/24 9/24 10/7 10/15 11/19 12/11 12/13 13/6 13/8 13/19 19/1 19/9 24/16 29/2 29/10 34/10 36/14 36/18 36/19 37/3 39/21 39/22 41/7 42/11 44/8 44/8 44/16 44/16 54/24 56/9 56/14 59/4 60/11 60/22 60/23 64/2 64/18 66/13 70/22 80/4 82/3 95/1 96/3
**cases [8]** 4/17 11/15 23/22 36/12 46/15 67/7 78/24 79/20
**cause [1]** 93/17
**cell [1]** 30/12
**Center [1]** 2/16
**centers [1]** 60/17
**certain [2]** 24/17 72/7
**certainly [3]** 76/19 90/2 90/6
**certification [4]** 24/8 24/14 26/17 28/10
**certify [3]** 93/2 93/5 93/13
**CFD [1]** 1/3
**challenge [1]** 8/17
**chance [1]** 61/25
**change [2]** 26/21 79/6
**changed [2]** 48/20 54/18
**changes [2]** 76/1 95/18
**characteristics [1]** 67/11
**characterization [1]** 9/23
**charge [2]** 71/23 72/7
**charging [1]** 19/16
**check [2]** 46/23 46/23
**check -- [1]** 46/23
**chip [1]** 60/17
**choice [2]** 64/19 64/22
**circumstances [5]** 9/21 54/23 60/9 66/25 67/1
**cite [1]** 19/6
**cited [4]** 23/22 49/4 56/19 57/15
**city [5]** 5/2 5/7 6/5 12/9 29/17
**clarification [8]** 6/1 19/19 32/20 42/6 53/2 59/20 73/16 87/23
**class [2]** 81/3 82/1
**classic [1]** 34/6
**classification [1]** 84/4
**clean [3]** 17/5 17/7 70/17
**clear [2]** 83/23 83/24
**client [5]** 6/23 36/10 36/11 39/1 40/13
**clients [1]** 38/23
**Clifford [2]** 1/12 93/23
**closer [1]** 44/25
**cloudy [1]** 87/24
**COBURN [2]** 2/6 2/8
**coffee [1]** 4/4
**Combined [1]** 68/16
**come [14]** 9/12 9/21 18/12 34/23 34/24 58/19 58/24 60/3 68/7 69/11 69/20 70/25 86/24 86/24
**comes [3]** 35/2 41/14 49/2
**coming [2]** 62/5 74/23
**comment [1]** 28/13
**commercial [3]** 4/21 4/23 10/19
**commission [2]** 93/25 94/22
**commissioned [1]** 93/4
**company [7]** 1/5 18/5 18/10 51/12 72/7 95/2 96/4
**comparable [15]** 36/1 42/4 42/7 42/8 43/23 43/24 43/25 44/19 44/20 46/8 46/8 46/13 46/13 55/9 59/2
**compare [9]** 45/10 45/11 55/10 56/15 56/18 56/20 57/7 79/15 81/11
**compared [1]** 79/18
**compares [2]** 45/21 56/8
**comparing [4]** 46/5 70/5 70/10 74/24
**comparison [3]** 54/21 56/3 57/17
**complete [2]** 27/4 89/10
**completed [3]** 24/19 26/9 27/2
**completely [1]** 45/16
**complex [1]** 47/4
**component [1]** 50/5
**concede [1]** 89/16
**conceivable [2]** 35/10 72/4
**concerned [7]** 27/17 28/20 32/23 32/25 35/22 38/22 38/23
**concerning [2]** 24/8 28/19
**concluded [2]** 81/1 91/11
**conclusion [2]** 34/1 61/8
**conclusions [1]** 32/11
**concrete [1]** 69/19
**condemn [1]** 78/24
**condemnation [1]** 5/13
**conditions [1]** 35/23
**confidential [2]** 7/15 7/16
**confirm [2]** 16/18 32/10
**confirmed [1]** 61/19
**confirming [1]** 32/21
**confuses [1]** 58/10
**CONNECTICUT [18]** 1/1 1/12 1/13 1/14

C

CONNECTICUT... [14] 3/3 7/21 25/14 25/19 29/17 30/1 52/9 52/12 73/20 78/1 78/3 78/12 79/16 93/3
Connecticut -- [1] 78/1
conservative [1] 69/16
consider [9] 51/24 64/9 71/4 83/2 83/6 83/12 83/25 85/16 87/1
considerably [1] 74/9
consideration [12] 9/10 33/15 35/5 36/8 38/3 55/21 67/17 67/18 71/22 72/13 76/17 77/14
considerations [1] 73/23
considered [4] 41/18 41/19 82/21 87/4
construction [1] 78/16
contact [1] 21/12
contained [3] 15/1 15/18 31/6
continuing [8] 24/8 24/19 24/24 25/5 25/10 25/19 26/10 26/24
conventional [1] 81/13
conversation [2] 28/18 40/2
conversations [4] 17/21 17/25 26/18 47/11
converted [1] 36/5
copies [6] 10/9 11/11 12/2 13/17 21/16 51/7
copper [1] 62/9
copy [19] 8/10 11/20 11/22 11/24 12/17 13/2 13/10 13/10 15/6 15/13 17/2 17/6 17/7 26/20 26/21 58/6 89/11 89/23 95/6
corner [1] 49/20
correct [23] 19/25 21/4 21/5 21/22 27/5 30/16 30/20 31/2 32/12 33/18 33/20 34/15 34/18 34/21 39/11 39/14 53/5 66/15 70/14 91/6 94/5 95/20 96/1
corrections [2] 95/12 95/15
correctly [1] 21/7
correspondence [2] 13/11 88/22
cost [19] 34/9 35/5 35/8 37/16 37/21 37/23 37/25 38/6 38/15 39/2 39/15 40/15 40/22 41/7 41/24 70/25 71/10 71/11 71/12
costs [1] 69/14
could [25] 10/6 35/10 35/11 51/25 54/21 58/14 58/16 60/9 60/10 65/15 65/15 65/25 66/18 71/7 72/4 72/19 74/7 75/11 79/17 83/7 85/25 86/1 86/2 86/4 87/5
could -- [1] 74/7
couldn't [11] 6/19 7/1 10/5 18/25 26/24 28/15 43/10 65/24 72/20 85/22 86/12
couldn't -- [1] 65/24
counsel [3] 93/9 93/14 93/16
couple [3] 8/15 23/19 77/25
course [4] 13/2 21/23 40/2 42/20
court [9] 1/1 5/1 5/25 32/19 42/5 53/1 59/19 73/15 87/22
covered [2] 22/8 31/21
covers [1] 87/20
covers -- [1] 87/20
CPAs [1] 27/13
credible [1] 71/16
credit [2] 25/10 25/20
CT [3] 1/24 2/12 95/24
current [9] 19/23 25/18 26/21 33/16 34/7 55/11 55/19 62/14 76/14
currently [4] 5/22 5/23 52/1 55/10
currently -- [1] 5/22
cut [1] 19/14
cutting [1] 40/2

D

D.C [1] 2/9
data [9] 8/8 34/8 43/19 46/16 50/11 59/2 69/22 71/5 76/23
date [6] 5/13 5/13 21/22 24/22 32/23 32/25
dated [3] 14/15 17/17 32/11
day [3] 3/21 93/19 94/14
deal [2] 9/12 65/18
dealing [1] 60/24
December [1] 17/19
December -- [1] 17/19
decided [1] 8/16
deducted [1] 70/22
deep [3] 73/18 73/19 74/9
DEFENDANT [2] 1/8 2/4
Defendant's [1] 14/13
define [1] 37/12
definite [1] 67/2
definition [11] 48/9 48/13 48/16 48/17 48/20 49/6 50/5 63/17 63/19 65/13 67/4
definitions [2] 50/9 85/4
DEL [2] 1/23 95/22
delay [1] 16/23
demolished [3] 6/2 6/4 36/6
demolishing [1] 5/18
Department [1] 60/25
depend [1] 81/10
dependent [1] 79/25
depending [5] 9/22 10/5 35/14 59/12 60/11
depends [6] 41/6 54/23 59/3 60/9 60/18 80/2
deponent [1] 93/5
deposed [1] 3/3
deposition [18] 1/11 3/10 3/11 11/25 12/10 12/15 13/23 48/6 77/16 88/14 91/10 93/6 93/8 93/8 95/3 95/5 95/7 95/8
depositions [2] 12/2 12/7
depreciated [4] 38/18 42/1 69/13 69/16
depreciation [3] 38/3 38/4 39/12
depth [2] 74/4 75/14
Derecktor [1] 62/21
derive [1] 42/15
designated [2] 4/25 29/9
designation [2] 7/3 25/12
detail [2] 47/20 50/9
detailed [1] 47/15
details [1] 20/24
determination [1] 36/16
determine [5] 35/16 37/13 53/7 53/8 56/5
determined [1] 35/15
determines [1] 34/3
determining [3] 46/21 48/18 78/21
devaluing [2] 75/8 75/9
Developers [1] 5/9
development [3] 50/15 51/9 51/18
dictionary [1] 49/2
did [81] 5/11 6/10 6/19 8/21 9/2 9/4 9/25 10/2 11/15 12/15 14/5 14/6 17/24 18/12 19/1 19/4 19/8 20/11 20/14 21/12 21/13 21/19 21/23 22/7 22/9 22/13 22/18 22/20 22/22 23/3 23/8 23/17 26/23 28/11 37/7 39/21 39/21 42/11 43/6 43/18 47/5 47/7 47/8 51/24 51/24 53/7 53/9 53/19 54/1 54/7 56/15 57/7 57/11 58/6 58/19 60/21 61/24 62/1 62/9 62/18 64/13 67/24 68/7 68/23 68/23 68/25 69/11 69/20 71/4 72/4 73/9 74/15 75/18 80/6 83/2 83/6 83/12 83/25 85/16 85/18 89/23
didn't [25] 3/20 6/24 10/3 14/4 20/22 36/19 37/9 37/10 38/20 42/21 43/10 43/14 46/15 55/22 56/20 61/12 64/2 64/3 64/18 67/16 70/6 70/14 80/16 83/12 87/1
didn't -- [1] 83/12
difference [1] 49/8
differences [2] 45/19 74/3
different [7] 35/14 41/2 45/12 45/16 49/5 71/5 90/7
difficult [8] 45/10 45/12 46/3 46/6 52/23 78/11 81/21 84/21
difficulty [4] 39/5 50/25 67/8 85/5
direct [3] 3/6 50/2 92/3
direction [1] 93/10
disagree [1] 16/7
discuss [5] 19/1 19/4 22/13 22/20 23/3
discussed [3] 18/11 22/21 23/5
discussing [1] 26/19
DISCUSSION [6] 15/22 17/13 21/9 28/2 41/21 88/10
disregard [1] 84/10
distinct [1] 4/6
DISTRICT [2] 1/1 1/1
divided [2] 58/24 58/24
divided -- [1] 58/24
divorce [1] 36/14
do [75] 5/11 9/12 10/9 11/9 11/10 11/19 12/1 12/20 15/2 17/2 17/5 18/20 19/12 19/16 21/19 25/9 25/17 25/22 26/5 31/4 31/10 32/13 32/14 33/21 33/24 34/22 34/22 36/10 36/19 37/4 37/9 37/10 39/1 39/15 39/16 42/3 43/10 43/14 44/20 45/2 46/18 46/19 47/2 47/16 48/8 48/13 49/10 51/10 53/25 55/9 55/12 56/5 59/1 59/2 60/4 60/6 62/2 62/2 64/8 64/8 67/20 68/23 72/5 74/3 74/5 74/5 76/14 82/18 85/11 87/11 90/2 90/12 90/18 95/13 95/18
do -- [1] 82/18
dock [1] 85/10
document [2] 13/20 13/22
documents [4] 12/21 13/13 14/10 88/16
does [11] 9/5 9/17 41/15 44/5 44/23 47/23 72/8 75/21 81/20 83/19 85/24
doesn't [5] 3/18 7/17 9/12 29/24 30/3
dog [3] 61/5 78/5 78/8
dogging [1] 61/14
doing [4] 25/5 55/8 77/3 79/25
dollar [1] 44/10
dollars [6] 42/19 62/8 63/8 69/15 69/17 80/22
DOMB [11] 2/15 15/24 21/3 21/7 21/12 21/15 21/25 26/19 27/20 28/4 89/22
don't [57] 3/17 3/22 6/12 6/20 7/1 8/2 8/4 11/8 11/16 11/24 12/6 12/12 13/21 13/24 16/6 18/6 18/21 19/11 20/3 20/9 20/16 20/21 20/24 22/12 22/19 23/10 27/3 29/15 29/20 29/22 31/14 33/13 41/7 47/10 51/14 51/15 58/8 58/11 58/17 61/11 62/19 62/23 64/12 66/23 67/12 68/14 72/16 76/18 79/14 82/5 87/17 88/12 88/25 89/16 90/11 90/15 90/25
don't -- [2] 20/16 66/23
done [10] 11/4 12/7 16/22 25/15 33/16 44/2 72/11 75/25 76/7 89/25
DOT [1] 60/25
down [9] 40/20 45/25 62/5 81/22 85/5 85/18 86/23 86/23 86/24
downtown [1] 84/25
draft [1] 16/14
draw [1] 14/12
drawn [1] 57/25
DRIVE [2] 1/24 95/23
duly [3] 3/3 93/3 93/6

E

e-mail [1] 90/5
e-mailing [1] 90/7
e-mails [1] 13/24
E-tran [3] 90/9 90/10 90/21
each [5] 12/21 25/14 55/13 70/20 73/23
earlier [3] 63/1 71/8 77/23
early [2] 17/19 20/12
easement [6] 35/24 50/21 50/22 51/2 75/19

**E**

easement... [1] 83/17
easements [5] 50/15 51/3 51/8 51/10 84/7
east [2] 5/4 78/5
economic [3] 5/9 41/15 46/1
economical [1] 38/4
Ed [1] 26/5
Ed's [1] 26/4
edge [1] 70/18
education [8] 24/9 24/20 24/24 25/6 25/10 25/20 26/10 26/25
EDWARD [1] 2/8
Edwards [2] 1/12 93/23
effect [2] 16/15 35/12
eight [5] 62/8 67/19 68/4 68/19 72/23
either [4] 30/3 93/14 93/15 93/16
element [3] 65/17 82/24 83/20
elements [1] 82/20
eleven [1] 86/11
eliminating [1] 76/20
else [11] 13/4 22/10 27/21 28/11 31/11 35/20 36/5 46/19 83/18 84/22 87/5
else's [1] 29/1
emit [1] 85/2
employee [1] 93/15
enclosed [1] 95/6
Encroachments [1] 87/15
encumbrances [1] 35/18
end [4] 3/21 38/11 41/2 81/14
ended [2] 58/14 63/15
engaged [1] 88/21
enough [4] 4/1 28/20 61/22 79/22
entire [4] 52/9 52/11 53/21 89/3
environment [3] 41/16 81/10 86/18
environmental [3] 35/23 58/5 59/23
equation [3] 39/8 64/1 70/4
equipment [1] 78/18
equity [1] 61/1
Especially [1] 30/1
ESQ [4] 2/5 2/8 2/10 2/15
essentially [1] 75/8
establish [1] 44/15
established [1] 39/22
estate [5] 4/18 20/18 20/19 49/3 81/17
estimated [1] 68/9
estimating [1] 82/21
ET [3] 1/5 95/2 96/4
etc [3] 9/23 36/15 85/3
evaluate [2] 34/2 70/11
evaluating [1] 83/2
even [5] 62/3 75/8 85/5 86/22 86/22
ever [9] 3/11 11/22 11/24 12/6 44/6 45/24 51/10 58/6 71/4
every [8] 3/23 3/24 9/24 25/23 35/13 35/13 66/4 70/19
everyone [1] 74/11
exactly [2] 37/1 89/9
EXAMINATION [3] 3/6 92/1 92/3
example [4] 12/8 14/17 55/25 63/17
exchange [2] 13/23 49/17
executed [2] 57/20 58/2
exhibit [1] 14/17
exist [1] 35/23
existence [1] 39/3
existing [5] 10/7 52/3 64/13 82/15 83/4
experience [2] 73/12 74/8
expert [4] 4/9 4/25 7/4 14/19
expert's [1] 14/18
expires [2] 93/25 94/22
explain [4] 20/11 20/14 20/22 38/16
expressed [3] 32/4 87/10 88/4
expressing [1] 31/5
extending [1] 50/21
extent [1] 15/15
extra [2] 37/9 68/4
extraordinary [1] 23/13
extremely [3] 45/9 45/12 46/6

**F**

faced [1] 65/7
facilities [3] 10/22 73/19 73/19
facility [2] 74/8 77/8
fact [13] 9/2 13/20 19/4 20/16 23/5 32/21 45/14 53/13 59/8 73/1 78/23 85/8 88/25
factor [14] 35/6 36/9 46/25 47/1 65/24 66/8 74/3 75/21 77/5 77/13 81/25 82/5 83/3 83/19
factoring [1] 45/18
factors [6] 36/7 46/2 74/18 76/17 76/19 80/3
factory [1] 5/19
facts [1] 41/6
fair [11] 4/1 33/13 40/5 41/25 46/12 63/10 66/19 70/9 79/15 80/7 89/14
Fairfield [3] 45/15 46/1 46/4
familiar [3] 19/17 28/20 29/4
familiarity [1] 19/20
far [7] 5/1 27/16 28/8 32/22 32/25 34/13 81/12
farm [1] 59/18
favorable [2] 44/9 44/13
features [1] 90/13
February [2] 17/20 32/11
federal [1] 27/10
fee [1] 90/23
feel [1] 40/6
feeling [1] 54/15
feet [10] 69/19 70/22 73/17 73/18 73/22 74/10 74/17 75/15 81/3 86/11
fellows [1] 60/24
felt [5] 10/7 52/2 71/19 74/14 83/4
ferreting [1] 61/23
ferry [9] 18/4 18/5 18/10 50/24 72/7 82/16 85/10 85/24 86/23
few [12] 3/14 4/14 19/14 22/5 52/15 62/14 70/16 73/18 82/4 82/7 88/7 89/1
field [2] 12/23 13/11
figure [14] 38/15 56/16 57/9 57/9 58/1 58/14 58/15 58/20 59/9 61/3 68/7 69/16 69/23 77/22
figured [1] 79/21
figures [2] 38/5 67/24
figures -- [1] 67/24
file [21] 8/7 8/8 12/4 12/16 12/20 13/6 13/8 13/9 13/25 14/4 15/1 15/1 15/18 16/10 21/17 47/18 61/9 61/12 88/16 89/3 89/11
files [1] 11/9
fill [1] 37/20
final [4] 13/14 17/22 34/1 44/17
financial [4] 2/16 66/8 67/7 67/14
financing [2] 36/13 65/17
find [12] 11/13 16/2 34/8 36/1 40/1 42/3 44/20 44/21 46/11 46/13 52/23 70/19
finding [2] 39/5 46/7
Fine [1] 86/12
finish [2] 39/25 66/7
finished [3] 8/10 13/2 13/2
firm [2] 22/1 90/15
first [26] 3/3 5/6 12/8 14/14 17/2 17/16 20/13 22/3 30/18 30/25 32/9 33/11 39/17 43/3 47/10 47/10 48/8 50/10 52/8 55/14 71/17 72/23 80/15 82/24 83/20 87/9
first -- [2] 17/2 47/10
fit [1] 83/7
five [5] 10/24 18/22 18/23 63/1 68/18
five-minute [2] 47/24 48/2
five-year [1] 57/19
flexible [1] 51/21
floor [8] 2/16 12/25 30/25 33/11 43/3 71/17 80/15 80/23
flush [1] 50/18
fly [1] 86/5
follow [1] 34/13
following [1] 38/17
follows [1] 3/4
foot [9] 40/20 41/12 55/15 59/5 59/10 62/8 69/15 69/19 80/22
footage [2] 68/13 68/14
foreclosure [1] 65/8
foregoing [4] 93/6 93/7 93/11 94/3
form [7] 28/12 40/16 42/24 56/22 70/13 72/15 95/14
format [2] 23/25 24/2
formed [1] 44/7
former [1] 65/4
formula [1] 74/6
forth [2] 17/22 78/18
four [4] 10/24 70/17 81/3 82/20
free [1] 40/6
full [1] 50/21
functional [1] 38/4
further [5] 15/15 74/2 75/8 93/5 93/13

**G**

gas [6] 7/6 8/14 8/22 9/1 9/7 43/17
gave [8] 22/17 54/24 57/17 65/16 67/18 72/23 73/2 73/23
general [8] 8/24 9/14 28/13 28/18 77/1 81/21 81/24 85/3
generally [12] 4/16 12/20 23/11 28/14 44/5 55/5 55/7 81/16 81/23 82/2 85/18 87/5
generated [1] 72/2
geographic [1] 44/23
GEORGE [6] 1/11 3/1 24/13 94/10 95/3 96/8
get [24] 8/10 11/19 15/6 15/12 15/15 16/15 16/21 21/13 25/16 33/22 48/13 52/4 53/17 58/6 60/21 61/12 64/16 78/11 81/19 85/9 85/10 85/20 85/23 89/10
getting [9] 16/9 41/2 44/10 50/25 61/16 85/1 85/5 88/17 90/11
give [10] 15/7 15/19 16/11 40/21 46/10 54/22 55/17 55/20 88/7 89/17
given [8] 6/8 6/25 31/18 33/15 39/1 39/3 40/12 71/5
gives [1] 90/12
go [23] 3/14 15/11 16/13 17/11 17/22 28/16 30/13 33/3 43/17 46/14 47/20 48/9 50/10 52/5 54/12 55/12 62/18 62/24 64/13 65/3 67/19 74/2 86/23
going [29] 3/15 3/16 3/22 13/16 14/11 20/2 20/3 20/9 30/5 31/8 31/21 34/4 34/13 35/5 44/11 44/13 44/14 47/20 47/22 51/20 55/17 60/20 65/12 67/3 71/4 80/21 82/9 84/14 88/14
gone [2] 11/3 20/23
good [4] 41/8 56/16 61/7 87/6
got [10] 13/19 17/22 30/11 34/16 39/16 47/10 53/22 55/15 82/7 82/22
Gotcha [1] 44/1
gotta [1] 60/1
gotten [2] 11/22 80/9
ground [2] 3/14 80/23
guess [19] 5/10 9/14 16/14 18/13 18/23 28/19 35/16 39/7 45/23 55/22 58/10 58/11 62/25 64/16 70/9 72/6 72/11 74/2 76/10
guessing [1] 10/25

**G**

**guidelines [1]** 27/7
**gun [1]** 16/21

**H**

**habit [1]** 40/5
**had [40]** 3/11 6/24 8/14 12/10 14/16 17/21 18/16 20/12 21/24 21/25 25/25 27/19 27/19 38/25 45/2 56/18 56/23 60/11 61/5 64/19 64/21 64/22 66/2 66/9 67/14 71/6 71/24 71/25 72/2 72/11 72/16 73/14 73/21 78/5 80/7 81/1 81/2 81/13 85/9 89/14
**had -- [1]** 73/14
**hadn't [2]** 61/21 74/20
**Hall [2]** 20/13 47/8
**hand [1]** 93/18
**hands [1]** 54/18
**harbor [2]** 40/20 41/12
**hard [4]** 46/7 60/2 64/12 67/13
**HARTFORD [1]** 1/25
**has [24]** 5/23 5/24 7/18 9/15 26/5 26/21 29/9 32/1 44/12 52/25 55/2 57/5 57/16 62/5 70/19 70/21 73/17 73/18 76/1 85/20 85/20 90/13 90/15 90/22
**hasn't [3]** 48/20 54/15 60/1
**have [121]**
**haven't [4]** 4/12 12/7 31/10 89/8
**having [4]** 3/3 11/24 12/1 12/6
**having -- [1]** 12/6
**he [34]** 22/15 23/6 23/8 23/21 24/4 24/5 26/19 28/15 29/12 29/13 29/14 29/16 29/16 36/11 45/21 47/9 47/11 54/9 56/23 56/23 57/5 57/7 57/7 61/19 61/24 62/1 63/14 63/15 64/2 64/3 64/3 64/4 64/19 90/22
**head [2]** 64/4 87/14
**hear [1]** 16/8
**heard [1]** 16/19
**heavy [10]** 41/11 84/13 84/17 84/23 85/1 85/2 85/4 85/12 85/13 85/14
**Hence [1]** 59/23
**her [1]** 95/9
**here [40]** 12/1 16/19 21/1 24/5 27/1 31/13 32/4 33/3 38/21 40/14 42/21 45/24 47/12 53/22 57/5 57/18 63/17 65/16 65/21 68/13 68/14 71/12 71/18 74/17 74/24 75/18 76/1 76/15 77/8 78/5 81/11 81/15 81/22 82/5 85/5 85/18 86/4 86/6 86/13 88/3
**hereby [2]** 93/2 94/4
**hesitate [1]** 62/4
**high [1]** 57/15
**higher [2]** 43/8 58/15
**highest [19]** 10/6 10/8 36/4 38/8 38/11 38/15 48/24 49/8 49/11 49/12 49/17 49/23 50/3 50/4 52/2 82/9 82/21 83/5 86/3
**highway [1]** 78/17
**HILL [1]** 2/15
**him [9]** 18/18 22/4 26/20 29/19 40/2 54/9 66/7 88/18 95/9
**him -- [1]** 54/9
**his [11]** 14/25 15/1 15/18 19/20 22/1 22/9 29/21 39/25 54/9 88/16 89/11
**hold [5]** 30/11 39/23 66/6 66/6 88/14
**hour [4]** 23/1 23/2 27/20 47/23
**hours [4]** 25/13 25/22 25/24 26/6
**housed [1]** 53/20
**houses [1]** 60/16
**how [46]** 4/8 4/11 6/11 10/22 11/5 18/20 19/18 21/13 21/24 21/24 22/24 25/22 29/6 33/24 34/22 41/15 42/3 44/20 49/10 53/7 53/9 54/22 55/9 56/5 56/8 58/19 60/6 62/18 62/23 64/12 65/24 66/8 67/14 67/24 68/7 68/11 69/11 69/20 73/9 74/3 74/5 74/12 78/10 78/21 79/15 79/16
**Hoyt [1]** 2/11
**hundred [3]** 4/15 42/19 68/18
**hypothetical [1]** 71/19

**I**

**I'd [3]** 11/13 33/21 88/18
**I'll [7]** 3/10 16/13 36/15 36/16 48/1 88/20 89/12
**I'm [43]** 3/15 3/22 7/9 10/16 10/25 14/11 14/23 19/17 23/12 23/21 24/22 28/20 29/3 29/15 30/5 32/18 32/21 33/6 33/12 37/19 45/23 47/20 47/25 51/4 51/7 55/24 57/11 58/4 64/16 65/12 67/3 69/25 70/15 72/6 74/24 77/18 80/20 81/23 83/23 88/6 88/14 89/1 90/17
**I've [6]** 4/14 11/4 13/15 16/1 57/2 61/21
**I've -- [1]** 13/15
**idea [1]** 18/21
**identify [2]** 34/13 34/19
**identifying [1]** 46/20
**idle [1]** 59/16
**if [62]** 3/16 3/21 6/19 6/24 7/13 7/13 7/22 10/3 12/3 12/15 12/17 12/25 15/2 16/16 20/3 21/21 25/17 30/4 34/8 35/7 35/9 35/21 36/3 38/2 38/25 39/15 40/5 40/12 42/14 42/18 44/8 44/12 44/14 46/7 46/12 46/15 47/19 49/20 50/4 51/10 53/25 55/14 56/16 57/8 57/11 60/15 61/21 65/24 71/24 72/2 72/11 76/16 77/3 80/7 81/7 85/11 88/17 88/25 89/10 90/11 90/15 95/12
**Illuminating [1]** 51/12
**immediate [1]** 76/4
**impact [9]** 9/3 44/11 44/13 51/9 66/9 66/16 67/14 76/14 77/11
**import [1]** 90/16
**important [1]** 45/20
**improvement [1]** 86/22
**improvements [5]** 38/19 39/13 42/1 71/2 77/5
**in [187]**
**in -- [2]** 73/19 75/21
**include [1]** 53/19
**inclusions [1]** 60/19
**income [19]** 34/8 37/16 42/13 42/14 42/15 42/18 43/8 43/12 43/14 43/20 44/5 46/10 71/10 71/16 71/16 71/21 72/2 72/11 72/18
**increase [1]** 9/5
**INDEX [1]** 92/1
**indexing [1]** 90/13
**indicated [4]** 60/12 95/10 95/11 95/17
**indication [1]** 61/5
**indicator [5]** 35/9 36/1 41/8 42/9 80/4
**indicators [2]** 46/11 61/7
**individual [2]** 9/22 9/24
**industrial [11]** 4/22 10/19 41/11 84/13 84/17 85/1 85/2 85/4 85/12 85/13 85/14
**industry [2]** 65/21 70/1
**informal [1]** 16/17
**information [16]** 6/22 12/23 12/24 15/16 15/18 22/17 36/15 46/24 53/17 57/16 59/3 59/12 60/12 61/10 61/23 78/10
**initial [1]** 26/18
**initially [2]** 26/23 56/7
**instance [3]** 61/17 84/13 87/12
**institute [8]** 24/17 24/20 25/7 26/11 27/8 27/9 27/10 48/16
**instruct [1]** 70/15
**instructed [1]** 70/11
**instructions [5]** 31/19 36/10 39/1 40/12 95/5
**intelligently [1]** 28/21
**intended [1]** 87/10
**interest [2]** 35/11 42/17
**interested [3]** 54/4 54/17 93/17
**interrogatories [1]** 14/9
**interrupt [2]** 3/18 40/6
**interview [3]** 47/2 47/3 47/5
**interviewed [1]** 61/15
**into [23]** 9/22 13/19 33/22 34/23 34/24 35/2 35/5 36/8 38/3 41/14 47/20 67/16 71/22 72/12 74/2 76/17 77/14 83/7 83/19 88/20 89/12 89/17 90/16
**investigate [1]** 53/9
**investigate -- [1]** 53/9
**investment [1]** 86/13
**involve [1]** 67/7
**involved [3]** 35/3 47/10 57/24
**is [176]**
**is -- [1]** 37/22
**issue [1]** 75/9
**it [180]**
**it -- [2]** 4/19 88/2
**it's [63]** 6/4 6/22 7/15 7/15 14/8 18/7 20/3 20/9 25/7 25/23 25/24 27/12 27/12 30/7 35/7 35/10 35/21 35/21 38/2 38/18 39/4 39/5 39/6 40/7 40/17 40/19 40/19 41/10 41/12 41/18 42/18 42/25 44/13 45/9 45/9 48/10 48/22 51/21 51/22 52/1 52/22 54/14 54/18 55/14 56/4 56/4 62/15 64/11 67/5 69/2 70/1 72/3 72/3 73/18 78/11 79/18 81/3 84/3 84/24 85/11 86/2 86/24 88/23
**it's -- [3]** 30/7 45/9 79/18
**items [2]** 31/24 33/19
**its [3]** 9/22 9/23 79/16
**itself [5]** 28/23 31/15 36/20 63/10 71/1

**J**

**January [1]** 17/19
**JEFFERSON [4]** 1/4 82/16 95/1 96/4
**job [7]** 13/11 26/23 28/20 35/25 61/23 78/16 78/17
**JOE [1]** 2/20
**Jonathan [3]** 18/1 18/14 28/5
**judgment [1]** 45/20
**July [1]** 1/14
**June [10]** 14/15 17/17 20/1 21/2 26/8 26/16 30/5 32/7 33/22 33/23
**just [44]** 3/14 4/4 7/12 9/14 10/25 14/11 15/4 15/7 15/9 16/14 19/14 23/11 31/13 35/21 40/6 40/8 41/24 43/18 44/18 52/4 56/25 58/17 62/10 62/11 67/3 68/21 69/2 73/11 74/7 76/4 81/1 81/2 81/23 82/7 83/23 84/9 84/10 84/11 86/9 86/20 88/7 89/10 90/8 95/18
**just -- [1]** 69/2
**justifying [1]** 79/22

**K**

**keep [5]** 11/9 12/3 16/17 65/20 65/21
**KELLOGG [6]** 2/5 3/9 30/8 90/2 92/3 95/4
**kennels [2]** 61/6 78/8
**kept [1]** 8/5
**key [1]** 34/11
**kind [7]** 4/19 23/8 23/17 33/23 37/20 64/11 80/5
**King [1]** 49/21
**knew [1]** 59/5
**know [33]** 4/5 6/24 7/1 11/8 13/18 19/12 20/3 20/8 20/9 29/16 29/24 33/13 34/16 37/19 47/11 51/8 51/10 51/14 51/15 53/16 53/25 55/24 57/23 58/8 58/9 61/22 62/2 62/19 64/12 76/18 85/11 90/11 90/15
**knowledge [3]** 68/8 68/22 71/24

**K**

known [2] 59/8 61/3

**L**

laid [1] 51/6
land [63] 30/19 30/22 32/16 33/4 33/8 34/11 35/17 35/21 37/25 38/5 38/18 39/10 39/19 39/20 41/25 42/3 42/8 42/9 43/3 52/6 52/16 52/17 52/17 52/24 52/25 53/20 54/20 55/6 55/14 56/9 56/14 57/6 57/12 57/19 58/21 58/25 60/12 61/1 61/6 61/24 62/24 64/9 65/3 66/20 66/21 67/20 68/3 70/18 71/1 71/13 72/24 74/21 74/23 74/25 77/16 78/4 78/7 78/13 78/17 78/20 78/22 78/24 80/18
land -- [1] 39/10
landlord's [1] 44/9
language [1] 88/3
large [2] 47/4 68/15
larger [1] 62/6
last [6] 4/10 4/13 19/15 24/11 50/14 62/5
lasted [1] 27/20
late [1] 17/18
late -- [1] 17/18
later [1] 50/9
law [2] 7/21 22/1
lawsuit [9] 19/5 19/10 19/13 19/21 20/7 20/9 20/10 40/14 87/17
lawyers [2] 25/25 84/14
lease [12] 35/10 44/9 44/9 44/13 44/14 57/20 57/25 58/6 59/9 61/6 79/24 80/3
leased [6] 62/20 78/7 79/17 80/8 80/10 81/2
leasehold [1] 35/11
leases [3] 35/4 71/19 79/5
leasing [1] 78/14
least [1] 66/20
LEFT [1] 48/5
legal [3] 83/10 87/10 88/4
legally [2] 83/13 83/14
legitimate [1] 57/9
lenders [1] 64/22
length [1] 50/22
less [3] 10/4 23/1 85/13
lessee [2] 44/12 80/2
lesser [1] 58/14
let [11] 3/14 4/4 22/24 24/4 33/3 34/12 39/24 53/9 54/8 66/6 67/25
let's [6] 11/16 20/25 43/17 52/5 62/24 65/3
letter [11] 16/14 18/2 21/1 21/2 22/8 23/23 26/9 26/16 26/19 32/7 32/10
letters [1] 21/17
level [1] 75/15
liability [1] 60/4
Liberty [1] 2/16
license [3] 1/13 25/16 90/23
life [2] 24/23 25/12
lifetime [1] 26/1
like [16] 12/1 16/16 27/13 33/21 38/25 39/5 60/2 71/23 72/1 75/9 77/13 88/18 90/2 90/4 90/12 90/21
limitations [1] 85/19
limited [3] 52/9 64/7 71/5
limits [1] 51/23
LINE [1] 96/10
lineal [3] 69/18 70/22 74/10
linear [1] 73/22
lines [3] 51/3 51/5 59/25
list [1] 37/15
listed [1] 82/22
listing [3] 54/5 54/13 95/15
litigation [5] 20/2 20/8 20/17 22/16 72/10
little [9] 23/1 50/9 50/18 54/24 57/17 57/23 58/9 63/7 74/2
LLC [1] 1/23
LLP [3] 2/6 2/8 2/15
loading [1] 82/16
local [3] 29/14 29/25 65/16
located [1] 41/11
location [9] 9/23 41/13 41/16 46/4 46/5 46/5 49/21 81/24 82/6
long [11] 22/24 51/20 51/22 55/3 55/3 61/22 74/18 83/17 84/25 86/2 86/24
long-term [1] 35/10
longer [3] 20/2 24/24 25/9
look [17] 15/3 30/4 33/25 45/24 45/25 46/9 52/5 54/21 55/3 55/13 55/14 56/2 68/25 82/20 88/20 89/12 89/17
look -- [1] 46/9
looked [4] 19/15 45/3 45/7 61/17
looking [4] 35/17 35/18 55/8 80/4
loose [1] 85/3
lost [2] 57/3 61/19
lot [5] 21/24 46/23 61/22 84/14 90/13
lots [7] 68/5 68/9 68/11 68/15 69/4 69/6 70/23
Louis [1] 2/7
low [2] 76/20 86/20
lower [1] 49/25
LSR [1] 1/12

**M**

made [9] 13/6 14/19 28/5 61/21 67/21 72/17 74/13 74/14 95/12
MADISON [2] 1/24 95/24
mailings [1] 53/14
main [4] 68/3 81/2 81/6 86/23
maintain [3] 12/1 24/24 25/13
major [6] 65/17 73/21 75/14 75/15 76/21 80/3
make [15] 3/18 9/11 15/10 16/17 17/9 34/12 36/15 65/25 66/23 72/4 73/22 83/24 84/20 95/13 95/18
makes [1] 84/8
making [2] 30/15 72/19
man [1] 22/3
manager [1] 47/4
many [23] 4/8 4/10 4/11 4/11 6/11 9/21 10/22 11/3 11/5 12/7 18/20 19/18 21/24 21/25 24/23 25/13 25/22 34/23 53/13 59/15 64/12 84/5 85/19
many -- [2] 19/18 21/24
maps [2] 12/25 50/20
marine [1] 10/22
market [50] 5/12 9/6 30/18 31/14 32/1 32/3 33/4 34/7 34/10 36/19 37/16 37/25 39/16 41/25 42/7 42/20 43/3 43/9 43/11 43/19 43/25 44/6 44/17 46/16 48/9 48/14 48/18 49/6 49/9 49/12 49/16 49/18 49/23 50/3 50/6 55/3 55/20 60/19 63/11 63/17 63/19 65/13 66/1 66/22 67/2 67/4 71/6 78/14 79/10 79/21
marketplace [2] 68/8 68/22
Marshall [5] 69/22 69/22 70/1 70/2 70/25
MARTIN [1] 2/15
Marty [3] 14/8 16/20 88/12
materials [1] 78/17
mathematical [1] 74/6
Mathematically [1] 74/5
mathematics [1] 51/22
matter [1] 88/25
matters [1] 87/10
maximum [2] 50/25 85/23
may [14] 11/16 20/23 35/23 40/18 43/1 46/9 47/3 48/22 51/7 66/9 66/22 76/19 89/3 89/7
maybe [5] 17/22 55/22 60/15 69/14 69/15
me [45] 3/14 3/18 3/19 4/7 5/5 6/21 7/3 12/17 15/7 15/19 17/4 17/8 18/15 19/3 21/21 22/15 22/24 24/4 24/6 29/24 33/3 33/24 34/12 36/11 37/1 37/20 38/16 40/7 53/9 53/14 57/24 58/10 61/3 67/13 67/25 70/15 78/2 78/5 78/19 79/22 88/7 90/5 93/6 93/8 94/14
mean [11] 33/25 43/12 58/12 63/16 74/3 75/15 77/17 81/16 87/11 87/17 90/20
means [1] 3/18
meeting [5] 22/21 22/24 27/19 28/9 47/9
meetings [5] 17/21 17/24 20/13 21/25 47/13
member [2] 24/23 25/12
membership [1] 26/1
mention [1] 57/19
mentioned [2] 56/24 62/10
met [2] 22/3 29/19
metal [2] 69/12 69/14
method [3] 8/21 46/14 71/5
methods [2] 71/7 71/8
middle [3] 3/2 54/9 68/1
might [3] 15/5 46/9 80/8
mill-type [1] 5/19
million [5] 53/23 56/10 56/16 57/6 63/8
mind [5] 15/2 23/14 79/8 82/1 89/1
mini [4] 89/23 89/24 90/3 90/4
minute [1] 54/8
minutes [2] 88/7 89/1
Missouri [1] 2/7
mistake [1] 28/5
moment [4] 15/8 15/19 17/12 84/11
money [1] 64/4
month [1] 6/15
more [20] 9/16 10/4 11/7 18/22 18/23 18/24 40/24 41/4 44/6 55/17 59/6 65/25 74/9 74/16 75/13 80/9 81/8 81/19 82/7 88/13
mortgage [3] 63/10 63/23 64/3
mortgage -- [1] 63/23
mortgages [2] 63/5 63/7
most [10] 4/24 7/3 20/25 29/25 36/12 45/20 46/10 46/15 72/23 79/4
motivated [2] 65/1 66/14
Mr [4] 27/19 48/5 92/3 95/4
Mr. [26] 7/18 15/17 15/24 16/9 16/25 18/16 20/13 20/13 21/3 21/12 21/15 21/25 26/19 28/4 29/5 29/9 29/23 30/2 30/5 30/8 39/24 47/8 48/9 66/19 88/22 89/20
Mr. Bowman [2] 18/16 20/13
Mr. Domb [7] 15/24 21/3 21/12 21/15 21/25 26/19 28/4
Mr. Hall [2] 20/13 47/8
Mr. Kellogg [1] 30/8
Mr. O'Sullivan [1] 30/2
Mr. Schachter [2] 29/5 29/9
Mr. Shapiro [1] 29/23
Mr. Shawah [9] 7/18 15/17 16/25 30/5 39/24 48/9 66/19 88/22 89/20
Mr. Shawah's [1] 16/9
much [13] 4/13 49/24 54/22 60/13 62/6 62/18 62/23 65/24 66/8 67/14 69/23 74/16 79/9
multi-story [1] 5/19
must [1] 24/18
my [54] 3/9 3/17 3/23 4/22 6/23 8/8 8/10 13/1 13/10 15/10 18/1 21/21 21/21 23/14 23/22 23/25 24/7 24/8 24/16 24/22 25/4 25/5 25/12 25/16 26/18 26/20 27/6 28/20 30/12 31/21 32/11 32/21 38/23 54/15 55/22 57/14 61/8 61/11 61/14 68/8 68/22 73/11 73/12 74/7 74/7 78/2 78/18 79/8 87/14 89/13 93/10 93/18 93/25 94/22
my -- [2] 24/16 24/22

**M**

**myself [1]** 6/23

**N**

**N.W [1]** 2/9
**name [8]** 3/9 18/7 18/9 51/11 69/25 95/1 96/3 96/7
**name -- [1]** 51/11
**named [1]** 93/5
**narrow [6]** 51/20 51/22 74/18 83/17 84/25 86/2
**NASH [1]** 2/15
**national [2]** 27/12 27/13
**national -- [1]** 27/12
**nature [3]** 4/16 87/16 87/25
**necessarily [2]** 16/6 55/6
**necessary [1]** 13/15
**need [6]** 4/3 36/13 36/13 37/4 44/23 78/17
**needed [8]** 18/13 20/4 20/14 20/18 20/20 22/14 37/2 61/2
**needs [3]** 34/19 36/11 46/21
**negative [5]** 35/11 44/13 73/4 74/14 75/23
**neighborhood [3]** 45/11 76/23 77/2
**neither [2]** 67/6 93/13
**net [1]** 42/15
**never [7]** 12/19 29/19 29/21 45/7 54/18 57/20 58/1
**new [13]** 2/17 8/17 8/20 20/7 20/9 26/8 29/17 76/4 76/7 76/10 77/8 86/23 88/18
**news [1]** 45/16
**next [5]** 6/15 7/3 46/14 48/24 84/25
**nice [1]** 70/17
**night [1]** 86/25
**nine [1]** 77/20
**no [72]** 1/3 1/13 6/6 7/11 7/20 8/4 9/19 11/21 11/22 12/12 12/14 14/6 17/4 19/3 19/14 20/2 22/15 24/23 25/9 27/12 27/12 27/22 29/3 29/11 31/12 32/18 33/6 33/9 33/12 33/15 33/16 35/8 36/21 37/11 41/1 43/21 44/14 45/4 47/7 49/6 49/16 51/16 53/17 56/20 58/7 58/9 58/18 62/1 63/13 64/22 65/2 67/18 68/14 68/24 69/1 69/7 70/12 70/14 71/7 71/16 71/24 71/25 71/25 74/6 79/14 81/6 86/15 86/16 87/9 87/19 88/6 90/20
**no -- [1]** 71/25
**Nobody [2]** 60/4 84/16
**noise [1]** 85/2
**none [3]** 7/11 74/17 83/7
**nonwater-related [1]** 85/25
**Nope [1]** 87/2
**nor [4]** 93/14 93/15 93/16 93/16
**normal [2]** 40/1 66/25
**normally [5]** 38/8 38/10 38/11 39/2 59/1
**Norwalk [1]** 11/2
**not [63]** 5/19 6/7 7/23 8/24 9/17 9/25 10/16 14/6 17/4 19/3 19/17 19/22 20/3 25/17 26/4 26/9 27/1 29/3 29/15 32/3 33/2 33/3 33/6 33/7 33/10 33/12 37/19 38/25 39/21 40/7 40/12 41/12 42/23 47/7 47/15 51/4 51/7 51/21 54/1 55/6 56/4 58/4 62/1 63/18 66/13 66/22 67/5 68/12 70/14 72/5 75/21 76/2 76/19 81/8 81/20 83/25 85/11 88/3 88/6 90/17 91/3 95/13 95/18
**notary [8]** 1/13 93/2 93/18 93/24 94/21 95/9 95/10 95/16
**note [2]** 15/5 52/16
**noted [1]** 76/23
**notes [11]** 8/5 13/1 13/12 14/18 15/6 15/13 47/14 47/15 47/17 64/14 89/8
**nothing [4]** 23/13 35/7 81/11 87/5
**notice [1]** 31/14
**noticed [1]** 63/16
**now [28]** 5/2 5/16 6/7 7/5 20/2 20/6 24/22 25/19 31/1 32/6 34/10 43/7 44/2 47/21 48/13 54/19 56/14 61/25 67/19 71/21 72/22 74/24 75/7 76/10 84/14 89/16 89/20 96/10
**now -- [2]** 31/1 76/10
**number [23]** 14/21 52/17 52/18 52/24 54/20 55/7 56/15 57/6 57/12 57/19 58/21 61/18 62/25 64/9 65/3 66/20 66/21 67/21 67/21 72/24 73/17 74/21 74/25
**NY [1]** 2/17

**O**

**O'Sullivan [1]** 30/2
**oaths [1]** 93/4
**Objection [6]** 28/12 40/16 42/24 56/22 70/13 72/15
**obsolescence [1]** 41/15
**obtain [1]** 25/10
**obviously [4]** 15/16 17/1 23/15 35/8
**occasion [4]** 3/13 18/19 47/3 47/15
**occur [1]** 79/12
**occurred [3]** 28/9 62/11 62/25
**odd [3]** 4/14 62/15 73/13
**of -- [3]** 21/24 33/2 70/4
**off [14]** 4/8 15/21 15/23 17/11 17/14 21/8 21/10 28/3 30/12 40/3 41/20 41/22 87/14 88/11
**offering [18]** 52/17 52/24 53/11 53/12 53/15 54/20 55/7 55/18 56/7 56/10 56/15 57/6 57/12 57/14 57/19 58/21 59/4 59/5
**office [14]** 3/2 40/20 41/10 41/12 80/15 81/4 81/7 81/12 81/13 81/18 81/19 82/1 86/4 86/12
**offices [1]** 1/11
**offset [1]** 82/4
**often [1]** 60/6
**Oh [8]** 6/4 18/17 25/16 26/18 44/4 51/5 66/5 85/15
**okay [113]**
**old [7]** 5/20 8/24 20/10 21/13 22/14 28/20 35/7
**older [1]** 38/2
**on [102]**
**Once [1]** 35/15
**one [62]** 2/6 2/16 3/23 3/24 5/1 7/5 9/11 9/12 11/3 11/4 11/17 11/18 12/3 17/7 18/6 19/23 22/2 23/25 24/5 24/5 24/18 25/5 26/18 27/22 34/13 34/23 35/13 39/4 41/4 44/17 45/10 45/21 52/17 52/24 54/20 55/7 55/9 56/3 56/6 56/10 56/15 57/6 57/12 57/19 58/21 61/19 62/14 66/4 70/19 70/20 71/20 73/18 73/19 73/23 74/10 76/22 84/8 86/6 86/7 86/23 87/15 89/7
**one -- [2]** 35/13 66/4
**one-of-a-kind [1]** 67/1
**ones [1]** 11/1
**ongoing [5]** 9/2 9/16 9/17 10/1 59/14
**only [16]** 18/6 18/9 20/16 28/7 31/6 31/7 32/16 35/22 37/5 52/18 56/18 61/11 79/18 84/8 90/21 95/21
**open [1]** 88/14
**operating [5]** 7/6 8/14 8/22 9/1 65/21
**operator [2]** 9/8 9/11
**opinion [10]** 6/8 20/17 21/22 30/18 30/21 30/24 43/7 44/7 57/14 87/9
**opinions [6]** 14/18 30/15 31/4 31/7 32/4 88/4
**opportunity [1]** 89/14
**opposite [1]** 44/12
**optimum [7]** 49/12 49/22 52/3 70/17 82/17 85/20 87/6
**or [58]** 3/17 3/19 4/22 5/23 6/15 8/15 10/4 10/24 12/25 16/7 20/3 20/10 21/25 27/10 35/24 35/24 36/4 36/13 36/14 36/14 38/4 39/19 44/6 46/10 46/13 47/4 49/21 49/24 53/16 55/15 55/25 56/2 56/12 57/9 58/15 60/10 60/15 60/16 60/17 60/17 62/2 62/10 69/15 70/11 70/17 71/23 76/18 79/6 79/7 81/3 82/14 85/11 87/24 89/7 90/3 90/8 90/19 90/22
**or -- [1]** 90/19
**order [1]** 68/2
**organization [1]** 27/13
**original [2]** 14/9 21/21
**other [42]** 6/25 19/17 31/4 35/24 36/12 41/5 45/3 45/8 46/1 46/20 46/23 49/20 49/23 50/24 51/25 51/25 56/2 56/15 56/18 57/8 57/23 58/8 63/13 66/12 68/25 71/7 71/8 71/16 74/12 75/16 75/20 79/6 82/4 83/6 83/12 83/14 84/1 84/1 84/10 84/24 85/22 87/3
**other -- [1]** 79/6
**our [3]** 25/23 37/3 88/15
**ours [1]** 75/8
**out [13]** 6/15 19/14 23/14 50/18 54/15 56/3 58/14 61/23 67/9 74/20 80/8 80/10 83/15
**outcome [1]** 93/17
**outrageous [1]** 59/6
**outright [1]** 78/24
**outstanding [1]** 63/7
**over [18]** 3/14 4/10 4/13 4/13 10/24 12/7 15/8 18/17 22/4 29/25 42/20 44/10 48/20 59/5 63/4 63/8 73/12 81/3
**overall [4]** 6/17 58/15 58/23 70/4
**overlook [1]** 81/20
**overlooks [1]** 81/19
**overpriced [2]** 54/5 54/13
**own [1]** 45/11
**owner [6]** 47/4 54/4 54/17 63/14 78/15 79/20
**owners [4]** 8/16 8/20 64/12 78/25

**P**

**page [16]** 24/11 26/15 30/6 30/8 48/24 67/19 72/23 77/20 82/11 87/8 92/2 95/10 95/20 95/20 96/1 96/10
**pages [1]** 94/3
**paid [1]** 78/20
**paper [6]** 19/15 63/6 64/5 64/23 72/9 77/10
**paragraph [6]** 32/9 50/14 52/8 68/1 82/14 87/9
**parcel [1]** 68/3
**Pardon [1]** 25/2
**parking [1]** 77/8
**part [10]** 5/3 5/20 6/5 13/18 26/12 36/23 50/20 61/23 62/20 67/8
**particular [10]** 8/23 10/7 40/13 54/24 56/14 60/11 63/12 66/13 80/1 84/7
**particularly [2]** 9/7 60/2
**parties [2]** 22/16 93/14
**parts [1]** 39/7
**party [1]** 93/15
**past [2]** 45/2 89/25
**Paul [1]** 18/7
**pawn [1]** 49/24
**pay [1]** 90/22
**paying [4]** 60/25 63/15 78/3 79/2
**pays [1]** 78/13
**PC [1]** 2/11
**peculiar [1]** 70/19
**pending [3]** 5/2 7/5 88/15
**people [10]** 5/21 18/3 18/4 28/4 47/2 50/24 61/14 61/15 61/22 67/13
**People's [1]** 65/16
**per [9]** 55/14 56/12 58/20 59/10 62/18 69/19

**P**

**per... [3]** 75/1 75/3 80/22
**percent [27]** 38/14 42/19 58/23 60/7 60/10 60/10 60/13 60/17 60/18 60/21 61/1 61/4 61/7 61/16 73/7 73/10 73/24 77/22 78/4 78/9 78/13 78/20 79/2 79/9 79/21 80/9 80/16
**percentage [1]** 79/24
**perhaps [1]** 72/19
**permanent [1]** 72/18
**permissible [3]** 83/10 83/13 83/15
**permissive [1]** 84/4
**permit [3]** 84/17 85/9 85/10
**permits [1]** 85/6
**personal [1]** 21/25
**personalities [1]** 9/11
**pertain [1]** 12/24
**pertaining [1]** 13/11
**pertinent [1]** 8/8
**phone [4]** 21/15 22/4 30/12 61/21
**photocopy [1]** 17/9
**physical [3]** 12/24 38/4 84/1
**physically [3]** 35/3 82/25 83/20
**piece [6]** 9/15 9/17 20/1 60/7 64/6 78/7
**place [2]** 41/6 50/10
**PLAINTIFFS [2]** 1/5 2/14
**plan [1]** 5/4
**planning [1]** 77/8
**plans [1]** 12/25
**plant [2]** 84/15 84/18
**play [5]** 9/22 34/23 34/24 35/2 41/14
**Plaza [1]** 2/6
**please [7]** 15/20 39/24 54/8 95/6 95/13 95/14 95/20
**plus [4]** 37/25 38/18 41/25 76/19
**point [6]** 15/10 19/2 25/9 28/9 59/15 83/15
**point-- [1]** 52/25
**port [15]** 1/4 1/7 1/11 18/3 62/19 65/21 72/8 76/12 76/15 80/7 82/16 95/1 95/2 96/4 96/5
**port -- [1]** 18/3
**portion [2]** 80/8 80/10
**portion -- [1]** 80/10
**position [3]** 16/4 89/13 89/15
**possibility [1]** 4/6
**possible [8]** 23/5 39/4 40/19 82/24 82/25 83/21 84/10 84/12
**Post [1]** 46/4
**postponed [1]** 10/16
**potential [2]** 50/16 51/18
**pound [1]** 61/6
**power [2]** 51/3 51/5
**premise [1]** 9/15
**prepared [5]** 10/12 19/25 23/7 29/1 57/25
**preparing [1]** 46/19
**presence [1]** 93/9
**PRESENT [1]** 2/20
**presenting [1]** 14/18
**press [1]** 7/22
**pretty [3]** 60/13 69/23 79/9
**prevailing [1]** 42/16
**price [11]** 53/23 56/7 56/10 57/5 57/15 59/5 60/8 63/18 65/13 66/17 68/2
**prices [1]** 66/21
**primarily [3]** 4/19 4/22 10/19
**primarily -- [1]** 4/19
**prime [2]** 49/20 81/25
**private [2]** 78/15 79/20
**privilege [3]** 7/10 7/17 7/20
**privileged [1]** 6/22
**probably [12]** 9/4 9/16 10/17 17/18 17/19 18/14 23/7 28/19 40/15 41/19 49/22 68/17
**problem [17]** 16/20 34/3 34/17 35/13 35/14 35/15 35/16 36/24 37/12 39/4 40/7 43/2 46/20 53/18 59/13 90/18 91/3
**problem -- [1]** 35/15
**problems [4]** 35/24 58/5 59/23 70/20
**procedure [1]** 8/7
**proceeding [1]** 88/5
**process [1]** 55/12
**product [1]** 90/9
**Production [1]** 14/14
**Professional [2]** 1/13 1/23
**program [2]** 24/25 26/10
**project [1]** 10/6
**projected [1]** 42/15
**prompt [1]** 89/18
**promptly [1]** 16/11
**pronouncing [1]** 21/6
**properties [10]** 4/20 10/20 45/3 45/8 46/8 46/13 56/3 67/1 68/25 78/1
**property [60]** 5/12 5/14 6/6 6/9 6/11 6/18 8/12 9/3 9/15 9/17 9/22 9/24 9/25 12/8 35/7 38/25 39/6 40/13 43/11 43/15 44/21 45/10 45/14 45/21 45/24 45/25 46/4 47/4 51/1 53/12 54/16 55/2 55/25 56/1 56/2 56/6 57/16 59/25 60/8 61/20 62/7 62/10 62/11 62/16 62/20 64/7 64/8 64/14 64/17 67/12 70/5 70/10 76/15 76/16 79/13 79/16 79/17 80/1 82/17 85/12
**property -- [1]** 56/6
**proposed [1]** 59/9
**protects [1]** 87/20
**provide [1]** 17/16
**provided [2]** 17/1 18/18
**provides [1]** 7/14
**public [6]** 1/14 93/2 93/18 93/24 94/21 95/9
**purpose [2]** 19/6 34/24
**purposes [4]** 54/21 79/3 86/13 87/18
**put [8]** 24/18 64/4 85/12 85/13 86/4 86/6 86/7 86/12
**putting [3]** 13/14 77/8 88/2

**Q**

**qualifications [2]** 24/13 26/20
**qualified [1]** 93/4
**question [11]** 3/19 19/20 23/10 24/15 31/13 41/14 55/22 55/23 57/2 57/4 89/14
**questions [13]** 3/15 3/16 3/17 3/23 3/25 22/9 23/6 23/8 23/19 28/21 82/8 88/13 88/18
**quick [1]** 31/13
**quickly [1]** 15/8

**R**

**railroad [2]** 82/3 86/21
**raised [2]** 23/6 23/19
**RANDI [2]** 1/24 95/23
**Rarely [1]** 47/3
**rate [7]** 42/16 58/23 60/7 60/10 60/14 61/16 80/5
**rather [1]** 89/6
**rather -- [1]** 89/6
**reach [1]** 34/1
**reached [1]** 57/24
**read [9]** 15/8 16/1 29/21 59/24 72/9 77/10 94/3 95/6 96/10
**reading [4]** 14/22 14/23 95/5 95/8
**READS [1]** 96/10
**real [5]** 4/18 20/18 20/19 49/2 81/17
**realistic [1]** 59/7
**Reallegal [2]** 90/9 90/21
**really [3]** 35/17 50/5 85/1
**reason [2]** 58/1 65/10
**reasonable [2]** 46/2 57/9
**recall [8]** 8/3 8/4 11/24 22/15 23/13 23/19 25/24 58/17
**received [2]** 21/15 25/12
**recent [3]** 4/24 7/3 21/1
**recently [1]** 19/15
**RECESS [1]** 48/3
**recollection [1]** 18/1
**recommended [1]** 18/15
**record [17]** 7/12 15/5 15/10 15/21 15/23 17/11 17/14 21/8 21/10 28/3 41/20 41/22 44/18 83/24 88/11 88/21 94/5
**rectangular [1]** 51/21
**redepose [1]** 15/17
**reduced [1]** 93/10
**referring [2]** 26/13 76/3
**reflect [1]** 49/22
**reflected [2]** 49/18 66/21
**reflection [1]** 63/11
**reflects [2]** 38/11 49/12
**region [1]** 44/23
**reinvolved [1]** 21/13
**reiterated [1]** 23/22
**rejected [1]** 87/4
**relate [1]** 49/10
**relates [1]** 4/18
**relating [1]** 14/19
**relationship [1]** 50/2
**Relative [1]** 4/18
**Relative -- [1]** 4/18
**relatively [6]** 35/22 35/25 55/19 72/3 72/18 79/5
**relied [1]** 13/13
**rely [2]** 7/17 46/16
**remain [2]** 32/12 32/22
**remember [23]** 6/12 6/19 6/20 8/23 11/2 11/8 11/17 12/6 13/21 13/24 18/6 18/6 18/9 19/11 20/21 20/24 23/10 23/12 24/17 28/15 47/11 62/23 68/12
**remove [1]** 70/3
**removed [1]** 75/4
**renewals [1]** 25/23
**renewed [1]** 25/16
**rent [3]** 78/20 81/7 81/21
**rental [17]** 30/21 30/24 33/7 33/10 43/2 58/11 58/12 58/13 58/22 77/15 78/9 78/13 80/14 80/15 80/17 80/21 81/1
**rentals [6]** 60/12 61/2 71/19 78/4 79/9 79/20
**rented [1]** 78/25
**renting [1]** 81/8
**rents [1]** 79/16
**rephrase [1]** 3/19
**replacement [5]** 37/25 40/22 41/7 69/14 70/24
**report [50]** 6/24 8/6 8/10 10/12 13/10 13/14 17/1 17/2 17/6 17/17 20/1 20/1 20/5 20/15 21/1 21/13 21/20 21/21 24/1 24/2 24/11 25/4 27/6 28/14 28/19 28/22 30/5 31/6 31/22 33/22 33/23 47/21 48/10 52/16 53/4 56/19 56/24 57/13 57/18 61/12 67/20 72/22 73/11 76/1 76/8 76/23 77/17 77/19 79/23 87/9
**Reporter [8]** 1/13 5/25 32/19 42/5 53/1 59/19 73/15 87/22
**REPORTERS [1]** 1/23
**REPORTING [2]** 1/23 95/22
**reports [6]** 10/10 11/12 16/22 29/1 29/21 50/21
**represent [2]** 38/8 66/22
**represents [1]** 38/10
**request [11]** 13/20 13/22 13/24 14/2 14/9 14/14 14/21 14/24 14/25 16/5 16/18
**requested [1]** 14/16
**requests [9]** 6/1 15/25 16/1 32/20 42/6 53/2 59/20 73/16 87/23

R

requests -- [1] 15/25
requirements [4] 24/19 26/10 26/25 27/2
reserve [1] 89/13
resides [1] 29/16
resolution [1] 88/15
respect [5] 16/9 23/18 35/17 61/16 66/20
response [1] 89/18
responses [2] 3/24 14/13
responsive [1] 3/24
restate [1] 95/18
restaurant [2] 86/14 86/25
restrict [1] 50/15
restrictions [1] 84/6
restrictive [1] 83/16
restricts [1] 51/18
restroom [1] 4/3
results [1] 41/2
retain [2] 7/14 12/20
retained [2] 5/6 12/9
return [1] 95/20
revaluation [1] 8/15
reveal [1] 88/17
reveals [1] 15/15
review [3] 21/21 22/14 52/21
reviewed [1] 28/25
RICCIO [1] 2/20
RICHARD [1] 2/10
rid [1] 64/17
right [97]
ring [2] 29/24 30/3
riverfront [5] 62/16 81/5 81/7 81/9 81/12
Road [2] 46/4 86/23
ROBERT [1] 2/11
room [1] 27/21
ROSE [3] 2/10 2/11 48/5
rough [2] 13/1 13/12
route [1] 79/7
rules [1] 3/14

S

said [10] 18/11 26/24 37/4 37/13 56/23 93/8 93/15 93/16 93/16 93/17
sale [29] 52/17 52/17 53/12 54/2 54/19 55/10 55/25 56/4 56/4 56/6 62/5 62/24 62/25 63/3 64/9 65/3 65/10 65/14 65/22 66/20 66/21 67/6 67/20 68/2 70/15 72/24 73/17 74/21 74/25
sales [34] 8/24 8/25 34/8 36/1 42/4 42/8 42/8 43/19 43/23 43/24 43/25 44/19 44/20 45/15 46/8 46/13 52/9 52/15 55/16 55/18 55/19 56/8 56/16 56/18 56/23 57/8 59/2 62/10 62/10 62/14 65/25 66/2 66/16 70/16
same [10] 30/22 31/20 48/23 49/6 49/6 71/15 77/22 83/9 91/7 94/4
Sat [1] 59/16
say [32] 4/14 6/16 7/1 9/4 10/5 10/18 10/24 18/25 26/24 33/13 35/16 43/10 44/10 46/12 50/7 53/4 62/9 63/12 64/12 66/19 67/14 68/17 70/9 73/11 74/15 75/18 78/12 80/7 82/2 86/13 87/14 88/21
saying [14] 27/1 27/3 32/15 32/18 33/2 33/4 33/7 33/10 45/23 49/15 75/20 83/25 88/3 88/6
says [1] 26/17
scale [1] 38/12
scenario [4] 40/19 67/6 67/6 83/8
Schachter [3] 29/5 29/7 29/9
scheduled [1] 10/14
seal [1] 93/18
second [6] 27/25 30/11 30/21 32/9 39/23 52/4
secondary [1] 49/23
Section [9] 48/10 50/11 52/5 52/8 76/23 77/16 82/10 82/15 87/8
see [9] 11/16 20/11 24/4 32/13 40/6 56/8 56/16 57/8 71/15
seem [2] 28/8 46/2
seems [2] 54/15 75/9
seen [1] 89/8
sell [3] 54/1 68/9 78/25
seller [9] 49/17 63/22 64/16 64/18 65/1 66/9 66/14 67/7 67/15
selling [4] 54/4 54/18 60/16 60/18
send [1] 90/25
sense [2] 3/18 84/8
sent [3] 26/20 53/14 95/4
sentence [1] 32/10
Service [1] 70/25
SERVICES [2] 1/23 95/22
seven [5] 20/23 54/14 60/1 62/7 78/19
several [4] 10/16 11/3 16/2 72/3
Several -- [1] 11/3
severely [2] 50/15 83/16
shape [10] 50/14 51/18 74/19 75/17 75/19 83/15 83/17 84/7 84/11 84/20
Shapiro [1] 29/23
SHAWAH [15] 1/11 3/1 7/18 15/17 16/25 24/13 30/5 39/24 48/9 66/19 88/22 89/20 94/10 95/3 96/8
Shawah's [1] 16/9
sheet [2] 53/15 95/17
SHEPPARD [1] 2/8
Shipyards [1] 62/21
shop [1] 49/24
shoreline [1] 52/13
short [1] 79/1
short-term [2] 61/2 79/5
Shorthand [2] 1/13 1/23
should [5] 36/4 36/5 55/20 74/14 96/10
show [1] 89/2
shows [1] 50/21
side [3] 5/4 6/25 78/6
sign [3] 95/9 95/10 95/16
signature [2] 95/16 95/20
SIGNING [1] 95/5
Silco [1] 65/4
similar [3] 45/25 49/14 79/11
similarity [2] 44/22 70/21
simple [3] 35/22 35/25 51/22
simplified [1] 42/20
simply [5] 37/21 53/13 63/22 67/3 81/13
since [4] 11/4 54/19 75/25 76/7
single [2] 3/23 3/24
sir [6] 10/21 17/3 19/25 31/12 36/21 83/24
site [34] 39/5 50/11 50/16 50/22 50/23 51/9 51/19 51/20 51/21 53/21 54/18 55/11 55/13 58/5 59/11 59/11 59/14 60/20 61/3 61/6 61/18 62/6 62/12 62/13 67/13 81/24 82/25 83/13 83/18 83/20 84/24 85/8 85/20 86/1
sites [7] 35/8 52/23 55/9 60/2 63/13 74/24 83/14
sitting [3] 55/2 59/25 70/18
situation [4] 37/3 64/25 66/13 67/15
six [2] 69/17 80/22
size [6] 44/22 53/17 78/7 83/15 84/6 84/20
skellogg [1] 91/5
slight [1] 66/9
slightest [1] 18/21
slightly [1] 48/22
slipped [1] 79/8
smell [1] 85/3
smoke [1] 85/3
so [101]
Society [1] 5/9
soda [1] 4/4
sold [3] 53/25 54/15 60/1
some [26] 4/13 11/2 13/12 17/21 18/3 20/8 20/17 32/1 40/21 44/21 49/23 55/21 58/1 58/5 60/16 60/17 60/24 62/15 64/15 70/21 72/20 76/1 79/6 80/4 85/16 88/21
somebody [1] 63/21
someone [1] 7/14
something [14] 16/15 19/16 36/5 41/18 49/5 49/24 54/20 59/1 60/2 63/23 67/16 72/17 79/7 85/13
something -- [1] 72/17
sometime [4] 6/14 10/17 17/23 25/11
sometimes [1] 40/1
somewhat [2] 16/2 64/10
somewheres [1] 53/16
sophisticated [1] 63/13
sorry [3] 26/15 69/25 77/18
sort [1] 32/1
sound [2] 38/5 62/17
source [1] 78/4
sources [4] 78/2 78/18 79/19 79/19
south [1] 81/14
space [8] 81/4 81/7 81/8 81/12 81/14 81/18 81/20 81/22
spare [1] 70/23
speak [2] 4/4 47/8
speaking [1] 55/6
speaks [1] 28/22
special [4] 67/18 68/23 85/9 85/10
special -- [1] 68/23
specific [5] 5/13 23/10 31/18 31/21 34/2
specifically [2] 13/25 14/16
specifics [3] 28/15 33/22 60/20
spends [1] 29/16
spoke [1] 61/18
square [3] 55/15 59/10 80/22
St [1] 2/7
stable [2] 72/3 72/18
stadium [1] 76/6
STAMFORD [2] 1/25 2/12
standard [5] 8/7 48/15 48/16 70/1 87/19
stands [1] 23/14
start [4] 4/8 8/7 22/24 37/24
started [1] 58/14
state [26] 1/14 15/14 19/6 24/18 25/4 25/13 25/18 27/5 30/1 45/12 46/5 52/11 57/7 60/25 62/3 65/4 68/1 72/22 78/1 78/3 78/12 78/14 78/19 79/15 79/19 93/3
state -- [1] 19/6
stated [9] 16/3 21/20 52/2 52/7 54/25 60/23 83/4 84/3 85/8
statement [4] 24/5 24/7 66/24 66/24
states [3] 1/1 45/3 45/8
station [4] 7/6 8/14 8/22 43/17
stations [2] 9/1 9/7
status [1] 66/8
STEAMBOAT [3] 1/5 95/1 96/4
steel [3] 62/6 62/12 62/13
stenographically [1] 93/9
steps [1] 33/25
STEVE [4] 2/5 3/9 7/9 7/25
Stevens [1] 69/22
stigma [1] 67/12
still [9] 21/22 25/5 25/12 26/5 32/22 54/2 54/4 54/17 61/20
stimulus [6] 63/19 63/24 63/25 64/10 64/15 65/14
stone's [1] 81/14
stop [1] 4/3

S

storage [1] 79/3
store [3] 61/2 78/17 78/18
storing [1] 79/5
story [1] 44/12
straight [3] 35/25 58/16 90/8
Stratford [5] 7/5 7/7 8/12 9/25 12/13
stream [4] 42/14 71/16 72/2 72/19
street [15] 1/12 2/9 2/11 2/16 3/2 5/3 5/15 46/5 68/5 69/7 80/15 81/2 81/2 81/6 86/23
strength [1] 80/2
strip [1] 60/17
strong [1] 79/22
strongest [2] 46/11 71/20
structure [2] 39/3 53/20
structures [2] 5/17 6/6
stuff [1] 61/2
subject [8] 40/14 40/14 44/25 56/1 70/21 73/13 73/17 87/7
subjective [3] 73/11 74/8 74/13
subparagraph [1] 83/9
Subscribed [1] 94/12
successful [1] 9/12
such [3] 46/24 85/24 87/21
suit [4] 14/19 93/15 93/16 93/16
summarize [1] 41/24
supplied [2] 12/3 12/17
supplies [1] 79/6
support [1] 72/20
supported [1] 65/22
supporting [1] 61/8
sure [23] 9/9 10/17 15/9 19/8 23/7 23/8 27/15 28/1 29/15 34/12 47/17 51/4 51/7 58/4 64/25 65/19 66/3 67/10 83/24 86/10 90/17 90/24 91/2
suspect [4] 18/14 58/4 58/4 60/1
suspected [1] 59/24
sworn [3] 3/3 93/6 94/12

T

take [22] 9/23 10/9 13/6 14/2 15/2 16/5 27/24 30/4 36/8 38/2 43/18 45/24 45/25 47/14 47/15 47/24 48/1 56/7 60/20 67/16 71/22 76/17
taken [12] 1/11 3/11 12/1 12/10 12/15 35/4 48/4 72/12 74/20 77/14 93/8 95/3
taking [2] 3/10 9/10
talk [7] 16/25 20/25 22/7 22/22 23/17 28/11 50/8
talked [10] 12/9 22/4 22/11 23/15 24/3 28/7 28/10 28/14 71/8 84/9
talking [10] 24/10 27/18 52/11 54/3 54/16 55/6 61/14 77/23 81/23 81/25
tank [1] 59/18
tariff [1] 71/22
tariffs [2] 19/16 72/7
tax [2] 12/22 46/24
taxes [2] 36/14 46/24
Teamsters [2] 65/17 65/22
technically [1] 85/6
tell [14] 3/19 5/5 6/20 6/21 7/3 8/12 11/6 19/8 21/21 22/18 57/22 61/24 74/12 78/2
telling [2] 8/11 75/7
tells [1] 36/11
temporary [1] 79/6
ten [18] 11/7 18/24 42/18 58/23 60/7 61/3 61/7 61/16 77/22 78/3 78/9 78/13 78/20 79/2 79/9 79/21 80/9 80/16
tend [1] 44/5
term [2] 79/1 80/3
terminal [6] 10/22 30/25 31/15 65/5 68/5 80/21
terms [1] 58/8
testified [5] 3/4 7/18 11/17 28/8 93/7
testify [3] 10/15 11/15 11/19
testifying [2] 6/13 31/8
testimony [9] 4/17 5/1 8/2 11/20 11/23 23/3 93/12 94/5 95/19
Texaco [1] 59/21
textbook [3] 48/16 67/5 67/6
than [25] 9/16 11/7 18/22 18/23 18/24 19/17 23/1 41/4 43/8 44/6 45/17 46/20 50/24 51/25 55/18 57/23 58/8 62/6 71/17 74/10 74/13 80/9 81/8 81/19 85/14
than -- [1] 58/8
Thank [2] 89/21 95/25
Thanks [1] 40/10
that [349]
that -- [3] 14/20 52/7 62/3
That'd [1] 26/1
that's [104]
That's -- [1] 69/21
the -- [11] 7/2 13/18 14/17 27/7 32/18 32/18 54/14 63/4 69/21 70/16 77/9
the conversations [1] 47/11
their [4] 8/16 78/17 78/18 84/16
theirs [1] 27/14
them [19] 6/8 11/13 13/1 15/8 16/2 20/17 21/21 22/17 24/18 27/4 28/22 29/25 47/19 53/13 56/4 64/3 67/2 79/1 95/13
them -- [1] 53/13
then [25] 7/15 35/10 37/12 37/15 39/12 44/14 46/1 46/9 46/21 50/13 56/2 57/3 57/18 58/19 58/23 58/24 63/4 69/8 69/18 70/25 73/4 79/15 88/18 90/5 95/15
theoretically [2] 84/5 84/17
theory [1] 19/9
there [76] 5/16 5/17 5/17 5/18 7/11 7/20 8/15 8/23 9/2 9/21 10/1 12/21 12/25 13/19 15/22 17/13 20/16 21/9 22/10 22/15 22/25 24/17 28/2 28/4 28/13 34/6 35/4 35/10 35/19 36/3 36/3 41/4 41/21 43/18 45/18 46/18 48/3 51/6 51/8 53/11 56/3 58/5 59/14 59/25 62/4 63/13 64/15 65/4 65/25 66/22 67/22 69/4 69/5 71/16 72/16 73/22 74/16 74/16 74/17 76/2 76/4 78/24 80/14 82/22 83/14 83/16 83/25 84/3 84/5 85/10 85/25 86/2 87/3 88/10 89/7 95/12
there -- [1] 84/3
there's [24] 6/6 20/6 20/8 24/5 35/9 36/14 39/7 42/14 44/8 44/9 44/14 50/2 60/8 62/4 64/7 67/2 70/16 71/7 73/21 74/6 76/1 76/10 77/1 82/3
thereupon [17] 5/25 15/22 17/13 21/9 28/2 32/19 41/21 42/5 48/3 48/5 53/1 59/19 73/15 87/22 88/10 91/10 93/7
these [12] 15/25 31/7 33/19 36/7 51/10 52/18 66/25 69/12 70/3 76/14 76/16 77/4
they [77] 5/11 8/14 12/17 18/12 18/13 18/13 19/1 19/1 19/4 19/4 19/8 19/9 19/12 19/16 20/4 20/11 20/14 20/14 20/22 20/23 21/19 21/20 22/13 22/16 22/18 23/20 36/12 36/13 36/13 37/1 37/1 37/4 37/4 37/9 49/14 51/6 51/8 51/8 53/13 53/25 54/1 57/24 60/4 61/2 62/20 63/4 63/4 63/6 65/7 65/20 65/21 67/1 67/7 68/14 68/16 69/7 69/21 69/23 70/14 71/23 72/7 76/19 77/7 78/6 78/7 78/17 78/21 78/23 78/24 78/25 79/2 79/4 79/25 80/8 85/9 86/6 88/17
they're [1] 51/5
thin [1] 66/1
thing [13] 19/15 23/25 24/5 26/1 28/8 45/20 48/8 49/6 61/11 79/8 79/18 83/9 90/15
things [14] 23/17 24/18 31/21 33/25 34/23 34/24 61/14 76/22 82/4 84/14 87/15 87/16 87/20 87/24
think [75] 4/7 5/3 5/13 5/18 7/18 11/16 11/16 12/12 13/5 13/16 13/17 13/22 14/8 14/14 14/20 17/18 17/22 18/1 18/7 18/20 22/2 22/2 22/12 22/19 23/6 23/8 23/21 23/21 24/7 24/16 24/16 25/11 25/23 25/24 26/8 28/13 29/20 29/22 34/16 37/13 40/4 40/14 41/7 45/9 48/10 49/4 51/3 51/4 54/7 54/9 56/23 59/21 61/11 62/2 62/7 64/11 64/19 65/20 67/12 69/13 72/16 74/11 75/13 79/14 82/5 83/7 84/8 85/8 85/9 85/22 87/5 89/5 89/9 89/13 90/21
think -- [2] 11/16 54/7
thinking [1] 59/10
third [5] 30/24 34/9 73/7 73/9 73/24
this [110]
this -- [1] 63/16
THOMPSON [2] 2/6 2/8
thompsoncoburn.com [1] 91/5
those [36] 3/25 4/17 10/9 11/1 11/9 11/11 11/15 13/13 15/6 15/13 15/15 21/16 23/22 31/24 33/14 37/20 45/18 47/13 47/17 49/10 50/8 51/7 56/19 66/1 67/24 68/9 68/11 69/6 69/14 73/23 74/18 76/7 78/9 85/3 85/16 88/17
though [6] 31/25 45/19 57/1 71/21 74/21 85/5
though -- [1] 57/1
thought [2] 40/21 69/16
thousand [5] 42/19 68/18 69/19 81/3 86/11
three [32] 8/15 8/24 8/25 30/15 31/24 33/19 34/6 37/15 38/14 44/3 52/16 52/18 52/18 52/25 53/23 55/15 56/2 56/10 56/16 62/4 65/3 66/1 66/21 67/21 70/17 72/24 73/18 73/19 74/22 74/25 81/2 82/12
three -- [1] 52/18
through [6] 8/16 14/25 24/4 33/24 55/12 64/13
through -- [1] 24/4
throw [1] 81/15
Thursday [1] 91/8
tidbits [1] 78/10
time [27] 3/16 4/3 8/3 16/7 19/2 20/4 22/3 29/16 31/5 38/15 40/7 44/10 46/7 52/20 54/5 54/13 55/3 57/24 60/16 69/5 69/13 74/17 78/3 78/19 83/18 88/13 91/8
times [7] 4/8 4/10 4/15 10/16 22/5 53/13 79/4
title [5] 30/8 87/12 87/13 87/15 87/24
to -- [5] 18/2 25/22 55/13 56/21 70/16
today [8] 3/10 14/5 33/5 33/8 33/11 33/14 76/16 77/4
together [1] 13/14
told [10] 18/13 20/4 22/15 28/22 37/1 42/23 57/24 78/5 78/8 78/19
too [3] 4/7 8/24 26/3
took [5] 47/19 63/4 69/15 74/18 74/23
top [3] 21/1 44/10 87/14
total [2] 52/25 75/4
tough [2] 64/6 83/18
town [1] 81/14
track [3] 61/19 78/5 82/4
transaction [2] 79/11 79/12
transcript [3] 93/11 95/13 95/14
Transportation [1] 60/25
tremendously [1] 9/8
trial [1] 31/8
triangular [2] 50/14 51/17
tried [2] 22/8 59/6
true [5] 52/10 63/20 66/22 93/11 94/5

try [10] 9/10 40/8 44/15 44/21 45/11 55/13 57/7 60/7 64/16 70/20
trying [9] 23/12 23/21 34/19 55/10 59/2 67/8 70/3 70/16 83/23
turn [4] 30/5 30/12 32/6 86/23
twelve [1] 86/11
twice [2] 55/4 75/10
two [29] 4/13 8/15 22/16 23/22 25/24 26/15 28/4 39/7 49/10 52/17 53/4 53/4 55/15 56/2 56/18 56/23 61/7 62/25 64/10 66/20 67/1 71/8 74/18 78/10 79/19 80/3 83/10 89/7 90/7
two-story [2] 41/10 86/9
two-story -- [1] 86/9
type [2] 79/11 79/12
types [2] 51/25 87/3
typewriter [1] 5/20
typewriting [1] 93/10
typical [1] 41/12
typically [5] 55/18 65/1 66/14 78/20 79/25

U

U.I [1] 51/3
Uh-huh [1] 53/24
ultimately [3] 39/15 39/16 58/20
unchanged [2] 32/12 32/22
under [9] 7/21 14/3 16/5 16/21 24/7 25/19 26/10 84/3 93/10
underneath [1] 51/6
underpass [3] 76/20 76/21 86/21
understand [10] 3/17 3/20 50/4 54/3 54/16 58/12 66/5 67/5 79/4 89/15
understood [2] 3/22 60/24
Underwood [3] 5/4 5/4 5/20
Underwood -- [1] 5/4
undue [6] 63/18 63/24 63/25 64/10 64/15 65/14
unfamiliar [1] 7/9
unique [3] 39/6 39/6 40/19
unique -- [1] 39/6
unit [1] 68/2
UNITED [2] 1/1 51/12
unless [3] 7/25 72/16 72/17
unloading [1] 82/16
Until [1] 8/10
up [15] 4/4 41/2 53/10 58/14 58/19 58/25 63/15 64/13 67/25 68/7 69/11 69/20 71/1 73/23 81/6
up -- [1] 53/10
upgrading [1] 77/1
upon [7] 68/21 71/18 73/1 77/25 79/25 80/25 84/9
upon -- [1] 68/21
us [9] 2/6 4/4 8/11 8/12 17/2 50/18 57/22 75/7 88/16
use [52] 8/21 10/6 10/7 10/8 34/4 36/4 36/17 38/20 40/22 42/18 42/21 46/11 46/22 48/25 49/9 49/12 49/18 49/22 49/23 50/3 50/5 51/9 51/23 52/3 52/3 52/3 58/10 60/6 71/7 71/25 79/22 80/16 82/9 82/15 82/17 82/22 82/24 83/5 83/5 83/10 84/7 85/1 85/2 85/9 85/20 85/21 85/23 86/3 87/6 87/6 90/8 95/14
used [11] 5/23 48/18 51/11 52/1 58/22 59/8 60/13 71/20 80/14 81/13 86/1
user [1] 86/12
uses [10] 51/25 82/25 83/13 83/20 84/5 84/10 84/12 84/23 85/23 85/25
uses -- [1] 84/10
using [4] 14/17 45/15 59/9 83/18
usual [1] 89/25
usually [13] 9/5 12/23 13/1 42/4 42/14 49/11 49/11 49/18 55/14 78/13 78/16 78/23 85/2
utilities [1] 46/25
utilization [1] 50/25
utilized [3] 39/2 40/15 44/3

V

vacant [3] 35/21 59/16 59/17
valid [2] 35/6 35/9
valuable [3] 9/16 74/10 81/8
valuate [1] 70/15
valuation [6] 38/12 46/14 69/22 70/2 70/25 72/12
valuations [1] 32/21
value [99]
value -- [1] 32/16
values [4] 4/18 33/14 36/16 43/2
varies [5] 9/7 9/8 44/8 44/15 59/11
various [1] 33/25
VECCHIO [2] 1/23 95/22
version [1] 90/3
very [24] 4/12 9/11 24/11 28/18 32/9 37/21 40/4 46/3 50/13 52/15 52/22 52/23 54/24 57/15 57/17 57/23 58/9 68/12 68/15 83/23 84/4 84/20 88/22 88/24
viaduct [1] 82/4
view [2] 82/5 82/5

W

Wait [1] 54/8
waiting [1] 89/1
walk [1] 33/23
want [14] 7/22 15/16 16/25 21/19 32/6 33/23 47/23 48/8 67/19 82/18 82/20 83/23 89/16 89/23
wanted [9] 15/9 21/20 22/16 23/6 26/20 50/10 65/20 67/13 78/25
wanting [1] 55/24
wants [4] 7/25 36/10 60/4 84/16
warehouse [1] 69/9
was [128]
was -- [3] 12/19 54/6 78/2
Washington [1] 2/9
wasn't [7] 31/17 36/23 38/17 38/22 42/22 54/19 69/5
water [13] 1/12 4/4 50/23 62/15 70/18 73/18 73/19 74/4 74/9 75/15 75/19 81/19 81/20
water-related [2] 85/21 85/23
waterfront [6] 52/8 52/23 57/16 62/7 64/8 69/6
way [8] 26/16 45/18 60/13 64/6 65/6 70/15 86/24 90/12
ways [3] 90/7 90/18 90/25
we [41] 7/22 7/23 10/5 12/8 13/16 14/16 15/5 15/12 15/15 15/16 16/6 16/8 16/11 16/18 16/21 16/23 17/9 17/11 17/21 27/18 27/24 28/14 33/22 37/4 41/14 42/18 47/3 47/9 47/22 53/14 71/8 71/15 72/17 77/23 78/5 81/1 81/2 81/11 89/10 90/7 90/8
we'll [7] 14/2 16/5 37/24 50/8 52/4 88/20 89/17
we're [2] 7/23 31/1
we've [1] 89/25
weight [7] 46/10 54/22 54/24 55/17 57/17 72/24 73/2
well [40] 7/13 9/13 9/25 10/10 12/22 13/7 21/20 24/4 35/21 36/11 41/10 44/25 48/1 50/20 51/20 52/2 52/13 54/22 55/13 57/14 57/23 58/13 64/15 66/23 67/3 67/5 67/25 69/12 70/9 71/9 72/14 74/25 77/12 78/2 79/4 79/18 81/16 83/14 86/6 86/8
Well -- [2] 71/9 72/14
Wendy's [1] 49/21
went [1] 24/4
were [44] 4/24 5/18 5/20 8/11 8/24 12/9 17/16 18/13 19/2 19/4 19/9 19/12 19/16 23/20 27/18 28/19 30/15 31/18 31/19 32/12 40/12 42/23 47/13 52/11 52/18 52/20 60/12 60/16 60/18 63/13 65/7 65/25 68/11 69/6 70/3 70/10 70/10 74/17 77/23 78/21 79/2 79/9 79/20 87/3
weren't [3] 36/22 38/23 68/15
what [125]
what -- [1] 23/12
what's [13] 4/16 4/24 5/16 7/2 13/9 17/1 22/8 31/6 43/22 49/8 51/11 57/2 69/25
when [24] 6/13 10/14 11/25 12/9 16/8 17/16 20/12 25/11 26/23 47/9 47/10 47/13 55/2 55/10 55/18 60/2 60/8 64/7 70/16 78/12 78/14 78/25 82/21 83/2
whenever [10] 11/19 13/13 35/16 46/19 48/18 55/5 55/7 55/24 57/12 59/1
whenever -- [1] 55/5
where [16] 29/12 29/13 29/16 37/3 44/2 45/3 48/13 52/5 60/21 61/2 61/5 72/3 76/3 82/3 95/10 95/17
wherever [1] 13/15
whether [6] 20/9 38/3 40/22 76/18 79/5 85/11
which [22] 5/14 11/1 11/17 34/7 35/11 35/23 36/1 49/21 50/20 51/22 54/5 54/15 59/8 65/1 65/16 66/13 67/8 77/16 81/14 81/24 84/23 87/19
who [9] 5/6 17/24 18/5 27/21 44/9 63/21 63/22 67/7 86/7
why [24] 6/21 9/20 18/11 19/9 19/12 20/12 20/14 20/19 22/13 22/18 31/16 36/25 38/20 41/9 42/21 45/5 45/6 45/7 59/24 64/20 70/3 70/8 86/17 90/25
why -- [1] 20/12
Wide [1] 38/5
will [8] 4/7 6/13 16/8 32/10 40/9 40/9 49/17 74/11
willing [3] 49/16 49/17 89/2
wish [1] 25/25
Within [1] 44/23
without [1] 71/1
witness [5] 4/9 7/4 93/18 95/6 96/7
won't [2] 16/23 89/2
words [5] 33/3 36/12 49/20 66/12 75/20
worked [3] 7/4 10/19 18/16
World [1] 2/16
would [121]
would -- [5] 4/12 4/12 64/11 76/25 84/23
wouldn't [10] 6/19 6/21 9/19 35/9 62/3 66/23 66/24 71/22 86/3 86/5
write [4] 32/10 50/14 82/15 87/9
writing [2] 22/9 61/13

Y

yeah [21] 6/16 11/14 14/11 21/8 24/12 32/18 45/7 52/13 52/14 53/9 56/13 63/6 64/18 64/20 65/6 65/9 68/20 78/16 89/24 90/4 90/17
year [5] 25/14 26/6 58/11 58/16 58/22
years [23] 4/10 4/13 4/14 5/20 8/15 10/24 11/3 11/5 12/7 18/17 20/23 24/23 25/24 29/25 48/21 54/14 59/15 60/1 63/1 72/3 73/13 78/19 85/19
yes [38] 4/2 6/10 7/8 9/4 10/2 10/11 10/13 10/21 11/10 13/8 13/15 18/17 18/19 19/6 19/22 22/6 25/16 30/9 30/23 32/2 32/14 44/4 48/19 49/4 50/7 50/7 53/21 62/3 63/12 66/25 76/9 77/18 77/24 77/24 82/2 82/23 85/15 91/9

**Y**

**yesterday [6]** 22/2 22/20 27/19 28/9 54/3 61/18
**yield [1]** 43/8
**York [2]** 2/17 29/17
**you [393]**
**you -- [5]** 29/6 37/19 46/18 51/24 68/23
**you're [3]** 40/2 44/14 67/8
**you've [15]** 10/12 16/3 29/19 29/21 33/16 34/12 39/16 48/17 53/22 55/15 75/25 76/7 82/22 89/14 90/11
**you've -- [1]** 34/12
**young [1]** 26/3
**your [85]** 3/10 3/11 3/24 4/17 7/3 8/2 9/3 10/3 11/20 11/22 11/25 12/2 12/10 12/15 12/16 12/20 13/14 14/2 14/4 14/12 14/13 16/3 16/5 16/18 17/1 17/2 19/19 20/13 20/14 20/25 21/1 21/13 21/17 22/14 23/3 23/15 23/18 24/11 25/19 26/8 26/15 27/18 30/4 32/4 32/6 32/15 33/3 33/22 36/9 39/1 43/7 45/10 46/19 47/17 47/21 48/10 50/10 50/21 52/16 53/4 55/15 57/12 57/18 60/19 61/9 63/17 63/19 67/3 67/20 68/3 70/4 72/22 73/1 74/21 76/7 76/22 77/11 77/16 84/25 87/8 89/15 90/15 95/7 95/16 95/18
**Yup [10]** 21/18 25/21 49/1 61/17 69/10 73/3 73/8 76/11 76/13 76/24

**Z**

**zone [4]** 41/11 84/13 84/17 85/6
**zoned [2]** 85/11 85/12
**zoning [5]** 44/22 46/24 84/3 84/4 84/9

BALDWIN PEARSON
& COMPANY, INCORPORATED

Realtors

REPLY TO: P.O. BOX 744 10 MIDDLE ST. • BRIDGEPORT, CT 06604 • (203) 335-5117 • FAX (203) 335-5119

June 18, 2004

Attorney Martin Domb
Hill, Betts and Nash
New York, N.Y. 10001

Re: Review of my Appraisal of Land and Building owned by Bridgeport Port Authority and leased to Port Jefferson Ferry dated June 3, 1997

Dear Mr. Domb,

I have reviewed my appraisal dated June 3, 1997, addressed to Attorney Jonathan S. Bowman. This letter will confirm that my conclusions as to value dated February 1, 1997 were correct and remain unchanged. A copy of the appraisal is attached.

My fee for this letter and subsequent testimony will be billed at the rate of $100 per hour. My fee for the 1997 appraisal was $2,500.

Based on my recollection and a quick review of my files over the past four years, I have testified as an expert witness on two tax appeal matters. Both were industrial buildings, one in Fairfield and one in Stratford. I represented the owner in both cases. They were in November of 2000 and May of 2003.

In addition, I am scheduled to testify in the following cases over the next few months.

Tax Appeal against the Town of Stratford and Condemnation of an industrial building, in which I will be testifying on behalf of the City of Bridgeport.

I have not authored any publications within the past ten years. My qualifications are attached to this letter.

Sincerely yours,

Geo M Shawah

George M. Shawah, President
SIOR, MAI

GMS/jc
040618A

INDIVIDUAL MEMBERSHIPS:
*Society of Industrial Realtors*
*Appraisal Institute*

BALDWIN PEARSON
& COMPANY INCORPORATED

## QUALIFICATIONS

George M. Shawah

**Experience**
President and sole owner of Baldwin Pearson & Co., Inc. Have been actively engaged in industrial and commercial brokerage and property management for the past 48 years.

For the past 37 years, I have accepted appraisal assignments for industrial and commercial property for various purposes such as sale, foreclosure, acquisition, tax appeal, condemnation and financing.

Clients for appraisal of real estate have been individuals, attorneys, banks and various business firms and industrial corporations.

**Memberships**
Greater Bridgeport Board of Realtors - President 1964; Society of Industrial Realtors, President, Connecticut Chapter, 1974.

The Appraisal Institute (MAI Certificate #4196)

Connecticut Association of Real Estate Boards, President, 1971; National Association of Realtors - Served as a Director from Connecticut.

Industrial Real Estate Brokers Association of New York.

State of CT -
Certified General Real Estate Appraiser's License #RCG.43

Broker's License #REB.755346

Bridgeport Rotary

**Education**
University of Connecticut, Class of 1951, B.A. Degree
Real Estate Management Course, Boston, 1957
The American Institute of Real Estate Appraisers:
Courses I, II, IV and VI

**Appraiser's Certification**
As of the date of this report, I have not completed the requirements under the Continuing Education program of the Appraisal Institute.