UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON  :
STEAMBOAT COMPANY, et al.      :
       Plaintiffs           :
                             :
v.                             : Civil Action No. 3:03CV599 (CFD)
                             :
BRIDGEPORT PORT AUTHORITY,     :
       Defendant.           :

## ORDER RE: SCHEDULING OF TRIAL

All counsel of record are ordered to appear before the Court, on **March 4, 2005, at 10:00 A.M.** to discuss the trial readiness and scheduling of this case for trial.

Counsel are to discuss in advance the following matters and should be prepared to provide the court with the following information jointly:

1. A list of dates between June 1, 2005 and October 31, 2005 when counsel are unavailable for trial;

2. How long the trial is expected to last;

3. Issues raised in the pre-trial memorandum which need to be resolved in advance of trial;

4. Whether the parties would be agreeable to having their case heard by Magistrate Judge Thomas P. Smith; and

5. Whether a settlement conference would be appropriate.

**NOTE**: As of March 4, 2005, this case is considered ready for immediate trial.

SO **ORDERED** this 10th day of February 2005, at Hartford Connecticut.

                                              /s/ CFD
                                              CHRISTOPHER F. DRONEY
                                              UNITED STATES DISTRICT JUDGE