UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

2005 FEB 17 A 11: 21

CASE NO. 3:03 CV 599 (CFD)

Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,                    February 16, 2005

Defendant.

## MOTION ON CONSENT FOR CONTINUANCE OF CONFERENCE REGARDING SCHEDULING OF TRIAL

COMES NOW Defendant Bridgeport Port Authority (the "Port Authority"), with the consent of Plaintiffs Bridgeport and Port Jefferson Steamboat Company, et al., and respectfully requests that this Court continue the conference regarding trial scheduling, currently set for March 4, 2005. In support thereof, the Port Authority states as follows:

1.  Counsel for Plaintiffs, Mr. Martin Domb, confirmed during a telephone conference with the Port Authority's counsel, Mr. Jason Rahoy, on February 15, 2005, that Plaintiffs consent to this motion and the continuance requested.

2.  On February 10, 2005, this Court issued an order scheduling a conference for March 4, 2005, at 10 a.m., during which the Court and counsel of record are to discuss trial readiness and the schedule of the case for trial. (Docket #119) In particular, the parties are to provide the Court with information relating to, among other issues, those raised by the parties in the pre-trial memorandum and whether a settlement conference would be appropriate in this matter.

3.      As trial counsel for the Port Authority, Mr. Timothy Noelker would very much appreciate the opportunity to address these matters with the Court. Mr. Noelker is, however, committed to attend a conference out of the country on behalf of the firm on March 4, 2005, and therefore will be unable to appear before the Court on that date.

4.      To accommodate Mr. Noelker's previous commitment, the parties have indicated that they are available to attend a conference any day during the weeks of March 14 and 21, 2005, except on Friday, March 18, 2005.

WHEREFORE, Defendant Bridgeport Port Authority, with Plaintiffs' consent, respectfully requests that this Court continue the conference regarding trial scheduling to any day during the weeks of March 14 or 21, 2005, except on March 18, 2005.

Respectfully submitted,

THOMPSON COBURN LLP

*/s/ Timothy F. Noelker*

Timothy F. Noelker, #CT26291
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
Fax 314-552-7000
tnoelker@thompsoncoburn.com

Edward J. Sheppard, #CT24760
1909 K Street, NW, #600
Washington, DC 20006
202-585-6900
Fax 202-585-6969
esheppard@thompsoncoburn.com

Attorneys for Defendant Bridgeport Port Authority

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid on the following counsel of record, this 16th day of February, 2005:

| | |
|---|---|
| Jonathan S. Bowman<br>Stewart I. Edelstein<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT  06601-1821 | Martin Domb<br>Eric M. Underriner<br>Hill, Betts & Nash LLP<br>One World Financial Center<br>200 Liberty Street, 26th Floor<br>New York, New York 10281 |

_____