UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                Plaintiffs,

CASE NO. 3:03 CV 599 (CFD)

- against -

BRIDGEPORT PORT AUTHORITY,

                Defendant.

_____/

FILED 2005 FEB 23 P 12: 39

## DECLARATION OF MARTIN DOMB

MARTIN DOMB declares as follows under penalty of perjury:

1. I am one of the attorneys for plaintiffs in this action. I submit this declaration in opposition to the in limine motions of defendant, Bridgeport Port Authority, to exclude the testimony of plaintiffs' designated expert witnesses, George M. Shawah and Alan A. Schachter.

2. The purpose of this declaration is to provide the Court with copies of the documents referred to in plaintiffs' accompanying memoranda of law in opposition to those motions. Attached hereto are true copies of the following:

**Document**                                                                                                              **Exhibit Tab**

Cited in memorandum concerning George M. Shawah:

Lease Agreement for Docking at the Water Street Dock,
dated as of December 1, 1988 ..................................................................................................A

First Amendment to Lease Agreement for Docking at the Water Street Dock,
dated as of July 29, 2002 ...........................................................................................................B

Cited in memorandum concerning Alan A. Schachter:

Corrected pages 5 and 6 and Exhibit 5 to Schachter Report,
with cover letter dated July 26, 2004 .......................................................................................C

{NY035914.1}

- 2 -

Transcript of deposition of Joseph Verrilli (excerpts) .......................................................... D

Transcript of preliminary injunction hearing on April 1, 2004 (excerpts) ......................... E

January 13, 2004, cover letter from E. Underriner to S. Montgomery and first and last page of enclosures (Bates numbered AD 1 and AD 4,459) ........................ F

Transcript of deposition of John H. Arnold (excerpts) ........................................................ G

Report of John H. Arnold dated August 31, 2004 (excerpts) ............................................. H

Deposition Exhibits 524 and 529: auditors' analyses of legal fees, 1998 and 2002, respectively .................................................................................................. I

Plaintiffs' third request for production of documents, dated April 30, 2004 .................... J

Port Authority's response to third request for production of documents, dated June 1, 2004 ............................................................................................................... K

First and last pages of Port Authority's general ledger for 2003 (Bates numbered BPJ 001539 and BPJ 001613) .................................................................. L

Transcript of deposition of Charmaine Johnson (excerpts) ............................................... M

<u>Dennison Corp. v. Four Pillars Enterprise Co.</u>, 45 Fed. Appx. 479, 2002 WL 2020041 (6th Cir. Sept. 3, 2002) ........................................................................ N

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on February 22, 2005.

/s/ Martin Domb
Martin Domb

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2005, a copy of the foregoing was served via e-mail (without exhibits) and U.S. mail (with exhibits) upon the following counsel for defendant Bridgeport Port Authority:

John W. Roberts, Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Timothy F. Noelker, Esq.
Jason C. Rahoy, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

By: /s/ Martin Domb

Martin Domb, Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514

{NY035914.1}

- 3 -