## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al. | : : |
| Plaintiffs | : : |
| v. | : Civil Action No. 3:03CV599 (CFD) : |
| BRIDGEPORT PORT AUTHORITY, Defendant. | : : : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending:  (orefm.)

_X_  A ruling on the following motion which is currently pending: **[#101], Motion to Extend the Pretrial Schedule and to Compel the Deposition of Brian A. McAllister** (orefm)

____  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following:  (orefmisc./cnf)

____  Other:  (orefmisc./misc) _____

SO ORDERED this __28th__ day of February 2005 at Hartford, Connecticut.

                                              /s/ CFD
                                       **Christopher F. Droney**
                                       **United States District Judge**