UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

          Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

          Defendant.
_____/

CASE NO. 3:03 CV 599 (CFD)

April 27, 2005

**JOINT REQUEST FOR TRIAL SCHEDULING CONFERENCE**

      Plaintiffs and defendant hereby jointly request that the Court set a trial scheduling conference, and in support thereof state as follows:

      1.      Counsel for defendant Bridgeport Port Authority (the "Port Authority"), Timothy F. Noelker, and the undersigned counsel for the plaintiffs, Martin Domb, jointly make this request, both of us having reviewed and approved this written request.

      2.      On February 10, 2005, the Court issued an Order Re: Scheduling of Trial, which scheduled a conference for March 4, 2005, "to discuss the trial readiness and scheduling of this case for trial" (Docket # 119).

      3.      On February 17, 2005, the Port Authority moved, on consent, to continue that conference, because Mr. Noelker, trial counsel for the Port Authority, had a commitment out of the country during the first two weeks of March (Docket # 120). The Court granted that continuance on February 28, 2005 (Docket # 125). The Court has not set a new date for the conference.

**ORAL ARGUMENT NOT REQUESTED**

{NY040400.1 }

4.    The parties filed their Proposed Joint Trial Memorandum on February 2, 2005 (Docket # 116).

5.    By order dated March 2, 2005, the Court (by Magistrate Judge Thomas P. Smith) granted the Port Authority's motion to compel a further deposition of Brian A. McAllister (concerning the finances and financial records of plaintiff Bridgeport and Port Jefferson Steamboat Company) (the "Ferry Company") (Docket # 127). That deposition has been completed.[1]

6.    All discovery, including depositions of fact and expert witnesses, has been completed.

7.    The time for filing dispositive motions has expired, and neither side has filed such a motion.

8.    Thus, the case is ready for trial, subject only to in limine matters, as follows:

(a)    With the Joint Trial Memorandum, each side filed in limine motions to exclude or limit the other side's proposed expert witnesses; those motions have been fully briefed (see Docket ## 121-24 and 129-30).

(b)    In the Joint Trial Memorandum, the parties sought leave to file motions in limine (if any) necessitated by the parties' exchange of trial exhibits no later than 30 days before the commencement of trial, as provided in the Court's standard Trial Memorandum Order (Non-Jury Cases) (Docket # 116, at p. 67, footnote 7).

9.    The parties respectfully submit that the pendency of these in limine matters need not delay the scheduling of trial.

---

[1] Magistrate Judge Smith's ruling also extended certain pretrial deadlines – e.g., it provided that the Joint Trial Memorandum was to be filed by May 31, 2005 (see p. 6 of his ruling). However, as noted above, the parties had already filed the Joint Trial Memorandum on February 2, 2005.

10. The parties respectfully request that the Court set a date certain for trial, because most (if not all) witnesses and trial counsel reside outside the Hartford area, as follows:

(a) The principal fact witnesses for the Ferry Company reside in **New York City**, **Long Island**, and Bridgeport, CT.

(b) The two individual plaintiffs reside in **Long Island**.

(c) Plaintiffs' expert witnesses reside in Westport, CT and Bridgeport.

(d) Plaintiffs' lead trial counsel resides in **New York City**, and their other trial counsel reside in Bridgeport.

(e) The Port Authority's principal witnesses reside in the Bridgeport area.

(f) The Port Authority's expert witnesses reside in the **Washington, D.C.** area and in Fairfield, CT.

(g) The Port Authority's lead trial counsel resides in **St. Louis**, and its other trial counsel reside in the **Washington, D.C.** area and Bridgeport

11. Between now and June 30, 2005, trial counsel for both sides would be available for a trial scheduling conference (in person or by telephone) on any day except: May 2-6, May 9-11, May 13, May 16-18, May 25, June 6, June 10, and June 20-29.

WHEREFORE, the parties jointly and respectfully request that the Court issue an order setting a conference for the purpose of discussing trial readiness and setting a date certain for trial.

(*Signature appears on next page.*)

                BRIDGEPORT AND PORT JEFFERSON
                STEAMBOAT COMPANY,
                D & D WHOLESALE FLOWERS, INC., and
                FRANK C. ZAHRADKA
                *Plaintiffs*

                /s/

By:    _____
                Martin Domb, Federal Bar No. ct 09544
                E-mail: mdomb@hillbetts.com
                HILL, BETTS & NASH LLP
                One World Financial Center
                200 Liberty Street, 26th Floor
                New York, New York 10281-1003
                Tel. (212) 589-7577
                Fax (212) 466-0514

                Jonathan S. Bowman, Federal Bar No. ct 08526
                E-mail: jbowman@cohenandwolf.com
                Stewart I. Edelstein
                Federal Bar No. ct 06021
                E-mail: sedelstein@cohenandwolf.com
                COHEN AND WOLF, P.C.
                1115 Broad Street
                P.O. Box 1821
                Bridgeport, Connecticut 06601-1821
                Tel. (203) 368-0211
                Fax (203) 576-8504

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2005, a copy of the foregoing was served via e-mail and first class mail upon the following:

| | |
|---|---|
| John W. Roberts. Esq.<br>Roberts, Rose & Bates, P.C.<br>17 Hoyt Street<br>Stamford, CT 06905 | Edward J. Sheppard, IV, Esq.<br>Thompson Coburn<br>1909 K Street, N.W., Suite 600<br>Washington, D.C. 20005-2010 |
| Timothy F. Noelker, Esq.<br>Jason Rahoy, Esq.<br>Thompson Coburn<br>One US Bank Plaza<br>St. Louis, MO 63101 | Jonathan S. Bowman<br>Stewart I. Edelstein<br>COHEN AND WOLF, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, Connecticut 06601-1821 |

By:  /s/
_____
Martin Domb, Federal Bar No. ct 09544
E-mail: mdomb@hillbetts.com
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003
Tel. (212) 589-7577
Fax (212) 466-0514