UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON : 
STEAMBOAT COMPANY, et al. : 
               Plaintiffs : 
 : 
v. : Civil Action No. 3:03CV599 (CFD)
 : 
BRIDGEPORT PORT AUTHORITY, : 
               Defendant. :

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A recommended ruling on the following motions which are currently pending: (orefm.)

___ A ruling on the following motion which is currently pending: (orefm)

**X** A follow-up settlement conference (orefmisc./cnf)

___ A conference to discuss and approve the following: (orefmisc./cnf)

___ Other: (orefmisc./misc) _____

SO ORDERED this 13th day of September 2005 at Hartford, Connecticut.

               /s/ CFD
               CHRISTOPHER F. DRONEY
               UNITED STATES DISTRICT JUDGE