UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

     Plaintiffs,

CASE NO. 3:03 CV 599 (CFD)

- against -

BRIDGEPORT PORT AUTHORITY,

     Defendant.
_____/

### STIPULATION FOR SUBSTITUTION OF ATTORNEYS

It is hereby stipulated and consented that Akerman Senterfitt LLP be and hereby are substituted in place of Hill, Betts & Nash LLP as attorneys for the plaintiffs in the above-entitled action; that Martin Domb (formerly of Hill, Betts & Nash LLP and now of Akerman Senterfitt LLP) shall continue to serve as one of plaintiffs' attorneys in this action; and that this substitution be entered into effect without further notice.

Dated: November 21, 2005

| Withdrawing Attorneys: | Incoming Attorneys: |
|---|---|
| HILL, BETTS & NASH LLP<br>200 Liberty Street, 26th Floor<br>New York, NY 10281<br>Tel. 212-839-7000<br>Fax 212-466-0514 | AKERMAN SENTERFITT LLP<br>335 Madison Avenue, 26th Floor<br>New York, NY 10017<br>Tel. 212-880-3800<br>Fax 212-880-8965 |
| By: _____<br> Eric M. Underriner, Fed. Bar # ct 26020<br> E-mail: eunderriner@hillbetts.com | By: _____<br> Martin Domb, Fed. Bar #. ct 09544<br> E-mail: martin.domb@akerman.com |

{NY048664.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2005, a copy of the foregoing was served via first class mail upon the following:

Edward J. Sheppard, IV, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Timothy F. Noelker, Esq.
Jason Rahoy, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101

Jonathan S. Bowman
Stewart I. Edelstein
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821

By: /s/ Martin Domb

Martin Domb, Federal Bar No. ct 09544
E-mail: martin.domb@akerman.com
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, NY 10017
Tel. 212-880-3800
Fax 212-880-8965

{NY000006;1}