UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, D&D WHOLESALE FLOWERS, INC., AND FRANK C. ZAHRADKA, | : CIVIL ACTION NO. <br> : 3:03cv 599 (CFD) <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| BRIDGEPORT PORT AUTHORITY | : MARCH 1, 2006 |

## MOTION ON BEHALF OF PLAINTIFFS FOR ADMISSION OF ATTORNEY JEREMY A. SHURE PRO HAC VICE

The undersigned attorney for plaintiffs Bridgeport and Port Jefferson Steamboat Company, D&D Wholesale Flowers, Inc., and Frank C. Zahradka (the "Plaintiffs") respectfully moves this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Jeremy A. Shure as a visiting lawyer to represent the Plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Shure's office address is as follows:

   Jeremy A. Shure
   Akerman Senterfitt LLP
   335 Madison Avenue, Suite 2600
   New York, NY 10017
   Tel. 212-880-3800
   Fax 212-880-8965
   E-mail: jeremy.shure@akerman.com

2. Attorney Shure is a member in good standing of the bar of the State of New York (2004), United States District Court for the Southern District of New York (2004), and the United States District Court for the Eastern District of New York (2004).

{NY001298;1}

3. Based on the Declaration of Attorney Shure, submitted herewith and attached hereto as **Exhibit A**, he has not been denied admission to the bar of this Court, or any other court, or been disciplined by this Court or any other court; and he has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

4. The purpose of this motion is to make it possible for Attorney Shure to represent the Plaintiffs with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling of civil cases.

5. The undersigned counsel, Stewart I. Edelstein, Esq. of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for the Plaintiffs upon whom service of all papers may be made in accordance with Local Rule 83.1(c).

6. No previous motions have been filed with respect to the admission of Attorney Shure pro hac vice in this action.

7. The payment of the prescribed to the Clerk of this Court ($25.00) accompanies this motion.

WHEREFORE, the above-named Plaintiffs respectfully requests that Attorney Shure be admitted as a visiting lawyer and granted permission to represent the above-named Plaintiffs in this action as counsel pro hac vice.

>
> THE PLAINTIFFS,
> BRIDGEPORT AND PORT JEFFERSON
> STEAMBOAT COMPANY, D&D
> WHOLESALE FLOWERS, INC., and
> FRANK C. ZAHRADKA
>
> By _/s/ Stewart I. Edelstein_
> Stewart I. Edelstein, Esq. (ct 06021)
> Cohen and Wolf, P.C.
> 1115 Broad Street
> Bridgeport, CT 06604
> Tele: (203) 368-0211
> Fax: (203) 394-9901
> E-mail: sedelstein@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of March, 2006, a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Martin Domb, Esq.
Eric M. Underriner
Hill, Betts & Nash LLP
99 Park Avenue, 20th Floor
New York, NY 10016-1601

John W. Roberts, Esq.
Richard L. Rose, Esq.
Roberts, Rose & Bates, P.C.
17 Hoyt Street
Stamford, CT 06905

Edward J. Sheppard, IV, Esq.
Jason C. Rahoy, Esq.
Thompson Coburn
1909 K Street, N.W., Suite 600
Washington, D.C. 20005-2010

Suzanne L. Montgomery, Esq.
Timothy F. Noelker, Esq.
Thompson Coburn, LLP
One U.S. Bank Plaza
St. Louis, MO 63101
smontgomery@thompsoncoburn.com

_____
Stewart I. Edelstein, Esq.