UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, D&D WHOLESALE FLOWERS, INC., AND FRANK C. ZAHRADKA, | : : : : | CIVIL ACTION NO. 3:03cv 599 (CFD) |
| Plaintiffs, | : : | |
| v. | : : | |
| BRIDGEPORT PORT AUTHORITY | : | FEBRUARY 27, 2006 |

**AFFIDAVIT OF JEREMY A. SHURE IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF NEW YORK      :
                       :  ss.
COUNTY OF NEW YORK     :

I, Jeremy A. Shure, state as follows under oath:

1. I am an attorney at law practicing with the law firm of Akerman Senterfitt LLP, 335 Madison Avenue, Suite 2600, New York, NY 10017. My telephone number is (212) 880-3800, my fax number (212) 880-8965, and my email address is jeremy.shure@akerman.com.

2. I am a member in good standing of the bars of the State of New York (2004), and the United States District Courts for the Southern District of New York (2004) and Eastern District of New York (2004).

3. I have not been denied admission or disciplined by this Court or any other Court.

4. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

{NY001301;1}

5. I respectfully request that this Court permit me to represent my firm's clients, Bridgeport and Port Jefferson Steamboat Company, D&D Wholesale Flowers, Inc., and Frank C. Zahradka, as visiting counsel in connection with the above-captioned action.

_____
Jeremy A. Shure, Esq.

Subscribed and Sworn to
before me this 26th day
of February, 2006.

_____
Notary Public

MARVIN G. PICKHOLZ
Notary Public, State of New York
No. 02PI6090457
Qualified in New York County
Commission Expires April 14, 2007

{NY001301;1}                                    2