UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 3:03 CV-599 (CFD) |
| v. | : : | |
| BRIDGEPORT PORT AUTHORITY, | : : | |
| Defendant. | : | MARCH 3, 2006 |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant Bridgeport Port Authority in the above-captioned action.

/s/ Everett E. Newton
Everett E. Newton - ct02508

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
Email:  enewton@murthalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2006, a copy of foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/ Everett E. Newton
Everett E. Newton - ct02508

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
E-mail:  enewton@murthalaw