UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

          CASE NO. 3:03 CV 599 (CFD)

    Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,         March 23, 2005

    Defendant.
_____/

## NOTICE OF MANUAL FILING OF EXHIBITS

Please take notice that plaintiffs, Bridgeport and Port Jefferson Steamboat Company, D & D Wholesale Flowers Inc. and Frank Zahradka have manually filed Exhibits A through E of Plaintiffs' Motion in Limine and Memorandum of Law as to Certain of Defendant's Designated Trial Exhibits.

The Exhibits have not been filed electronically because:

[   ]   the document (or thing) cannot be converted to an electronic format;
[ x ]   the electronic file size of the exhibits to the document exceeds 1.5 megabytes;
[   ]   The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions;
[   ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The Exhibits (together with the motion) have been manually served on all parties.

Respectfully submitted,

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY,
D & D WHOLESALE FLOWERS INC., and
FRANK C. ZAHRADKA
*Plaintiffs*

By: /s/
_____
Martin Domb, Federal Bar No. ct09544
E-mail: martin.domb@akerman.com
Jeremy Shure, Federal Bar No. phv0938
jeremy.shure@akerman.com
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Tel. (212) 880-3800
Fax (212) 880-8965

Jonathan S. Bowman, Federal Bar No. ct 08526
E-mail: jbowman@cohenandwolf.com
Stewart I. Edelstein, Federal Bar No. ct 06021
E-mail: sedelstein@cohenandwolf.com
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504