# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03-cv-0599-CFD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Bridgeport and Port Jefferson Steamboat Company, D & D Wholesale Flowers Inc., and Frank C. Zahradka

| | |
|---|---|
| March 20, 2006 | *(signature)* |
| **Date** | **Signature** |
| phv0938 | Jeremy A. Shure |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 212-880-3800 | Akerman Senterfitt |
| **Telephone Number** | **Address** |
| 212-880-3890 | 335 Madison Avenue, Suite 2600 |
| **Fax Number** | New York, NY  10017 |
| jeremy.shure@akerman.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Edward J. Sheppard, Esq.  
THOMPSON COBURN  
1909 K Street, N.W.  
Washington, DC  20006

Steven Kellogg, Esq.  
THOMPSON COBURN  
One US Bank Plaza  
St. Louis, MO  63101

*(signature)*  
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24