UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 3:03-CV-599 (CFD) ) ) |
| v. | ) ) March 23, 2006 |
| BRIDGEPORT PORT AUTHORITY, | ) ) |
| Defendant. | ) ) |

## MOTION FOR LEAVE TO FILE OUT OF TIME WITH CONSENT

Defendant Bridgeport Port Authority ("Port Authority") moves for leave to file its Motion in Limine to Exclude Plaintiffs' Trial Exhibit and accompanying Memorandum of Law in Support out of time on March 23, 2006, and in support of its motion states as follows:

1.      On March 13, 2006, this Court scheduled a Pretrial Conference set for April 27, 2006, at 3:00 p.m.

2.      Pursuant to the Court's Trial Memorandum Order, "[a]ll objections to designated exhibits, except as to relevance, must be filed through a motion in limine filed not later than three (3) days prior to the pretrial conference, together with a memorandum citing authorities in support of the objection."  Accordingly, motions in limine were to be filed with the Court on Wednesday, March 22, 2006.

3.      Counsel for the Port Authority anticipated filing its motion in limine and memorandum of law electronically on March 22, 2006, via the Court's Electronic Document Filing System.  Pursuant to the Court's Notice to Counsel and Order of February 12, 2006, this

case was designated as an electronically filed case requiring all documents to be filed electronically pursuant to the Court's Electronic Filing Order.  (Docket No. 142)  This designation, however, is not effective until April 3, 2006, and therefore the Port Authority could not file its motion in limine and memorandum of law electronically via the Court's Electronic Document Filing System at this time.

4.      On March 22, 2006, Mr. Jason Rahoy, counsel for the Port Authority, conferred with Mr. Martin Domb, counsel for Plaintiffs, during which time Mr. Domb consented to this motion for leave to file the motion in limine and accompanying memorandum of law on March 23, 2006.

5.      As a result, counsel for the Port Authority provided an electronic copy of the Port Authority's Motion in Limine to Exclude Plaintiffs' Trial Exhibit and Memorandum of Law in Support to counsel for Plaintiffs on March 22, 2006.

Therefore, Bridgeport Port Authority respectfully requests that this Court grant its Motion for Leave to file its Motion in Limine to Exclude Plaintiffs' Trial Exhibit and Memorandum of Law in Support on March 23, 2006.

DEFENDANT – BRIDGEPORT PORT
AUTHORITY


By: /s/ Everett E. Newton
        Everett E. Newton - ct02508

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:   (860) 240-6150
E-mail: enewton@murthalaw.com

and

THOMPSON COBURN LLP
    Edward J. Sheppard - ct24760
    1909 K Street, NW, #600
    Washington, DC 20006
    Telephone:  (202) 585-6900
    Facsimile:   (202) 585-6969
    Email: esheppard@thompsoncoburn.com

    Timothy F. Noelker - ct26291
    Jason C. Rahoy - ct26290
    One US Bank Plaza
    St. Louis, Missouri 63101
    Telephone:  (314) 552-6000
    Facsimile:   (314) 552-7000
    Email: tnoelker@thompsoncoburn.com
    Its Attorneys

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was

served, via electronic mail and U.S. Mail, postage prepaid, on the following counsel of record,

this 23rd day of March, 2006:

Martin Domb (ct09544)          Jonathan S. Bowman (ct08526)
Jeremy A. Shure                Stewert I. Edelstein (ct06021)
Akerman Senterfitt, LLP        Cohen and Wolf, P.C.
335 Madison Avenue             1115 Broad Street
Suite 2600                     P.O. Box 1821
New York, NY 10017             Bridgeport, CT 06601-1821
212-880-3800                   203-368-0211
212-880-8965 (facsimile)       203-576-8504 (facsimile)
martin.domb@akerman.com        jbowman@cohenandwolf.com
jeremy.shure@akerman.com       sedelstein@cohenandwolf.com


/s/ Everett E. Newton
Everett E. Newton