UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

                                   CASE NO. 3:03 CV 599 (CFD)

           Plaintiffs,

  - against -

BRIDGEPORT PORT AUTHORITY,              July 18, 2006

           Defendant.

_____/

**JOINT MOTION TO EXTEND SCHEDULE
FOR POST-TRIAL SUBMISSIONS AND HEARING**

      Plaintiffs and defendant jointly move for an order extending the post-trial hearing in this case (currently scheduled for August 2, 2006) and the parties' related post-trial submissions, and in support thereof state as follows:

      1.      The parties jointly make this motion to extend the post-trial schedule.  Counsel for both sides – Timothy F. Noelker for defendant Bridgeport Port Authority and Martin Domb for the plaintiffs – have reviewed and approve this motion and the schedule proposed herein.

      2.      A bench trial in this case was held on April 17, 18, 19, 20 and 24, 2006.

      3.      Shortly after the trial, the parties proposed, and the Court approved, the following post-trial schedule, based on the court reporter's estimate that the transcripts of the trial would be completed by the end of May 2006:

| | |
|---|---|
| June 30, 2006 | Both sides to submit proposed findings of fact and conclusions of law |
| July 17, 2006 | Both sides to submit replies |
| August 2, 2006 | Hearing |

**ORAL ARGUMENT NOT REQUESTED**

{NY004278;1}

(*See* Court docket entry # 165, dated May 2, 2006 [setting date of hearing and time limits for oral argument].)

    4.    The court reporter was unable to complete the trial transcript within the time estimated at the end of trial.  Counsel received the fifth (and last) day's transcript on July 17, 2006.  Having conferred the next day, July 18, <u>counsel now propose the following new schedule</u>:

| | |
|---|---|
| September 1, 2006 | Both sides to submit proposed findings of fact and conclusions of law |
| September 22, 2006 | Both sides to submit replies |
| October 10, 11 or 12, or October 23-27, 2006 | Hearing |

    5.    The proposed date for the initial submissions is 46 days rather than 30 days following completion of the transcript in order to accommodate firm travel plans of one of the counsel that were made on the basis of the initial schedule.  The proposed date for the replies takes into consideration the Labor Day weekend and certain other commitments of counsel.  The proposed dates for the hearing are more than two weeks after the proposed date for the replies, and avoid conflict with another counsel's firm travel plans set for October 13-20.

    WHEREFORE, the parties jointly and respectfully request that the Court grant this motion and approve the proposed schedule as stated in paragraph 4 above.

    (*Signatures appear on the following page.*)

Dated:  July 18, 2006

Respectfully submitted,

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY,
D & D WHOLESALE FLOWERS INC., and
FRANK C. ZAHRADKA
*Plaintiffs*

/s/

By: _____
Martin Domb, # ct09544
E-mail:  martin.domb@akerman.com
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Tel. (212) 880-3800
Fax (212) 880-8965

AGREED TO ON BEHALF OF
BRIDGEPORT PORT AUTHORITY
*Defendant*:

/s/

By: _____
Timothy F. Noelker, #ct24760
E-mail:  tnoelker@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
Tel. (314) 552-6000
Fax (314) 552-7000