UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ )<br>BRIDGEPORT AND PORT JEFFERSON )<br>STEAMBOAT COMPANY, et al., )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>BRIDGEPORT PORT AUTHORITY, )<br> )<br> Defendant. )<br>_____ ) | Case No. 3:03-CV-599 (CFD) |

## <u>MOTION FOR LEAVE TO WITHDRAW</u>

COMES NOW Jason C. Rahoy, one of the attorneys for Bridgeport Port Authority in the above-entitled cause, and for his Motion for Leave to Withdraw in this cause respectfully states as follows:

1.     I am leaving the law firm of Thompson Coburn LLP as of July 7, 2006, and will no longer be participating in this litigation.

2.     At this time, Bridgeport Port Authority is ably represented by Timothy F. Noelker and Edward J. Sheppard of Thompson Coburn LLP.  Therefore, the adequacy of representation of Bridgeport Port Authority will in no way be diminished by my withdrawal nor will the parties be prejudiced by my withdrawal from this matter.

WHEREFORE, for all of the foregoing reasons, Jason C. Rahoy respectfully prays that the Court grant this Motion for Leave to Withdraw.

3383692

Respectfully submitted,

THOMPSON COBURN LLP


By___/s/Jason C. Rahoy_____
  Jason C. Rahoy, MO – CT 26290
  One US Bank Plaza
  St. Louis, Missouri  63101
  314-552-6000
  FAX 314-552-7000
  jrahoy@thompsoncoburn.com

Attorney for Defendant


## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing was

served on the following counsel of record, this 7th day of July, 2006:


Martin Domb (ct09544)    Jonathan S. Bowman (ct08526)
Jeremy A. Shure      Stewert I. Edelstein (ct06021)
Akerman Senterfitt, LLP    Cohen and Wolf, P.C.
335 Madison Avenue     1115 Broad Street
Suite 2600        P.O. Box 1821
New York, NY 10017     Bridgeport, CT 06601-1821
212-880-3800       203-368-0211
212-880-8965 (facsimile)    203-576-8504 (facsimile)
martin.domb@akerman.com   jbowman@cohenandwolf.com
jeremy.shure@akerman.com   sedelstein@cohenandwolf.com


     /s/ Jason Rahoy_____

3383692