UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 3:03 CV 599 (CFD) |
| v. | : : | |
| BRIDGEPORT PORT AUTHORITY, | : : | |
| Defendant. | : | JULY 27, 2006 |

## MOTION TO ADMIT VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the Defendant respectfully moves for the admission of Mary Catherine Hodes, Esq. of Thompson Coburn LLP, One US Bank Plaza, St. Louis, Missouri 63101 to represent it as a visiting attorney in this action.  In support of this Motion and based on the enclosed affidavit of Attorney Hodes, the undersigned counsel, a member of the bar of this Court, represents as follows:

     1.    Mary Catherine Hodes has been admitted to and is a member in good standing of the following courts:  State of Missouri, State of Illinois, United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Missouri.

     2.    Mary Catherine Hodes has never been denied admission or disciplined by this Court or any other court.

3. Thompson Coburn has represented the Defendant in other matters involving admiralty law, maritime law, tariffs and regulatory matters. Mary Catherine Hodes is working on this case with Edward J. Sheppard of Thompson Coburn LLP and Timothy F. Noelker of Thompson Coburn LLP, whose admission to practice as visiting attorneys were previously granted by this Court.

4. The granting of this motion will not require modification of a scheduling order or deadlines established by any standing order on scheduling in civil cases.

5. Everett E. Newton of Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103-3469, is hereby designated as the local attorney upon whom service of papers in this action may be made.

6. The fee required by Local Rule 83.1(d) of $25.00 for each visiting attorney for whom admission is sought is being paid to the Clerk of the Court with the filing of this motion.

DEFENDANT - BRIDGEPORT PORT AUTHORITY

By   /s/ Everett E. Newton
     Everett E. Newton - ct02508

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150 (fax)
E-mail:  enewton@murthalaw.com
Its Attorneys

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was mailed this 27th day of July, 2006 to:

Martin Domb, Esq.
Jeremy A. Shure, Esq.
Akerman Senterfitt, LLP
335 Madison Avenue, Suite 2600
New York, New York  10017

Jonathan S. Bowman, Esq.
Stewart I. Edelstein, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, Connecticut  06601-1821

/s/ Everett E. Newton
Everett E. Newton - ct02508