UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,

CASE NO. 3:03 CV 599 (CFD)

Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

Defendant.

---

**AFFIDAVIT OF MARY CATHERINE HODES**

MARY CATHERINE HODES being duly sworn, does hereby depose and say:

1.      I am an associate with the law firm of Thompson Coburn LLP, which is located at the following address:

> One US Bank Plaza
> St. Louis, MO 63101
> Telephone: 314-552-6500
> Fax: 314-552-7500
> E-mail: mhodes@thompsoncoburn.com

2.      I am admitted to and I am a member in good standing of the following courts: State of Missouri, State of Illinois, the United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Missouri.

3.      I have never been denied admission to or disciplined by this Court or any other Court.

4.      I have fully reviewed the Rules of the United States District Court for the District of Connecticut. I am also familiar with them as a result of serving as a law clerk in the United States Court of Appeals for the Second Circuit.

5.    The granting of the accompanying Motion to Admit Visiting Attorney will not require modification of any scheduling order or deadline established by any standing order on scheduling in civil cases I any federal court.


IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Affidavit as of this 25 day of July, 2006.



_Mary Catherine Hodes_
MARY CATHERINE HODES


Subscribed and sworn to before me
this 25 day of July, 2006

_Kathleen A. Hoehl_
Notary Public

(Seal)
                KATHLEEN A. HOEHL
            Notary Public — Notary Seal
                STATE OF MISSOURI
                  St. Louis County
            My Commission Expires: Aug. 24, 2008