UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., <br><br>    Plaintiff, <br>v. <br><br>BRIDGEPORT PORT AUTHORITY, <br><br>    Defendant. | **APPEARANCE** <br><br><br>CASE NUMBER:  3:03 CV 599 (CFD) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:     Defendant, Bridgeport Port Authority

_8/1/2006_
**Date**

*[signature: Mary Catherine Hodes]*
**Signature**

_phv01235_
**Connecticut Federal Bar Number**

Mary Catherine Hodes
**Print Clearly or Type Name**

_314-552-6500_
**Telephone Number**

One US Bank Plaza
**Address**

_314-552-7500_
**Fax Number**

St. Louis, MO 63101

_mhodes@thompsoncoburn.com_
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Martin Domb
Jeremy A. Shure
Akerman Senterfitt, LLP
335 Madison Avenue
Suite 2600
New York, NY 10017

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601

*[signature: Mary Catherine Hodes]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24