UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, ET AL.,

        Plaintiffs,

CASE NO. 3:03 CV 599 (CFD)

- against -

BRIDGEPORT PORT AUTHORITY,

September 5, 2006

        Defendant.

_____/

I hereby certify that on **September 1, 2006**, a copy of **Plaintiffs' Proposed Findings of Fact and Conclusions of Law** (document # 173) was filed electronically and served by mail on anyone unable to accept electronic filing (all counsel were served electronically).  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/ *Martin Domb*

        _____
        Martin Domb (ct 09544)
        AKERMAN SENTERFITT LLP
        335 Madison Avenue, 26th Floor
        New York, New York 10017
        Tel. (212) 880-3800
        Fax (212) 880-8965
        E-mail:  martin.domb@akerman.com

{NY005897;1}