UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, *et al.*, | ) ) ) | Case No. 03-CV-599 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BRIDGEPORT PORT AUTHORITY, | ) ) | September 5, 2006 |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Proposed Findings of Fact and Conclusions of Law was served via Notice of Electronic Filing by the CM/ECF system on September 1, 2006 to:

Martin Domb
Akerman Senterfitt
335 Madison Avenue
Suite 2600
New York, NY 10017

Jeremy A. Shure
Akerman Senterfitt
335 Madison Avenue
Suite 2600
New York, NY 10017

Jonathan S. Bowman
Cohen & Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06604

Stewart I. Edelstein
Cohen & Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06604

3421507

- 2 -

Eric Underriner
Hill, Betts & Nash
One World Financial Center
200 Liberty Street
26th Floor
New York, NY 10281

           Respectfully submitted,

           MURTHA CULLINA LLP

            Richard L. Rose, #CT23291
            177 Broad Street
            Stamford, CT  06901
            203-653-5400
            Fax 203-653-5444
            rrose@murthalaw.com

            Everett E. Newton, #CT02508
            CityPlace I, 185 Asylum Street
            Hartford, Connecticut 06103-3469
            860-240-6000
            Fax 860-240-6150
            enewton@murthalaw.com

           THOMPSON COBURN LLP

           By _/s/ Tim Noelker_____

            Edward J. Sheppard, #CT24760
            1909 K Street, NW, #600
            Washington, DC 20006
            202-585-6900
            Fax 202-585-6969
            esheppard@thompsoncoburn.com

- 3 -

        Timothy F. Noelker, #CT26291
        Mary Catherine Hodes, #phv01235
        One US Bank Plaza
        St. Louis, Missouri 63101
        314-552-6091
        Fax 314-552-7091
        tnoelker@thompsoncoburn.com

        Attorneys for Defendant Bridgeport Port Authority

3421507