UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, et al.,                    CASE NO. 3:03 CV 599 (CFD)

        Plaintiffs,

   - against -

BRIDGEPORT PORT AUTHORITY,

        Defendant.

_____

## MOTION TO RESCHEDULE ORAL ARGUMENT

     Defendant Bridgeport Port Authority, with the consent of counsel for the plaintiffs, respectfully moves the Court for rescheduling of post-trial arguments currently set for Thursday, September 28, 2006 at 10:00 a.m., due to scheduling conflicts.

     The parties understand from contacting chambers that the Court may be available to hear arguments on the afternoon of Wednesday, October 4, 2006, or on Tuesday, October 10, 2006. Accordingly, the defendant respectfully requests that argument be rescheduled, subject to the Court's convenience, for Wednesday, October 4, 2006, or, in the alternative, Tuesday, October 10, 2006.

              Respectfully submitted,

              THOMPSON COBURN LLP

By_____

    Edward J. Sheppard, #CT24760
    1909 K Street, NW, #600
    Washington, DC 20006
    202-585-6900
    Fax 202-585-6969

esheppard@thompsoncoburn.com

Timothy F. Noelker, #CT26291
Mary Catherine Hodes, #phv01235
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6091
Fax 314-552-7091
tnoelker@thompsoncoburn.com

Attorneys for Defendant Bridgeport Port Authority

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via Notice of Electronic Filing by the CM/ECF system on September 8, 2006, to:

Martin Domb
Jeremy A. Shure
Akerman Senterfitt, LLP
335 Madison Avenue
Suite 2600
New York, NY 10017

Jonathan S. Bowman
Stewart I. Edelstein
Cohen and Wolf, P.C.
1115 Broad Street
P. O. Box 1821
Bridgeport, CT 06601-1821

Eric Underriner
Hill, Betts & Nash
One World Financial  Center
200 Liberty Street
26th Floor
New York, NY 10281