UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY et al., Plaintiffs, | : : : : | |
| v. | : : | Civil No.: 3:03CV599 (CFD) |
| BRIDGEPORT PORT AUTHORITY, Defendant. | : : | |

## JUDGMENT

This action came to trial by the court, before the Honorable Christopher F. Droney, United States District Judge. The issues having been tried and in accordance with the Court's July 3, 2008 Memorandum of Decision, the plaintiff Bridgeport & Port Jefferson Steamboat Company is awarded nominal damages in the amount of one dollar, and the plaintiff D&D Flowers is awarded damages in the amount of $494.63 and further,

The Port Authority is enjoined from the further use of the revenues from the Passenger Fee to fund its activities that are unrelated to and do not benefit the ferry passengers or approximate their use of the Port, and the Passenger Fee shall be reduced accordingly. The Port Authority shall not be allowed to collect a Passenger Fee in an amount that exceeds what is necessary for their expenses that benefit ferry passengers and fairly approximate their use of the Port, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered as stated above.

Dated at Hartford, Connecticut, this 8th day of July, 2008.

ROBIN D. TABORA, Clerk

By_____/s/LIK_____
Linda I. Kunofsky
Deputy-in-Charge