UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., | : : | |
| Plaintiffs, | : : | Civil Action No. 03-CV-599 (CFD) |
| v. | : : | |
| | : | July 18, 2008 |
| BRIDGEPORT PORT AUTHORITY, | : : | |
| Defendant. | : | |

## BRIDGEPORT PORT AUTHORITY'S MOTION TO STAY JUDGMENT PENDING APPEAL AND TO SEEK EMERGENCY RELIEF

Pursuant to Federal Rule of Civil Procedure 62(c), Defendant Bridgeport Port Authority respectfully moves the Court to stay its Judgment entered July 8, 2008, including the permanent injunction ordered therein, which is further explained in the Court's Memorandum of Decision filed on July 3, 2008, pending appeal. Pursuant to Local Rule 7(a), the Port Authority also respectfully requests expedited consideration of this motion for good cause shown. Finally, the Port Authority respectfully requests the Court set this motion for oral argument. In support thereof, the Port Authority refers the Court to its Memorandum of Law in Support of its Motion to Stay Pending Appeal, filed contemporaneously herewith and incorporated by reference herein.

WHEREFORE Defendant Bridgeport Port Authority respectfully requests the Court enter its Order staying enforcement of its Judgment and the permanent injunction ordered therein, pending resolution of this matter on appeal.

4771144.3

       Respectfully submitted,

       THOMPSON COBURN LLP

By _____
    Timothy F. Noelker, #CT26291
    One US Bank Plaza
    St. Louis, Missouri 63101
    314-552-6091
    Fax 314-552-7091
    tnoelker@thompsoncoburn.com

    Richard L. Rose, #CT23291
    Murtha Cullina LLP
    177 Broad Street
    Stamford, CT  06901
    203-653-5400
    Fax 203-653-5444
    rrose@murthalaw.com

    Everett E. Newton, #CT02508
    Murtha Cullina LLP
    CityPlace I, 185 Asylum Street
    Hartford, Connecticut 06103-3469
    860-240-6000
    Fax 860-240-6150
    enewton@murthalaw.com

    Attorneys for Defendant Bridgeport Port Authority

Dated:  July 18, 2008

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid, on the following counsel of record, this 18th day of July, 2008:

| | |
|---|---|
| Jonathan S. Bowman | Martin Domb |
| Stewart I. Edelstein | Akerman Senterfitt LLP |
| Cohen and Wolf, P.C. | 335 Madison Avenue, Suite 200 |
| 1115 Broad Street | New York, New York 10017 |
| P.O. Box 1821 | Martin.domb@akerman.com |
| Bridgeport, CT  06601-1821 | |
| jbowman@cohenandwolf.com | |
| sedelstein@cohenandwolf.com | |

_/s/ Tim Moeller_