# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON   :
STEAMBOAT COMPANY, et al.,       :
                Plaintiffs,    :       Civil Action No. 03-CV-599 (CFD)
                          :
v.                            :
                          :       July 18, 2008
BRIDGEPORT PORT AUTHORITY,   :
                Defendant.    :

## BRIDGEPORT PORT AUTHORITY'S MOTION TO CLARIFY AND AMEND JUDGMENT AND TO SEEK EMERGENCY RELIEF

Pursuant to Federal Rule of Civil Procedure 59(e), Defendant Bridgeport Port Authority (the "Port Authority" or "BPA") respectfully moves the Court to clarify or amend its Judgment, entered on July 8, 2008, to confirm that the Judgment, and permanent injunction ordered thereunder, authorizes the Port Authority to determine which activities are "unrelated to or do not benefit the ferry passengers or approximate their use of the Port" and thus entrusts the Port Authority to assess an appropriate passenger fee that complies with the Judgment. The Port Authority further respectfully requests that the Court amend its Judgment to appoint an independent third party, such as the United States Magistrate Judge in Bridgeport or a special master, to resolve any disputes between the Port Authority and Plaintiff Bridgeport & Port Jefferson Steamboat Company (the "Ferry Company") that may arise.[1] Further, and pursuant to Local Rule 7(a), the Port Authority respectfully requests expedited consideration of this motion for good cause shown. Finally, the Port Authority respectfully requests the Court set this matter

---

[1] The Port Authority has filed a separate Motion to Stay the Judgment Pending Appeal and To Seek Emergency Relief. The relief requested herein for the Court to clarify and amend the Judgment is made in the alternative to the Port Authority's request to stay the Judgment.

for oral argument.  In support thereof, the Port Authority refers the Court to its Memorandum of Law in Support of its Motion to Clarify or Amend Judgment and to Seek Emergency Relief, filed contemporaneously herewith and incorporated by reference herein.

WHEREFORE Defendant Bridgeport Port Authority respectfully requests the Court, in the alternative if the Judgment is not stayed pending appeal, enter its Order, (1) clarifying that the Judgment authorizes the Port Authority to determine which activities are "unrelated to or do not benefit the ferry passengers or approximate their use of the Port" and thus entrusts the Port Authority, and not the Ferry Company, to assess an appropriate passenger fee that complies with the Judgment, and (2) amending the Judgment to appoint an independent third party, such as the United States Magistrate Judge in Bridgeport or a special master, to resolve any disputes between the Port Authority and the Ferry Company that may arise.

Respectfully submitted,

THOMPSON COBURN LLP

By_____
    Timothy F. Noelker, #CT26291
    One US Bank Plaza
    St. Louis, Missouri 63101
    314-552-6091
    Fax 314-552-7091
    tnoelker@thompsoncoburn.com

    Richard L. Rose, #CT23291
    Murtha Cullina LLP
    177 Broad Street
    Stamford, CT  06901
    203-653-5400
    Fax 203-653-5444
    rrose@murthalaw.com

Everett E. Newton, #CT02508
Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103-3469
860-240-6000
Fax 860-240-6150
enewton@murthalaw.com

Attorneys for Defendant Bridgeport Port
Authority

Dated:  July 18, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was

served, via electronic mail and U.S. Mail, postage prepaid, on the following counsel of record,

this 18th day of July, 2008:

Jonathan S. Bowman                    Martin Domb
Stewart I. Edelstein                  Akerman Senterfitt LLP
Cohen and Wolf, P.C.                  335 Madison Avenue, Suite 200
1115 Broad Street                     New York, New York 10017
P.O. Box 1821                         Martin.domb@akerman.com
Bridgeport, CT  06601-1821
jbowman@cohenandwolf.com
sedelstein@cohenandwolf.com


_____