UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, ET AL.,

                     Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

                     Defendant.
_____/

CASE NO. 3:03 CV 599 (CFD)

**MOTION TO AMEND THE COMPLAINT AND FOR ATTORNEYS' FEES**

July 22, 2008

Plaintiffs hereby move, upon the accompanying Declaration of Martin Domb and plaintiffs' memorandum of law, both dated July 22, 2008, for an order:

    1.    pursuant to Fed. R. Civ. P. 15(b), amending plaintiffs' Amended Complaint, dated June 18, 2003 (the "Complaint"), or deeming it amended, as follows:

        (a)    In Count II of the Complaint, which alleged a violation of plaintiff's rights under the Commerce Clause, by adding the following new paragraph "73-A":

> **73-A.  By reason thereof, the Port Authority's violation of plaintiffs' rights is actionable under 42 U.S.C. § 1983.**

        (b)    In the prayer for relief, by adding the following new clause "7-A":

> **7-A.   Awarding plaintiffs their reasonable attorneys' fees pursuant to 42 U.S.C. § 1988.**

and

    2.    pursuant to Fed. R. Civ. P. 54(d)(2), granting plaintiffs, as "prevailing parties" in this litigation, their reasonable attorneys' fees pursuant to 42 U.S.C. § 1988.

                                                          (*Signature appears on page 2.*)

Dated: July 22, 2008

        BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, D & D Wholesale Flowers Inc., and FRANK C. ZAHRADKA
*Plaintiffs*
By:

s/ *Martin Domb*
_____
Martin Domb (ct 09544)
Jeremy Shure (phv 0938)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Tel. (212) 880-3800
Fax (212) 880-8965

*and*

Jonathan Bowman (ct 08526)
Stewart I. Edelstein (ct 06021)
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, Connecticut 06601-1821
Tel. (203) 368-0211
Fax (203) 576-8504

## CERTIFICATE OF E-SERVICE

      I hereby certify that on **July 22, 2008**, a copy of the foregoing **MOTION TO AMEND THE COMPLAINT AND FOR ATTORNEYS' FEES** was filed electronically and served by mail on anyone unable to accept electronic filing (all counsel were served electronically). Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Martin Domb
_____
Martin Domb (ct 09544)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Tel. (212) 880-3800
Fax (212) 880-8965
E-mail: martin.domb@akerman.com