UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIDGEPORT AND PORT JEFFERSON
STEAMBOAT COMPANY, ET AL.,

        Plaintiffs,

- against -

BRIDGEPORT PORT AUTHORITY,

        Defendant.
_____/

CASE NO. 3:03 CV 599 (CFD)

**DECLARATION OF MARTIN DOMB**

July 22, 2008

I, Martin Domb, hereby declare:

1.  I am one of the attorneys for the plaintiffs, Bridgeport and Port Jefferson Steamboat Company, D & D Wholesale Flowers, and Frank Zahradka, in this action. I submit this declaration in support of plaintiffs' motion: (a) to amend their Amended Complaint, dated June 18, 2003 (the "Complaint"), pursuant to Fed. R. Civ. P. 15(b), to state that their claims under the Commerce Clause, Art. I, § 8 of the United States Constitution, also were actionable under 42 U.S.C. § 1983, and (b) for an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

2.  As the lead counsel for the plaintiffs since the inception of this litigation in 2003, I have personal knowledge of the facts stated herein.

3.  Attorneys at the following three law firms have acted as counsel for plaintiffs in this action: (a) Hill, Betts & Nash LLP, of which I was a member until November 2005; (b) Akerman Senterfitt LLP, of which I became a member in November 2005; and (c) Cohen and Wolf, P.C., which has acted as Connecticut co-counsel for plaintiffs throughout the litigation.

4.  Attached hereto as **Exhibit A** is a copy of the Complaint in this action, dated June 18, 2003.

{NY034958;1}

5.  Attached hereto as composite **Exhibit B** are tables listing the amounts invoiced by each of the three law firms mentioned above for their fees and costs in connection with this action. The tables list each invoice by date and separately state the amounts billed for fees and costs, as well as the totals thereof. Following is a summary of the information contained in such tables:

| Law Firm | Fees | Costs | Total |
| --- | --- | --- | --- |
| Akerman Senterfitt LLP (Nov. 2005 through May 2008) | $417,989.85 | $26,699.65 | $444,689.50 |
| Cohen and Wolf P.C. (inception through Oct. 2006) | 160,247.50 | 4,930.71 | 165,178.21 |
| Hill, Betts & Nash LLP (inception to Nov. 2005) | 578,544.00 | 40,127.36 | 618,671.36 |
| **TOTAL** | **$1,156,781.35** | **$71,757.72** | **$1,228,539.07** |

6.  The above represents a fair estimate of the amounts plaintiffs seek to recover as their attorneys' fees in this action, pursuant to Fed. R. Civ. P. 54(d)(2)(B)(iii) and 42 U.S.C. § 1988.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on July 22, 2008.

_____
Martin Domb

## CERTIFICATE OF E-SERVICE

      I hereby certify that on **July 22, 2008**, a copy of the foregoing **DECLARATION OF MARTIN DOMB** (including its Exhibits A and B) was filed electronically and served by mail on anyone unable to accept electronic filing (all counsel were served electronically). Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Martin Domb
_____
Martin Domb (ct 09544)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Tel. (212) 880-3800
Fax (212) 880-8965
E-mail: martin.domb@akerman.com