Domb Declaration

Exhibit B

## Akerman Senterfitt LLP
## Invoice Summary
## McAllister / Bridgeport Port Authority

| Date | Invoice | Fees Billed | Costs Billed | Total Amount |
|---|---|---|---|---|
| 01/13/06 | 8054733 | 3,900.00 | | 3,900.00 |
| 02/13/06 | 8061611 | 3,445.00 | 8.60 | 3,453.60 |
| 03/10/06 | 8071807 | 24,540.00 | 124.51 | 24,664.51 |
| 04/10/07 | 8081706 | 71,155.00 | 4,199.22 | 75,354.22 |
| 05/09/06 | 8092664 | 110,060.00 | 5,524.81 | 115,584.81 |
| 06/08/06 | 8100562 | 16,347.25 | 3,549.49 | 19,896.74 |
| 07/17/06 | 8111423 | 30,494.50 | 2,432.42 | 32,926.92 |
| 08/21/06 | 8122389 | 40,740.25 | 2,075.16 | 42,815.41 |
| 09/11/06 | 8129357 | 21,477.50 | 569.89 | 22,047.39 |
| 10/08/06 | 8137991 | 66,573.75 | 5,888.72 | 72,462.47 |
| 11/06/06 | 8144252 | 12,604.50 | 2,004.05 | 14,608.55 |
| 02/12/07 | 8171184 | 2,105.00 | 17.99 | 2,122.99 |
| 03/12/07 | 8180712 | 991.25 | 31.44 | 1,022.69 |
| 06/11/07 | 8207134 | 3,162.00 | 36.83 | 3,198.83 |
| 07/09/07 | 8215364 | 243.75 | 200.63 | 444.38 |
| 09/08/07 | 8234394 | 991.25 | | 991.25 |
| 10/05/07 | 8243774 | 418.00 | 0.20 | 418.20 |
| 02/14/08 | 8274606 | 1,202.85 | 0.60 | 1,203.45 |
| 05/08/08 | 8298270 | 6,182.00 | 35.09 | 6,217.09 |
| 06/18/08 | 8309817 | 1,356.00 | | 1,356.00 |
| **TOTAL** | | **417,989.85** | **26,699.65** | **444,689.50** |

COHEN AND WOLF, P.C.

*STATEMENT OF ACCOUNT*

*BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY*
*VS. BRIDGEPORT PORT AUTHORITY*

| DATE | INVOICE NUMBER | FEES BILLED | FEES DISBURSED | TOTAL AMOUNT |
|---|---|---|---|---|
| 5/6/2003 | 341719 | $867.50 | $10.00 | $877.50 |
| 6/2/2003 | 342367 | $7,096.50 | $80.55 | $7,177.05 |
| 7/7/2003 | 343179 | $7,385.00 | $874.44 | $8,259.44 |
| 8/5/2003 | 343858 | $815.00 | $6.27 | $821.27 |
| 9/2/2003 | 344546 | $3,465.00 | $23.75 | $3,488.75 |
| 10/6/2003 | 345292 | $5,482.50 | $35.20 | $5,517.70 |
| 10/30/2003 | 346054 | $6,067.50 | $69.87 | $6,137.37 |
| 12/11/2003 | 347095 | $5,290.00 | $67.39 | $5,357.39 |
| 1/9/2004 | 347627 | $9,790.00 | $218.95 | $10,008.95 |
| 3/1/2004 | 348774 | $3,805.00 | $0.77 | $3,805.77 |
| 4/1/2004 | 349584 | $4,425.00 | $693.22 | $5,118.22 |
| 4/29/2004 | 350207 | $9,692.50 | $480.28 | $10,172.78 |
| 6/3/2004 | 350994 | $112.50 | $2.00 | $114.50 |
| 7/16/2004 | 352123 | $487.50 | $6.48 | $493.98 |
| 8/11/2004 | 352625 | $262.50 | $0.63 | $263.13 |
| 9/1/2004 | 353239 | $1,125.00 | $2.38 | $1,127.38 |
| 10/5/2004 | 353906 | $1,987.50 | $14.85 | $2,002.35 |
| 12/3/2004 | 355430 | $7,191.00 | $131.33 | $7,322.33 |
| 1/3/2005 | 356167 | $5,252.50 | $0.00 | $5,252.50 |
| 2/1/2005 | 356845 | $427.50 | $79.57 | $507.07 |
| 2/23/2005 | 357746 | $1,260.00 | $2.03 | $1,262.03 |
| 4/5/2005 | 401291 | $210.00 | $23.20 | $233.20 |
| 5/4/2005 | 402597 | $560.00 | $19.19 | $579.19 |
| 6/2/2005 | 404724 | $175.00 | $188.09 | $363.09 |
| 7/13/2005 | 406907 | $0.00 | $15.41 | $15.41 |
| 9/2/2005 | 411719 | $0.00 | $1.19 | $1.19 |
| 9/30/2005 | 411774 | $535.00 | $2.87 | $537.87 |
| 11/2/2005 | 413341 | $1,905.00 | $0.00 | $1,905.00 |
| 12/5/2005 | 415393 | $37.50 | $0.98 | $38.48 |
| 3/30/2003 | 421749 | $3,603.00 | $652.18 | $4,255.18 |
| 5/5/2006 | 423800 | $56,855.00 | $1,108.96 | $57,963.96 |
| 6/7/2006 | 425603 | $75.00 | $85.80 | $160.80 |
| 7/10/2006 | 427290 | $37.50 | $2.30 | $39.80 |
| 9/6/2006 | 430617 | $2,360.00 | $0.00 | $2,360.00 |
| 10/6/2006 | 432478 | $8,287.00 | $4.76 | $8,291.76 |
| 11/3/2006 | 433943 | $3,320.00 | $5.22 | $3,325.22 |
| 12/7/2006 | 436078 | $0.00 | $20.60 | $20.60 |
|  | TOTAL | $160,247.50 | $4,930.71 | $165,178.21 |

Hill, Betts & nash LLP
Statement of Account
Re: McAllister Towing

| Matter Name | Date | Stmt # | Fees Billed | Disb. Billed | Total Amt. |
|---|---|---|---|---|---|
| Bridge port Port Authority | | | | | |
| | 2/20/03 | 31102 | 22917.5 | 600.08 | 23,517.58 |
| | 3/17/03 | 31173 | 14942.5 | 417.56 | 15,360.06 |
| | 5/05/03 | 31575 | 15367.5 | 415.07 | 15,782.57 |
| | 6/13/03 | 32197 | 20,465.00 | 697.79 | 21,162.79 |
| | 7/16/03 | 32742 | 19,762.50 | 731.20 | 20,493.70 |
| | 9/04/03 | 33012 | 26,695.00 | 1,137.61 | 27,832.61 |
| | 10/20/03 | 33244 | 16,457.50 | 895.52 | 17,353.02 |
| | 11/17/03 | 33462 | 14,560.00 | 715.37 | 15,275.37 |
| | 12/16/03 | 33634 | 13,290.00 | 1,156.51 | 14,446.51 |
| | 1/19/04 | 33867 | 13,687.50 | 562.58 | 14,250.08 |
| | 2/19/04 | 34054 | 17,492.50 | 1,627.99 | 19,120.49 |
| | 3/29/04 | 34351 | 50,142.75 | 2,734.89 | 52,877.64 |
| | 4/27/04 | 34614 | 75,192.50 | 9,031.69 | 84,224.19 |
| | 5/14/04 | 34722 | 39,773.75 | 2,545.28 | 42,319.03 |
| | 7/12/04 | 35050 | 38,051.25 | 2,783.55 | 40,834.80 |
| | 8/20/04 | 35224 | 21,451.25 | 567.58 | 22,018.83 |
| | 9/27/04 | 35378 | 7,058.75 | 1,124.93 | 8,183.68 |
| | 10/13/04 | 35461 | 11,240.00 | 257.69 | 11,497.69 |
| | 11/12/04 | 35648 | 31,823.75 | 670.17 | 32,493.92 |
| | 1/17/05 | 35960 | 30,390.00 | 3,398.75 | 33,788.75 |
| | 2/24/05 | 36071 | 25,997.50 | 342.92 | 26,340.42 |
| | 3/18/05 | 36210 | 22,192.50 | 1,095.77 | 23,288.27 |
| | 4/20/05 | 36374 | 5,425.00 | 3,819.56 | 9,244.56 |
| | 6/15/05 | 36644 | 10,880.00 | 235.99 | 11,115.99 |
| | 9/16/05 | 37149 | 4,292.50 | 2,334.31 | 6,626.81 |
| | 4/11/06 | 38311 | 8,995.00 | 227.00 | 9,222.00 |
| TOTAL | | | 578,544.00 | 40,127.36 | 618,671.36 |