(Civil April 12, 2004)

HONORABLE: _Droney_
DEPUTY CLERK _Devo_     RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours _35_ minutes

DATE _July 29, 2008_    START TIME _2:05_    END TIME _2:40_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Bridgeport & Port_    CIVIL NO. _03CV599 CFD_    _Doab_
                                                    Plaintiffs Counsel
vs.                          §
                             §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Bridgeport Port_            §    _Noelker_
                                                    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing         ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☒ #188  Motion _to Stay_                    ☐ granted ☐ denied ☒ advisement
☒ #189  Motion _for Clarification_          ☐ granted ☐ denied ☒ advisement
☐ #___  Motion _____              ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____              ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____              ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____              ☐ granted ☐ denied ☐ advisement
☐ #___  Motion _____              ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____               ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____               ☐ granted ☐ denied ☐ advisement
☐       Oral Motion _____               ☐ granted ☐ denied ☒ advisement
☐       Oral Motion _____               ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

Hearing continued until _____ at _____