UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGEPORT AND PORT JEFFERSON STEAMBOAT COMPANY, et al., | : : | |
| Plaintiffs, | : : | Civil Action No. 03-CV-599 (CFD) |
| v. | : : | |
| | : | August 7, 2008 |
| BRIDGEPORT PORT AUTHORITY, | : : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Bridgeport Port Authority, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Ruling, filed on September 8, 2004; its Memorandum of Decision, filed on July 3, 2008; and its final Judgment entered in this action on July 8, 2008.

Respectfully submitted,

THOMPSON COBURN LLP

By _____
Timothy F. Noelker, #CT26291
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6091
Fax 314-552-7091
tnoelker@thompsoncoburn.com

4783727.3

- 2 -

        Richard L. Rose, #CT23291
        Murtha Cullina LLP
        177 Broad Street
        Stamford, CT  06901
        203-653-5400
        Fax 203-653-5444
        rrose@murthalaw.com

        Everett E. Newton, #CT02508
        Murtha Cullina LLP
        CityPlace I, 185 Asylum Street
        Hartford, Connecticut 06103-3469
        860-240-6000
        Fax 860-240-6150
        enewton@murthalaw.com

        Attorneys for Defendant Bridgeport Port Authority

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served, via electronic mail and U.S. Mail, postage prepaid, on the following counsel of record, this 7th day of July, 2008:

| | |
|---|---|
| Jonathan S. Bowman<br>Stewart I. Edelstein<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT  06601-1821<br>jbowman@cohenandwolf.com<br>sedelstein@cohenandwolf.com | Martin Domb<br>Akerman Senterfitt LLP<br>335 Madison Avenue, Suite 200<br>New York, New York 10017<br>Martin.domb@akerman.com |

_____