**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

ROBIN D. TABORA
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

August 5, 2008

Timothy Noelker
One U.S. Bank Plaza
St. Louis, MO 63101

Re: Case Name: Bridgeport & Port v Bridgeport Port Authority
Number: 3:03cv599(CFD)

Dear Attorney Noelker:

As the above matter has been disposed of in this court on July 8, 2008:

The defendant's exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. at **860-240-3201** to arrange for these exhibits to be picked up.

If they are not picked up by **September 4, 2008** , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, Clerk

BY _____
Deborah Johnson
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 8/20/08